Plaintiff's Name _STANLEY MUNDY IN PRO SE_

CDCR No. _BN2899      D5108_

Address _PLEASANT VALLEY STATE PRISON_
_P.O. BOX 8500_
_COALINGA CA 93210_

FILED

Apr 06, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_STANLEY MUNDY IN PRO SE_          1:22-cv-00401-SAB (PC)
(Name of Plaintiff)

(Case Number)

VS.

_SACRAMENTO COUNTY JAIL MEDICAL STAFF_          CIVIL RIGHTS COMPLAINT UNDER:

_SACRAMENTO COUNTY JAIL ROE MEDICAL_          ☒ 42 U.S.C. 1983 (State Prisoner)
_SUPERVISORS AND ADMINISTRATORS_
_JOHN ROE ADMINISTRATORS OF SACRAMENTO MAIN_          _DEFENDANTS CONT._
_JAIL DEPUTY STAFF_          _PLEASANT VALLEY STATE PRISON HEALTH RECORD TECHICIAN_
_SHERIFF SCOTT JONES_          _II ALMA VILYRA._
          _PLEASANT VALLEY PRISON R.N. J LUCERO_
_SACRAMENTO COUNTY DEPT OF HEALTH SERVICE_          _PLEASANT VALLEY PRISON CHIEF MEDIAL EXEC. O. ONYEJE_
_ADMINISTRATORS AND REVIEW BOARD_          _CALIFORNIA HEALTH SERVICES EMPLOYEE MARILYN CONARAAN_
_PLEASANT VALLEY STATE PRISON DOCTOR MANLA GOMEZ_          _JONE DOE ADMINISTRATORS CALIFORNIA HEALTH CARE SERVICES_
(Names of all Defendants)    _ET AL_          _JONE DOE ADMINISTRATORS CDCR. HIRING, TRAINING OF PERSONNEL_
          _JONE DOE ADMINISTRATORS FOR SAC, MAIN JAIL PLANNING TRACHNE_
          _JOHN DOE ADMINISTRATORS FOR STATE OF CAL RESPONIBLE NUTRITION_
          _THE STATE OF CALIFORNIA        & MEDICAL NEEDS OF PRISONER._

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner? Yes _X_ No ____

B. If your answer to A is yes, how many? ___2___

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff _STANLEY W MUNDY IN PRO SE_

Defendants _PAMELA LIAKE ET ALL_

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_U.S. DISTRICT COURT EASTERN DISTRICT._

3. Docket Number _2:21-CV. 0111 CKDP_    4. Assigned Judge _CAROLYN DELANEY_

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

*I ASK COURT TO DISMISS CASE SO I COULD REFILE IT LATER BECAUSE IT WOULD OVERTURN MY CASE*

6. Filing Date (approx.) _____

7. Disposition Date (approx.) *PENDING TO REFILE.*

## II. Exhaustion of Administrative Remedies

NOTICE: Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. ⁎ 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. ⁎ 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, <u>Jones v. Bock</u>, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, <u>Porter v. Nussle</u>, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. <u>Jones</u>, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __X__    No_____

B. Have you filed an appeal or grievance concerning <u>ALL</u> of the facts contained in this complaint?

Yes __X__    No_____

C. Is the process completed?

Yes __?__    If your answer is yes, briefly explain what happened at each level.

*I AM WAITING THE RESPONE FROM THE ADMINISTRATIVE APPEAL BRANCH SACRAMENTO. BUT MY PROBLEMS (MEDICAL) ARE ONGOING AND GETTING WORSE) NOW I HAVE HEART CONDITIONS BECAUSE OF THE (INFECTIONS IN MY BODY) DEPLETED BY THE CONTINUAL INTERNAL BLEEDING CAUSE BY THE FAILURE TO PROVIDE ME A NON SOY DIET.*

No_____    If your answer is no, explain why not.

*COPY*

*STANLEY MUNDY IN PRO SE BN 2899*
Name and Prisoner/Booking Number

*PLEASANT VALLEY STATE PRISON A4·128*
Place of Confinement

*P.O. BOX 8500*
Mailing Address

*COALINGA CA 93210*
City, State, Zip Code

*"IMMEDIATE DECLARATORY AND*
*PRELIMINARY RELIEF DEMANDED"*
*"DECLARE PRELIMINARY INJUNCTIVE RELIEF"*
*"JURY TRIAL DEMANDED"*

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

*STANLEY WAYNE MUNDY IN PRO SE* ,  )
(Full Name of Plaintiff)    )
         Plaintiff,    )
                        )
         v.    )    CASE NO. _____
                        )    (To be supplied by the Clerk)
(1) *SACRAMENTO COUNTY JAIL MEDICAL STAFF* ,  )
(Full Name of Defendant) *DOCTOR, JANE DOE ET AL.*    )
(2) _____ ,  )
                        )    **CIVIL RIGHTS COMPLAINT**
(3) _____ ,  )    **BY A PRISONER**
                        )
(4) _____ ,  )    ☒ Original Complaint
       Defendant(s).    )    ☐ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them. )    ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

      ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

      ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

      ☒ Other: *APA ADMINISTRATIVE PROCEDURE ACT AND MANDAMUS.*
      ☒ OTHER (RLUIPA) FEDERAL DISABILITIES STATUES. POWELL V COOK COUNTY JAIL.

2.   Institution/city where violation occurred: *SACRAMENTO COUNTY MAIN JAIL AND PLEASANT VALLEY STATE PRISON.*

STANLEY MUNDY IN PRO SE BN 2899
Name and Prisoner/Booking Number

PLEASANT VALLEY STATE PRISON A4.128
Place of Confinement

P.O BOX 8500
Mailing Address

COALINGA CA 93210
City, State, Zip Code

"IMMEDIATE DECLARITORY AND PRELIMINARY RELIEF DEMANDED"
"DECLARE PRELIMINARY INJUNTIVE RELIEF"
"JURY TRIAL DEMANDED"

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY WAYNE MUNDY IN PRO SE ,
(Full Name of Plaintiff)            Plaintiff,

v.

(1) SACRAMENTO COUNTY JAIL MEDICAL STAFF ,
(Full Name of Defendant) DOCTOR, JANE DOE ET AL.

(2) _____ ,

(3) _____ ,

(4) _____ ,
                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☒ Other: APA ADMINISTRATIVE PROCEDURE ACT AND MANDUMAS.
    ☒ OTHER (RLUIPA) FEDERAL DISABILITIES STATUES. POWELL V COOK COUNTY JAIL.

2.  Institution/city where violation occurred: SACRAMENTO COUNTY MAIN JAIL AND PLEASANT VALLEY STATE PRISON.

Revised 3/15/2016

1 - a

1    DEFENDANTS

2    SACRAMENTO COUNTY JAIL JOHN JOE MEDICAL SUPERVISORS AND ADMINISTRATORS.

3    JOHN DOE ADMINISTRATORS OF SACRAMENTO MAIN JAIL DEPUTY STAFF.

4    SHERIFF SCOTT JONES.

5    SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICE ADMINISTRATORS REVIEW BOARD.

6    PLEASANT VALLEY STATE PRISON DOCTOR KARLA GOMEZ PIMENTAL

7    PLEASANT VALLEY STATE PRISON HEALTH RECORDS TECHNICIAN II ALMA VIEYRA.

8    PLEASANT VALLEY STATE PRISON S. LUCERO R.N.

9    PLEASANT VALLEY STATE PRISON CHIEF MEDICAL EXECUTIVE O. ONYEJE

10   CALIFORNIA HEALTH SERVICES EMPLOYEE MARILYN COMANAN.

11   JOHN DOE ADMINISTRATORS, CALIFORNIA HEALTH CARE SERVICES

12   JOHN DOE ADMINISTRATORS, CALIFORNIA DEPARTMENT OF CORRECTIONS HIRING, TRAINING PERSONEL.

13   JOHN DOE ADMINISTRATORS OF SACRAMENTO COUNTY RESPONSIBLE FOR PLANNING, TRAINING.

14   JOHN DOE ADMINISTRATORS OF STATE OF CALIFORNIA OVERSEEING, NUTRITION MEDICAL NEEDS.

15   THE STATE OF CALIFORNIA.

16

17              JURISDICTION:

18

19   ☒ CAL GOVT. CODE § 845.4 FAILURE TO SUMMON MEDICAL CARE FOR PRISONERS

20      IN NEED OF IMMEDIATE CARE.

21   ☒ 28 U.S.C. § 2671 CONTRACTORS ARE FEDERAL EMPLOYEES WHO TAKE MONEY FROM

22      THE FEDERAL GOVERNMENT TO OPPERATE.

23   ☒ SUPPLEMENTAL AND PENDENT JURISDICTION. DOCTORINE PENNHURST STATE SCHOOL

24   AND HOSPITAL V HALDERMAN 465 U.S. 89. 102 109, 109 AT 17 114 n 25. AND

25   ASHKER V CALIFORNIA DEPT OF CORRECTIONS 112 F 3d 392, 394.

26

27

28

## B. DEFENDANTS

1. Name of first Defendant: _JANE DOE MAIN JAIL DOCTOR_. The first Defendant is employed as:
_MAIN JAIL DOCTOR 2017-2020_ at _SACRAMENTO COUNTY MAIN JAIL_.
(Position and Title)                        (Institution)

2. Name of second Defendant: _JOHN DOE_. The second Defendant is employed as:
_SUPERVISORS ADMINISTRATOR OF OPERATIONS_ at _SACRAMENTO COUNTY MAIN JAIL_.
_OF MEDICAL CARE_(Position and Title)                        (Institution)

3. Name of third Defendant: _JOHN DOE_. The third Defendant is employed as:
_ADMINISTRATORS PLANNING TRAINING JAIL DEPUTY_t _SACRAMENTO MAIN JAIL, AND SAC. COUNTY_
_STAFF AND POLICY_(Position and Title)                        (Institution)

4. Name of fourth Defendant: _SHERIFF SCOTT JONES_. The fourth Defendant is employed as:
_HEAD SHERIFF FOR SACRAMENTO COUNTY_ at _SACRAMENTO COUNTY MAIN JAIL_.
(Position and Title)                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _2_. Describe the previous lawsuits:

    a. First prior lawsuit:
        1. Parties: _STANLEY MUNDY IN PRO SE._ _FORMER DETECTIVE PAME LINKE ET AL._
        2. Court and case number: _2:21-CV-0117 CKD P._
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_STILL PENDING. I DISMISSED_
        _WITHOUT PREJUDICE BECAUSE THEY WOULD OVERTURN MY CONVICTION_

    b. Second prior lawsuit:
        1. Parties: _STANLEY MUNDY IN PRO SE_ v. _MEAGAN GARNON ET AL. SAC PUBLIC DEF._
        2. Court and case number: _2:21-CV-00549 JAM DB P._
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_STILL PENDING AND IN_
        _PROCESS OF RESUBMITTING, WOULD OVERTURN CONVICTION._

    c. Third prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2 - A.

B. DEFENDANTS CONTINUED.

5th DEFENDANT.
JOHN DOE ADMINISTRATORS; EMPLOYED BY: ADMINISTRATORS: SACRAMENTO
COUNTY DEPARTMENT OF HEALTH SERVICES; WHERE, SACRAMENTO COUNTY, STATE OF CAL.

6th DEFENDANT: DOCTOR KARLA GOMEZ PIMENTAL. EMPLOYED BY: THE STATE OF
CALIFORNIA DEPARTMENT OF CORRECTIONS; WHERE PLEASANT VALLEY STATE PRISON

7th DEFENDANT: ALINA VIEYRA; HEALTH CARE TECHICIAN II; THE STATE OF CAL-
IFORNIA DEPARTMENT OF CORRECTIONS WHERE; PLEASANT VALLEY STATE PRISON.

8th DEFENDANT. S LUCERO POSITION: R.N. STATE OF CALIFORNIA DEPTMENT OF
CORRECTIONS WHERE. PLEASANT VALLEY STATE PRISON

9th DEFENDANT  O. ONYEJE. POSITION: CHIEF MEDICAL EXECUTIVE CALIFORNIA DEPART-
MENT OF CORRECTIONS, STATE OF CALIFORNIA, WHERE PLEASANT VALLEY STATE PRISON.

10th DEFENDANT. MARILYN CONANAN. POSITION. CALIFORNIA HEALTH SERVICES EMPLOYEE
STATE OF CALIFORNIA WHERE PLEASANT VALLEY STATE PRISON.

11th DEFENDANT JOHN/JANE DOE ADMINISTRATORS POSITION. PLANNING, TRAINING
RETENTION. CALIFORNIA HEALTH CARE SERVICES. WHERE CDCR AND PLEASANT VALLEY STATE P.

12th DEFENDANT, JOHN/JANE DOE ADMINISTRATORS; PLANNING, SUPERVISING, TRANSFERS
CALIFORNIA DEPARTMENT OF CORRECTIONS; WHERE: CDCR NORTH KERN, P.V.S P STATE PRISONS

13th DEFENDANT  JOHN JANE DOE ADMINISTRATORS. TITLE; PLANNING TRAINING HIRING
FOR SACRAMENTO COUNTY OVERSITE; WHERE SACRAMENTO COUNTY/STATE OF CALIF

14th DEFENDANT: JOHN JANE DOE ADMINISTRATORS POSITION. OVERCITE COMMITTE
ON HIRING, PLANNING FOR CDCR, JAILS. OF CALIFORNIA; WHERE SAC. COUNTY/STATE OF CAL.

15th. STATE OF CALIFORNIA.

2-b.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 42. U.SC. § 1983, 28. U.S.C § 1343(a¹)
VIOLATIONS OF THE 8th AMENDMENT, CRUEL AND UNUSUAL PUNISHMENT & 14th AMENDMENT DUE PROCESS, APA ACT, AND THE RLUIPA:

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☒ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

DEFENDANTS: SACRAMENTO COUNTY MAIN JAIL DOCTORS, JAIL STAFF, SUPERVISORS, ADMINISTRATORS INCLUDING SHERIFF SCOTT JONES, THE COUNTY OF SACRAMENTO AND THERE BOARD OF SUPERVISORS THE SACRAMENTO JAIL AND THEIR HEALTH CARE ADMINISTRATORS, SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES AND ADMINISTRATORS, IN BOTH THEIR INDIVIDUAL AND OFFICIAL CAPACITIES ALONG WITH DEFENDANTS OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, THEIR ADMINISTRATORS SUPERVISORS, STATEWIDE AND AT NORTH KERN STATE PRISON AND PLEASANT VALLEY STATE PRISON AND PLEASANT VALLEY STATE PRISON DOCTORS AND STAFF ON A YARD NAMELY: DOCTOR KARLA GOMEZ PIMENTAL; ALMA VIERRA HEALTH CARE TECHNITIAN II; S. LUCERA, RN; O. ONYEJE CHIEF MEDICAL EXECUTIVE. AT PSVP AND THE THEIR JOHN DOE ADMINISTRATORS AND SUPERVISORS OF CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES AND THE STATE OF CALIFORNIA IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES DID WILLFULLY DEPRIVE ME MUNDY PLAINTIFF WITH BASIC NEEDS "A NON SOY DIET" FOR A SUBSTANTIAL PERIOD OF TIME 6-8-2017 TIL THE PRESENT DAY. THESE AGENTS AND ACTORS OF THE STATE KNEW THIS SOY ALLERGY WAS CAUSING PLAINTIFF SEVERE REACTIONS TO HIS BODY. THESE STATE ACTORS AND AGENTS KNEW THAT THEY WERE SUPPOSED TO PROVIDE PLAINTIFF WITH THESE BASIC NEEDS ACTING UNDER THE COLOR OF THE LAW. THESE STATE ACTORS KNEW OR SHOULD HAVE KNOWN THAT THE FAILURE TO PROVIDE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
SUFFERED SEVERE MALNUTRITION, CAUSING ME TO SUFFER LOSS OF CONSCIOUSNESS, SEVERE PHYSICAL MENTAL SUFFERING CONFUSION, PHYSICAL DAMAGE TO EYE, LOSS OF VISION %, NEED FOR SURGERY ONGOING SUFFERING. SUFFERING LONG TERM BLOOD, LYMPHATIC POISONING DUE TO BLOOD AND FECES MIXING IN COLON FOR A SUBSTANTIVE TIME CAUSING IRREDANDABLE KNOWN AND UNKNOWN DAMAGE TO MY BODY, ORGANS, BRAIN.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEE CLAIM 3 _____

_____

1  MR MUNDY WITH A NON SOY DIET WAS CAUSING HIM SEVERE LONG TERM PERMINENT
2  MEDICAL, PHYSICAL AND MENTAL PROBLEMS WHICH WILL BE STATED HEREIN.
3  EACH ACTOR OR AGENT IN EACH OF THEIR INDIVIDUAL AND OFFICIAL ROLES
4  FAILED TO ACT, CORRECT, MONITOR, EITHER DIRECTLY OR INDIRECTLY FOR
5  SUBSTANTIAL PERIODS OF TIME THAT THEIR ACTIONS OR LACK THERE OF
6  CAN ONLY BE OR ROSE TO, COMPLETE INDIFFERENCE, NEGLIGENCE, MALPRACTICE
7  AND DERILICTION OF THEIR DUTIES TO PROTECT MR MUNDY HEALTH AND CIVIL
8  RIGHTS, THIS LONG TERM STILL CONTINUING DEPRIVATION OF A NON ALLERGIC, NON
9  REACTIVE DIET WHICH CAUSED NEEDLESS SUFFERING AND PHYSICAL DAMAGE
10  MUST BE STOPPED AND CORRECTED. THIS NON ACTION FOR SO LONG HAS
11  CAUSED PLAINTIFF, PERMINENT, PHYSICAL AND MENTAL DAMAGE AND ONGOING
12  PROBLEMS WHICH HAVE NOT BEEN CORRECTED AND MAY PERSIST LONG INTO
13  THE FUTURE.
14  ① THESE ACTORS ALL KNEW MR MUNDY (PLAINTIFF) HAD REACTIONS TO
15  THIS "NON SOY DIET." AND REFUSED TO CORRECT THIS SITUATION.
16  ② THESE ACTORS KNEW THAT PLAINTIFF WAS BEING DAMAGED BY THEIR
17  FAILURE TO PROVIDE THIS BASIC NEED. RESULTING IN DHIRREIA AND
18  SEVERE NUTRITIONAL LOSS RESULTING IN DIZZYNESS, CONFUSION, LIFE
19  THREATING INFECTION.
20  ③ THESE ACTORS ALLOWED MR MUNDY (PLAINTIFF) VITAMINE 'A' AND
21  "D" LEVELS TO GO BELLOW SCURVY LEAVELS' YES SCURVEY.
22  WHICH CAUSED MR. MUNDYS (PLAINTIFF TO PASS OUT, AT LEAST TWICE
23  RESULTING IN PERMINENT DAMAGE TO HIS SINUSES TO WHICH HAS
24  NOT BEEN CORRECTED REQUIRING SURGERY. AND THEN DAMAGE TO
25  PLAINTIFF EYE AND LAZER SUREERY. ALL NEEDLESS.
26  ④ THIS ALSO LEAD TO MR MUNDY PLAINTIFFS LONG TERM BLEEDING
27  IN HIS COLON, LONG TERM UNSANITARY CONDITIONS IN HIS COLON
28  RESULTING IN LONG TERM BLOOD AND LYMPHATIC POISONING

1  CAUSING A LIFE THREATENING CONDITION. STILL ONGOING WHICH TOO COULD
2  HAVE BEEN EASILY RESOLVED.
3  ⑤ PLAINTIFF HAS STILL NOT BEEN PUT ON THE PROPER DIET, STILL HAS INFECT-
4  IONS INTO HIS BODY STILL AS OF THIS DATE 2-12-2022 HAS NOT BEEN
5  PROVIDED WITH THE COLON OR SINUS SURGERY THAT WAS KNOWN TO BE
6  NEEDED FOR SO LONG AND HAS CAUSED THE BLOOD AND LYMPATIC POISONING
7  AND INFECTIONS TO MR MUNDY PLAINTIFFS BODY THESE ACTIONS ALL
8  FAILED AND STILL FAIL TO PROVIDE MR MUNDY WITH PROPER DIET AND
9  PROPER MEDICAL CARE TO WHICH I ASK RELIEF.
10
11              TIMELINE OF BASIC FACTS OF THE CASE.
12
13  ON JUNE 8th 2017 PLAINTIFF WAS INCARCERATED ON CHARGES HE HAD ORIGINALLY
14  PROVEN FALSE IN 2013 AND 2014. ON ARRIVAL PLAINTIFF NOTIFIED SACRAMENTO
15  COUNTY CORRECTIONAL STAFF RUN BY SHERIFF SCOTT JONES AND MEDICAL STAFF.
16  THAT PLAINTIFF HAD A ALERGEY TO CODINE AND "SOY PRODUCTS" TO WHICH I
17  HAD SEVERE REACTIONS. FOR MONTHS BOTH STAFF IGNORED MY COMPLAINTS.
18  CAUSING ME PAIN, DHIARRIA, WEAKNESS, NAUSEA, I PUT IN MULTIPLE REQUEST
19  TO MEDICAL AND ADMINISTRATIVE STAFF, MULTIPLE REQUESTS WERE
20  PUT IN. TAKING 4-5 REQUEST 7 DAYS APPART BEFORE A NURSE SAW YOU BETWEEN
21  2017-2018. I WAS TOLD THEY WERE HAVING PROBLEMS WITH A NEW COMPUTER
22  SYSTEM. THEY WERE IMPLIMENTING. DURING VISITS I WOULD TELL WHAT
23  WAS GOING ON IN MY BODY BUT WAS TOLD "JAIL POLICY" WAS ONLY
24  ONE CONCERN WAS ADDRESSED PER VISIT. "NURSES SEEMED OVERWHELM-
25  ED OR UNCONCERNED., THEY PUT A RECOMMENDATION IN ONLY BECAUSE
26  I RETURNED REPEATED TIMES, I WAS FINALLY SEEN BY A DOCTOR
27  WHO TOO, DID NOT SEEM TO CARE TO PUT ME ON A "NON SOY DIET."
28  I SIGNED NUMEROUS TIMES TO GET MY MEDICAL RECORDS TO

1  WHICH MONTHS HAD GONE BY, EACH TIME I WAS TOLD THEY HADN'T COME

2  IN. I COMPLAINED OF WORSENING DIARRIA, WEAKNESS DIZZYNESS, I

3  WAS TOLD THAT A SOY ALLERGEY COULD NOT CAUSE THESE ISSUES. I

4  NOTICED THE DOCTOR DID NOT DOCUMENT MY PROBLEMS AND SEEMED

5  ONLY CONCERNED WITH MY PAST ACCIDENT. THIS CONTINUED INTO 2018.

6    IN 2018 I COMPLAINED TO JAIL STAFF I WAS GOING TO PASS OUT.

7  IT TOOK THEM QUITE SOME TIME TO GET ME SEEN BY MEDICAL, IT

8  WAS JUST AFTER LUNCH I INFORMED THEM OF MY WEAKNESS (12:00PM)

9  ABOUT 3:00 PM I WAS TOLD TO WALK DOWN TO MEDICAL, SO DIZZY I

10  COULD BARELY WALK. IN MEDICAL MY HEARTRATE, BLOOD PRESSURE

11  WAS TAKEN, I WAS TOLD MY PRESSURE WAS HIGH AND MY BLOOD RATE

12  PRESSURE LOW BUT I WAS "OKAY" GO BACK TO YOUR CELL" ON RETURNING

13  TO MY CELL I PASSED OUT RECIEVING A BUMP ON MY HEAD. AT

14  DINNER CALL 4:30 PM I WAS TOLD LATER BY DEPUTY BERG AND INMATES

15  I WALKED OUT A FEW FEET AND FELL FACE FORWARD, SLAMMING MY

16  HEAD, INTO THE FLOOR ABOVE MY NOSE AND RT EYE.

17    BY NOW I HAD PUT IN MULTIPLE REQUESTS, AND MY SYMTOMS

18  IGNORED. NOW I SUFFERED DAMAGE TO MY NASEAL CAVITY

19  NOW NASAL BLEEDING TO WHICH 3 TIMES A SPECIALIST WAS FINALLY

20  CALLED WHO SAID I NEEDED SURGERY TO CORRECT THE DAMAGE AND

21  CONTINUEOUS BLEEDING WHICH 3 TIMES HE WAS TOLD BY ADMINISTRA-

22  TION I WOULD NOT GET SURGERY. LATER RIGHT WHERE I FELL ON

23  THE SAME EYE "WITHIN AN INCH" A LARGE PIECE OF EYE JELLY

24  DISLODGED AND TORE MY RETINA, THUS CAUSING PERMMENT DAMAGE

25  TO MY VISION. STILL BY THIS TIME MY "NON SOY DIET" HAD NOT

26  BEEN PERSCRIBED AND MY SYMTOMS NOW WORSING WERE

27  IGNORED.

28    ONE GOOD THING HAPPENED I SAW "NURSE LYNN" IMMEDIATELY

1  SHE WAS VERY CONCERNED WITH I HADN'T RECIEVED A SOY DIET, THE
2  REQUESTS, MY WEAKNESS, DIZZYNESS AND NOW BLEEDING WHICH
3  STARTED MONTHS AGO (ALSO IGNORED) ORDERED STOOHL SAMPLES
4  BLOOD TESTS AND DOCTOR FOLLOW UP. THE STOOHL SAMPLE SHOWED
5  BLOOD IN IT. (POSSITIVE) AND THE BLOOD TEST SHOWED I WAS ENEMIC AND
6  THAT MY VITAMINE "A AND D" LEVELS WERE SO LOW THEY WERE WELL
7  BELLOW SCANNIEY LEVELS. IT TOOK TWO MORE DOCTORS VISITS AT
8  LEAST TO FINALLY CONFIREM MY SOY ALLERGY, GET MY RECORDS AND
9  PENSCRIBE A NON SOY DIET. THIS IS NOW 2019. I TOLD THE DOCTOR
10  MY FATHER HAD DIED OF INTESTINAL AND PROSTATE CANCER, A COUSIN
11  HAD COLOSTOMY AND MY LAST COLONOSTOMY WAS LONG OVER DUE. UNLEAT
12  I HAD 7-8 POLOYPS AND GREYING IN MY COLON. NOW WITH THE BLEEDING
13  STOMACH, BOWEL, DHIREA WEAKNESS I FELT SOMETHING WAS WRONG
14  THIS WAS BEFORE THE STOOHL TEST AGAIN I WAS TOLD NO COLONOSTOMY
15  WOULD BE PROVIDED. I FILLED A GRIEVANCE THE ONLY THING THAT HAPPENED
16  WAS A SECOND STOOHL TEST WAS ORDERED, I HAD BLEEDING SO BAD,
17  THAT THERE WAS FRESH BLOOD NOT JUST IN MY STOOHL BUT IN THE WATER
18  DRIPPING OUT OF ME. SUPPOSERLY THIS TEST WAS LOST A NEW TEST
19  ORDER AND ALSO SHOWED BLEEDING. STILL NO COLONOSTOMY WAS ORDERED
20  BY 2020 I WAS GETTING INFECTIONS BOILS AND SKIN LEASSIONS AND
21  MY SHORT TERM MEMORY WAS EFFECTED.
22   NURSE LYNN MADE SHURE I GOT VITAMIN'S FOR ABOUT A MONTH
23  THEN THEY WERE DISCONTINUED. I HAD TO PUT IN REQUEST TO GET
24  THEM RESTARTED IT WOULD TAKE MONTHS TO GET RE SEEN ON THE
25  VITAMINS RE-ACTIVATED SO MY WEAKNESS, CONFUSSION BLEEDING
26  NEVER STOPPED. WORSE MY "NON SOY DIET WAS NEVER IMPLIMENTED."
27
28   JAIL, NURSING AND ADMINISTRATIVE STAFF OF THE SACRAMENTO

3.e

IGNORED COMPLAINTS MY "NON SOY DIET" WAS ADMINISTERED
OR CONTINUED PROPERLY. TO THIS DAY.

FINALLY MY "NON SOY DIET WAS APPROVED" STILL IT TOOK WEEK TO START.
EVEN THOUGH ALL STAFF KNEW MY BLEEDING HAD CONDITIONS WORSENED.
BETWEEN 2018 LATE AND 2020 I WAS MOVE IN THE JAIL OR IN THE CUSTODY
OF THE COUNTY EACH TIME MY VITAMINS AND DIET STOPPED. "A FEW OF
THE DEPUTIES, WERE CONCERNED CALLED THE KITCHEN, WHO SAID THE ADMINIST-
RATION PAPERWORK OR SYSTEM HAD NOT INFORMED THEM I MOVED.
STILL BEFORE THIS, MY DIET WAS NOT FOLLOWED THE KITCHEN WAS RUN BY
INMATES I WOULD SOMETIMES GET TRAYS MARKED NO SOY DIET, WHICH
WAS THE SAME SOY PRODUCTS GIVEN TO OTHER INMATES. DEPUTY BLANC
MS. P. & MS B. TRIED TO GET THIS RESOLVED FINALLY TELLING ME TO FILE
PAPERWORK WITH MEDICAL AND THE KITCHEN WHO EACH BLAMED
EACH OTHER. MAYBE 10 PERCENT OF THE TIME I GOT THE PROPER DIET
NO ONE SEEMED TO CARE OR CORRECT THE PROBLEM. STILL MY CONFUSSION
WEAKNESS, LOSS OF SLEEP AND MEMORY LOSS GOT WORSE.
I FILED GRIEVANCES WHICH WERE NEVER RESPONDED TO. COMPLAINTS
TO DOCTORS TO GET MY DIET MONITORED OR MY COLONOSTOMY AND
MY SYMTOMS WERE IGNORED TILL I LEFT.
I GOT SO FRUSTRATED WITH MY EXTREME BLEEDING I TOOK MY
UNDERWEAR AND TOLIET TISSUE, THAT I HAD TO CHANGE DAILY NOW INTO
A DOCTORS APPOINTMENT TO SHOW HER HOW BAD MY BLEEDING WAS,
AND THAT IT SOAKED INTO MY PANTS THIS WAS MID 2019, SHE
SAID THAT SHE WOULD GIVE ME AN EXTRA CLOTHING CHANGE AND NOW
PUT IN FOR A COLONOSTOMY. STILL THE JAIL DOCTOR DID NOT SEEM TO
FEEL AN URGENT NEED TO MAKE SURE I GOT A COLONOSTOMY OR MAKE
SURE MY DIET WAS FOLLOWED. EACH TIME I SAW HER AND COMPLAINED

3. F

1  ABOUT NOT GETTING MY DIET SHE BLAMED THE KITCHEN OR ADMINISTRATION
2  EACH TIME I COMPLAINED ABOUT MY BLEEDING AND NO COLONOSTOMY
3  SHE BLAMED JAIL POLICY OR ADMINISTRATION, FROM MID 2019 TO
4  LATE 2020 MY CONDITION, MEMORY, BLEEDING WORSENED AND NO COLON-
5  OSTOMY WAS PREFORMED AND WHEN IT FINALLY WAS WAS GIVEN TO
6  ME AT A SPECIFIC TIME THAT AS I WILL SHOW VIOLATED MY DUE
7  PROCESS RIGHTS AND REPRESENTATION IN MY CASE.
8     BY THE TIME I LEFT THE CUSTODY OF SACRAMENTO COUNTY IT WAS
9  KNOWN I HAD A SOY ALERGY THAT I NEED A NON SOY DIET THAT
10  THE REACTIONS TO THIS DIET WAS CAUSING BLEEDING PASSING
11  OUT, DROPS IN MY SUGAR, BLOOD LEVELS, THAT INFECTIONS WERE
12  GETTING INTO MY BLOOD AND I NEED AT LEAST TWO SURGERIES.
13  EACH ACTOR AND AGENT OR AGENCY OF SACRAMENTO COUNTY AND
14  THE STATE OF CALIFORNIA FAILED ME.
15
16  <u>SACRAMENTO COUNTY AND CALIFORNIA DEPARTMENT OF</u>
17  <u>CORRECTIONS SEND ME TO A FACILITY, RECEPTION CENTER</u>
18  <u>THAT HAD NO "NON SOY DIET" AND FAILED TO PROTECT ME.</u>
19
20     I ARRIVED TO NORTH KERN RECEPTION CENTER IN DELANO. IMMEDIATELY
21  ON ARRIVE I ASKED TO BE PUT ON A NON SOY DIET AND TO GET THE
22  COLON CATERIZATION SURGERY I NEEDED. I WAS INFORMED THAT
23  THEY KNEW I HAD "A SOY ALLERGY" BUT THIS FACILITY WOULD
24  NOT GIVE ME A "NON SOY DIET" STAFF (MEDICAL AND ADMINISTRATIVE)
25  DID NOT CARE WHAT DAMAGE THIS WAS CAUSING TO MY BODY.
26  AND INFORMED ME "NO SURGERY WOULD BE GIVEN HERE. I WAS
27  TOLD THIS WOULD BE ADDRESSED. AT MY NEXT STOP.
28     MY COUNSELLOR TOLD ME I WOULD BE SENT TO "MULE CREEK" OR

3.6

1  SOMEWHERE THAT WOULD GIVE ME THE PROPER DIET. I WAS THERE
2  TILL JULY 2021. I WAS SENT TO ~~NORTH~~ PLEASANT VALLEY STATE
3  PRISON WHICH HAS NO SOY DIET. IN JULY INSTEAD OF A SURGERY
4  THE PRISON DOCTORS SCHEDUAL ME FOR ANOTHER COLONOSTOMY
5  OVER MY OBJECTIONS. WORSE AND UNEXPLAINED THIS COLONOSTOMY
6  WAS DELAYED TILL AUG 21 2021. I WAS TAKEN TO ADVENTIST
7  HOSPITAL IN BAKERSFIELD. TOLD I HAD 3 POLOYRS WHICH WOULD
8  BE CHECKED FOR CANCER THAT I HAD BLEEDING IN MY COLON AND
9  BLEEDING IN INTERNAL HEMEROIDS AND THAT I NEEDED TO
10 BE BROUGHT BACK WITH IN TWO WEEKS FOR SURGERY, AND
11 TOLD THEY (HOSPITAL) HAD A TIME SLOT AVAILABLE.
12    TWO WEEKS PASSED I HEARD NOTHING. WORRIED ABOUT CANCER
13 I TOLD DR GOMEZ HOW BAD MY WEAKNESS. BLEEDING WAS. MY
14 PAST COLONOSTOMY AND FAMILY PROBLEMS, MY DIET AND POSSIBLE
15 DEPLETION OF MY SYSTOM ASKED TO BE PUT ON A NON SOY DIET.
16 DR GOMEZ SEEMED UNCONCERNED OF MY PROBLEMS BUT STATED
17 BECAUSE OF MY "REPORT" PAST AND POSSIBILITY OF CANCER
18 SHE WOULD SEND ME TO A SPECIALIST. WEEKS PAST THE SPECIALIST
19 SAID THAT HE WOULD SURELY PRESCRIBE VITAMINS BUT THE
20 POLICY OF THIS PRISON WAS NO SOY DIET. HE STATED THAT THE
21 DOCTOR COULD HAVE EASILY GIVEN (PERSCRIBED VITAMINS OR
22 REQUESTED A SPECIAL DIET BECAUSE OF MY RECORDS' AND WAS
23 SUPRISED WHY I NEEDED TO BE SEEN BY HIM.
24    I AGAIN PUT IN A REQUEST TO SEE THE DOCTOR TO FIND OUT
25 ABOUT SURGERY AND MY CANCER DIAGNOSIS IF I HAD IT OR NOT
26    AGAIN DOCTOR GOMEZ AND HER NURSE LUCERO, DID NOT SEEMED
27 CONCERNED ABOUT MY BLOOD LOSS OR MY NEED FOR TWO SURGERIES
28 AND HOW IT WAS EFFECTING MY BODY. I ASKED ABOUT KOSHER

3.

1  DIETS AND COULDN'T SOMETHING BE DONE AGAIN I SHOWED HER
2  THE BOILS THAT I HAD SHOWN HER NURSE PREVIOUSLY WHO TOLD
3  ME THE FECES MIXING WITH MY BLOOD WOULDN'T CAUSE THIS
4  I TOLD HER THE BOILS AND SKIN LEASSIONS, MY WEAKNESS
5  CONFUSSION, LEG CRAMPS LOSS OF SLEEP WAS GETTING WORSE
6  AND UNBEARABLE. ALL SHE WOULD TELL ME IS I HAD TO
7  WAIT, THIS WAS THE BEGINNING OF OCTOBER 2021.
8      I RETURNED AGAIN IN NOVEMBER THIS TIME I FIGURED I WOULD SHOW
9  DOCTOR GOMEZ AND HER NURSE A TISSUE AND UNDERWEAR AGAIN SOAKED
10  WITH BLOOD SO SHE MIGHT FEEL SOME URGENCY ABOUT MY FIND OUT
11  IF I HAD CANCER OR NOT AND GETTING MY SURGERY. NOW WHEN I
12  TOLD HER I WAS CONCERNED THE COUNTY MISSED THE POLOYPS  SHE
13  AT FIRST SAID YES I HAD POLOYPS THEN SAID ANOTHER REPORT SAID
14  I HAD NONE I SAID IS THAT THE FIRST COLONOSTOMY OR THE SECOND
15  SHE REFUSED TO TELL ME AND NOW STATE "YOU NEVER HAD POLOYPS"
16  STILL SHE WOULD ONLY SAY I SHOULD HAVE THE CAUTERIZATION SOON.
17  AGAIN I SHOWED HER ANOTHER TWO BOILS TO WHICH SHE AGAIN
18  SAID BLEEDING IN MY COLON COULD NOT GET INTO MY BLOOD AND
19  CAUSE THE BOILS. SHE SAID THEY WERE HEALING FINE AND IGNORED
20  MY PAIN OR THIS CONTINUING PROBLEM. THIS CONDITION WAS
21  IGNORED TILL IT PROGRESSED TO A VERY SEVERE AND DANGEROUS
22  CONDITION BUT WHAT IS WORSE EACH SYMPTOM, PASSING OUT
23  RESULTING DAMAGE, BLEEDING AND 4 YEARS OF SUFFERING COULD
24  HAVE BEEN EASILY TAKEN CARE OF IF EACH OF THE ACTORS AND
25  OTHERS I DON'T KNOW DID THEIR JOB IN A INDIVIDUEL AND
26  OFFICIAL CAPACITY, AND PROVIDED THIS SIMPLE BASIC NESESSITY
27  TO WHICH THEY IGNORED, PASSED ON OR REFUSED TO TREAT.
28  AND HAS STILL TO THIS DATE BEEN IGNORED AND EASILY FIXED

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 28 U.S.C. §1343(a); 42 U.S.C. §1983 APA ADMINISTRATIVE ACT; THE (RLUIPA). CRUEL AND UNUSUAL PUNISHMENT 8th AMENDMENT; DUE PROCESS VIOLATIONS OF THE 14th AMENDMENT OF THE U.S. AND CALIFORNIA STATE CONSTITUTION.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities        ☐ Mail              ☐ Access to the court    ☒ Medical care
☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

DAMAGE AND SUFFERING CAUSED BY DEFENDANTS OF SACRAMENTO COUNTY, AND MAIN JAIL. FACT STATE IN CLAIM ONE SHOW DEFENDANTS NAMED FROM SACRAMENTO COUNTY, SACRAMENTO MAIN JAIL STAFF, CORRECTIONAL AND KITCHEN, DOCTORS, HEALTH CARE ADMINISTRATORS, SHERIFF SCOTT JONES AND THE STATE OF CALIFORNIA WHO MONITOR HEALTH CARE AND CUSTODY IN STATE JAILS (NOW NAMED SACRAMENTO COUNTY DEFENDANT PREVIOUSLY AND GOING FORWARD IN THIS CLAIM FAILED REPEATEDLY TO PROVIDE BASIC NEEDS, LEADING PLAINTIFFS NEEDS FOR A NON SOY ALLERGY HIS REACTIONS SYMPTOMS AND SUFFERING CAUSING LONG TERM REACTIONS, MALNUTRITION, NEED FOR MEDICAL CARE SURGERY AND DAMAGE TO PLAINTIFF. THE SUPPORTING FACTS IN CLAIM ONE SHOW THE SAME DEFENDANTS OF SACRAMENTO COUNTY NAMED IN CLAIM 1, FAILED TO MONITOR, MAINTAIN AND SUPPERVISE THIS BASIC NEED WHICH CAUSED AND STILL CAUSES PLAINTIFF WITH SIGNIFICANT MEDICAL NEEDS. THE SUPPORTING FACTS SHOW THAT THE FAILURE TO TREAT MR MUNDY CONDITION AND SYMPTOMS CAUSED MR MUNDY TO PASS OUT AND CAUSED DAMAGE REQUIRING SURGERY THAT HAS AND HAS NOT BEEN CORRECTED CAUSING MR MUNDY (PLAINTIFF PERMINENT AND ONGOING PHYSICAL, MENTAL DAMAGE PAIN AND SUFFERING. THUS THESE PLAINTIFFS THROUGH THEIR FAILURES TO ACT ROSE WELL BEYOND INDIFFERENCE AND THE FAILED TO AND CONTINUE TO FAIL TO PROTECT PLAINTIFF BASIC AND MEDICAL NEEDS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

SEVERE VITAMIN DEPLETION, MALNUTRITION, CONCUSSION DAMAGE TO SINUSES REQUIRING SURGERY, RETINAL TEAR OF LEFT EYE REQUIRING SURGERY, BLEEDING IN COLON REQUIRING SURGERY, PERMINENT LIFE DISLOCATION OF MY KNEE, KNEE LIGIMET DAMAGE DAMAGE INFECTION INTO MY BONES, ORGANS HEART AND BRAIN, POSSIBLE FUTURE LOSS ON QUALITY OF LIFE,

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                               ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim II?         ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes  ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

   _____

1   FACTS SHOW THE DEFENDANTS MENTIONED IN CLAIM ONE OF SACRAMENTO
2   COUNTY. ALLOWED PLAINTIFFS BODY TO BE SUBJECT TO SUCH UNSANITARY
3   CONDITIONS, DENYING TREATMENT, DIAGNOSIS. ALLOWING BLOOD TO MIX
4   WITH FECES IN PLAINTIFFS BODY. RESULTING IN SERIOUS INFECTIONS
5   TO PLAINTIFFS BLOOD, LYMPATIC, BONE, BODY ORGAN AND BRAIN
6   SYSTEM RESULTING IN LONG TERM, AND CONTINUED EXPOSURE TO
7   DANGEROUS INFECTIONS CAUSING LIFE THREATENING AND LONG TERM
8   KNOWN AND UNKNOWN CONDITIONS TO PLAINTIFFS BODY, TO WHICH
9   THE FOLLOWING FACTS ARE SHOWN.
10
11   DAMAGE SUFFERED TO PLAINTIFF CAUSED BY FURTHER LACK
12     TO TREAT, DENY SURGERY OR STOP SERIOUS INFECTIONS NOW
13         BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS.
14.
15   FACTS SHOW PLAINTIFF REQUIRED A "NON SOY DIET" WAS SUFFERING FROM
16   THE LACK OF PROVIDING THAT BASIC NEED. FACTS SHOW THAT PLAINTIFF
17   NEEDED TWO SURGERIES TO STOP BLEEDING AND STOP INFECTIONS.
18   FACTS SHOW THAT THE DEFENDANTS NAME CALIFORNIA DEPARTMENT OF
19   CORRECTIONS BOTH AT NORTH KERN STATE PRISON AND PLEASANT VALLEY
20   STATE PRISON HAD PLAINTIFF MEDICAL RECORDS PLUS ON MULTIPLE
21   PLAINTIFF EXPRESSED CONCERNS, NEEDS, SYMPTOMS, REACTIONS AND
22   COMPLAINTS AND NEITHER PRISON GAVE MR. MUNDY A "NON SOY DIET."
23   OR TOOK ANY CORRECTIVE PROCEDURES TO ALEVIATE PLAINTIFFS
24   BASIC NEEDS SURGERY OR RESPONDED TO HIS LIFE THREATENING
25   INFECTIONS.
26   FACTS STATED IN CLAIM ONE SHOW CDCR STAFF HAVE AND STILL
27   DO NOT GIVE PLAINTIFF A "NON SOY DIET"
28   FACTS SHOW THAT DEFENDANT KNEW THAT PLAINTIFF BLOOD

1  FACTS SHOW CDCR N. KERN REFUSE TO PROVIDE BASIC NEEDS A NON
2  SOY ALLERGEY, VITAMINS, OR SURGERIES AS REQUESTED AT EVERY
3  OCCASSION POSSIBLE BY PLAINTIFF. AS STATED IN CLAIM ONE BETWEEN
4  FEBUARY 2021 TO JULY 2021. DEFENDENTS OF NORTH KERN KNEW PLAINTIFF
5  WAS HAVING SIGNIFICANT BLEEDING, INFECTIONS, SLEEPLOSS, PAIN AND
6  SUFFERING DURING THIS TIME.
7  PLAINTIFFS ANT NORTH KERN PRISON KNEW THAT PLAINTIFFS BASIC
8  NEEDS AND MEDICAL CARE WAS NOT BEING TAKEN CARE OF AND RECK-
9  LESSLY TRANSFERED PLAINTIFF TO A PRISON THEY KNEW THESE NEEDS
10  WOULD NOT BE PROVIDED, FURTHER CAUSING DELAY IN TREATMENT
11  AND NEEDLESS PAIN AND SUFFERING AND BY THEIR INDIFFERENCE
12  CONTRIBUTED TO PLAINTIFF FUTURE LIFE THREATENING SUFFERING.
13
14  DEFENDANTS OF CALIFORNIA DEPARTMENT OF CORRECTIONS AT PLEAS-
15  ANT VALLEY FURTHER REFUSED TO MEET PLAINTIFFS BASIC NEEDS
16  PROVIDE NEEDED SURGERIES AND FURTHER LEAD TO PLAINTIFFS
17  LIFE THREATENING CONDITION, PERMINENT DAMAGE AND PAIN
18  AND SUFFERING.
19
20  FACT WILL SHOW PLAINTIFFS MENTIONED IN ACTION AT PLEASANT
21  VALLEY STATE PRISON, KNEW PLAINTIFF NEEDED A "NON SOY DIET"
22  AND REFUSED TO PROVIDE IT.
23  FACTS WILL SHOW THAT DOCTORS, NURSES, ADMINISTRATORS, OF THE
24  PLEASANT VALLEY STATE PRISON, ADMINISTRATORS OF CALIFORNIA HEALTH
25  CARE SERVICE, CDCR ADMINISTRATORS AND OF CALIFORNIA. REFUSE TO PRODUCE
26  MR. MUNDY'S NEEDED COLON SURGERY, TO STOP HIS BLEEDING, THEY HAVE
27  REFUSED TO TREAT OR TALK ABOUT SURGERY TO STOP ONGOING BLEEDING
28  IN MR. MUNDY'S SINUSES. THE FACTS SHOW DEFENDANTS COLLECTIVELY

1  KNOW, BLOOD MIXING INTO PLAINTIFFS COLON WITH FECES WAS CAUSING
2  SERIOUS INFECTIONS, BOILS FATIGUE PAIN, THESE INFECTIONS PROGRESSED
3  INTO PLAINTIFFS BLOOD LYMPATIC, ORGAN, HEART AND BRAIN SYSTEMS
4  BECAUSE CDCR STAFF AT NORTH KERN AND PLEASANT VALLEY
5  REFUSED TO TREAT IN ANY FORM RESULTING IN PERMINENT DAMAGE
6  TO PLAINTIFFS RT KNEE, ORGANS HEART AND BRAIN PLAINTIFF
7  ADDS THESE FACTS TO HIS CLAIM.
8    FACTS SHOW PLEASANT VALLEY STATE PRISON DOCTOR, NURSES
9  ADMINISTRATORS MENTIONED AND CDCR ADMINISTRATORS AND
10 CDCR HEALTH CARE SERVICES  KNEW AND DISREGARDED THE
11 EFFECTS, DECAY OF NOT PROVIDING DIETARY NEEDS SURGERY FROM
12 PROLONGED COMPLICATIONS AND NOW CAUSED FURTHER PERMINENT
13 DAMAGE.
14    IN LATE NOVEMBER 2021, I GOT TWO MORE BOILS ONE ABOUT
15 AN INCH ABOVE EACH KNEE, MANY PREVIOUS REPORTS OF INFECTIONS
16 PAIN FOR OVER A YEAR HAD BEEN IGNORED AND I WAS TOLD
17 THAT THE BLOOD AND FECES WOULD NOT CAUSE THIS.
18   BEFORE THANKSGIVING I TOLD DR GOMEZ AGAIN I HAD TWO
19 MORE BOILS. NO TREATMENT WAS PROVIDED
20   A FEW DAYS LATER MY RIGHT LEG WAS EXTREMELY SWOLLEN
21 PAINFUL AND HOT. I WENT TO MEDICAL AND WAS TOLD I COULD
22 NOT BEE SEEN THAT CDCR POLICY SAID I HAD TO PUT IN A
23 DOCTORS REQUEST AND I WOULD BE SEEN. THE NURSE SAID
24 "OH THATS BAD" IT TOOK TWO DAY TO BE SEEN BY NOW MY
25 RIGHT LEG HAD SWOLLEN TO 10 LBS LARGER, WAS BRIGHT RED
26 WITH, BLACK, BLUE PATCHES, EXTREMELY PAINFUL THE NURSE
27 ONLY TOLD ME SHE WOULD PUT IN A REQUEST TO THE DOCTOR
28 AND IGNORED THE FACT I HAD A LARGE RED LINE RUNNING

4-d

1  RUNNING UP MY LEG. WITHIN A DAY OR SO I SAW DOCTOR LOMEZ
2  I TOLD HER I COULD NOT SLEEP WAS IN SEVERE PAIN AND NEEDED
3  TO GO TO A HOSPITAL, SHE SAID SHE WOULD TREAT ME WITH
4  ANTIBIOTICS AND THAT I WOULD GO TO THE HOSPITAL ANYDAY
5  FOR SURGERY. THAT NIGHT AND THE NEXT MY SYMPTOMS, PAIN
6  WORSENED I COULD BARELY WALK. AGAIN I TRIED TO BEE SEEN
7  AT MEDICAL AND WAS DENIED I EVEN SHOWED SARGEANT
8  CLARK WHO WAS CONCERNED. THE NEXT MORNING UNABLE TO
9  SLEEP, HAVING CHILLS AND AFRAID FOR MY LIFE. I WENT MAN
10 DOWN. NURSING STAFF WAS CALLED WHO ARGUED OVER MY
11 TREATMENT, THE NURSE (DOE) FROM THE MAIN PRISON INFIRM-
12 ARY TOLD THEM THEY WOULD NOT SEND ME TO A HOSPITAL.
13 THE NURSE FROM "A YARD" AND SARGEANT CLARK OVERRODE
14 HER. I WAS SENT TO THE MAIN YARD INFIRMARY WHO SAW
15 THE RED LINE REFUSED TO SEND ME TO THE HOSPITAL, REFUSED
16 TO LANCE MY LEG, JUST GAVE ME STRONGER ANTI BIODICS
17 ONE OF WHICH WAS AS THEIR DIRRECTIONS STATED BE
18 ADMINISTERED INTO THE VIEN OR INTRAVENIOUSLY WHICH
19 OF COURSE THEY DID NOT HAVE I WAS TOLD I WOULD
20 GET BETTER AND SENT BACK TO MY CELL.
21 THE NEXT NIGHT I COULD NOT SLEEP MY CHILLS, FEVER WORSE THE LINE
22 IN MY RIGHT LEG WAS SWOLLEN AT LEAST 3/4 OF AN INCH PAST MY
23 LEG MY LEG WAS SO HOT TO THE TOUCH IT WAS SWEATING. I AGAIN
24 TRIED TO GET THE NURSING STAFF TO TAKE ME TO THE HOSPITAL
25 I WAS SENT AGAIN TO PRISON MAIN IFFIRMARY WHO AGAIN REFUSED
26 TO SEND ME TO THE HOSPITAL AND AGAIN GAVE ME THE INJECTION
27 INTO MY MUSCLE NOT MY VIEN. AGAIN I WAS TOLD TO WAIT EVEN
28 THOUGH MY CONDITION HAD WORSENED. THE NEXT DAY I SOMEHOW

1  WALKED TO THE A YARD MEDICAL I HAD RECIEVED A DUE ATE TO SEE
2  DOCTOR GOMEZ I TOLD HER I HAD TO GO TO THE HOSPITAL, JUST BY
3  CHANCE MY LONG AWAITED SURGERY WAS SCHEDUALED  BUT NOW
4  DR. GOMEZ SAID SHE WAS NOT GOING TO SEND ME TO THE HOSPITAL
5  SHE SENT ME INTO THE LOBBY, LUCKILY SARGEANT ESPOSITO WAS
6  THERE HE NOTICED MY CONDITION I SHOWED HIM MY LEG, SARGEANT
7  CLARK WAS CALLED WHO CONFIRMED I WAS SUPPOSED TO GO TO
8  THE HOSPITAL, BUT THE DOCTOR WAS REFUSING, HE TOLD SARGEANT
9  ESPOSITO HOW LONG ALL THIS HAD GONE ON THANKFULLY THEY
10 SAID THEY WOULD SEND ME TO THE HOSPITAL ON HEARING THIS
11 NURSE LUCERO CALLED ME BACK INTO THE OFFICE WHERE DR. GOMEZ
12 STATE KNOW THEY WOULD GIVE ME THE ANTI-BIOTIC IN MY LEG I SAID
13 NO I NEED A HOSPITAL THEY TRIED TO CALL AND CANCEL TRANSPORTATION.
14 HEARING THIS THE SARGEANTS OVERRODE THIS TRANSPORTED ME TO
15 THE HOSPITAL IN THE EMERGENCY ROOM THE DOCTORS SAW HOW
16 BAD MY LEG WAS, THE RED LINE RUNNING TO MY HEART ASKED
17 HOW LONG THIS WAS GOING ON, HOW LONG HAD I HAD BLOOD
18 MIXING WITH MY FECES AND NOTICED THE SURGERY APPOINTMENT
19 I TOLD HIM I HAD THE BLOOD IN MY COLON FOR OVER 3 YEARS
20 AND THE INFECTIONS, BOILS FOR OVER A YEAR, HE TOLD ME
21 DON'T THEY KNOW THAT "COLON .... SOMETHING A LONG MEDICAL
22 TERM CAN CAUSE INFECTIONS IN THE BLOOD, LYMPATIC SYSTEM
23 AND IS VERY DANGEROUS. HE TOLD ME IT LOOKED LIKE THIS
24 INFECTION HAD GOTTEN INTO MY BONES FROM THE DARK BLACK
25 AND BLUE SPOTS AROUND THE BONES OF MY RIGHT LEG AND
26 IT COULD TAKE MONTHS TO CORRECT THIS. TO THIS DAY THE
27 INFECTION IS NOT HEALED. OVER 2 1/2 MONTHS MY LEG IS PER-
28 MINENTY DISCOLLORED RED AND I STILL HAVE THREE DARK.

4-f

1  PATCHES OVER MY BONES AND ONE ONE MY LEFT LEG WHICH I HAVE
2  BEEN TOLD WILL NEVER GO AWAY. NOW WHEN I WALK I HAVE
3  HEART PAIN. AND WALK WITH A LIMP. MY RIGHT KNEE CLICKS THE
4  RT TENTON VERY PAINFUL AND SWOLLEN I STILL HAVENT HAD MY
5  SURGERY BUT AM TOLD IT IS SOON ALTHOUGH THE SINUS SURGERY
6  IS STILL NEEDED AND NOT APROVED AND I STILL HAVE NOT BEEN
7  GIVEN A "NEW SOY DIET" OR ALTERNITIVE. WHAT GOOD WILL THE
8  SURGERY DO IF I STILL AM NOT GIVEN THE PROPER DIET. WHAT
9  CONCERNS ME IS THIS IS NOT JUST HAPPENING TO ME AND IT SEEMS
10 WILL CONTINUE ON IS TRYING TO BE COVERED UP OR BLAMED ON
11 SOMETHING ELSE. MY PAIN SUFFERING CONDITIONS WILL CONTINUE
12 TILL I AM GIVEN A PROPER DIET. MY INFECTIONS AND COMPLICATION
13 TO MY ORGANS WILL CONTINUE TILL I GET THE LONG TIME KNOWN
14 ABOUT SURGERIES AND NOW FURTHER MEDICAL TREATMENT
15 THAT MAY GO WELL INTO THE FUTURE OR CAUSE PERMINENT UNKNOWN
16 DAMAGE BEYOND THE DAMAGE ALREADY KNOWN ABOUT.
17  DAMAGE TO SINUSES. RT EYE, COLON REQUIRING SURGERY. POSSIBLE FUTURE
18 DAMAGE TO BRAIN, HEART ORGANS PERMINENT DAMAGE CAUSED BY
19 SACRAMENTO COUNTY MAIN JAIL. MEDICAL STAFF. JAIL STAFF, ADMINISTRATORS
20 ADMINISTRATORS OF JAIL HEALTH CARE. PAGING SYSTEMS, RECORDS.
21 SACRAMENTO SHERIFF SCOTT JONES, ADMINISTRATORS OF THE MAIN JAIL
22 AND SACRAMENTO HEALTH DEPARTMENT AND SUPERVISORS RESPONSIBLE
23 FOR THE IMPLIMENTATION HIRING AND OVERSEEING WHO FAILED TO OVER-
24 SEE THE NEEDS OF PLAINTIFF AND RESULTING IN HIS INJURY DURING
25 THEIR CARE, IN THE INDIVIDUAL AND OFFICIAL CAPACITIES
26  DAMAGE TO INFECTIONS CAUSED BY AND FAILURE TO GIVE SURGERY'S
27 BASIC NEEDS BY CDCR, THE STATE OF CALIFORNIA. CDCR MEDICAL STAFF
28 NAMELY DOCTOR GOMEZ AND A YARD STAFF DURING THEIR CARE.

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _DUE PROCESS 14th AMENDMENT. ACCESS TO COURTS. EFFECTIVE ASSISTANCE OF COUNSEL 38 USC §1343(a); 42 USC §1983. APA ADMINISTRATION ACT. RLUIPA DISABILITIES STATUE. CAL GOVT. CODE : §45.5 FAILURE TO SUMMON MED. CARE FOR PROCEEDS_

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

    ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☒ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _ON JUNE 8 2017 I WAS ARRESTED ON CHARGES, I HAD BEEN FOUND INNOCENT ON IN 2013/2014 AND FOUND OUT LEAD DETECTIVE WHO INVESTIGATED THAT CASE WAS NOW A SARGEANT AT THE SACRAMENTO COUNTY MAIN JAIL, KEVIN DARLING. LATER I ALSO FOUND OUT THAT HE AND HIS TEAM HAD VIOLATED THE PENDA ACT AND CAL P. CODE 11168(a) & 11170 SAYING I WAS GUILTY AND PUTTING ME ON THE SEXUAL ABUSE INDEX FOR 3 YEARS WHICH LEAD TO A FALSE ACCUSATION; TO WHICH I EXPECT THIS CASE OVERTURNED; I STATE THIS BECAUSE THIS MAYBE THE REASON FOR THE FOLLOWING TREATMENT. ON JUNE 8 2017 I INFORMED JAIL AND MEDICAL STAFF I WAS ALLERGIC TO SOY PRODUCTS AND CODINE. FROM 6-10-2017 -LATE 2018 I WAS HOUSED ON 4th FLOOR POD (D) POLICY ALL MAIL AND SERVICE REQUESTS WERE GIVEN TO 3RD WATCH. 4 DAYS A WEEK DEPUTY LARA AND JOHN DOE "SPIDERSON" REFUSED TO PICK UP MY REQUEST, GRIEVANCES MAIL OR GIVE MY JAIL PHONE CALLS EVEN THOUGH I WAS PRO PER; ACCORDING TO REGULATIONS. THEY WOULD IGNORE MY (KITES) REQUESTS EVERYTIME THEY WALKED BY MY CELL I TRIED TO TALK TO THEM, THEY SEEMED MAD I TURNED IN MY KITES ON OTHER SHIFTS BUT 3-4 DAYS A WEEK THIS WAS A PROBLEM FOR ME. THIS DENIED ME ACCESS TO MEDICAL CARE AND THE COURTS. I WOULD POLITELY ASK THEM TO TAKE MY REQUESTS FINALLY I FILED GRIEVANCES WHICH THEY TOO IGNORED (JAIL CAMERAS WILL CONFIRM THIS) EVEN OTHER DEPUTIES NOTICED THIS ON CAMERA BUT DID NOTHING, I KNOW THEIR SUPERIORS SAW THIS AND DID NOTHING. WHILE THEY WERE ON_

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _INTIMIDATED NOT TO FILE GRIEVANCES, DENIED LEGAL HELP AND DUE PROCESS BY THE TRIAL COURT, EFFECTING MY ABILITY TO HAVE ACCESS TO THE COURTS_

5.  **Administrative Remedies.**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                  ☒ Yes  ☐ No

    b.  Did you submit a request for administrative relief on Claim III?    ☒ Yes  ☐ No

    c.  Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes  ☐ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

    _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5 A .

1  DUTY MY REQUESTS WERE IGNORED. 3 DAYS THEY REFUSED TO TAKE MY
2  GRIEVANCE FINALLY I TOLD THE DEPUTIES CAN YOU PLEASE FILE MY GRIEVANCE
3  HOPING THEY WOULD READ IT HOPING THEY WOULD STOP THEIR TREATMENT.
4  THE DEPUTY TURNED "SAID I DON'T SEE A GRIEVANCE, I REPLIED THIS ONE (WHICH
5  HE HAD SEEN. HE GRABBED IT TORE IT UP AND SAID "I DON'T SEE ANY GRIEVANCE "
6  WHICH I TOLD ANOTHER DEPUTY WHAT HAPPENED SO I COULD FILE ANOTHER
7  GRIEVANCE (GET PAPERWORK) THAT NIGHT LARA AND JOHN DOE MOVED ME UPSTAIRS
8  TO A TOP BUNK KNOWING MY LOWER TIER LOWER BUNK CHRONO. SO I TRIED
9  TO FILE A GRIEVANCE WITH COMPLIANCE HOPING TO GET MY POD CHANGED
10  THIS OFFICER MADE IT CLEAR HE COULDN'T OR WOULDN'T DO ANYTHING ABOUT
11  LARA'S JOHN DOES CONDUCT. HE MOVED ME DOWNSTAIRS BUT NOT ON A
12  LOWER BUNK AND WITH A INMATE THEY KNEW WOULD THREATEN ME.
13  THE MESSAGE WAS RECIEVED. LATER THESE TWO, LARA AND DOE ALSO DID
14  THE SAME THING TO ANOTHER INMATE WHO'S MOTHER COMPLAINED TO
15  JAIL ADMINISTRATION. LARA WAS TAKEN OFF THAT FLOOR AND SHIFT AND ACT-
16  UALLY PROMOTED, LATER HE WOULD SEARCH MY CELL FOR NO CAUSE ON AT
17  LEAST TWO OCCASSIONS, ONCE MAKING A FALSE CLAIM "I HAD A HAND CUFF
18  KEY AND WIRES IN MY POSSESSION." JOHN DOE WAS SENT TO THE 8th FLOOR
19  AGAIN NOTHING WAS DONE FOR ME BECAUSE I HAD NO OUTSIDE HELP AND
20  WAS WORRIED OF REPRIZALES. STILL WHEN I WAS MOVED UPSTAIRS
21  MY "LEGAL MAIL" WAS OPENED OUT OF MY SIGHT GONE THROUGH AT THE
22  SAME TIME I WAS MOVED AND REMOVED. EVERYTIME MY CELL WAS
23  SEARCHED ALL MY "LEGAL MAIL" PREVIOUS TRIAL TRANSCRIPTS WERE
24  POURED OUT ON MY BED, MY CELL MATES BED AND THE FLOOR. ALL AGIENST
25  REGULATIONS BUT STILL ONLY DONE TO ME, I WONDERED IF IT WAS MY
26  CASE OR BECAUSE OF COMPLAINTS ABOUT MY DIET AND HEALTH CARE.
27  STILL MULTIPLE (30 OR MORE HEALTH REQUEST WERE GIVEN TO THE JAIL
28  SYSTEM THEY SET UP, KNONE HAVE DUPLICATE COPIES, GRIEVENCES

S- 13

1  WERE IGNORED, FOR AT LEAST TWO YEARS I HAD RECTAL BLEEDING WHICH
2  CAUSED MEDICAL PROBLEMS, PROGRESSED, FROM 2018-2020 I HAD SEVERE
3  MEMORY, CONFUSSION ISSUES, NO COLONOSTOMY WAS PREFORMED DURING
4  THAT TWO YEAR PERIOD. I FILED 11 MARSDEN MOTIONS AGAINST MY COURT
5  APPOINTED ATTORNEY WHO HAD 2013 TRANSCRIPTS THAT PROVED FALSE
6  CHARGES WERE MADE AGAINST ME AND MY CHIEF ACCUSSORS DESTROYED
7  EVIDENCE AND ADMITTED TO THIS AND THAT CLAIM WAS FALSE. AT MY
8  TRIAL I TRIED TO FIRE MY ATTORNEY BUT WAS NOT ALLOWED, AFTER
9  TRIAL I ASKED FOR A NEW ATTORNEY TO HELP ME, TO GET TRIAL TRANS-
10 CRIPTS, BECAUSE OF MY HEALTH ISSUES AND TO PROVE FALSE EVIDENCE
11 LOST EVIDENCE WAS HIDDEN FROM MY JURY AND ALMOST EVERY STATE-
12 MENT IS FALSE. THE TRIAL COURT REFUSED TO LET ME FIRE MY ATTORNEY
13 OR REPLACE HIM AT TRIAL. THE AFTER TRIAL REFUSED TO APPOINT
14 AN ATTORNEY, MY MENTAL AND PHYSICAL CONDITION CAUSED BY THE
15 JAIL STAFF CAUSED ME AN OPPORTUNITY TO CORRECT THE RECORD AND
16 DUE PROCESS. COVID, JAIL LOCKDOWNS AND NOT BEING ABLE TO GET TO
17 THE LAW LIBRARY TO LEARN THE PROCEDURES MY COURT APPOINTED ATTORNEY
18 DENIED ME. HOW DID TWO TRIAL JURIES FIND ME INNOCENT OF THE
19 EXACT CLAIMS, WHY WOULD MY ATTORNEY THE TRIAL COURT NOT ALLOW
20 ME TO PROVE THE TRUTH IN MY CASE. BUT WORSE-CDCR AT BOTH
21 NORTH KERN AND PLEASANT VALLEY HAVE CONTINUED TO DENY ME
22 HEALTH CARE AND UNBELIEVABLY, LOST DESTROYED, OPENED GONE
23 THROUGH AND DELAYED MY LEGAL MAIL TO THE COURTS. I AM SO
24 WEAKENED, THAT THIS ALL FEELS PURPOSEFUL. DETECTIVE DARLING
25 AND PAM LINKE, ACTUALLY CALLED MY WIFE AND WARNED HER THAT
26 MY SON AND DAUGHTER TOLD THE DISTRICT ATTORNEY NEW CHARGES
27 WERE FALSE ALLOWED MY WIFE TO DISSUADE THEM AND THIS WAS
28 SUPRESS I FIGHT TO PROVE MY INNOCENCE. PLEASE PROTECT MY HEALTH.

1  PLAINTIFF HAS ASKED FOR LEGAL HELP OR THE USE OF A COMPUTER FROM
2  BOTH NORTH KERN STATE PRISON AND PLEASANT VALLEY STATE PRISON
3  BECAUSE OF A PAST BRAIN INJURY, MY FAILING HEALTH, AND THE COMPLEXITY
4  OF MY CASE AND ITS URGENCY ALL HAVE BEEN DENIED. ALTHOUGH NOW
5  THEIR IS SOME TALK OF POSSIBLE HELP I ASK THE COURT TO INTERVEN
6  PROTECT MY HEALTH AND MY LEGAL RIGHTS IF THIS IS HAPPENING TO
7  ME IT IS HAPPENING TO OTHER I CAN NAME AND GET AFFIDAVITS FROM
8  AT LEAST FIVE OTHER INMATES DEPRIVED OF OUTSIDE TREATMENT
9  OR DECAYS IN TREATING. I WILL SUPPLY WHATEVER PROOF THE COURT
10 NEEDS. PLEASANT VALLEY PRISON HAS DENIED ME ANY HELP IN
11 PREPARING THIS LAWSUIT OR ANY LEGAL WORK KNOWING THAT
12 MY INJURIES ARE KEEPING ME FROM FILING PROPER MOTIONS. I
13 ASK THE COURT TO INTERVEN. THANK YOU.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

GRANT INJUNCTION TO GIVE ME A "KOSHER OR" non JOY DIET"; GRANT INJUNCTION TO GET MY SINUS AND COLON SURGERY; GRANT INJUNCTION SO I CAN US A COMPUTER AND ZIP DRIVE; GRANT IN-- JUNCTION TO CHECK POSSIBLE HEART, BRAIN, KIDDEY DAMAGE ALL TO CALIFORNIA DEPARTMENT OF CORRECTION AND PLEASANT VALLEY STATE PRISON; GRANT PLAINTIFF IMMEDIATE DECLATORY RELIEF; GRANT PLAINTIFF DISCOVERY; Grant PLAINTIFF ATTORNEY AND REASONABLE ATTOR TIES FEE TO PROTECT MY AND OTHER INMATES CIVIL RIGHTS; GRANT PLAINTIFF PRELIMINARY DECLATIVE RELIEF TO THESE ISSUES AND DAMAGES AGAINST DEFENDANTS, COUNTY OF SACRAMENTO THE SACRAMENTO MAIN JAIL AND ALL DEPARTMENT MENTION, CALIFORNIA DEPARTMENT OF CORRECT-IONS, THE STATE OF CALIFORNIA AND ALL DEFENDANTS mention

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-11-2022
          DATE

_Stern Moody_ in PRO PER.
          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

STATE OF CALIFORNIA - DEPARTMENT OF GENERAL SERVICES
**Government Claim Form**
DGS ORIM 06 (Rev. 05/2016)

**Government Claims Program**
**Office of Risk and Insurance Management**
**Department of General Services**
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052



For Office Use Only

1-800-955-0045 ▪ www.dgs.ca.gov/orim/Programs/GovernmentClaims.aspx

| Clear Form | Print Form |

### *Is your claim complete?*

| | |
|---|---|
| ☐ | Include a check or money order for $25 payable to the State of California. |
| ☐ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☐ | Attach copies of any documentation that supports your claim. Please do not submit originals. |

### *Claimant Information* Use name of business or entity if claimant is not an individual

| 1 | *MUNDY* (Last name) | *STANLEY* (First name) | *W.* (MI) | 2 | Tel: |
|---|---|---|---|---|---|
| | | | | 3 | Email: |

| 4 | *PLEASANT VALLEY STATE PRISON P.O BOX 8500* (Mailing Address) | *COALINGA* (City) | *CA* (State) | *93210* (Zip) |
|---|---|---|---|---|

| 5 | Inmate or patient number, if applicable: *BN 2899* |
|---|---|

| 6 | Is the claimant under 18? *NO* | If Yes, please give date of birth: |
|---|---|---|

| 7 | |
|---|---|

*If you are an insurance company claiming subrogation, please provide your insured's name in section 7.*

| 8 | *NO* |
|---|---|

*If your claim relates to another claim or claimant, please provide the claim number or claimant's name in section 8.*

### Attorney or Representative Information

| 9 | *MUNDY* (Last name) | *STANLEY* (First name) | *WIN PROSE* (MI) | 10 | Tel: |
|---|---|---|---|---|---|
| | | | | 11 | Email: |

| 12 | *PLEASANT VALLEY STATE PRISON PO BOX 8500* (Mailing Address) | *COALINGA* (City) | *CA* (State) | *93210* (Zip) |
|---|---|---|---|---|

| 13 | Relationship to claimant: |
|---|---|

### *Claim Information* Please add attachments as necessary

| 14 | Is your claim for a stale-dated warrant (uncashed check)? ○ Yes ⊗ No *If No, skip to Step 15.* |
|---|---|
| | State agency that issued the warrant: |
| | Dollar amount of warrant: / Date of issue: |
| | Warrant number: / MM/DD/YYYY |

| 15 | Date of Incident: *ON GOING FROM 6-13-2017- PRESENT* |
|---|---|
| | Was the incident more than six months ago? ⊗Yes ○No |
| | If YES, did you attach a separate sheet with an explanation for the late filing? ○ Yes ○No |

| 16 | State agencies or employees against whom this claim is filed: *SACRAMENTO COUNTY, SAC COUNTY MAIN JAIL MEDICAL AND CORRECTIONAL STAFF, SHERIFF SCOTT JONES, CALIFORNIA DEPT OF CORRECTIONS CALIFORNIA CORRECTIONAL HEALTH CARE, THE STATE OF CALIFORNIA, STATE EMPLOYEES, MEDICAL EMPLOYEES OF COUNTY OF SACRAMENTO, STATE OF CALIFORNIA IN OFFICIAL & INDIVIDUAL CAPACITIES* |
|---|---|

| 17 | Dollar amount of claim: *$750,000.00* |
|---|---|
| | If the amount is more than $10,000, indicate the type of civil case: *U.S.C. 1983, TORT CLAIM, INJURY $250,000.00* | ○ Limited civil case ($25,000 or less) / ⊗ Non-limited civil case (over $25,000) |
| | Explain how you calculated the amount: *BASE ON PAIN SUFFERING, ONGOING MEDICAL NEEDS, PERMANENT PHYSICAL DISABILITIES, CONTINUAL DENIAL OF SERIOUS MEDICAL CONDITIONS ONGOING PAIN AND SUFFERING, FUTURE MEDICAL NEEDS, VIOLATIONS OF PROCEDURAL DUE PROCESS RESULTING IN VIOLATION OF CIVIL RIGHTS* |

| 18 | Location of the incident: |
|---|---|

SACRAMENTO COUNTY MAIN JAIL, SACRAMENTO COUNTY CALIFORNIA
CDCR NORTH KERN RECEPTION CENTER DELANO CAL.
CDCR PLEASANT VALLEY STATE PRISON COALINGA CA.

| 19 | Describe the specific damage or injury: |
|---|---|

PROLONGED DAMAGE FROM MALNUTRITION FAILURE TO DIAGNOSIS MEDICAL
NEEDS SEVERE BLEEDING WEAKNESS DAMAGE TO THE BODY RESULTING IN
SINUS AND EYE DAMAGE PARTIALLY STILL UNTREATED REQUIRING SURGERY
FURTHER LONG TERM BLEEDING TO THE COLON CAUSING IMMUNE DAMAGE
TO BLOOD AND LYMPATIC SYSTEM, PAIN AND EXTENDED SUFFERING AND
PERMINENT LONG TERM POSSIBLE DAMAGE TO VITAL ORGANS AND THE
BRAIN.

| 20 | Explain the circumstances that led to the damage or injury: |
|---|---|

PROLONGED NON TREATMENT AND SUBJECTION TO ALLERGIC CONDITIONS CAUSING
PROLONGED SEVERE REACTION PASSING OUT, RECTAL BLEEDING, DAMAGE TO
LYMPATIC OR BLOOD SYSTEM, HEART AND BRAIN RESULTING IN ONGOING
LIFE THREATENING INFECTION, DENIAL OF TREATMENT, NEGLIGENCE AND
COMPLETE INDIFFERENCE IN TREATING CONDITION

| 21 | Explain why you believe the state is responsible for the damage or injury: |
|---|---|

THROUGH FAILURE TO MONITOR, MAIN, OVERSEE AND PROTECT PLAINTIFF, UNDER
RESPONDENT SUPERIOR AND POLICY FAILURES TO MAKE SURE POLICIES AND
PROTECTIONS PROVIDED DURING COURT ORDERS WERE FOLLOWED AND MAINTAINED
AND THAT THE RIGHT OF THE DISABLE AND RIGHT OF EQUAL PROTECTION FOLLOWED.

| 22 | Does the claim involve a state vehicle? | ○ Yes | ⊗ No |
|---|---|---|---|
| | If YES, provide the vehicle license number, if known: | | |

### Auto Insurance Information

| 23 | |
|---|---|

| Name of Insurance Carrier | | | | |
|---|---|---|---|---|
| | | | | |
| Mailing Address | | City | State | Zip |
| Policy Number: | | Tel: | | |
| Are you the registered owner of the vehicle? | | | ○ Yes | ○ No |
| If NO, state name of owner: | | | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | | | ○ Yes | ○ No |
| Have you received any payment for this damage or injury? | | | ○ Yes | ○ No |
| If yes, what amount did you receive? | | | | |
| Amount of deductible, if any: | | | | |
| Claimant's Drivers License Number: | | Vehicle License Number: | | |
| Make of Vehicle: | Model: | Year: | | |
| Vehicle ID Number: | | | | |

### Notice and Signature

| 24 | I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72). |
|---|---|
| | _Stan Mundy_    STANLEY W. MUNDY    Date: 2-5-2022 |
| | Signature of Claimant or Representative    Printed Name |

| 25 | Mail this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 989052, MS 414, West Sacramento, CA 95798-9052. Forms can also be delivered to the Office of Risk and Insurance Management, 707 3rd street, 1st Floor ORIM, West Sacramento, CA 95605. |
|---|---|

STATE OF CALIFORNIA

**FEE WAIVER REQUEST**
DGS ORIM 005 (Rev. 09/19)

DEPARTMENT OF GENERAL SERVICES

OFFICE OF RISK AND INSURANCE MANAGEMENT

## CLAIMANT INFORMATION

FIRST NAME
*STANLEY*

LAST NAME
*MUNDY*

CLAIM NUMBER (IF KNOWN)

TELEPHONE NUMBER

If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance.

INMATE IDENTIFICATION NUMBER
*BN2899*

## FINANCIAL INFORMATION

☐ I am receiving financial assistance from one or more of the following programs

- Supplemental Security Income (SSI) and State Supplemental Payments (SSP)
- California Work Opportunity and Responsibility to Kids (CalWORKS)
- CalFresh/SNAP (formerly Food Stamps)
- General Relief (GR) or General Assistance (GA)

☒ Number of household members and monthly household income are within one of the categories below.

| Number of Household Members | Maximum Monthly Household Income |
|---|---|
| 1 | $1,012 |
| 2 | $1,372 |
| 3 | $1,732 |
| 4 | $2,092 |
| 5 | $2,452 |
| 6 | $2,812 |

For each additional household member beyond 6, add $360 to the maximum monthly household income

## CLAIMANT CERTIFICATION

*I request a waiver of the $25 fee to file a government claim. I declare under penalty of perjury, per Penal Code Section 72, that the information provided on this application is true and correct.*

Signature
*Stan Mundy*

Date
*2-11-2022*

Department of General Services
Office of Risk and Insurance Management
Government Claims Program
PO Box 989052, MS 414
West Sacramento, CA 95798-9052

1-800-955-0045 - File a Government Claim