STANLEY MUNDY BN2899
Name and Prisoner/Booking Number

MULE CREEK STATE PRISON
Place of Confinement

P.O BOX 409060
Mailing Address

IONE CA 95640
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

*"JURY TRIAL DEMANDED"*
*" REQUEST FOR IMMEDIATE*
*INJUNCTION AND RESTRAINING*
*ORDER*

**FILED**

OCT 11 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STANLEY WAYNE MUNDY | ) |
| (Full Name of Plaintiff)   Plaintiff, | ) |
|  | ) |
| .v. | ) CASE NO. 1:22-CV- 00401-ADA-SAB |
|  | ) (To be supplied by the Clerk) |
| (1) CITY AND COUNTY OF SACRAMENTO | ) |
| (Full Name of Defendant) | ) |
| (2) SHERIFF SCOTT JONES | ) |
|  | ) |
| (3) JOHN DOE ADMINISTRATORS OF DIETARY FOOD | ) |
|  | ) |
| (4) JANE DOE PRIMARY R.N | ) |
| Defendant(s). | ) |
| ☒ Check if there are additional Defendants and attach page 1-A listing them. | ) |

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☒ Other: 21 USCS § 343(w) AND 21 USCS 321; AND 21 U.S.CS § 301

2.  Institution/city where violation occurred: SACRAMENTO COUNTY MAIN JAIL SACRAMENTO, PLEASANT VALLEY STATE PRISON, COALINGA, CA; MULECREEK STATE PRISON, IONE CA.

Revised 3/15/2016

1

**RECEIVED**

OCT 11 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1 OF 23

DEFENDANTS CONTINUED, PG 2

5. JANE DOE PRIMARY DOCTOR.

6. JOHN DOE SUPERVISOR IN CHARGE OF TRAINING, HIRING, DIETARY NEEDS, COMPLIANCE.

7. JOHN DOE CALIFORNIA DEPARTMENT OF CORRECTIONS. HEAD OF DIETARY FOOD CEO

8. JOHN DOE WARDEN OF PLEASANT VALLEY STATE PRISON.

9. JOHN DOE REPRESENTATIVE OF MEDICAL AND DIETARY NEEDS AT PLEASANT VALLEY PRISON.

10. JOHN DOE ADMINISTRATOR OF PACKAGING AND BUYING OF FOOD SERVED TO INMATES CDCR.

11. JOHN DOE ADMINISTRATORS FOR CDCR, HEALTH CARE SERVICES

12. CALIFORNIA "JOHN DOE ADMINISTRATOR, FOODS, PACKAGING FOR PRISON INDUSTRY AUTH(PIA)

13. JOHN DOE ADMINISTRATORS OF COMPLIANCE FOR ADA, MEDICAL GRIEVENCES CCHCS.

14. O. ONYEJE CHIEF MEDICAL EXECUTIVE PLEASANT VALLEY STATE PRISON.

15. S. GATES CHIEF CARE CORRESPONCE AND APPEAL BRANCH. CC HCS.

16. M. CONANAN. M.D. (CME) PLEASANT VALLEY STATE PRISON.

17. C LUCERO, RN PLEASANT VALLEY STATE PRISON

18. M. LOGAN. RN PLEASANT VALLEY STATE PRISON

19. PCP DOCTOR GOMEZ, PIMENTEL, KANLA. P&S. PLEASANT VALLEY STATE PRISON

20. A WA, ADAC. R. BARKER PLEASANT VALLEY STATE PRISON.

21. WARDEN PATRICK COVELLO MULE CREEK STATE PRISON

22. T. MIRANDA ADA COORDINATOR MULE CREEK STATE PRISON

23. M. ULLERY ADA AW.

24. JANE DOE DIETITIAN MULE CREEK STATE PRISON.

25. DOCTOR HLA (PCP) MULE CREEK STATE PRISON

26. RN HERNANDEZ PCP RN MULE CREEK STATE PRISON.

## B. DEFENDANTS

1. Name of first Defendant: _CITY AND COUNTY OF SACRAMENTO_ The first Defendant is employed as:
   _REPRENATIVE ADMINBRATION FOR MAIN JAIL_ at _SACRAMENTO CITY AS A PERSON CITY HALL_.
           (Position and Title)              (Institution)

2. Name of second Defendant: _SCOTT JONES_. The second Defendant is employed as:
   _SHERIFF AND ADMINISTRATOR OF MAIN JAIL_ at _SACRAMENTO COUNTY MAIN JAIL_
           (Position and Title)              (Institution)

3. Name of third Defendant: _JOHN DOE ADMINISTRATOR OF MAIN JAIL_ The third Defendant is employed as:
   _SUPAVISORS DEPT, HEADS OF DIETARY FOOD, LABOR_ at _SACRAMENTO COUNTY AND MAIN JAIL_
           (Position and Title)              (Institution)

4. Name of fourth Defendant: _JANE DOE PRIMARY NURSE_. The fourth Defendant is employed as:
   _PRIMARY REGISTERED NURSE_ at _SACRAMENTO MAIN JAIL._
           (Position and Title)              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? _2_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _STANLEY MUNDY_ v. _MEAGAN GANNON_.
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _PENDING I ASKED PETION TO BE DISMISSED BECAUSE IT WAS TO EARLY TO FILE HECK RULE AND BECAUSE MEDICAL CONDITIONS (WITHOUT PREDIDICE) AND BECAUSE OF ACCESS TO LAW LIBRARY_

   b. Second prior lawsuit:
      1. Parties: _STANLEY MUNDY._ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _PENDING I ASK PETITION DISMISSED (WITHOUT PREJUDICE, BECAUSE IT WOULD OVERTURN MY CONVICTION (HECK RULE) BECAUSE OF MEDICAL CONDITION ACCESS TO LAW LIBRARY._

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

B defendants pg 2

1  5. NAME OF FIFTH DEFENDANT: JANE DOE PRIMARY DOCTOR: 5TH DEFENDANT EMPLOYED AS:

2  PRIMARY DOCTOR: AT SACRAMENTO COUNTY MAIN JAIL.

3  6. NAME OF 6th DEFENDANT: JOHN DOE SUPERVISOR :6th DEFENDANT EMPLOYED AS: TRAINING

4  HIRING COMPLIANE, DIETARY NEEDS DEPT HEAD: SACRAMENTO COUNTY, SACRAMENTO MAIN JAIL.

5  7. NAME OF 7th DEFENDANT: JOHN DOE : 7th DEFENDANT EMPLOYED AS: HEAD OF DIETARY NEEDS

6  CEO: AT CALIFORNIA DEPTMENT OF CORRECTIONS:

7  8. NAME OF 8th DEFENDANT: JOHN DOE 8th DEFENDANT EMPLOYED AS: WARDEN PLEASANT VALLEY

8  STATE PRISON: AT CALIFORNIA DEPARTMENT OF CORRECTIONS, PLEASANT VALLEY STATE PRISON.

9  9 NAME OF 9th DEFENDANT: JOHN DOE : DEPARTMENT HEAD, SUPERVISOR OF DIETARY NEEDS AT PLEAS

10  ANT VALLEY STATE PRISON. AT CDCR PLEASANT VALLEY STATE PRISON.

11  10. NAME OF 10th DEFENDANT: JOHN DOE: 10TH DEFENDANT EMPLOYED AS: SUPERVISOR, ADMINISTRATOR

12  BUYER OF FOOD SERVED TO INMATES: CALIFORNIA DEPTMENT OF CORRECTIONS.

13  11. NAME OF 11th DEFENDANT: JOHN DOE :11TH DEFENDANT EMPLOYED AS: SUPERVISOR DEPARTMENT

14  HEAD OF COMPLIANCE FOR CALIFORNIA HEALTH CARE SERVICES: CALIFORNIA DYPTMENT OF CORRECTIONS.

15  12. NAME OF 12th DEFENDANT: JOHN DOE : 12th DEFENDANT EMPLOYED AS: ADMINISTRATOR BUYER

16  COMPLIANCE OFFICER FOR PACKAGING FEEDS SERVED TO INMATES: AT CALIFORNIA DEPT OF CORRECTIONS

17  13 NAME OF 13th DEFENDANT: JOHN DOE: 13 DEFENDANT EMPLOYED AS: ADMINISTRATOR FOR

18  COMPLIANCE OF ADA, MEDICAL, GRIEVANCE POLICY: CALIFORNIA CORRECTIONS HEALTH CARE SERVICES

19  14 NAME OF 14th DEFENDANT. C. ONYEJE 14th DEFENDANT EMPLOYED AS. CHIEF MEDICAL

20  EXECUTIVE. AT PLEASANT VALLEY STATE PRISON

21  15 NAME OF 15th DEFENDANT. S GATES 15TH DEFENDANT EMPLOYED AS. CHIEF CARE CORRES-

22  PONCE AT APPEALS BRANCH AT CALIFORNIA CORRECTIONS HEALTH CARE SERVICES (CCHCS)

23  16. NAME OF 16th DEFENDANT. M. CONANAN. M.D. 16th DEFENDANT EMPLOYED AS. CHIEF MEDICAL

24  EXECUTIVE: AT PLEASANT VALLEY STATE PRISON

25  17 NAME OF 17th DEFENDANT. E. LUCERO RN: 17th DEFENDANT EMPLOYED AS : REGISTERED

26  NURSE. AT PLEASANT VALLEY STATE PRISON

27  18 NAME OF 18th DEFENDANT. M. LOGAN 18th DEFENDANT EMPLOYED AS: REGISTERED

28  NURSE: AT PLEASANT VALLEY STATE PRISON

3 defendant Cont pt. 3

1  19 NAME OF 19th DEFENDANT: K. Gomez Pimentel 19th defendant is employed as: P&S PCP

2  DOCTOR AT PLEASANT VALLEY STATE PRISON

3  20 NAME of 20th defendant R. BARKER 20th defendant is employed as AWA. ADAC at

4  PLEASANT VALLEY STATE PRISON.

5  21 name of 21st defendant PATRICK CAVELLO 21st defendant is employed as WARDEN at

6  Mule creek STATE PRISON.

7  22. name of the 22nd defendant T. MIRANDA 22nd defendant is employed as ADA Coor-

8  dinator. At Mule creek state PRISON.

9  23 NAME OF THE 23rd defendant M. Ullery 23rd defendant is employed as. ADA. AW. at

10  Mule CREEK state Prison

11  24 NAME OF 24th defendant Jane doe dietician 24th defendant is employed as. DIETICIAN

12  at Mule creek STATE Prison

13  25 name of 25th defendant Doctor H1a. 25th defendant is employed as. PCP DOCTOR at

14  Mule CREEK STATE PRISON

15  26. name of 26th defendant. RN PCP Hernandez. 26th defendant is employed as: PCP

16  R.N at Mule Creek STATE PRISON.

17

18

19

20

21

22

23

24

25

26

27

28

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: *8th and 14th Amendment of the U.S Constitution: Failure to Ward, Failure to Protect, Failure to Provide Causing Cruel and Unusual Punishment*

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☒ Basic necessities       ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *From the onset of my detention by the city of Sacramento who runs the Sacramento main jail. I Continually and repeatedly informed both Custodial and Medical I was diagnosed with a severe soy allergy. I repeatedly informed both staff of the severe reactions and consequences I would suffer if I was given or consumed soy products in anyway. Multiple Corrections, Medical Staffs including my Jane Doe, R.N and PCP Jane doe doctor all told me for month that "soy" was not in the food they served to inmates. This Repeated custom and policy caused me hundred of severe reactions and injuries for at least six month until PCP doctor admitted soy was in the food. So the Municipality of Sacramento, Administrators or Sheriff Scott Jones whoever is responsible for failing to ward plaintiff that this toxic substance was in his food was recklessly indifferent to Plaintiff.*

   *Jane doe R.N, Jane doe Doctor and Administrator was also deliberately Indifferant too even 2 years for failing to get plaintiffs clinical records of his severe allergy test Plaintiff for his multiple severe reactions or provide plaintiff with a safe non toxic non soy diet and failed to Protect Plaintiff.*

   *For over two years PCP Jane doe RN, Jane doe doctors, and administrators had direct knowledge and witness plaintiffs numerous complaints and witness plaintiff numerous* Cont.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   *Permanent damage to my Gastrointestinal tract and colon (enterocolitis) requiring surgery; Permanent documented to my right eye, retina and vision in that eye; damage disfigurement to my nose forehead and right sinuse due to malnutrition from failing to provide non allergic diet. possible further damage to the 3½ years of reactions to being fed unmarked soy products.*

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your
      institution?                                                                ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim I?              ☐ Yes   ☒ No

   c. Did you appeal your request for relief on Claim I to the highest level?     ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. *I was never contacted, interview and although I asked multiple times on the response of my grievances or appeal procedures no was provided written or verbally.*

GROUND 1 PG 2

1  severe and commonly known reactions. From 6-8-2017 until At least 9 of 2019

2  JAIL, COUNTY ADMINISTRATORS, JANE DOE, RN AND JANE doe doctor WITNESS directly

3  that I lost 35 lbs in the first 5 month, Suffered diarrhia, Vomiting, Internal

4  AND rectal bleeding causing malnutrition, My VITAMIN A & D levels My Blood

5  Sugar levels drop into the 40's So low I PASSED out 3 times AND Almost

6  went into A COMA, I even suffered A concussion, perminent injury to my

7  NOSE, forehead, face, sinuses, AND A tear to my retina, AND vision loss. STILL

8  defendants of Sacramento County refused to get records or provide me

9  A non soy diet. Administrators, SHERIFF Jones, PCP JANE DOE doctor AND R.N.

10 refused to provide me A SAFE diet was recklessly indifferent to providing

11 PLAINTIFF SAFE FOOD THAT THEY RECIEVED federal money to provide.

12  These same defendants denied and ignored me suffer HIVES AND SKIN

13 RASHES THAT BECAME INFECTED, severe stomach, GASTROINTESTIAL, colon,

14 PAIN AND swelling causing severe internal bleeding from intercourse All

15 known commonly caused by "Soy" Allergies. Defendants are required

16 to recognize, train and know these reactions and immediately provide

17 PLAINTIFF WITH A non soy diet.

18  Even AFTER 2 YEARS defendant Administrators, Doctors, dietician and

19 SACRAMENTO county administrators never made sure defendants diet

20 was maintained AND plaintiff suffered multiple, other severe allergic

21 REACTIONS WHICH FURTHER INJURED PLAINTIFF perminently AND continued

22 SUFFERING THE SEVERE LIFE THREATING REACTIONS AND PAIN.

23  Since MY DETENTION BY SACRAMENTO COUNTY AND ADMINISTRATORS

24 6-8-2017 TILL MARCH 2021, PLAINTIFF SUFFERED NO LESS THAN 200 SEVERE

25 ALLERGIC REACTIONS

26  DURING THIS SAME TIME OF DETENTION PLAINTIFF WAS HOSPITALIZED

GROUND 1 PG3.

1  AT LEAST 2 TIMES and denied 7 other times of doctors on outside care, caused
2  ANY MY SEVERE REACTIONS OR INJURIES, defendants KNEW WERE CAUSED by the
3  injuries they caused by FAILING TO WARN, FAILURE to provide a SAFE diet and
4  FAILURE to provide reasonable medical care documented in GROUND 3.
5      Defendants, Administrators, JANE DOE DOCTORS, AND JANE DOE R.N HAVE
6  KNOWN THE SEVERE BLEEDING CAUSED BY THE Allergic reactions, COULD HAVE
7  CAUSED ME death, HAVE NEVER PROVIDED A SAFE DIET, STOMACH SCOPING
8  OR CORRECTIVE SURGERY TO PROTECT PLAINTIFF.
9      Defendants KNOW SOY CAUSES, throat, FACE, BRAIN, HEART, Enterocolitis
10  SWELLING ALLERGIC REACTIONS, KNEW AND WITNESSED ME SUFFER CONFUSSION
11  DIZZYNESS FATIGUE, AND FAILURED TO PROTECT ME DURING THE TIME I AM
12  TRYING TO FIGHT AND understand MY LEGAL detention. But WORSE PLAINTIFFS
13  KNEW THE CONTINUED DIARRHEA, BLOOD SUGAR DROPS, WERE SO DANGEROUS
14  THEY KNEW AND TOLD ME "You're LUCKY you didn't GO INTO A COMA" And
15  Still either refuse to provide me a SAFE diet AND make sure my diet
16  WAS not discontinued OR FOLLOWED state wide POLICY AND MAKE SURE
17  MY DIET WAS PROVIDED TO ME. This denial, POLICY, AND FAILURE TO PROTECT
18  ME FOR SO LONG, FAILURES OR POLICY not to WARN ME SOY WAS IN MY FOOD
19  SHOWS THE DILLEBERATE RECKLESS INDEFFERENCE BY THE COUNTY OF SACRAMENTO
20  JAIL ADMINISTRATOR RESPONSIBLE TO FOLLOW FEDERAL LAW, Train PROVIDE
21  SAFE FOOD, HAVE PROPER STAFFING, PROPER COMPUTER AND COMPLIANCE SYSTEMS
22  WAS DIRECTLY INDIFFERENT TO MY ALLERGIC NEEDS, ESPECIALLY WHILE WITNESS-
23  ING BY, REPORT, VIDEO OR WITNESSING THE MULTIPLE REACTIONS FOR OVER 3 AND
24  A HALF YEARS AND THE DIRRECT KNOWLEDGE OF MY INJURIES AND SUFFERING.
25
26
27
28

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 8th AND 14 AMENDMENT: CRUEL AND UNUSUAL PUNISHMENT, VIOLATION OF DUE PROCESS, FAILURE TO WARN, DELIBERATE INDIFFERENCE

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

THE MUNICIPALITY OF SACRAMENTO, SHERIFF SCOTT JONES, ADMINISTRATORS OF SACRAMENTO COUNTY JAIL HAD A POLICY, CUSTOM AND USAGE TO INSTRUCT CORRECTION AND MEDICAL STAFF NOT TO WARN INMATES INCLUDING PLAINTIFF NUMEROUS TIMES THAT "SOY" WAS IN THE FOODS SERVED TO PLAINTIFF. THE MUNICIPALITY, SHERIFF JONES, ADMINISTRATOR OF DIETARY AND PACKAGING OF FOODS HAD A POLICY NOT TO LABEL FOODS CONSUMED BY PLAINTIFF INCLUDING MEAT AND OTHER PRODUCTS THAT CONTAINED "SOY" A KNOWN MAJOR ALLERGEN. THIS POLICY VIOLATED 21 USCS §343 (w); 21 USCS § 321: 21 USCS §301 WHICH THEY KNEW MANDATED THEM TO WARN AND LABEL THEREOF. THE FEED TO INMATE, FOOD THEY KNEW WAS TOXIC AND DANGEROUS TO INMATES. PLAINTIFF KNEW BY FAILING TO FOLLOW THESE MANDATES (HAD) CREATED A DANGER TO PLAINTIFF AND DID NOT WARN, INSTRUCT OR PROVIDE A POLICY TO PROT-ECT INMATE IN WARNING HIM OF THE DANGER. DEFENDANT FAILURE TO POST WARNINGS PUT DEFENDANT ENDANGERED AND DIRECTLY CAUSED EACH REACTION AND INJURY. DEFENDANTS FAILURE TO TRAIN AND INSTRUCT CORRECTIONAL STAFF TO RECOGNIZE COMMONLY KNOWN ALLERGIC REACTION THAT THE ACUTE AND COPIOUS PAINS MANDATED THEM TO TRAIN STAFF TO RECOGNIZE VIOLATED THE LAW AND DIRE-ECTLY CAUSED EACH REACTION AND INJURY. PLAINTIFF SUFFERED THROUGH HIS 3½ YEAR DETEN-TION BY SACRAMENTO COUNTY JAIL WHOSE DEFENDANTS TOOK FEDERAL MONEY TO PROVIDE, CARETAKE, TRAIN THC, THEREFORE, THAT WAS THERE RESPONSIBILITY TO PERFORM AND ARE LIABLE FOR EACH REACTION AND INJURY PLAINTIFF DESCRIBES IN THIS GROUND, GROUND ONE AND GROUND 3.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

PERMINENT INJURY TO THE NECK, FACE, NOSE, FOREHEAD SINUSES (RETAIN FOR SURGERY) PERMINENT DAMAGE TO MY RT EYE, RETINA VISION; DAMAGE TO HEART, GASTROINTESTINAL TRACK AND COLON (RES UNTIL SURGERY) LOSS OF LIFE EXPECTANCY AND DAMAGE TO OTHER ORGANS FROM TIME EXPOSE TO SOY CAUSES, DAMAGE TO MY BRAIN FROM CONCUSSIONS, PSYCOLOGICAL AND SEVERE PHYSICAL PAIN AND SUFFERING CAUSE BY EACH DEFENDANT.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Claim II?    ☐ Yes    ☒ No

c. Did you appeal your request for relief on Claim II to the highest level?    ☐ Yes    ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. DEFENDANTS FAILED TO PROVIDE ANY WRITTEN OR VERBAL PROCEDURE TO REQUEST AND 2ND LEVEL REVIEW.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 8TH AND 14 AMMENDMENT OF THE US CONST. TITLED, FAILURE TO WARN, PROTECT, PROVIDE SAFE FOOD AND REASONABLY OBJECTIVE HEALTH CARE CAUSING CRUEL AND UNUSUAL PUNISHMENT.

2. Claim III Identify the issue involved. Check only one. State additional issues in separate claims.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☒ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   FROM 6-8-2017 AND THE NEXT 8 MONTH AND CONTINUING TILL PLAINTIFF WAS TRANSFERRED TO COLD. PLAINTIFF CONTINUALLY TOLD DEFENDANTS, ADMINISTRATORS, SHERIFF SEAN JONES, RPA'S, RN'S, DR'S, PA'S, NURSES AND MEDICAL AND CUSTODIAL STAFF HE HAD A CLINICALLY DIAGNOSED SEVERE SOY ALLERGY. (1) DEFENDANTS ABOVE AND SACRAMENTO COUNTY HAD A CUSTOM OF NOT WARNING PLAINTIFF THAT DANGEROUS SOY WAS IN THE FOOD AND FAILED TO WARN AND PROTECT PLAINTIFF BY LABELING, NOTIFYING OR WARNING PLAINTIFF OF THE DANGER. THEY KNEW THAT SOY WOULD CAUSE PLAINTIFF.
   FROM 6-8-2017 AND OVER THE NEXT 8 MONTH DEFENDANTS KNEW AND WITNESSED PLAINTIFF SUFFER AT LEAST 100 INCIDENTS RESULTING IN PLAINTIFF LOSSING 35 LBS IN THE FIRST 6 MONTHS, SUFFERING MALNUTRITION VITAMIN A&D LOSS TO NON-REGISTERABLE LEVELS, HIS BLOOD SUGAR DROP TO 40 SEVERAL TIMES (WHICH DR DOCTORS, RN AND STAFF MEDICAL AND CORRECTIONS " YOUR LUCKY YOU DIDN'T GO INTO A COMA." EVEN WHEN PLAINTIFF REPEATEDLY TOLD THEM HE WAS DIZZY FAINTED AND CONFUSED BY THE REACTIONS TO "SOY" DEFENDANTS BLAMED IT ON AN OLD INJURY AND STILL REFUSED TO HELP PLAINTIFF IN THAT DIAGNOSIS.
   FOR EIGHT MONTH AND CONTINUING, PLAINTIFF TOLD DEFENDANTS MENTIONED ABOVE HE HAD DIARRHEA SEVERE BLOOD LOSS RECTALLY, SEIZURE, ABDOMINAL PAIN AND SWELLING OF HIS STOMACH "EMBOLIS'S" A COMMONLY KNOWN REACTION TO "SOY".
   BEFORE PLAINTIFF PASSED OUT AND RECEIVED HIS INJURY FOLLOWING THE FAILURE TO PROVIDE A NON SOY DIET, EAT RECORDS, OR TEST PLAINTIFF WHICH I REPEATLY ASKED AND CONCIZINED

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   PERMINENT INJURY TO RT EYE, RETINA, VISION, NOSE SINUSES, FOREHEAD SCARING OR ARMS, LEGS, SHOULDERS FROM FAILURE TO TREAT HIVES, RASHES, PERMINENT DAMAGE TO HEART, COLON, BRAIN, GASTRO INTESTINAL TRACT. LOSS OF LIFE EXPECTANCY. POSSIBLE DAMAGE TO THYROID AND OTHER ORGANS RELATED TO THE 3½ YEARS OF SEVERE REACTIONS TO SOY".

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☒ No

   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. AS STATED DEFENDANTS PROVIDE NO WRITTEN OR VERBAL POLICY TO ADDRESS GRIEVANCES AND WRITTEN DENIAL OR PROCEDURE EXISTED THAT I WAS EVEN MADE AWARE OF.

4

GROUND 3 CONT PG 2

1  TO DEFENDANTS. I REPEATED IMPATICALLY THAT I WAS SO WEAK AND DIZZY I WAS

2  GOING TO PASS OUT. YET I WAS TOLD JAIL POLICY WAS TO PUT IN A MEDICAL REQUEST

3  WHICH TOOK MANY TIMES WEEKS TO BE SEEN. WHEN I COMPLAINED TO CORRECTIONAL

4  STAFF AND ADMINISTRATORS MY CONDITION WAS URGENT I WAS TOLD THIS IS THE

5  POLICY YOU HAVE TO WAIT. THREE DAY LATER AFTER WAITING AND REPEATLY ASKING

6  TO BE SEEN. STAFF NOTATED I WAS SWEATING PALE IN COLOR, CONFUSED AND STILL

7  MY REQUESTS WERE IGNORED.

8    ON THE DAY I PASSED OUT I TOLD DEPUTY BURG WHO HAD BEEN OFF PRIOR

9  DAYS OF MY CONDITION AND REPEATED ATTEMPTS TO GET HELP. HE NOTATED THE

10  SAME CONDITIONS I HAD SHOW THE PREVIOUS DAYS TO OTHER STAFF AND AROUND

11  3:00PM SENT ME TO MEDICAL FOR HELP. THE PCP RN'S TOLD ME NO DOCTOR WOULD

12  SEE ME, OR WAS AVAILABLE. REFUSED TO LISTEN TO MY SYMPTOMS, REFUSED TO

13  PROVIDE ME OUTSIDE HELP. TOOK MY BLOOD PRESSURE, HEART RATE (WHICH WAS

14  LOW) A COMMON SIGN OF A SEVERE "SOY REACTION" WHICH I TOLD THEM, IGNORED

15  MY DETERIORATING SYMPTOMS, AND THREATEN TO LOCK ME UP IN ISOLATION

16  IF I DIDN'T RETURN TO MY CELL. AT 3.25 OR SO I AM TOLD I RETURNED TO MY CELL

17  AND PASSED OUT. I WAS TOLD I WAS AWOKEN AROUND 4.45 WALKED ABOUT

18  12 STEPS AND PASSED OUT FLAT ON MY FACE (RECORDED ON VIDEO) WITNESSED BY STAFF

19  AND ADMINISTRATORS. DAMAGING MY NOSE, FOREHEAD SINUSES, CONCUSSION, DAMAGE

20  TO MY RIGHT EYE AND MY RETINA. MY NOSE IS DISFIGURED, I HAVE BLEEDING IN MY

21  SINUSES A COUNTY EAR NOSE AND THROAT DOCTOR STATED 3 TIMES TO ADMINISTRATORS

22  OF THE COUNTY WOULD REQUIRE SURGERY WHICH WAS DENIED EVEN TO THIS DAY.

23    FIRST NURSING STAFFS REFUSAL TO SUMMON A DOCTOR IMMEDIATELY KNOWING MY

24  PAST CONDITION, DIZZYNESS AND PASSING OUT WAS INDIFFERENCE, TO DELIBERATELY

25  KNOW A PLAINTIFF HAD PASSED OUT BEFORE, SUFFERS FROM MALNUTRITION NOT GET

26  HELP PUT ME IN DANGER

27    STILL PCP DOCTOR, ADMINISTRATORS OF THE JAIL INCLUDING SHERIFF SCOTT

28  JONES ARE NOTIFIED OF ALL SERIOUS. INCIDENT REPORTS IN THEIR JAIL AND

11

GROUND 3 CONT PG 3

1   STILL REFUSED TO PROVIDE PLAINTIFF WITH A "NON SOY DIET" PROPER FOLLOW UP MEDICAL

2   CARE, OR SURGERY FOR THE DAMAGE THEY CAUSED.

3    PLAINTIFF HAS BEEN TOLD HIS CLINICAL RECORDS WERE DELAYED A COMPUTER SYSTEM HAD

4   FAILED THREE TIMES TO ORDER THEM OUT PLAINTIFF ALSO FOUND OUT THE PCP DOCTOR

5   NEVER ORDERED THEM EVEN AFTER WITNESSING PLAINTIFF DETERIORATING MEDICAL

6   CONDITION; PLAINTIFF DID WITNESS STAFF SEEMED TO BE UNDERTRAINED WHICH IS A

7   DIRECTLY CAUSED BY ADMINISTRATOR OF THE COUNTY JAIL, SCOTT JONES AND SACRA-

8   MENTO COUNTY WHO ARE RESPONSIBLE FOR STAFFING. YET IT IS THE POLICY OF DENYING

9   "SOY" IS IN THE FOOD OR TRAINING STAFF HOW TO RECOGNIZE COMMONLY KNOW

10  MEDICAL REACTIONS BY THE COUNTY AND SCOTT JONES WHICH LEAD DIRECTLY

11  TO PLAINTIFFS INJURIES AND STAFFS IN DIFFERENCE. EVEN AFTER I HAD PASSED

12  OUT 3 TIMES AND I REPORTED I WAS GOING INTO SHOCK, AND GOING TO PASS OUT

13  AGAIN MEDICAL STAFF LOCKED ME UP FOR OVER 8 HOURS IN A CELL WITH NO

14  FOOD OR RUNNING WATER OR TOILET AND NEVER EVEN CHECK ON ME ONCE TO

15  SEE IF I WAS ALIVE OR DEAD. THIS INDIFFERENCE BY MEDICAL STAFF AS WELL

16  AS ADMINISTRATORS CONTINUED AFTER INCIDENTS AND SEEMED TO FRAGRANTLY

17  SHOW THEIR INDIFFERENCE TO MY HEALTH AND SAFETY. IN FACT MY BLEEDING WHICH

18  STARTED JUST AFTER MY ARRIVAL WAS SO SERIOUS IT WOULD BLEED THROUGH

19  TOILET TISSUE I WADED UP, THROUGH 2 PAIRS OF UNDERWEAR AND MY PANTS

20  I WAS NEVER GIVEN A SCOPE OF MY STOMACH, NEVER GIVEN CORRECTIVE SURGERY

21  WHICH WAS NEEDED (SEE GROUND 7) AND BECAUSE OF OTHER FAILURES BY CDCR

22  OR TO PROTECT THE COUNTY, HAVE FAILED TO STOP MY BLEEDING OR GIVE ME A NON-

23  SOY DIET TO THIS DAY. TO STATE "YOU COULD DIE OR BLEED OUT FROM YOUR BLEEDING"

24  AND NOT DO ANYTHING FOR 3½ YEARS, TO KNOW WITNESS PLAINTIFFS MULTIPLE SEVERE

25  REACTIONS TO "SOY," TO SEE THE PLAINTIFF PASS OUT 3 TIMES AND NOT PROVIDE A DIET

26  FOR ANOTHER 14 MONTHS AND THEN NOT MAKE SURE A PROPER DIET IS RECIEVED ONCE

27  TEST CONFIRM THIS ALLERGY IS AGAINST THE UNITED STATE CONSTITUTION AND SHOWS

28  THE DELIBERATE INDIFFERENCE BY THE COUNTY, ADMINISTRATOR, SHERIFF JONES AND PCP EN...

CLAIM III (4)

1. State the constitutional or other federal civil right that was violated: _VIOLATION OF DUE PROCESS, THE RIGHT TO REDRESS GRIEVANCES AGAINST THE STATE, PROTECTED BY THE 1ST, 5TH 6TH AND 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION AND CAL PENAL CODE 2600 & 2601._

2. **Claim III.** Identify the issue involved. Check only one. State additional issues in separate claims.

   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _BETWEEN 6-8-2017 AND 3-2021 I SUBMITTED AT LEAST 5 GRIEVANCE ABOUT BEING DENIED A "SOY" DIET AND THE DENIAL OF REACTION TREATMENT AND DENIAL OF INJURIES CAUSED BY THE REACTIONS. 1) COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES AND ADMINISTRATORS OF SACRAMENTO JAIL MEDICAL AND CORRECTIONAL STAFF VIOLATE CAL PENAL CODE 2600 AND 2601 AND HAVE NO WRITTEN HAND BOOK TO INFORM PLAINTIFF OR ANY INMATE OF THE GRIEVANCE POLICY'S IF ANY EXIST TO DETERMINE ADVERSE EFFECTS SUCH AS PROPER DIET AND MEDICAL CARE. DEFENDANTS VIOLATED THE CALIFORNIA AND U.S. CONSTITUTION IN FAILING TO PROVIDE A PROPER PROCEDURE, NOTIFICATION OF REDRESS WHICH CAUSED INJURY TO PLAINTIFF. 2) COUNTY'S POLICY TO NOT TELL PLAINTIFF "SOY" WAS IN FOOD AND DENIAL OF REDRESS INJURED PLAINTIFF. 3) COUNTY HAD A POLICY NO OTHER INMATES CAN HELP PLAINTIFF IN LEGAL WORK OR FILING OF GRIEVANCES; THIS POLICY IS UNLAWFUL UNCONSTITUTIONAL AND LEAD TO PLAINTIFF ONGOING INJURY 4) COUNTY POLICY NOT TO LET INMATE USE CLERK PROVIDE ADVISE VIOLATED PLAINTIFF CONSTITUTIONAL RIGHTS THE LAW AND LEAD TO HIS INJURIES. 5) COUNTY'S POLICY NOT TO LET DEPUTY LIBRARIAN PROVIDE PROCEDURES FOR REDRESS OF SERIOUS MEDICAL INJURY VIOLATED THE LAW AND HIS CONSTITUTIONAL RIGHTS LEAD TO COUNTLESS ALLERGIC REACTIONS AND SERIOUS INJURY THEY CAUSED. SACRAMENTO COUNTY RECEIVES FEDERAL MONEY TO PROTECT THE SAFETY OF INMATES, DIETARY AND MEDICAL NEEDS AND ARE DIRECTLY LIABLE FOR HIS INJURIES._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). _PERMINENT INJURY TO MY HEART, GASTROINTESTINAL ORGANS, COLON BRAIN. PERMINENT DAMAGE AND DISFIGURE MENT TO MY RT EYE, RETINA, NOSE, SINUSES, FOREHEAD, REQUIRING SURGERY TO CORRECT. PERMANENT SCARING OF MY ARMS, BACK, CHEST, LEGS FROM HIVES THAT WERE UNTREATED AND BECAME INFECTED, POSSIBLE DAMAGE TO OTHER BODY ORGANS AND LIFE EXPECTANCY DUE TO PROLONGED REACTION TO "SOY"._

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim III? (4)   ☐ Yes   ☒ No

   c. Did you appeal your request for relief on Claim IV to the highest level? (4)   ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I HAVE NEVER BEEN INTERVIEWED OR PROVIDED ANY WRITTEN OR VERBAL PROCESS TO FILE ANY REVIEW OR REDRESS OF THE MULTIPLE ADVERSE COMPLAINTS_

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

13

## CLAIM III(S)

1. State the constitutional or other federal civil right that was violated: *THE 8th AMENDMENT; CRUEL AND UN-USUAL PUNISHMENT; DELIBERATE INDIFFERENCE FAILURE TO PROVIDE SAFE FOOD; FAILURE TO AWARD FAILURE TO PROVIDE NUTRITIONAL, REASONABLE MEDICAL CARE, AND SAFETY OF PETITIONER*

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.

   ☒ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *SINCE THE ONSET OF PLAINTIFFS INCARCERATION WITH CDCR (MARCH 2021 AND ONGOING) PLAINTIFF HAS CONTINUALLY TRIED TO GET ADMINISTRATORS OF NKSP, PVSP, MCSP, DEFENDANTS NUMBER 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, AND 26 AND MEDICAL STAFF TO PROVIDE A SAFE DIET; PLAINTIFF HAS A SEVERE ALLERGY TO ALL SOY PRODUCTS; THIS ALLERGY IS CLINICALLY DIAGNOSED; KNOWN AND DOCUMENTED IN PLAINTIFFS MEDICAL RECORDS (EXHIBIT B) PLAINTIFF FURTHER MADE HIS ALLERGY AND SEVERE REACTIONS KNOWN IN EACH DEFENDANT SO NAMED THROUGH NUMEROUS REQUEST (SOME PRODUCED) FOR MEDICAL TREATMENT (EXHIBIT A) AS WELL AS TO ADMINISTRATORS TO GRIEVANCES (EXHIBIT D) (NONE AVAILABLE) STILL NO SAFE DIET WAS PROVIDE EVEN THOUGH EACH PRISON TOLD DEFENDANT THEIR INSTITUTION CAN NOT PROVIDE THIS DIET PLAINTIFF HAS JUST FOUND OUT THAT EACH INSTITUTION WAS MANDATED AND COULD HAVE PROVIDED THE DIET THEY KNEW PLAINTIFF NEEDED AND POLICY REQUIRED (EXHIBIT C) LIST OF INSTITUTIONS AND CCHHS POLICY MANDATING THAT THE CLINICAL DIAGNOSIS AND REACTIONS REQUIRED DEFENDANTS TO PROVIDE SAFE FOOD AND PROTECT PLAINTIFF FROM INJURY AND SUFFERING. EACH DEFENDANT WAS WELL AWARE OF PLAINTIFFS INJURIES HE SUFFERED FROM PREVIOUS ALLERGIC REACTIONS TO SOY STATED IN GROUND 1, 2, AND 3. AND DID NOTHING TO PROVIDE PLAINTIFF SAFE FOODS AND PUT PLAINTIFF IN DANGER. WHILE IN DEFENDANTS CUSTODY EACH DEFENDANT WAS MADE AWARE DIRECTLY OF PLAINTIFF*

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   _____
   _____
   _____

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                              ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?              ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?      ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

   ---

   If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

GROUND V CONT PG 2.

1  COUNTLESS SEVERE COMMONLY KNOWN "SOY ALLERGIC REACTIONS" DEFENDANTS KNEW PLAINT-

2  IFF SUFFERED NUMEROUS HOSPITALIZATIONS AS A RESULT OF DEFENDANTS FAILING TO WARN

3  PROTECT PROVIDE A SAFE "NON TOXIC" AND LATER A CARDIOLOGIST RECOMMENDED DIET THEIR

4  INSTITUTION WAS ABLE TO PROVIDE. PLAINTIFF HAS SUFFERED COUNTLESS SERIOUS INJURIES

5  INCLUDING BUT NOT LIMITED TO: HIVES, RASHES, SKIN INFECTIONS FROM DEFENDANTS

6  13, 14, 15, 16, 17, 18, 19, 20, 8, 21, 22, 23, 25, 26 FAILING TO TREAT, OR DELAYING TREAT-

7  MENT OF THE INJURIES CAUSED TO PLAINTIFF. SHORTNESS OF BREATH, HEART PAIN,

8  CAUSED FROM SWELLING OF THE THROAT, HEART AND BRAIN; PROLONGED REACTIONS

9  DAMAGE PLAINTIFF HEART; (ALONG WITH A FAILURE TO TREAT) DAMAGE TO BRAIN AND

10  FACE SWELLING CAUSED PLAINTIFFS CONFUSION, DIZZYNESS FATIGUE, AND HAS DAMAGED

11  PLAINTIFF IN WAY HE CANNOT EXPRESS TO HIS LIFE AND LIFE EXPECTANCY. DEFENDANTS

12  KNEW PLAINTIFFS SUFFERED AT LEAST 90 SEVERE ALLERGIC REACTIONS CAUSING

13  DIARRHEA, NAUSEA, BLEEDING FROM STOMACH AND COLON, RECTUM WHICH REQUIRES

14  FURTHER DIAGNOSIS AND SURGERY WHICH DEFENDANTS HAVE NOT PROVIDED.

15  HIGH & LOW BLOOD PRESSURE, HEART RATE, VITAMINE AND BLOOD SUGAR LEVELS

16  MALNUTRITION, KNOWING PLAINTIFF HAS PASSED OUT IN THE PAST AND STILL EACH

17  DEFENDANT, ADMINISTRATORS OF NKSP, PVSP, AND MULE CREEK HAVE WATCHED

18  PLAINTIFF SUFFER AND DID NOTHING TO PROVIDE SAFE FOOD, WARN PLAINTIFF

19  OF THE DANGER, PROVIDE ALTERNATE DIET, INGREDIANTS OR PROVIDE SAFE RE-

20  ASONABLE HEALTH CARE THEY KNEW THEY SHOULD HAVE PROVIDED. AGAIN THIS

21  DILIBERATE INDIFFERENCE WAS KNOWN TO EACH DEFENDANT (EXHIBIT B)

22  DEFENDANT KNOW PLAINTIFF MUST AVOID SOY AT ALL COSTS AS DOCUMENTS

23  (EXHIBIT E) SHOWS DEFENDANTS SO CALLED MEAT PLANT RUN BY CDCR AND PIA

24  ADMINISTRATORS (ALL CDCR DEFENDANTS) PRODUCES AND MIXES SIGNIFICANT

25  AMOUNTS OF "SOY INTO THE MEAT" AND OTHER PRODUCTS THEY KNEW ARE

26  DANGEROUS TO PLAINTIFF YET STILL FAIL TO WARN PLAINTIFF OR ANY INMATE

27  THAT SOY A TOXIC INGREDIATE TO PLAINTIFF IS UNKNOWINGLY FEED TO

28  PLAINTIFF, DEFENDANT FAIL TO LABEL OR WARN THAT "SOY" A ALLERGEN IS

15

CONTINUED PG 3 GROUND 5.

1 IN THE FOOD THEY KNOW IS REQUIRES THEM BY LAW TO WARN ALL INMATES, THIS

2 POLICY IS A VIOLATION OF FEDERAL LAW (GROUND 6) AND IS A STATE CREATED DANGER

3 EACH DEFENDANT KNOWS THEY ARE VIOLATING AND CAUSING THE INJURY TO PLAINTIFF

4 PLAINTIFF HAS ATTEMPTED TO GO TO ANY COMMITTY, ADA, GUIDANCE TO BE PROVIDED

5 SAFE FOOD, OR PRESENT EVIDENCE OF THE SEVERE REACTIONS AND EVEN THOUGH PLAINTIFF

6 IS AND HAS BEEN DISABLED BY REACTIONS TO SOY HAS BEEN FORCED TO SUFFER WITHOUT

7 ANY HELP FROM ADMINISTRATOR AND DEFENDANTS DOCTORS, AND SHOWS THE DELIBER-

8 ATE AND RECKLESS DEFENDANT OF EACH DEFENDANT NAMED. DEFENDANTS HAVE TRANS-

9 FERRED PLAINTIFF WITHOUT PROVIDING THE DIET OR MAKING SURE THE NEXT INSTITUTION

10 GAVE PLAINTIFF THE SAFE FOOD HE NEEDED OR FIXED THE DAMAGE THEY CAUSED

11 AND KNEW ABOUT. AGAIN SHOWING DELIBERATE INDIFFERENCE TO PLAINTIFFS DIETARY

12 NEEDS, AND REASONABLE HEALTH CARE AND IS RECKLESS TO THE SAFETY OF INMATE

13 DEFENDANT ADMINISTRATORS AND DOCTORS REFUSE TO LISTEN TO OTHER DOCTORS

14 SPECIALISTS EVEN THEIR OWN AND FAIL TO LISTEN TO OTHER REASONABLY

15 OBJECTIVE HEALTH CARE, OR DIETARY NEEDS. DEFENDANTS KNOW THEY HAVE

16 CAUSE PLAINTIFFS HEART CONDITION, THAT PLAINTIFF IS PERSCRIBED A "DART"

17 DIET" AND REFUSE TO PROVIDE PLAINTIFF WITH THIS DIET, PLAINTIFF HAS BEEN

18 FORCED TO TAKE THIS EXTRODINARY ACTION JUST TO GET THE SAFE FOOD HE

19 NEEDS AND PRAYS TO GET THE MEDICAL CARE TO STOP FURTHER DAMAGE AND

20 REDUCE THE SUFFERING I NOW EXPERIENCE DAILY. MY LIFE HAS FOREVER BEEN

21 CHANGED BY THE DELIBERATE INDIFFERENCE TO PROVIDE A DIET THAT EACH

22 DEFENDANT KNEW PLAINTIFF NEEDED AND CAUSED PLAINTIFF VISABLE SERIOUS

23 MEDICAL REACTIONS AND INJURY.

24

25

26

27

28

CLAIM VI (6)

1. State the constitutional or other federal civil right that was violated: CRUEL AND UNUSUAL PUNISHMENT FAILURE TO WARN PROTECT, CREATING A STATE CREATED DANGER VIOLATION OF :_____

2. Claim VI. Identify the issue involved. Check only one. State additional issues in separate claims.

☐ Basic necessities      ☐ Mail           ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings ☐ Property      ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer ☒ Threat to safety ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

CDCR VIOLATES FEDERAL, STATE, AND HEALTH AND SAFETY LAW, VIOLATING 21 USCS § 403 (W) FOOD DRUG AND COSMETIC ACT OF 2004, 21 USCS § 348 TITLE 21, STATING ALL ALTERED AND FOOD PRODUCTS THAT CONTAIN "SOY" OR ONE OF THE 8 MAJOR FOOD ALLERGENS MUST NOTIFY CONSUMERS AND PLAINTIFF MUST BE WARNED IN WRITING AND LABELING THE FOODS THEY CONSUME CONTAINS SOY. THIS FAILURE TO LABEL AND WARN SHOW A PATTERN AND CUSTOM OF INDIFFERENCE. CDCR ALSO ADDS SOY TO THE MEATS THEY PRODUCE KNOWING THAT THIS CHANGES THE CHEMICAL MAKEUP OF ALL FOODS FEED TO ALL INMATES, THAT THIS ALTERING MAY BE DANGEROUS TO ALL INMATES, YET CDCR KNOWS TO PLAINTIFF THIS ALTERED FOOD COULD BE LIFE THREATENING, AND AGAIN SHOWS THE DELIBERATE INDIFFERENCE CDCR OFFICIALS KNOW COULD CAUSE ALL INMATES BUT KNOW THE SPECIFIC DANGER TO PLAINTIFF. CDCR KNOWS NOT LABELING OR TEACHING THEIR EMPLOYEES ABOUT PROTECTING INMATES VIOLATE THE CALIFORNIA HEALTH AND SAFETY CODES 113820.5; 110673 (MIS BRANDING THIS MEAT) AND VIOLATING HEALTH AND SAFETY CODE 108954 FOOD LABELING OF 8 MAJOR ALLERGENS. CDCR HAS CAUSED A STATE CREATED DANGER TO PLAINTIFF. THEIR CUSTOM AND POLICY NOT TO LABEL WARN OR PROTECT PLAINTIFF OR OTHER INMATES SHOW DELIBERATE INDIFFERENCE TO INMATE AND TO FLAUNT THE LAWS THEY ARE MANDATED TO FOLLOW AND PROTECT. DOCUMENT IN (EXHIBIT E) CDCR MEAT PLANT ADMITS THE PRODUCE AND ADD A SIGNIFICANT PRODUCT TO PLAINTIFFS FOOD WHICH CAUSED SIGNIFICANT DANGEROUS REACTION. THERE IS NO CONCEIVABLE WAY PLAINTIFF CAN AVOID SOY SINCE CDCR CHANGES PRODUCTS CONTAINING SOY KNITTINGLY, FORCING PLAINTIFFS FAILINGS TO SUPPLY HIM WITH FOOD CDCR, IS MANDATED AND CAN PROVIDE HIM.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

MENTAL AND PHYSICAL SUFFERING, PHYSIOLOGICAL, AND PHYSICAL DAMAGE TO BRAIN, PREVENTING PLAINTIFF FROM LEGAL WORK, PERMINENT DAMAGE TO PLAINTIFFS HEART, FUTURE LIFE EXPECTANCY, DAMAGE TO STOMACH COLON (ENTEROCOLITIS) POSSIBLE DAMAGE TO ORGANS, DAMAGE TO KNEE AND DISFIGUREMENT TO PLAINTIFFS RIGHT KNEE, LEG TISSUE (PERMINENTLY DISCOLORED) DAMAGE TO KNEE REQUIRING SURGERY.

5. Administrative Remedies.

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes  ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

4

GROUND 6 CONT PG 2.

1  AS STATED IN CLAIM 5. AND I CDCR KNOWS PLAINTIFF HAS A DOCUMENTED SOY ALLERGY

2  AND KNOWS WELL THE DAMAGE AND DANGER INCLUDING THE POSSIBILITY OF DEATH YET

3  REFUSE TO CHANGE, WARN, OR PROVIDE PLAINTIFF WITH SAFE FOOD.

4    EACH DEFENDANT OF CDCR DIRRECTLY KNOWS OR SHOULD BE AWARE BY NOW OF PLAINTIFFS

5  NEED AND DANGER AND HAS FAILED TO ACT, KNOWING PLAINTIFFS PAIN, SUFFERING AND

6  THERE BY SHOWS DELIBERATE INDIFFERENCE BY CAUSING A STATE CREATED DANGER TO

7  PLAINTIFF AND POSSIBLY OTHER.

8    DEFENDANTS OF CDCR, PVSP, MCSP, AND CCHCS ARE RESPONSIBLE FOR PLAINTIFFS

9  SAFETY, FAILED TO WARN, PROTECT PLAINTIFFS SAFETY AND FLAUNTED THE LAWS

10  OF THE UNITED STATES WHO THEY HAVE SWORN TO UPHOLD, HAVE TAKEN FEDERAL

11  MONEY'S TO UPHOLD AND PROTECT PLAINTIFF FROM THE DANGER THE CREATED.

12  DEFENDANT ADMINISTRATION POLICY OF FAILING TO WARN OR LABEL SHOWS  THE DELIB-

13  RATE INDIFFERENCE TO FOLLOWING THE LAW, THEIR INDIVIDUAL RESPONSABILITY

14  AND MORAL ETHICS THEY BORN TO PROTECT PLAINTIFF DEFENDANTS 6 THROUGH

15  26 KNOW OR ARE REQUIRED TO FOLLOW THE LAWS OF THE FEDERAL GOVERNMENT

16  FAILED TO WARN PLAINTIFF OF THE DANGER AND SHOWED DELIBERATE INDIFFERENTE

17  IN NOT FOLLOWING POLICY SO PLAINTIFF WOULD NOT INJEST SOY AND THEIR

18  POLICY NOT TO LABEL AND ADD SOY WHICH THEY KNEW WAS DANGEROUS

19  TO PLAINTIFF AND PROVIDE A "NON SOY" NON TOXIC DIET WAS DELIBERATELY

20  REAKLESS AND DANGEROUS TO PLAINTIFF AND THE POTENTIAL DANGER DEFEND-

21  ANTS CREATED AND EXPOSED PLAINTIFF TOO.——

22

23

24

25

26

27

28

### CLAIM NO. 7

1. State the constitutional or other federal civil right that was violated: DENIAL OF PROPER MEDICAL CARE DIAGNOSIS, PERSCRIPTIONS, DELIBERATE INDIFFERENCE, MALPRACTICE VIOLATION OF THE 8th AMENDMENT OF THE U.S. CONSTITUTION CRUEL AND UNUSUAL PUNISHMENT AND REASONABLE HEALTH CARE.

2. Claim VII. Identify the issue involved. Check only one. State additional issues in separate claims.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☒ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. EVENTS AT PVSP.

ON 7/22/21 I WAS TAKEN TO ADVENTIST HOSPITAL IN BAKERSFIELD CA FOR A COLONOSCOPY WHICH HAD ALREADY BEEN DONE BEFORE IN DEC. 2020. HOWEVER NO SCOPE OF MY STOMACH WAS DONE TO DIAGNOSE THE INTERNAL BLEEDING. DOCTORS STATED MUST BE DONE TO DIAGNOSE GASTROINTESTINAL BLEEDING CAUSED BY MULTIPLE SOY REACTIONS. DOCTOR AT ADVENTIST HOSPITAL TOLD ME IT WAS IMPERATIVE I RETURN IN 7-14 DAYS (HIGH PRIORITY) TO CAUTERIZE SEVER BLEEDING IN MY UPPER LOWER COLON, AS WELL AS RECIEVE BIOPSY RESULTS. TO THIS DAY NO OF THE PROCEDURES HAVE BEEN PROVIDED EVEN THOUGH CDCR DOCTORS ADMIT THIS BLEEDING IS SO SIGNIFICANT IT COULD RESULT IN MY DEATH.

FURTHERMORE I WAS THEN LATER SCHEDULALED FOR THIS SURGURY NOT TILL 12/2/21 WELL PAST THE RECOMMENDED 7-14 DAYS, WELL PAST CDCR MAXIMUM ALLOWABLE DELAY OF 90 DAY AND WAS NEVER DONE BECAUSE OF COMPLICATIONS CAUSED BY FAILURE TO TREAT A BLOOD INFECTION BY PCP LOGAN, LUCERO AND PCP DOCTOR GOMEZ PIMINTAL.

CDCR DOCTORS AS WELL AS OTHER COLON, INTERNAL MEDICINE SURGEONS HAVE REAPTEDLY TOLD PCP LOGAN, LUCERO, PIMINTAL, H1A PCP DOCTOR AT MULE CREEK TO PROPERLY DIAGNOSIS ALL SOURCES OF INTERNAL BLEEDING CAUSED BY THE NUMEROUS ONGOING REACTIONS TO SOY AND TO LET THIS BLEEDING TO CONTINUE SO LONG, IS SERIOUSLY DANGEROUS. (1) TO HAVE ONE SURGURY TO REPAIR THE COLON UNDER ANESTISHA AND THE PUT ME UNDER AGAIN INSTEAD OF (1) GIVING ME A NON SOY DIET TO SEE IF THIS STOPS THE BLEEDING, WHICH THEY BELIEVE IT WILL BUT TO DO ALL SURGERY AT ONE TIME, THE DOCTOR TOO SAY MY BLEEDING IS SO

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes ☐ No

b. Did you submit a request for administrative relief on Claim II?     ☐ Yes ☐ No

c. Did you appeal your request for relief on Claim II to the highest level?     ☐ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

GROUND 7 PG 2

SIGNIFICANT I COULD POSSIBLY "BLEED OUT AND DIE." SINCE DR. PIMNELL AT
MULE CREEK AND DR. HLA AT MULE CREEK AGREE WITH THESE DOCTORS AGAIN
THIS SEEMS RECKLESSLY INDIFFERENT NOT TO PROVIDE A NON SOY DIET.

AT THIS SAME TIME I WAS HAVING FURTHER SEVERE REACTIONS DUE TO UNINTEN-
TIONAL SOY INJESTION. SUFFERING FROM HIVES, RASHES THAT BECAME INFECTED
TURNING INTO BOILS OR CELLULITISE. REPEATEDLY THESE INFECTIONS WERE LARGE RED
PUSS FILLED ON MY SKIN. I SHOWED THESE REACTIONS TO PCP LUCERO, LOGAN AND GOMES
PIMMETAL, BUT EVERY TIME I WAS REFUSED TO BE GIVEN ANY TREATMENT OF ANY KIND. I MADE
MULTIPLE MEDICAL REQUEST (EXHIBIT A) AS WELL AS IN PERSON, BUT WAS DENIED EVEN THE
MOST BASIC TREATMENT EACH AND EVERY TIME BY DEFENDANTS, BEING TOLD THEY WILL HEAL ON
THEIR OWN! WE ARE NOT GOING TO DO ANYTHING FOR YOU. FOR OVER TWO MONTH I LIVED WITH
TWO NEW INFECTIONS THAT BECAME VERY LARGE DURING THIS TIME, THAT WERE NOT HEALING
BY THIS TIME I HAD A LARGE RED LINE RUNNING UP MY ENTIRE LEG TOWARDS MY HEART
THAT WAS BULGING, THROBING, AND SEVERELY PAINFULL, BUT NO TREATMENT WAS PROVIDED
BY DEFENDANTS. THE RED LINE NOW EXTENDED INTO MY ABDOMIN. WAS SO PAINFUL I
COULD BARELY WALK, I WAS IN SO MUCH PAIN, MY LEG HAD GAINED OVER 14 LBS IN
SWELLING. IT TOOK A CHAPLAIN AND TWO SARGEANTS TO ADVOCATE AND OVERRIDE
MEDICAL AND SENT ME TO A HOSPITAL. I HAD TRIED TO GET MEDICAL TO TAKE ME
TO A HOSPITAL BY ASKING FOR TWO EMERGENCY CODES AND IT TOOK THESE FIVE STAFF
AND SARGEANTS TO SEND ME FOR TREATMENT. TWO DAYS I COULD BARELY MOVE AND
MEDICAL REFUSED TO SEND ME FOR OUTSIDE HELP, EVEN AFTER FINALLY PROVIDING
ME ANTIBIOTICS FOR ALMOST 3 DAY THAT WERE NOT HELPING MY FEVER AND THE
SWELLING WAS GETTING WORSE - AGAIN ONLY THEN WAS I SENT TO THE HOSPITAL BE-
CAUSE TWO SARGEANTS RECOGNIZED THE DANGER. SARGEANTS SENT ME TO BAKERSFIELD
MERCY HOSPITAL AND WAS ON I.V. FOR 6 DAYS, WHO WANTED TO KEEP ME LONGER.
MY TISSUE IN MY RIGHT SHIN AND KNEE WAS BLACKED AND PURPLE AND STILL IS
10 MONTH LATER CDCR DOCTORS SAY THIS IS PERMIDENT, FOR THE PAST 10 MONTHS
THE INFECTION HAS SPREAD, RETURNED AND BOTH MY KNEE AND SHIN SWELL BECAUSE

CONT GROUND 7 PG 4.
DEFENDANTS OF PVSP 8,9, 11, 14, 15, 16, 17, 18 AND 20. SHOWED DELIBERATE INDIFFERENCE

1  BY NOT PROVIDING ME WITH A NON SOY DIET AND TRANSFERING ME CAUSING LOSS OF JOB

2  FIRST WHEN THEY COULD HAVE PROVIDED A SAFE DIET AND THEN MAKING SURE I WAS

3  GIVEN THE SAY "NON SOY DIET AT MCSP" THESE SAME DEFENDANTS TRANSFERED ME

4  DILIBENATELY AND DID NOT FIX THE BLEEDING IN MY COLON, BLEEDING THEY KNEW

5  POSED A DANGER TO MY LIFE. DEFENDANTS TRANSFERRED ME KNOWING MY KNEE

6  INJURY WAS NOT STABLEIZED. DEFENDANTS OF PVSP. ALSO TRANSFERRED ME

7  KNOWING I WASN'T STABLE FROM THE HEART DAMAGE THEY CAUSED. I WAS

8  TRANSFERED TO SPACIFICALLY GET THESE INJURIES AND DIET YET NOT ONE

9  DEFENDANT HAS MADE SURE THAT I HAVE RECIEVED THIS DIET OR CARE AND

10  JUST TRANSFERRED ME AND NOT MAKING SURE MY CARE WAS PROVIDED

11    DEFENDANTS AT MULE CREEK; 15, 21, 22, 23, 24, 25 AND 26, HAVE CONTINUED

12  THE SAME ACTIONS AS OTHER COCR DEFENDANTS ① THEY KNOW I HAVE A SEVERE

13  ALLERGY, THREATEN IF I PRESS TO GET THIS DIET I WILL AGAIN BE TRANSFERRED.

14  ② REFUSE TO GIVE ME SAFE FOOD, (EXHIBIT 8) THEY HAVE WITNESSED EXTREME

15  BLEEDING, BLEEDING THEY KNOW I CAN DIE FROM, ESPECIALLY SINCE NOW I'M ON

16  BLOOD THINNERS CAUSE BY PVSP. ③ DEFENDANT CHANGE INGREDIANTS AND ADD

17  SOY TO NEW FOODS OR RECIPIES WITHOUT WARNING ME, SO I CAN'T AVOID

18  NEW FOODS THAT USED TO BE SAFE THAT NOW CONTAIN SOY, DEFENDANT

19  HERNANDEZ AND HLA, REFUSE TO MEASURE MY KNEE OR PROVIDE TREATMENT

20  THAT WAS DAMAGE OVER 10 MONTHS AGO, BY THE INFECTION, THAT BAKERSFILD

21  HOSPITAL WARNED THEM COULD HAVE AND DID HAPPEN 10 MONTHS AGO THAT DOCTORS

22  WANTED ME BROUGH BACK, NOW I NEED SURGERY THEY REFUSED TO DIAGNOCE

23  AND EXPOSED ME TO MONTH MORE SUFFERING, AND KEEPS ME FROM BEING TREATED,

24  HOW CAN A DOCTOR OR NURSE SAY YOUR LEG ISN'T SWELLING OR I KNEW THER

25  IS NO DAMAGE, THEN FIND OUT THEIR FAILURE TO LISTEN TO OTHER DOCTORS

26  HAS CAUSED ADDITIONAL PAIN AND SUFFERING. I WILL OUTLINE THESE

27  EVENTS IN MY AFFADAVIT FOR EMERGENCY INJUNCTION.

CONT: GROUND 7 PG 3
INJURY TO THE EFFECTED AREA. I HAVE HAD 5 COARSES OF ANTIBIOTICS WITHOUT ANY EFFECT.
BAKERSFIELD DOCTORS WANTED ME TO RETURN TO THE HOSPITAL BECAUSE THEY SAID IT WAS
HIGHLY LIKELY THE INFECTION HAD GONE ON SO LONG AND HAD SWOLLEN SO LARGE THEY
STATE I NEEDED MY KNEE AND LEG ME(2) TO FIND OUT WHAT DAMAGE WAS DONE TO
MY TISSUES, LIGIMENTS AND BONES, EVEN WITH MY LEG RESWELLING OR PIN METAL AND
DR HLA REFUSED TO SEND ME BACK TO THE HOSPITAL OR PROVIDE MRIS AND TESTS.
DR GOMEZ PIN METAL, DR HLA, NURSE LUCERO, AND HERNANDEZ EVEN REFUSED TO
MEASURE MY LEG THAT CONTINUALLY RE INFLAMED FOR 9 MONTHS, FINALLY AGAIN
I HAD TO GO MAN DOWN ASK FOR AN EMERGENCY CODE TO GET ANY TREATMENT.
FLUID WAS DRAINED FROM MY KNEE AND AN MRI WAS DONE ON MY KNEE WHICH
SHOWED AND INFECTION IN MY MINISCUS SACK AND 2 TEARS IN MY MINISCUS FROM
THE EXTREME SWELLING I SUFFERED. I WAS DENIED SPECIALIZED ANTI BATERIAL
PATCHES BY DEFENDANTS AND ADMINISTRATORS NAMED IN CLAIM 8. I WAS DENIED
MRIS I HAVE HAD TO SUFFER NO SLEEP, WALKING NOW WITH A LIMP, BECAUSE
DEFENDANTS REFUSED TO USE PROCEDURES DOCTORS RECOMENDED TO THEM, THEIN-
DIFFERENCE TO PROVIDING ME WITH SAFE FOOD, WAS COMPONDED BY DEFENDANTS
WATCHING THE REACTIONS THEY CAUSED, THEN ON TOP NOT TO PROVIDE ME WITH
A DIET THEY KNEW THEY WERE MANDATED TO PROVIDE. THAT THEY COULD PROVIDE
AND THEN TO ALLOW INFECTIONS THEY CAUSED TO GO TO SUCH A DANGEROUS POINT
THAT PROFESSIONALS AND COMMON PEOPLE RECOGNIZE THE DANGER, THIS DIFFERENCE
IN DIFFERENCE GOES TO ANOTHER LEVEL PAST NEGLIGENCE, MALPRACTICE, TO THIS DAY
I AM WAITING TO HAVE SURGERY ON MY KNEE, I STILL HAVE NOT BEEN PROVIDED
WITH A SCOPE OF MY STOMACH, AND NOW MY HEART WAS DAMAGED BECAUSE OF
A COMBINATION OF THE 5 YEARS OF REPEATED REACTIONS TO SOY AND THE SEVERE
PROLONGED REACTION, I ASK THE COURT TO ACCEPT MY LAWSUIT ALSO I ASK THE
COURT TO CONCIDER MY DISABILITIES ALSO CAUSED BY THE REACTIONS TO SOY AND
MY OWN LIMITED EXPIRIENCE WITH THE LAW, NO INDIVIDUAL SHOULD BE TREATED
THIS WAY WHEN ONE SIMPLE SOLUTION COULD HAVE PREVENTED THIS WHOLE MESS.

CLAIM VIII (8)

1. State the constitutional or other federal civil right that was violated: _VIOLATION OF MY DUE PROCESS RIGHTS UNDER THE 14th AMENDMENT OF THE U.S. CONSTITUTION: CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8th AMENDMENT OF THE U.S CONSTITUTION DENIAL OF BASIC SAFE FOOD AND REASONABLE HEALTH CARE_

2. Claim VIII Identify the issue involved. Check only one. State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. DEFENDANT 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22, 23, VIOLATE DEFENDANTS RIGHTS. I HAVE SUBMITTED NUMEROUS OFFICIAL GRIEVANCES (EXHIBIT B) THROUGH CDCR GRIEVANCE SYSTEM AT PVSP, MULE CREEK AND SACRAMENTO. REGARDING THE DENIAL OF A NON-SOY DIET. BASIC HEALTH CARE AND ADA ACCOMMODATIONS TO REDRESS GRIEVANCES. MENTIONED IN CLAIMS 5 AND 7, 8, AT EVERY SINGLE STAGE, OF EVERY SINGLE GRIEVANCE FILED I HAVE BEEN SUMMARILY BEEN DENIED WITHOUT THE RIGHT TO BE INTERVIEWED, PRESENT INTERVIEWED WIT-NESSES. SHOW OR GET PREVIOUS MEDICAL DOCUMENTATION, I HAVE ATTEMPTED TO SHOW THE AMPLE EVIDENCE OF INJURIES CAUSED BY THE LACK OF PROPER DIET AND MEDICAL CARE BUT ALL REVIEW STAFF CONTINUED TO TURN A BLIND EYE TO MY CONDITIONS AND DETERIORATING HEALTH AND MENTAL CONDITION. TO CONTINUALLY DENY THESE EXISTING INJURIES TO EXHIST. SEVERE LIFE THREATENING BLEEDING, INFECTIONS DAMAGE TO MY HEART AND BODY DUE TO THE DENIAL OF MY SOY ALLERGIES, SHOWS THE INDIFFERENCE OF: DEFENDANTS PCP RN LOGAN, PCP CME O. ONYEBE, AWA BARKER. M. CONANAN, M.D. JOHN DOE WARDEN AT PVSP, S. GATES, CHIEF HEALTH CARE CORRESPONDENCE AT CALIFORNIA HEALTH CARE SERVICES. AND M. ALLERY MD AT MULE CREEK STATE PRISON AND WARDEN PATRICK COVELLO AT MULE CREEK STATE PRISON. THIS POLICY TO NOT ALLOW ME TO SHOW OFFICIALS WHO DENIED ME THE ADDED RISK TO MY HEALTH CARE OR TRANSFER ME REPEATEDLY WITHOUT PROVIDING ME THE NON SOY DIET AND DENY MY GRIEVANCES OR MAKE ADVERSE DETERMINATIONS WITHOUT PROPER DUE PROCESSES SHOWED THE DELIBERATE INDIFFERENCE TO PROVIDE ME A SAFE DIET THAT EACH OF THE INSTITUTIONS WERE MANDATED TO PROVIDE ME. THIS POLICY AND CUSTOM MUST CHANGE TO PROTECT PLAINTIFF

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). ON GOING PHYSICAL AND MENTAL SUFFERING, CONTINUED DAMAGE TO HEART, KNEE LEG, NOSE, UNDUE DELAY IN MEDICALLY RECOMMENDED SURGERY AND RECOMMENDED MEDICAL DIAGNOSIS AND PERSCRIPTS COMMONLY DONE BY SIMILARLY SITUATE MEDICAL PROFESSIONALS WHO FRANKLY DO NOT UNDERSTAND, DELAYS, DENIAL OF TREATMENT AND PROVIDING SAFE FOOD.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim VIII 7 (8)?                 ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim VIII to the highest level?             ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

23

MULE CREEK STATE PRISON CU-127
P.O. BOX 409060
IONE CA 95640

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STAN MUNDY in PRO SE )        CASE NO: 1:22-CV-00401-ADA-3AB.
        PLAINTIFF )
 )        REQUEST FOR IMMEDIATE EMERGENCY
V )                INJUNCTION
CITY AND COUNTY OF SACRAMENTO et AL. )
 DEFENDANTS PATRICK LAVELLO )
 )

    PLAINTIFF RESPECTFULLY REQUESTS THAT THIS COURT ORDER AN IMMEDIATE,
EMERGENCY INJUNCTION TO COMPEL THE MULE CREEK STATE PRISON TO PROVIDE
PLAINTIFF WITH A NON-SOY DIET PLAINTIFF SO DESPERATELY NEEDS TO MAINTAIN
A HEALTH DIET AND TO AVOID ANY FURTHER INJURY.

    AS MENTIONED IN CLAIMS 5 6, AND 7, OF PLAINTIFFS COMPLAINT, THE REACTIONS
AND INJURIES BEING SUFFERED BY PLAINTIFF ARE ONGOING, SEEING AS IT IS
IMPOSSIBLE FOR PLAINTIFF TO KNOW THE MEALS BEING PROVIDED CONTAIN
SOY, IN WHICH CASE THEY WOULD BE POTENTIALLY DEADLY TO PLAINTIFF. THE INJURIES
LISTED ARE AN ONGOING and CONTINUOUSLY POTENTIALLY THREATEN PLAINTIFFS
HEALTH, SUFFERING AND LIFE CAUSED BY DEFENDANTS FAILURE TO WARN PLAINTIFF
WHEN THEY CHANGE OR ADD SOY TO HIS MEALS.

    BECAUSE OF THIS, PLAINTIFF AGAIN RESPECTFULLY REQUEST THE IMMEDIATE,
EMERGENCY INJUNCTION TO COMPEL THE MULE CREEK STATE PRISON STAFF
TO PROVIDE PLAINTIFF WITH A NON-SOY DIET WHILE PLAINTIFFS COMPLAINT IS
PROCESSED BY THE COURT.

                              RESPECTFULLY SUBMITTED, STAN MUNDY IN PRO SE.
DATED 9-22-22
                                        Stan M

AO 72
(Rev. 8/82)

1 of 1

STAN MUNDY 00401 KES-SAB
MULE CREEK STATE PRISON
P.O. BOX 409060 CII-127
IONE CA 95640

1

2

3          IN THE UNITED STATES DISTRICT COURT.

4          EASTERN DISTRICT OF CALIFORNIA.

5  STANLEY MUNDY in PRO SE          )    CASE NO: 1:22 CV-00401-ADA-SAB
        PETITIONER                  )
6                                   )
    V                               )    REQUEST FOR TEMPORARY RESTRAINING
7  PATRICK CAVELLO WARDEN AND THE   )    ORDER
   CITY OF SACRAMENTO ET AL         )
8        DEFENDANTS                 )
                                    )
9    PETITIONER REQUEST THE COURT GRANT A TEMPORARY RESTRAINING ORDER UPON

10  WARDEN PATRICK CAVELLO AND CDCR, AND EACH OF THEIR OFFICERS, AGENTS, EMPLOYES

11  AND ALL PERSONS IN CONCERT OR PARTICIPATION WITH THEM, TO RESTRAIN THEM FROM

12  TRANSFERRING PETITIONER OUT OF MULE CREEK STATE PRISON FOR AT LEAST 6 MONTHS

13  FOR ANY REASON.

14    THIS REQUEST IS PARTNERED WITH PETITIONERS REQUEST FOR PRELIMINARY

15  INJUCTION TO BE GIVEN A NON-SOY DIET, PETITIONER BELIEVES DEFENDANT AT MULE

16  CREEK STATE PRISON WILL ATTEMPT TO AVOID RESPONSIBILITY BY TRANSFERRING PLAINTIFF

17  REQUEST FOR A NON SOY DIET. PETITION BELIEVES IF HE IS TRANSFERRED, THIS WILL

18  DELAY AND CAUSE HIS FIGHT TO RECIEVE THIS DIET WHICH THIS PRISON IS ABLE TO

19  PROVIDE HIM.

20    THIS BELIEF STEMS FROM THE FACT DEFENDANTS CDCR. PRIOR TWO TRANSFERS

21  WERE FROM CDCR FACILITIES THAT COULD HAVE AND SHOULD HAVE PROVIDE

22  PLAINTIFF WITH A NON-SOY DIET (EXHIBIT C) NORTH KERN S.P., PLEASANT

23  VALLEY STATE PRISON; MULE CREEK STATE PRISON. AFTER EACH PREVIOUS TRANSFER

24  DEFENDANTS, UPON ARRIVAL AT EACH FACILITY CLAIMED THEY DO NOT PROVIDE THIS

25  DIET, WHEN ALL THREE ARE REQUIRED TO PROVIDE THAT DIET SPACIFICALLY.

26    IT IS FOR THIS REASON AND OTHER HARDSHIPS PLAINTIFF WOULD SUFFER, HE

&AO 72
(Rev. 8/82)

1 | RESPECTFULLY AS THE COURT FOR THE TEMPORARY RESTRAINING ORDER BE GRANTED

2 |

3 | DATED 9-22-22                    RESPECTFULLY SUBMITTED STAN MUNDY

4 |                                  *Stan Mundy*

5 |                                  PETITIONER IN PRO SE.

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

STAN MUNDY BN2899 IN PRO SE.
MULE CREEK STATE PRISON
P.O BOX 409060
IONE CA 95640

1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF CALIFORNIA.

5   STAN MUNDY IN PRO SE.
         PLAINTIFF                    ) CASE NO: 1:22-CV-60401-ADA-SAB
6   V                                 ) AFFADAVIT FOR
7   CITY AND COUNTY OF SACRAMENTO ET AL ) REQUEST FOR INJUNCTION AND TEMPORARY
        DEFENDANTS PATRICK CAVELLO     ) RESTRAINING ORDER
8                                     )

9      PLAINTIFF WAS EMERGENCY TRANSFERRED FROM PVSP TO MULE CREEK SPECIFICALLY FOR PLAINTIFF

10  TO RECIEVE A NON-SOY DIET AND REASONABLE MEDICAL CARE. DEFENDANT ADMINISTRATORS AND

11  MEDICAL STAFF FAILED TO PROTECT PLAINTIFF BEFORE TRANSFER STABILIZING MY SEVERE RECTAL

12  BLEEDING, MY LEG INFECTION WHICH KEPT RESWELLING, PERSCRIPTION FOR THAT INJURY AND

13  CARDIOLOGISTS HEART PERSCRIPTIONS, SOY DIET AND DART (CORONARY DIET) AND FOLLOW

14  UP MEDICAL CARE WHICH LEAD TO A HOSPITALIZATION FOR MY HEART BEFORE TRANSFER.

15   ON 4-12-22 I ARRIVED AT MCSP, AND I IMMEDIATELY TOLD CORRECTIONAL, MEDICAL STAFF

16  DR HLA, RN HERNANDEZ AND ADMINISTRATORS THESE NEEDS, EACH ONE TOLD ME THEY

17  KNEW MY NEEDS, DOCTORS ORDERS YET IMMEDIATELY CONTINUED "NOT" TO FOLLOW

18  DOCTORS ORDERS WITHOUT ANY REASONABLE REASON WHY. I WAS DENIED HEART DIET

19  AND MEDICATION WHICH AGAIN CAUSED ME ANOTHER NEAR HEART ATTACK AND

20  HOSPITALIZATION.

21   I IMMEDIATELY TOLD DR HLA AND RN HERNANDEZ I NEEDED A HEART HEALTH

22  CORONARY DIET, "NON SOY DIET" MY LEG WAS BLACK AND RESWELLING AND THAT

23  MY BLEEDING WAS SEVERE ALL WHICH THEY STATED THEY KNEW ABOUT AND

24  WOULD ADDRESS, YET THEY DID NOT,

25   ON 4-18-22 I WAS PUT TO WORK IN THE 'MEAT PLANT" SUFFERED A SEVERE "SOY

26  REACTION (EXHIBIT E AND G) SEVERE FACE SWELLING, HIVES, AND VOMITING

27  BLOOD, THIS WAS REPORTED TO DEFENDANT ADMINISTRATORS, DR HLA AND RN

28  HERNANDEZ, NON OF WHICH PROVIDE ANY MEDICAL CARE.

27

INJUNCTION PAGE 2 CONT.

1  I DID SEE A DIETICIAN WHO ADMITS I HAVE A SEVERE "SOY ALLERGY" BUT SHE WAS
2  TOLD BY MEDICAL AND DENTAL STAFFS THAT MCSP DOES NOT PROVIDE CORONARY
3  OR NON SOY DIETS (EXHIBITS E TO H ) WHICH AS SHOWN BY (EXHIBIT E) THIS
4  PRISON CAN PROVIDE THIS DIET. I AM TOLD BY FREE STAFF AND CORRECTIONAL WORKERS THAT
5  PROVIDING THE SOY AND CORONARY DIETS ARE A HASSEL TO PROVIDE. IF YOU LOOK AT PAGE 3 & 4
6  EXHIBIT E AND H ) DOCTORS AND DIETICIANS HAVE TO SPECIFICALLY ORDER THESE DIETS OVERSEE
7  THE PREPARATION AND DELIVERY OF THIS DIET. THIS IS DELLIBERATE INDIFFERENCE TO MY
8  SAFETY AND DIETARY NEEDS

9  DOCTORS, HLA, RN HERNANDEZ, AND ADMINISTRATORS HAVE WITNESSED REACTIONS KNEW
10 THAT I SUFFER BLEEDING SO BAD "YOU CAN BLEED OUT" AND STILL FAIL TO PROVIDE A
11 DIET THEY KNEW WAS CLINICALLY DIAGNOSED AND PRESCRIBED IN SACRAMENTO COUNTY.
12  THIS INDIFFERENCE CONTINUES IN MEDICAL TREATMENT I HAVE REPEATEDLY TOLD DR HLA
13 AND RN HERNANDEZ THAT I CAN'T WALK OR SLEEP DUE TO MY LEG RESWELLING AND
14 SEVERE 8 TO 10 PAIN ALL THE TIME. FOR 3 MONTHS HERNANDEZ, DR HLA AND ADMINISTRA
15 REFUSED TO MESSURE, PROVIDE MRI OR TREAT MY LEG IN ANY WAY, EVEN THOUGH
16 OTHER STAFF WITNESSED THE RESWELLING, RN HERNANDEZ AND DR HLA REFUSED
17 TO EVEN MESSURE MY KNEE OR SHIN AND YELLED AT OTHER STAFF FOR TRYING TO
18 PROVIDE CARE ON OR ABOUT 7-3-2021. ONE OF THESE STAFFS REPORTED THIS
19 INACTION AND DR SNOCK GOT ME AN MRI AND DRAINED MY KNEE WHICH REVEALED
20 THAT MY LEG WAS INFECTED AND MY MINISCUS WAS TORN IN TWO SPOTS BOTH
21 CAUSING THE EXTREME PAIN (EXHIBIT G) AND HAVE REPEATEDLY DELAYED GETTING
22 THE SURGERY I NEED TO REPAIR THIS DAMAGE AND EXERCISE PER HEART DOCTORS
23 PRESCRIPTION. DR HLA, HERNANDEZ AND ADMINISTRATORS HAVE WITNESS OR
24 DIRRECTLY KNOW OF AT LEAST 12 SEVERE ALLERGIC REACTIONS, FAIL TO PROVIDE
25 ME SAFE DIET AND THREATEN ME THAT IF I PURSUE GETTING THESE DIETS
26 I WILL BE TRANSFERRED. THIS WOULD CAUSE SEVERE HARDSHIP I HAVE
27 TO CHOOSE MY SAFETY OVER MY FREEDOM. EACH TIME I AM TRANSFERRED
28 I HAVE MY PROPERTY HELD OVER 2 MONTH EACH TIME WHICH

INJUNCTION AFFIDAVIT CONT PG 3

1  CONTAINS MY LEGAL DOCUMENTS WHICH WILL PROVE CHARGES WERE MANUFACTURED AGAINST

2  ME AND THAT I WAS ACQUITED OF THESE CRIMES I AM IN CUSTODY OFF

3  ADMINISTRATORS DR HLA, NURSE HERNANDEZ KNOW MY BLEEDING IS SO BAD THAT I

4  CAN BLEED OUT ESPECIALLY NOW THAT I AM ON BLOOD THINNERS DUE TO THE DAMAGE

5  THEY KNOW ALLERGIC REACTIONS CAUSE (EXHIBITS E, F, G,) AND THE FACT I DON'T KNOW

6  WHEN THEY ADD "SOY" TO NEW MENU'S TO HAVE TO CHOOSE BETWEEN DELAYING ME

7  FILING LEGAL WORK OR MY SAFETY SHOWS THE INDIFFERENCE DEFENDANTS AT EACH

8  INSTITUTION. I ASK THE COURT TO TAKE THIS EXTREME REMEDY TO PROTECT MY

9  HEALTH AND CONSTITUTIONAL RIGHTS, I HAVE TRIED EVERY GRIEVANCE AND ANY

10  WAY TO AVOID HAVING TO FILE THIS ACTION BUT HAVE NO OTHER CHOSE I ASK THE

11  COURT TO INTERVENE IN THIS MATTER AS IT SEES FIT AND IN ANY OTHER MANNER

12  TO PROTECT PLAINTIFF, PLAINTIFF RESPECTFULLY THANK THE COURT FOR ITS TIME

13  IN THIS MATTER

14

15  DATED 9-27-2022

16

            PLAINTIFF SWEARS THE FOREGOING STATEMENT IS
            TRUE AND CORRECT UNDER THE PENALTY OF PERJURY

17

18  STAN MUNDY PLAINTIFF IN PRO SE.

19

20

21

22

23

24

25

26

27

28

## E. REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF REQUEST JURY TRIAL AND DAMAGES IN THE AMOUNT OF $7 MILLION DOLLAR PLAINTIFF ALSO REQUESTS THAT THIS COURT ORDER IMMEDIATE INJUNCTIVE RELIEF FOR PLAINTIFF TO RECEIVE A NON-SOY DIET TO PREVENT FURTHER DAMAGE, PLAINTIFF ALSO EXPECTS REPRISAL, TRANSFER AND AS THE COURT TO ALSO ORDER A RESTRAINING ORDER SO PLAINTIFF CAN FILE HIS LEGAL RESEARCH AND INVESTIGATION, FINALLY PLAINTIFF ALSO REQUESTS ANY OTHER REMEDIES THE COURT DEEMS NECESSARY IN THIS MATTER.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  SEPTEMBER 29 2022
                    DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

PARTIAL
EXHIBITS AND EXHIBIT LIST.

# EXHIBIT LIST:

**EXHIBIT A:** PARTIAL OF MEDICAL REQUEST FROM PLAINTIFF AT CDCR

1-16

**EXHIBIT B:** PARTIAL OF MEDICAL RECORDS AND REPORTS OF PLAINTIFF AT CDCR.

1-26

**EXHIBIT C:** LIST OF INSTITUTIONS PROVIDING OUTPATIENT THERAPUTIC DIETS
AT CDCR INSTITUTIONS PLAINTIFF HAS BEEN INCARCERATED

1-7

**EXHIBIT D:** PARTIAL LIST OF FORMAL GRIEVANCES FILED BY PLAINTIFF.

1-102

**EXHIBIT E:** CDCR STATEMENT CONCERNING FOODS ADDED "SOY" BY
CDCR.

1-1

**EXHIBIT F:** PARTIAL LIST OF GRIEVANCES AND INJURIES SUBSTAINED
BY PLAINTIFF WHILE AT SACRAMENTO MAIN JAIL.

1-5

**EXHIBIT G:** MCSP DENIAL OF PROVIDING DIET AND TREATMENT.
EXHIBITS FOR EMERGENCY COURT INJUNCTION AND RESTRAINING
ORDER FOR MULE CREEK STATE PRISON.

Medical Request from Plaintiff

# EXHIBIT A

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME

STANLEY W MUNDY

CDCR NUMBER

BN 2899

HOUSING

B 5 32

PATIENT SIGNATURE

Stan Mundy

DATE

4-1-2021

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I SUFFERED A BRAIN INJURY AND CONCUSSION SYNDROME FROM 2 ACCIDENTS BACK IN OCTOBER AND NOVEMBER 2013 SINCE THEN I HAVE SUFFER FROM PASSING OUT I AM ALSO BOARDERLINE DIABETIC AND HAVE FOOD ALEGRIES TO SOY AND WHITE CARBOHDR- ATES. NOW I AM GETTING RASHES AND SKIN LESSIONS AND DIAREAH FROM THE FOOD TYPE II MY SUGAR LEVEL WILL DROP LOW AND CAUSE ME TO PASS OUT. AM SOMETHING BE

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    DONE FOR MY DIET. THANK YOU.

RECEIVED
HCCAB
JAN 2 4 2022

\* Auth (Verified) \*

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Mundy

CDCR NUMBER: BN2899

HOUSING: A-1-119

PATIENT SIGNATURE: *Stan Mundy*

DATE: 9-15-2021

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem.) I AM STILL HAVING SIGNIFICANT RECTAL BLEEDING, AND I AM VERY TIRED. I HAD A COLONOSTOMY LAST MONTH, AND WAS TOLD I HAD 3 POLOPES AND BLOOD VESSELS IN MY COLON THAT NEED TO BE CATHERIZED AND WAS GOING TO BE BROUGHT BACK IN. THIS HAS BEEN GOING ON FOR OVER TWO YEARS. I AM GETTING FREQUENT STAFF MEDICALS. BAIN CAN YOU HELP ME.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: 09/20/2021

Received by: Sousa Cone

Date / Time Reviewed by RN: C82a

Reviewed by:

S:   Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:   P:   R:   BP:   WEIGHT:

A:

P:   ☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY:

NAME OF INSTITUTION:

PRINT / STAMP NAME

SIGNATURE / TITLE

DATE/TIME COMPLETED

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.*

Distribution: Original - Health Record / Copy - Patient

2

\* Auth (Verified) \*

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

**PART I: TO BE COMPLETED BY THE PATIENT**
If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Stan Mundy | BN2899 | A-1-119 |

PATIENT SIGNATURE: *Stan Mundy*    DATE: 10-21-21

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe your health problem and how long you have had the problem) I HAVE BEEN TOLD I WOULD BE TAKEN TO GET BLEEDING IN MY COLON CATORIZED. I STILL HAVE SEVERE BLEEDING, I AM TAKING VITAMINS BUT STILL AM HAVING SIGNIFICANT STOMACH AND RECTAL PAIN, FOR YEARS NOW. AGAIN ONLY I AM SUFFERING LEG CRAMPS (LOSS OF SLEEP AND NOW) AGAIN I AM LIGHT HEADED. I HAVE PASSED OUT IN THE PAST. I WOULD ALSO REQUEST TO HAVE MY DIET CHANGED SINCE I HAVE DIVERTICULOSIS. THANK YOU.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| Date / Time Received: 10-26-2021 0700 | Received by: BScheeley |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:

Pain Scale:  1  2  3  4  5 | 6  7  8  9  10

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:                  DATE OF APPOINTMENT:

COMPLETED BY:                     NAME OF INSTITUTION:

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

Distribution: Original - Health Record; Copy - Patient

3

MUNDY, STANLEY
5/28/1958

B
1000000341491363B

* Auth (Verified) *

*SP*

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME *STAN. MUNDY*          CDCR NUMBER *BN 2999*          HOUSING *A1-119*

PATIENT SIGNATURE *S Mundy*          DATE *11-29-2021*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I HAVE BLEEDING IN MY COLON FOR 3 YEARS THIS IS GIVING ME PAINFUL BOILS AND STAFF INFECTIONS OVER MY BODY RIGHT NOW I HAVE 2 BOILS / STAFF INFECTION ON EACH KNEE. I NEED IMMEDIATE ATTENTION.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: *11/29 NN*          Received by: *SUMA LVN*

Date / Time Reviewed by RN: *COVID*          Reviewed by:

S:                                Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:        T:        P:        R:        BP:        WEIGHT:

A:

P:
☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:    EMERGENCY ☐ (IMMEDIATELY)    URGENT ☐ (WITHIN 24 HOURS)    ROUTINE ☐ (WITHIN 14 CALENDAR DAYS)

REFERRED TO PCP:          DATE OF APPOINTMENT:

COMPLETED BY          NAME OF INSTITUTION

PRINT / STAMP NAME          SIGNATURE / TITLE          DATE/TIME COMPLETED

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

Distribution:  Original - Health Record : Copy - Patient

4

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL  ☒     MENTAL HEALTH  ☐     DENTAL  ☐     MEDICATION REFILL  ☐

NAME *Mundy*

CDCR NUMBER *BN2899*

HOUSING *A-1-119*

PATIENT SIGNATURE *[signature]*

DATE *9-1-2021*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I HAVE A SEVERE SOY ALLERGY WHICH IS CAUSING ME SEVERE HIVES, RASHES AND INTERNAL BLEEDING I NEED TO BE SEEN RIGHT AWAY AND GIVEN A PROPER DIET TO STOP THE SERIOUS BLEEDING I AM VERY WEAK CONFUSED IN PAIN THANK YOU I CANT TAKE THE DIHRRIA OR NASEA ANY MORE*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received:

Received by:

Date / Time Reviewed by RN:

Reviewed by:

S:

Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:        T:        P:        R:        BP:        WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.*

Distribution:  Original - Health Record ; Copy - Patient

25

* Auth (Verified) *

SP

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

**PART I: TO BE COMPLETED BY THE PATIENT**
If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:  MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☒

NAME *Mundy*

CDCR NUMBER *BN2899*

HOUSING *A4-228*

PATIENT SIGNATURE *SMundy*

DATE *1/17/2022*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *MY INFECTION IS NOT HEALED AND MY ANTI BIOTICS STOPPED THEY DO NOT SEEM TO BE WORKING. I HAVE PAIN IN THE DT KNEE AND TENDONS IT IS STILL RED AND SWOLLEN. MY RT LEG IS STILL DISCOLORED RED AND HAS BLACK & BLUE SPOTS. I NEED TO SEE A SPECIALIST, GET OFF A SOY DIET WHICH HAS CAUSED MY BLEEDING.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

Date / Time Received: *01/19/2021*  Received by: *Melissa West RN*

Date / Time Reviewed by RN:  Reviewed by:

S:

Pain Scale: 1  2  3  4  5  6  7  8  9  10

O:  T:  P:  R:  BP:  WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:  EMERGENCY (IMMEDIATELY) ☐  URGENT (WITHIN 24 HOURS) ☐  ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:  DATE OF APPOINTMENT:

COMPLETED BY  NAME OF INSTITUTION

PRINT / STAMP NAME  SIGNATURE / TITLE  DATE/TIME COMPLETED

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

Distribution: Original - Health Record : Copy - Patient

6

E
1000003411491363E

* Auth (Verified) *

ASJ

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|
| NAME STAN MUNDY | | CDCR NUMBER BN2899 | | HOUSING A1-113 |

PATIENT SIGNATURE: *Stan Mundy*   DATE: FRIDAY 2-4-2022

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) THE INFECTION IN MY RIGHT KNEE HAS STILL-NOT GONE FROM THE BLEEDING IN MY COLON FROM THE DIGESTIVE PROBLEMS CAUSED BY THE CONTINUED FEEDING ME A "NON SOY DIET" WHICH I AM ALERGIC TO STILL PERSISTS. TWO WEEKS AGO I ASKED DR GOMEZ AND THE DIETITIAN AND REFERDS IF I COULD BE PUT ON A KOSHER DIET WHICH I BELIEVE CONTAINS NO SOY. DR GOMEZ SAID SHE WOULD LOOK INTO THIS. THANK YOU.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: 2/5/22 | Received by: SK |
|---|---|
| Date / Time Reviewed by RN: 0738 | Reviewed by: S. KAUR, RN |
| | Pain Scale: 1 2 3 4 5 6 7 8 9 10 |

S:

O:   T:   P:   R:   BP:   WEIGHT:

A:

P:

☐ See Nursing Encounter Form   Seen by Yard RN on 2/4/22 - not complaining any issue. 21P finished ABX yesterday. RFS - pending ID.

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |
|---|---|---|---|

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.*

Distribution: Original - Health Record ; Copy - Patient

7

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*"Emergeny Request"*

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME
*MUNDY*

CDCR NUMBER
*BN2899*

HOUSING
*C-14-148*

PATIENT SIGNATURE

DATE
*2·23·2022*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*THIS MORNING I WENT TO PILL CALL AND I WAS TOLD MY PLAVIX AND LOSARIAN MEDICATION RAN OUT. THIS IS MEDICATION I NEED FOR THE REST OF MY LIFE, PERSCRIBED BY CARDIOLOGIST CALEB HAMILTON AND CONF- IRMED BY MSCP, DOCTOR HLA. THIS IS THE 3RD TIME THIS MEDICATION HAS BEEN STOPPED OR NOT PERSCRIBED, AND DR. AT FRESNO HOSPITAL SAID IS RE-BLOCKING MY STENTS.*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

8

STATE OF CALIFORNIA
## HEALTH CARE SERVICES REQUEST FORM
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL  ☒     MENTAL HEALTH  ☐     DENTAL  ☐     MEDICATION REFILL  ☐

NAME
_MUNDY_     _"ODONTIS"_

CDCR NUMBER
_BN2899_

HOUSING
_C 14 - 216_

PATIENT SIGNATURE
_[signature]_

DATE
_4-12-2022_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _I HAVE A SOY ALERGY" WHICH CAUSES DHIARRIA · NASEA · VOMMITING BLEEDING IN MY COLON. + I ALSO AM PERSCRIBED A HEART HEALTHY DIET FOLLOWING AN INFECTION THAT COLAPED ON ARTERY AND REQUIRED 3 STENTS TO BE PUT IN: I CAN NOT EAT THE MEALS "LIKE LUNCH THAT ARE GIVEN TO ME HEAR ALSO I AM SUPPOSED TO HAVE A LOWER BUNK LOWER TIER CHRONO, BECAUSE PASSING OUT & HEART · THANK_

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

9

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:  MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME
*Mundy*

CDCR NUMBER
*BN12899*

HOUSING
*a-14.148*

PATIENT SIGNATURE
*S Mundy*

DATE
*4/21/22*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)  I NEED TO SEE THE DIETITIAN IMMEDIATELY TO ADDRESS THE SEVERE REACTIONS TO MY SOY ALERGEY, THIS IS POSSING AN ONGOING IMMEDIATE DANGER TO MY HEALTH AND CAUSING SUFFERING. I CANT SLEEP, FROM SEVERE ABDOMINAL, BOWELLA PAIN, LEG PAIN IN MY LFT, SHIN AND KNEE AND MUSCLE CRAMPING IN MY LEGS. MY COLDA BLEEDING CONTINUES, AND IS A DANGER TO ME AND OTHERS. WHY HAS THIS BEEN IGN

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

10

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME *Mundy* | CDCR NUMBER *BN2899* | HOUSING *C14 148* |
|---|---|---|

| PATIENT SIGNATURE | DATE *4/28/22* |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *FOR OVER A YEAR I HAVE BEEN HAVING BOILS OVER MY BODY, IN NOVEMBER 2 WERE REPORTED TO PVSP MEDICAL STAFF, TREATMENT WAS REFUSED LATE NOVEMBER ONE BECAME VERY BAD, RESULTING IN HOSPITALIZATION, MERCY HOSPITAL BELIEVED THE DELAYED TREATMENT CAUSED THE INFECTION TO GO INTO MY TISSUES AND BONES MY RIGHT KNEE IS STILL DISCOLORED, BLACK RED AND SWOLLEN THE PAIN CAUSES ME TO NOT SLEEP AND NOW WALK WITH A LIMP. I NEED TO BE SEEN*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

11

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME Shain Mundy | CDCR NUMBER BN2899 | HOUSING C 14-148 |
|---|---|---|

| PATIENT SIGNATURE *SMundy* | DATE 4/29/22 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)   I NEED TO HAVE AN MRI OF MY RT KNEE AND SHIN. I WAS RELEASED FROM THE HOSPITAL 12-6-21 MY KNEE AND SHIN IS STILL SWOLLEN BLACK AND RED, MY KNEE CLICKS WHEN I WALK. I AM OUT OF TYLENOL ALTHOUGH IT DOES NOT HELP, THIS PAIN WAKES ME UP AND KEEPS ME FROM SLEEPING IF I CAN FALL ASLEEP, I DONT KNOW WHICH PAIN IS WORSE, MY LEG, COLON STOMA I JUST WANT TO SLEEP AND HAVE A DAY WITHOUT SUCH PAIN. PLEASE.

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

12

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: *MUNDY*

CDCR NUMBER: *BN2899*

HOUSING: *C14-148*

PATIENT SIGNATURE: *S Mundy*

DATE: *5·12·2022*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I HAVE HAD SEVERE LEG PAIN AND SWELLIN IN MY RT KNEE, SHIN AND LEG SINCE FEB- URARY 2022, FROM A SEVERE INFECTIONS IN WHICH I WAS HOSPITALIZED, MERCY HOSPITAL BAKERS- FIELD WANTED ME TO RETURN FOR MRI'S TO SEE IF THE INFECTION WENT INTO MY BONES, IT MEANS ISSUES, MY LEG STILL IS SWOLLEN, EXTREMELY PAINFUL I WAS SUPPOSED TO BE RE SEEN. MON, DAY THE 9th I WASN'T I NEEDED IMMEDIATE ATTENTION, PAIN RELIEF PLEASE THE PAIN IS KILLIN ME.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☒    DENTAL ☐    MEDICATION REFILL ☐

NAME *MUNDY*

CDCR NUMBER *BN2899*

HOUSING *C14-148*

PATIENT SIGNATURE

DATE *5-24-22*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) DR HLA RECOMMENDED I SEE YOU. I AM HAVING SEVERE TROUBLE SLEEPING BECAUSE OF THE LEG PAIN CAUSE BY THE INFECTION I HAD 6 MONTHS AGO. I AM HAVING CONFUSION, DIZZYNESS AN CONCENTRATION ISSUES. I DONT KNOW IF THIS IS JUST THE LEG PAIN OR MY SEVERE INTERNAL RECTAL BLEEDING. THAT HAS CONTINUED FOR 4-7 YEARS. THIS IS EFFECTING MY HEALTH MENTAL STATE EFFECTING MY ABILITY TO DO NORMAL EVERYDAY THINGS. WHY HAS TREATMENT BEEN DELAYED MEDI

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

14

STATE OF CALIFORNIA
# HEALTH CARE SERVICES REQUEST FORM
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME *Mundy* | CDCR NUMBER *BN2899* | HOUSING *C14-148* |
|---|---|---|
| PATIENT SIGNATURE | | DATE *6-6-2022* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I WAS PERSCRIBED IMDUR, MONOKET ( ISO SORBIDE MONITRATE ) BY THE TELEMED CARDIOLOGIST AND I NEED THE PERSCRIPTION FILLED ALSO, ORIGINALLY I WAS PRESCRIBED FURO SEMIDE 20 mo BY MY ORIGINAL CARDIOLOGIST, FOR MY HEART, AS WELL AND A TRUE CARDIOLOGIST HEART DIET I WOULD LIKE THESE PRESCRIBED MEDICATIONS AND DIETS GIVEN TO ME AS SOON AS POSSIBLE FOR MY HEALTH THANKS*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    *I AM HAVING SEVERE FATIGUE, CHEST PAIN &*

15

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME  STAN MUNDY | CDCR NUMBER  BN7899 | HOUSING  C-14-118 |
|---|---|---|
| PATIENT SIGNATURE | | DATE  6-17-2022 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) DR HLA AND DIETITIAN, MY CARDIOLOGIST RECOMENDED A NDA SOY DIET AND A TRUE HEART HEALTH DIET. I HAVE CONTINUED BLEEDING RECENTLY. I TRY TO AVOID THE SOY DIET BUT NOT ALL FOODS ARE MARKED. YOU CAN GIVE ME A NDA SOY DIET JUST LIK DYALYSIS PATIENTS GET HERE. YOU KNOW FROM SAC MAIN JAIL RECORDS I HAVE A SOY ALLERGY, FOOD ARE COOKED IN SOY OIL, MY RASHES AND SKIN LESIONS CONTINUE

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

16

Medical Records and Reports of Plaintiff

# EXHIBIT B .

**NKSP - North Kern State Prison**

Patient:                              **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years   /  Male            CDCR: BN2899

| *Progress Notes* |
|---|

Document Type:                                    Outpatient Progress Note
Document Subject:                                 Office Visit Note
Service Date/Time:                                4/16/2021 10:10 PDT
Result Status:                                     Auth (Verified)
Perform Information:                              Alphonso,Afron P&S (4/16/2021 10:12 PDT)
Sign Information:                                  Alphonso,Afron P&S (4/16/2021 10:12 PDT)
Authentication Information:                       Alphonso,Afron P&S (4/16/2021 10:12 PDT)

**Chief Complaint**
alleged h/o brain injury request re evaluation due to inmate claimed w/ episodes of
forgetfullness

**History of Present Illness**
This is an outpatient episodic visit done via TeleMed assisted by MA Ms. Montez.
62-year-old male patient is referred by RN for a 7362 he submitted claiming allergies to soy
and white rice and requesting for food substitution. Also is referred for claimed episodes of
a forgetfullness secondary to head injury he had in the past. Patient has history of having
cerebral concussion in October/November 2013 found to the ER for it. Patient states he is
forgetful and sometimes when he forgets to write things when doing his legal paperwork.
Patient has history of headaches on and off. No history of dizziness/nausea/vomiting.
Patient has history of hypertension and is on lisinopril.
Lab results were reviewed. Medications were reviewed.

**Review of Systems**
Constitutional: No h/o fever/ night sweats/ unintentional loss of weight.
HEENT/Neck: No loss of hearing/ vision loss.
Cardiovascular: No chest pain or palpitations.
Respiratory: No shortness of breath/ cough/ wheezing
Gastrointestinal: No nausea/ vomiting/ abdominal pain/ diarrhoea.
Genitourinary: No dysuria or hematuria.
Musculoskeletal: No joint pains.
Integumentary (Skin and/or Breast): No skin rashes
Neurological: No dizziness/ diplopia/ numbness/ weakness in extremity. c/o headache
sometimes. c/o forgetfulness.

**Problem List / Past Medical History**
Ongoing
HTN (hypertension)
Historical
No qualifying data

**Procedure / Surgical History**
Right rotator cuff repair (2017), T-7 fusion
(1993).

**Medications**
 **Active Medications:**
hepatitis A-B vaccine (Twinrix) 1 mL Susp-Inj
syringe (0815-52) (Twinrix 720 units-20
mcg/mL intramuscular suspension)  1 mL
Intramuscular Once NA
lisinopril  20 mg 1 tab Oral qAM NA

**Allergies**
Soy Products
codeine (Rash)

**Social History**
Alcohol
Current Occasional, Beer, Liquor, Started age
  27 Years.
Substance Abuse
Former
Tobacco
Never

**Family History**
Cancer of prostate: Father.

**Immunizations**
Received a Covid vaccine yesterday.
Pneumovax ordered.

**Lab Results**
Creatinine 0.99 mg/dL 04/06/2021 06:35 PDT

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**NKSP - North Kern State Prison**

Patient:            **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years    /  Male       CDCR: BN2899

---

## *Assessment Forms*

---

Nursing Face-to-Face / 7362 Entered On: 4/16/2021 10:04 PDT
Performed On: 4/16/2021 9:05 PDT by Swami, Rahul RN

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,,FIN:
1000000321141363BN2899,Facility: NKSP,Encounter Type: Institutional Encounter

**Subjective**                                      Swami, Rahul RN - 4/16/2021 9:52 PDT
Arrival to Clinic :   4/16/2021 09:00 PDT
Mode of Arrival :   Ambulatory
Appointment Type :   Initial

7362 Symptom Grid                                   Swami, Rahul RN - 4/16/2021 9:52 PDT

| Chief Complaint : | requesting for covid vaccine |
|---|---|
| Complaint Frequency : | New |
| Chief Complaint Onset : | 4/12/2021 20:00 PDT |
| | Swami, Rahul RN - 4/16/2021 9:52 PDT |

7362 Identifier (1) :  137.252.9.111.202104021318151306829416822#1.00
7362 Date Written (1) :  4/12/2021 PDT
7362 Date/ Time Received (1) :  4/13/2021 07:40 PDT
Date and Time Triaged :  4/13/2021 07:40 PDT
7362 Order Details Template :  7362 Orders
7362 Medical Routine Follow Up 20 - Ordered
-- 04/16/21 7:50:00 PDT, *14 days, 04/19/21 23:59:00 PDT, 170.71.227.40.202104050216345008332880690#1.00, alleged
h/o brain injury request re evaluation due to inmate claimed w/ episodes of forgetfullness
7362 RN Initial Visit (Asymptomatic) - Ordered
-- 04/16/21 7:50:00 PDT, 137.252.9.111.202104021318151306829416822#1.00, request covid vaccine, 04/27/21 23:59:00
PDT
7362 RN Initial Visit (Symptomatic) - Completed
-- 04/05/21 11:30:00 PDT, 1 business day, 170.71.227.40.202104050216345008332880690#1.00, 04/05/21 23:59:00 PDT,
borderline diabetic, brain nijuries &concussion in the past, he states he has food allergies and needs a different diet so he

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

                                      Print Date/Time:   3/15/2022 11:15 PDT

2

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**NKSP - North Kern State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  63 years   /  Male       CDCR: BN2899

| | *Assessment Forms* |
|---|---|

**Subjective**
Arrival to Clinic :  4/5/2021 13:08 PDT
Mode of Arrival :  Ambulatory
Appointment Type :  Initial

Estrella, Teresa RN - 4/5/2021 13:08 PDT
Estrella, Teresa RN - 4/5/2021 13:08 PDT

7362 Symptom Grid

| | |
|---|---|
| Chief Complaint : | " I suffered a brain injury i tendency forgot something sometimes" I am allergy to certain food like soy and white carbohydrates"I also getting rashes since i got here" |
| Situation of Onset : | " I have this medical issue since October of 2013"" i would like to see the doctor I need help" |
| Comment | (Comment: informed availability of cream from the canteen. [Estrella, Teresa RN - 4/5/2021 14:32 PDT] ) |
| | Estrella, Teresa RN - 4/5/2021 14:32 PDT |

7362 Order Details Template :  7362 Orders
7362 RN Initial Visit (Symptomatic) - Ordered
 -- 04/05/21 11:30:00 PDT, 1 business day, 170.71.227.40.20210405021634500833280690#1.00, 04/05/21 23:59:00 PDT, borderline diabetic, brain nijuries &concussion in the past, he states he has food allergies and needs a different diet so he don't pass out....

Estrella, Teresa RN - 4/5/2021 13:08 PDT

Vitals/Ht/Wt

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52905875               Print Date/Time:  3/15/2022 11:15 PDT

3

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**NKSP - North Kern State Prison**
2737 West Cecil Ave
P.O. Box 567
Delano, CA 93216-

| | | | |
|---|---|---|---|
| **Patient:** | **MUNDY, STANLEY** | | CDCR #:  BN2899 |
| DOB/Age/Birth Gender: | 5/28/1958   63 years | Male | PID #:  11491363 |
| Gender Identity: | Male | | Referring: Alphonso,Afron P&S |
| Encounter Date: | 3/30/2021 | | |
| Attending: | Alphonso,Afron P&S | | |

## Allergies

| Substance | Reaction Status | Severity |
|---|---|---|
| codeine | Active | Unknown |
| Soy Products | Active | Unknown |

## Allergy List

**Substance: codeine**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 3/30/2021 13:48 PDT | Ligsay,Rochelle RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Symptom:** Rash (Active); **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/8/2022 11:42 PST; **Reviewed By:** Goff, Julia RN; |
| 3/30/2021 11:13 PDT | Dator,Rosemarie RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/30/2021 11:13 PDT; **Reviewed By:** Dator,Rosemarie RN; |

**Substance: Soy Products**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 3/30/2021 11:13 PDT | Dator,Rosemarie RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/8/2022 11:42 PST; **Reviewed By:** Goff,Julia RN; |

## Problems

Problem Name: **Adjustment disorders,With mixed anxiety and depressed mood** (Qualifier: )
**Life Cycle Status:** Active
**Recorder:** Herrera,Janet Social Worker          **Responsible Provider:** Polder,Michael Social Worker
**Last Updated:** 6/14/2021 12:37 PDT; Polder,Michael Social     **Last Reviewed:** 2/23/2022 08:30 PST; Sinclair,Joy RN
Worker
**Classification:** Mental Health; **Confirmation:** Provisional; **Code:** F43.23 (DSM5); **Course:** ; **Onset Date:** ; **Status Date:**
5/10/2021; **Prognosis:** ; **Persistence:**

C: 6/14/2021 12:37 PDT; Polder, Michael Social Worker; 309.28 Adjustment disorders, With mixed anxiety and depressed mood

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**NKSP - North Kern State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  63 years   /   Male       CDCR: BN2899

## *Immunology/Serology*

Result Comments
f12:    Varicella IgG
        WEST HILLS, CA 91304-3226
        TAB TOOCHINDA

Order Comments
O8:    QuantiFERON-TB Gold Plus, 1 Tube - 36970
        Do NOT draw if regular same day routine pick up cannot be used

## *Body Fluids/Other Sources*

**Gastric/Stools**

| Specimen Type | Accession Number | Collected Date/Time | Ordering Provider | Received Date/Time |
|---|---|---|---|---|
| Stool | 21-109-01888 | 4/15/2021 12:01 PDT | Ross,Michael PA | 4/16/2021 01:16 PDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time | Verified By |
|---|---|---|---|---|---|
| Fecal Glob Src | MICRO NUMBER: 10894854 SPECIMEN QUALITY: Adequate f1 | | | 4/16/2021 20:34 PDT | QUEST CONTRIBUTOR_ SYSTEM |
| Fecal Globin | **Detected @ f1** | | | 4/16/2021 20:34 PDT | QUEST CONTRIBUTOR_ SYSTEM |

Result Comments
f1:    Fecal Globin, Fecal Glob Src
        Lab test performed by:
        Lab Mnemonic:  05D0642827
        QUEST DIAGNOSTICS-WEST HILLS
        8401 FALLBROOK AVENUE
        WEST HILLS, CA 91304-3226
        TAB TOOCHINDA

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  63 years   /   Male     CDCR: BN2899

## Assessment Forms

| NANDA Nursing Diagnosis : | Risk for bleeding |
|---|---|
| Related To : | hemorrhoids |
| As Evidenced By : | patients verbalization (Comment: Has pending Colonoscopy [Scheesley, Sara RN - 7/22/2021 11:53 PDT] ) |
| | Scheesley, Sara RN - 7/22/2021 11:53 PDT |

**Plan**
Patient Presentation: :  Not consistent with nursing protocol
Plan Deffered To: :  Patient has pending appointments with PCP

Scheesley, Sara RN - 7/22/2021 11:53 PDT

**Follow-up/Disposition**
Follow-up Required :  Yes
Follow-up PCP :  Within 14 calendar days
Other Follow-up Comment :  Patient is enc to attend all follow ups with PCP and offsite appointments
Disposition To: :  Return to housing
Mode of Disposition Via: :  Ambulatory

Scheesley, Sara RN - 7/22/2021 11:53 PDT

---

**Nursing Face-to-Face / 7362 Entered On:  6/24/2021 8:56 PDT**
**Performed On:  6/24/2021 8:49 PDT by Long, Sokha RN**

**Patient Encounter Information**
ENCTR Information :  Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,,FIN: 1000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter

Long, Sokha RN - 6/24/2021 8:49 PDT

**Subjective**
Arrival to Clinic :  6/24/2021 08:37 PDT
Mode of Arrival :  Ambulatory
Appointment Type :  Initial

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52904217          6          Print Date/Time:  3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:                **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years  /  Male          CDCR: BN2899

| *Procedures/Interventions* |
|---|

| | Ruiz, Elizabeth LVN - 12/7/2021 18:49 PST | |
|---|---|---|

**Plan/Disposition**
Follow-up Required : No
Follow-up with PCP :  N/A
Follow-up with Clinic RN :  N/A
Referral to Wound Care Team :  N/A
Consult with Registered Dietitian :  N/A

Ruiz, Elizabeth LVN - 12/7/2021 18:53 PST

| *Public Health* |
|---|

No data exists for this section

| *Progress Notes* |
|---|

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:
Authentication Information:

Dietary Progress Note
Dietary Initial Assessment
9/1/2021 10:12 PDT
Auth (Verified)
French,Mason RDN (9/1/2021 10:46 PDT)
French,Mason RDN (9/1/2021 10:46 PDT)
French,Mason RDN (9/1/2021 10:46 PDT)

**Reason for Clinical Encounter**
Diverticulosis

**Patient Interview**
   Cooperative 63yo. Wt trend w/o prolonged significant qualifying Wt decline x4.5 Months. CBW appropriate despite elevated BMI d/t advanced age. States avoiding Soy d/t Allergy. States no chronic Constipation; Diarrhea once weekly r/t accidental Soy consumption. Canteen: States no financial access. Hydration: Excellent. Diet tolerance impaired d/t Soy Allergy, however Pt appears to be maintaining CBW despite no finances; Recommend Monthly Wt to establish prolonged significant qualifying Wt decline; No LNS indication at this time. Recommend MvM r/t potentially impaired Nutrient utilization d/t Dx Diverticulosis & advanced aging. Pt likely meeting Nutrition needs at this time.

**Nutritional Risk Factors**
N/V/C/D: States Diarrhea once weekly.
Last BM: 9/1
Chewing/ swallowing: No c/o
Skin integrity/ wounds: States GI-Bleeding

**Problem List/Past Medical History**
Ongoing
Adjustment disorders, With mixed anxiety and depressed mood
Chronic foot pain
HTN (hypertension)
Neuropathy

**Procedure/Surgical History**
Right rotator cuff repair (2017), T-7 fusion (1993).

**Anthropometic Measurements**
Ht: 175cm
Wt: 90.2kg
IBW: 70.7kg
IBW%: 127%
BMI: 29.4 (Overweight  )

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52904217                    Print Date/Time:  3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:       **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958   /   63 years     /   Male       CDCR: BN2899

| *Assessment Forms* |
|---|

Disposition To: :  Return to housing
Mode of Disposition Via: :  Ambulatory
Release to Custody :  Yes
Released Time :  8/5/2021 11:56 PDT

                          Long, Sokha RN - 8/5/2021 11:52 PDT

**Nursing Face-to-Face / 7362 Entered On: 7/22/2021 12:09 PDT**
**Performed On: 7/22/2021 11:53 PDT by Scheesley, Sara RN**

**Patient Encounter Information**
ENCTR Information :  Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,,FIN:
10000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter

                Scheesley, Sara RN - 7/22/2021 11:53 PDT

**Subjective**
Arrival to Clinic :  7/22/2021 11:53 PDT
Mode of Arrival :  Ambulatory
Appointment Type :  Initial

                Scheesley, Sara RN - 7/22/2021 11:53 PDT

7362 Symptom Grid

| Chief Complaint : | RECTAL BLEEDING |
|---|---|
| Situation of Onset : | 2 years |
| | Scheesley, Sara RN - 7/22/2021 11:53 PDT |

7362 Identifier (1) :  137.252.9.9.20210703211444171234132798#1.00,
7362 Date Written (1) :  7/21/2021 PDT
7362 Date/ Time Received (1) :  7/22/2021 07:00 PDT
Date and Time Triaged :  7/22/2021 07:00 PDT
7362 Order Details Template :  7362 Orders
7362 RN Initial Visit (Symptomatic) - Ordered
-- 07/22/21 9:40:00 PDT, 1 business day, 137.252.9.9.20210703211444171234132798#1.00, 07/22/21 23:59:00 PDT,
RECTAL BLEEDING
7362 Asymtomatic :  No

                Scheesley, Sara RN - 7/22/2021 11:53 PDT

**Vitals/Ht/Wt**
Temperature Infrared IR :  36.6 DegC(Converted to: 97.9 DegF)

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

MUNDY, STANLEY
5/28/1958

BN2
1000000341149136 3BN2

* Auth (Verified) *

02/17/2022   12:35 MHB CASE MANAGER

(FAX)661 632 5901                    P.002/016

History and Physical
* Final Report *

ZZZMUNDY, STANLEY - 2520335854(MHB)

Result type:        History and Physical
Result Date:        February 16, 2022 16:26 PST
Result status:      Auth (Verified)
Result Title:       Admission H & P
Source Of Report:   Dhillon, Harsukh-Nidhan S MD on February 16, 2022 16:32 PST
Verified By:        Dhillon, Harsukh-Nidhan S MD on February 16, 2022 16:32 PST
Encounter Info:     66006666532, MHB, Inpatient, 02/16/2022 -

## * Final Report *

Patient: ZZZMUNDY, STANLEY   MRN: 2520335854   FIN:
66006666532
Age: 63 years   Sex: M   DOB: 05/28/1958   Active Insurance:
CORRECTCARE INTEGRATED 8405-84510
Admitting MD: Dhillon, Harsukh-Nidhan S MD   Location: MHB DEDIP: 08:
01   PCP: PCP, No
Author: Dhillon, Harsukh-Nidhan S MD

**Chief Complaint**
Chest pain

**History of Present Illness**
This is a 63-year-old gentleman brought to ED for chest pain and bradycardia. Past
medical history includes hypertension, recent right leg cellulitis, hemorrhoids.
Patient was scheduled for elective hemorrhoidectomy with Dr. Singh but
complained of chest pain during preop assessment. EKG showed evidence of
bradycardia and patient was sent to ED for evaluation. Patient states he has
had on and off substernal chest pain that intermittently radiates to left arm and
feels like a sharp/pressure in nature. Chest pain usually comes on or is worse with
walking and subsides after he rests. He denies fever, chills, drug use, smoking
cigarettes or using illicit substance. He denies family history of premature CAD,
never been diagnosed with dyslipidemia and has been in good shape. His only
medication include lisinopril at home. He denies fever, chills, abdominal pain,
diarrhea/constipation, nausea/vomiting, headache, dizziness, shortness of breath,
palpitation, focal weakness, blurry vision. Rest of 12 system ROS is reviewed and
negative.
Upon arrival patient is afebrile 36.4, heart rate 47, respirations 16, blood pressure
150/103 and saturating 100% on room air. Lab show WBC 6.4, hemoglobin 16.6,
platelets 216, sodium 144, potassium 4.5, creatinine 0.88, troponin less than 0.01,
BNP 21. Chest x-ray negative for acute process. EKG shows evidence of
sinus bradycardia 47 without ST or T wave changes. Patient will be admitted to
medicine for further management of chest pain.

**Review of Systems**
Constitutional: No fevers, chills, sweats
Eyes: No recent visual problems
ENMT: No ear pain, nasal congestion, sore throat
Respiratory: No shortness of breath, cough
Cardiovascular: Positive for chest pain
Gastrointestinal: No nausea, vomiting, diarrhea
Genitourinary: No hematuria
Hema/Lymph: Negative for bruising tendency, swollen lymph glands
Endocrine: Negative for excessive thirst, excessive hunger
Musculoskeletal: No back pain, neck pain, joint pain, muscle pain, decreased range
of motion

**Problem List/Past Medical History**
Ongoing
    Anxiety associated with depression
    Cellulitis and abscess of right leg
    HTN (hypertension)
Historical
    No qualifying data

**Procedure/Surgical History**
  • Back fusion
  • SHOULDER
  • Tonsillectomy

**Home Medications**
    Aceta-Gesic 325 mg-12.5 mg oral
        tablet,   Not taking
    Anusol-HC 2.5% rectal cream with
        applicator, 1 Appl, PR, BID
    calcium-vitamin D 500 mg-5 mcg (200
        unit) oral tablet
    docusate sodium 100 mg oral capsule,
        100 mg= 1 Cap, PO, qDay, PRN
    Lasix 20 mg oral tablet, 20 mg= 1 Tab,
        PO, qDay,   Not taking
    lisinopril 10 mg oral tablet, 10 mg= 1
        Tab, PO, Daily
    Motrin 400 mg oral tablet,   Not taking
    mupirocin topical 2% ointment, 1 Appl,
        TOP, TID
    polycarbophil 625 mg oral tablet, 1250
        mg= 2 Tab, PO, QID

**Allergies**
    codeine
        Reaction: Rash
    Soy
        Reaction: Unknown

**Social History**
Alcohol
    Past - More than 30 days, 02/16/2022
Home/Environment
    Religious restrictions/concerns: soy
        allergy., 02/16/2022
Substance Abuse

Pleasant Valley State Prison

Printed by: Orcullo, Marla RN
Printed on: 02/17/2022 13:04 PST

FEB 23 2022

Medical Records Dept

Page 1 of 4

4

**PVSP - Pleasant Valley State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  63 years   /   Male        CDCR: BN2899

---

### *Assessment Forms*

---

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,,FIN:
10000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter

Casillas, Maria MA - 7/8/2021 8:51 PDT

**Chief Complaint**
Chief Complaint :
Reason for Visit : chronic leg pain, discuss x-ray result, rash that come and goes.


chronic leg pain, discuss x-ray result, rash that come and goes.

Casillas, Maria MA - 7/8/2021 8:51 PDT

**Allergies**

(As Of: 7/8/2021 08:52:27 PDT

Allergies (Active)
codeine                    Estimated Onset Date:  Unspecified ; Reactions:  Rash ;
                           Created By:  Ligsay, Rochelle RN; Reaction Status:  Active ;
                           Category:  Drug ; Substance:  codeine ; Type:  Allergy ;
                           Severity:  Unknown ; Updated By:  Ligsay, Rochelle RN;
                           Reviewed Date:  7/8/2021 8:52 PDT
Soy Products               Estimated Onset Date:  Unspecified ; Created By:  Dator,
                           Rosemarie RN; Reaction Status:  Active ; Category:  Drug ;
                           Substance:  Soy Products ; Type:  Allergy ; Severity:
                           Unknown ; Updated By:  Dator, Rosemarie RN; Reviewed Date:
                            7/8/2021 8:52 PDT

**Vitals/Ht/Wt**
Temperature Temporal :   36.4 DegC(Converted to: 97.5 DegF)
Peripheral Pulse Rate :   53 bpm (LOW)
Systolic/Diastolic BP :   130 mmHg
Systolic/Diastolic BP :   68 mmHg
Mean Arterial Pressure, Cuff :  89 mmHg
Respiratory Rate :   16 br/min
SpO2 :   98 %
SpO2 Location :  Right hand
O2 Therapy :   Room air
Weight Dosing :   94.4 kg(Converted to: 208 lb 2 oz, 208.116 lb)

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Print Date/Time:  3/15/2022 10:59 PDT

11

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Guidelines for Managing a Food Allergy or Intolerance

Your Primary Care Provider may have told you that your food allergy, or food intolerance is/are the following:

---

Food intolerance is when your body has trouble digesting a food. It can make you feel bad, usually with an upset stomach or gassiness. The most common food sensitivity or intolerance is to lactose, which is a natural sugar found in milk.

A food allergy is when your body's immune system reacts to a food protein because it has mistaken that food protein as a threat. Your body responds by trying to get the harmful food out of your body. The food you are allergic to is called a "food allergen." The response your body has to that food is called an "allergic reaction." Symptoms can appear within minutes to several hours after eating the food to which you are allergic, but they can also begin later. Sometimes symptoms may take as long as 72 hours to appear. If you experience an allergic reaction, prompt and rapid treatment is important.

Symptoms can affect many different parts of the body. An allergic reaction to food can affect the skin, the gastrointestinal tract, the respiratory tract and, in the most serious cases, the cardiovascular system. The symptoms can be mild (itchy nose or a few hives), but they can also be severe (trouble breathing, repetitive vomiting, weak pulse, etc.). Symptoms can worsen quickly and what caused a mild reaction one time can lead to severe reaction the next time. Allergic reactions are unpredictable. How severe the reaction is, and which symptoms you get, can change from one reaction to the next. Past reactions do not predict future reactions. It is important to be able to quickly recognize and treat an allergic reaction.

The most dangerous reaction is called anaphylaxis (pronounced an-uh-fil-LAX-is). Anaphylaxis is a severe allergic reaction that may happen quickly and may cause death. The first-line treatment for anaphylaxis is a medication called epinephrine. Epinephrine is a type of adrenaline. It helps reverse the symptoms of a severe reaction. It is considered a very safe medicine.

Mild to moderate symptoms may include one or more of the following:
- ✓ Hives (reddish, swollen, itchy areas on the skin)
- ✓ Eczema (a persistent dry, itchy rash)
- ✓ Redness of the skin, particularly around the mouth or eyes
- ✓ Itchy mouth or ear canal
- ✓ Nausea or vomiting
- ✓ Diarrhea
- ✓ Stomach pain
- ✓ Nose congestion or runny nose
- ✓ Sneezing
- ✓ Slight, dry cough
- ✓ Odd taste in mouth

Severe symptoms may include one or more of the following:
- ✓ Trouble swallowing
- ✓ Shortness of breath or wheezing

12



Get help if you're experiencing these symptoms

 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

**Egg Allergy**
Egg Protein is sometimes found in the following:

- Bakery Goods
- Breaded items
- Breakfast Pockets
- Cakes
- Carrot Salad
- Coffeecake
- Coleslaw (mayonnaise)

- Cookies
- Cornbread
- Egg Noodles
- Eggs in all forms
- Eggnog
- French Toast
- Macaroni Salad

- Mayonnaise
- Meatloaf
- Pancakes
- Potato Salad
- Ravioli
- Some Salad Dressings

**Peanut Allergy**
CDCR does not use peanut oil in its standard diet. Peanut butter and peanut butter cookies are readily identifiable and can be avoided.

**Wheat Allergy**
Please refer to the **Gluten-Free Diet handout.**

**Healthy Eating Tips**
Eat the right amount of calories for how active you are, so that you balance the energy you consume with the energy you use. Eat a wide range of foods to ensure that you're getting a balanced diet and that your body is receiving all the nutrients it needs. Eat lots of fruit and vegetables, cut down on saturated fat and sugar, eat less salt and drink plenty of water. Eat three main meals each day. Skipping meals can rob your body of the protein, vitamins, and minerals that you need to stay healthy.

If a certain food bothers you, do not eat it at all.

Remember -- Your health is your responsibility!

13

STANLEY MUNDY  A1 119
BN2899

.PatientInfo

## YOUR TEST RESULTS HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:

A chronic care appointment has been scheduled for you.  You will be receiving a ducat indicating your appointment time.

Ogbuehi, Ifeoma NP

Sincerely,

California Correctional Health Care Services

14

Z

**NKSP - North Kern State Prison**

Patient:                          **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years    /  Male          CDCR: BN2899

| *Assessment Forms* |
|---|

Temperature Tympanic :  37 DegC(Converted to: 98.6 DegF)
Peripheral Pulse Rate :  70 bpm
Systolic/Diastolic BP :  140 mmHg
Systolic/Diastolic BP :  68 mmHg
Mean Arterial Pressure, Cuff :  92 mmHg
Respiratory Rate :  18 br/min
SpO2 :  98 %
SpO2 Location :  Left hand
O2 Therapy :  Room air
Pain Present :  No actual or suspected pain
Height/Length Dosing :  175 cm(Converted to: 5 ft 9 in, 5.74 ft, 68.90 in)
Weight Measured :  97 kg(Converted to: 213 lb 14 oz, 213.848 lb)
Height/Length Measured :  175 cm(Converted to: 5 ft 9 in, 5.74 ft, 68.90 in)
Body Mass Index Measured :  31.67 kg/m2

Estrella, Teresa RN - 4/5/2021 14:32 PDT

**General**
Behavior :  Appropriate
Suicidal Ideation :  None

Estrella, Teresa RN - 4/5/2021 13:08 PDT

**Allergies/Medications**
Any Recent Changes to Medication :  No
Compliance with the Medication/Treatment :  Yes
Medications Taken Today :  Yes
Medication Compliance :  Medications (2) Active
Scheduled: (1)
+1-lisinopril 20 mg Tab  20 mg 1 tab, Oral, qAM
Continuous: (0)
PRN: (1)
+1-acetaminophen 325 mg Tab  650 mg 2 tab, Oral, BIDAM+PM

Estrella, Teresa RN - 4/5/2021 13:08 PDT
(As Of: 4/5/2021 14:42:56 PDT)

Allergies (Active)
codeine                          Estimated Onset Date:  Unspecified ; Reactions:  Rash ;
                                     Created By:  Ligsay, Rochelle RN; Reaction Status:  Active ;
                                     Category:  Drug ; Substance:  codeine ; Type:  Allergy ;
                                     Severity:  Unknown ; Updated By:  Ligsay, Rochelle RN;
                                     Reviewed Date:  4/5/2021 14:35 PDT
Soy Products                  Estimated Onset Date:  Unspecified ; Created By:  Dator,
                                     Rosemarie RN; Reaction Status:  Active ; Category:  Drug ;
                                     Substance:  Soy Products ; Type:  Allergy ; Severity:
                                     Unknown ; Updated By:  Dator, Rosemarie RN; Reviewed Date:
                                     4/5/2021 14:35 PDT

**Glasgow Coma**

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52905875                    15                    Print Date/Time:  3/15/2022 11:15 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:         **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958   /  63 years    /   Male       CDCR: BN2899

| *Progress Notes* |
|---|

Document Type:                         Outpatient Progress Note
Document Subject:                   Chart reviewed; Hx RLE cellulitis
Service Date/Time:                   1/10/2022 12:10 PST
Result Status:                          Auth (Verified)
Perform Information:                 De La Sierra,Ana Medical Doctor (1/10/2022 12:12 PST)
Sign Information:                    De La Sierra,Ana Medical Doctor (1/10/2022 12:12 PST)
Authentication Information:        De La Sierra,Ana Medical Doctor (1/10/2022 12:12 PST)

Chart reviewed.  Pt with hx of RLE cellulitis; s/p tx while in hospital.  labs and xray right knee from 1/5/22 reviewed.  CBC and sed rate WNL.  XRAY w/out any
evidence of osteo. Pt's appt rescheduled w/in 2 wks due to current COVID restrictions.

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 1000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter

Document Type:                         Outpatient Progress Note
Document Subject:                   right knee leg discoloration and int haemorroids
Service Date/Time:                   1/4/2022 09:32 PST
Result Status:                          Auth (Verified)
Perform Information:                 Seyal,Zubeda P&S (1/4/2022 09:34 PST)
Sign Information:                    Seyal,Zubeda P&S (1/4/2022 10:46 PST)
Authentication Information:        Seyal,Zubeda P&S (1/4/2022 10:46 PST)

**Chief Complaint**
Reason for Visit : assess chronic knee pain and internal hemorroids

**History of Present Illness**
This is an elk Grove, CA based primary care telemedicine office clinic visit assisted via telemedicine on site by [ma   castillas at pvsp ] . .
This encounter is being dictated on dragon dictation
Language is English
There may be spaces in the note due to the Cerner format
Patient is being seen today for chronic knee pain skin discoloration  returning  infection and internal hemorrhoids
Patient just recently was discharged had cellulitis was put on IV antibiotics and oral antibiotics, according to the patient the infection was not 100% cleared but the antibiotics were stopped
And now there is return of the swelling and discoloration on the right side of the knee leg but there is no streak going up the leg yet, and increasing pain has started
History of internal hemorrhoids patient has been referred to surgery already RFS is in the system
No fever no chills no night sweats no cough no chest pain no shortness of breath no abdominal pain and no diarrhea

**Problem List/Past Medical History**
Ongoing
Adjustment disorders, With mixed anxiety and depressed mood
Cellulitis of right leg
Chronic foot pain
HTN (hypertension)
Internal hemorrhoids
Neuropathy
Historical
No qualifying data

**Procedure/Surgical History**
Right rotator cuff repair (2017), T-7 fusion (1993).

**Medications**
 **Active Medications:**
1-calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 unit (5 mcg))  1 tab Oral BID-KOP KOP

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years  /  Male          CDCR: BN2899

| *Progress Notes* |
|---|

**Assessment/Plan**
1. Chronic foot pain
   possible plantar fasciitis vs neruopathy
   continue for now tylenol PRN
   PT consult- recs podiatry for fitted shoes to help with weight bearing

| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 100 mcg | 04/14/21 10:05:00 |
|---|---|---|

2. Internal hemorrhoids
   per patient having daily bleeding
   general surgery for evaluation
Ordered:
Request for General Surgery

3. Fatigue
   poc BS in clinic 75- patient stated that he ate well
   poc glocuse tab given x 1
   repeat labs CBC, TSH , vitamin D, HA1c
   recommended good hydration, plenty of rest
   close follow up in 2-3 weeks

Orders:
CBC with Diff
Hemoglobin A1c
TSH W/Reflex To FT4
VITAMIN D,25-OH,TOTAL,IA - 17306

**Lab Results**
Hgb 16.0 gm/dL 08/10/2021 10:30 PDT
Hct 48.7 % 08/10/2021 10:30 PDT
Platelet 258 thou/mcL 08/10/2021 10:30 PDT
AST 19 unit/L 08/10/2021 10:30 PDT
ALT 17 unit/L 08/10/2021 10:30 PDT
Hgb A1c 5.0 % of total Hgb 04/15/2021 09:12 PDT
GFR non-AA 92 mL/min/1.73m2 08/10/2021 10:30 PDT
Chol 199 mg/dL 04/06/2021 06:35 PDT
LDL 133 mg/dL (calc) 04/06/2021 06:35 PDT (High)
Trig 129 mg/dL 04/06/2021 06:35 PDT

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter

Document Type:                          Outpatient Progress Note
Document Subject:                       Telemedicine - CCP
Service Date/Time:                      9/20/2021 14:53 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Gomez Pimentel,Karla P&S (9/20/2021 14:54 PDT)
Sign Information:                       Gomez Pimentel,Karla P&S (9/20/2021 14:54 PDT)
Authentication Information:             Gomez Pimentel,Karla P&S (9/20/2021 14:54 PDT)

**Chief Complaint**
CCP

**History of Present Illness**
63 Years old,  White Male English speaking patient, with a Current TABE Score: 08.0 (04/15/2021 00:00) who is being seen today via Telemedicine with the help of MA for cc CCP

**Problem List/Past Medical History**
Ongoing
Adjustment disorders, With mixed anxiety and depressed mood
Chronic foot pain
Diverticulosis
HTN (hypertension)
Internal hemorrhoids

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52904217                17                Print Date/Time:   3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:                  **MUNDY, STANLEY**
DOB/Age/Birth Gender:     5/28/1958  /  63 years    /  Male          CDCR: BN2899

| *Progress Notes* |
|---|

### Review of Systems
Review of Systems
Respiratory: No coughing, SOB, or wheezing. No fever, no chills.
Cardiovascular: No chest pain, palpitations, no tightness in the chest. No diaphoresis, no syncope episodes.
Gastrointestinal: No abd pain, nausea, vomiting, diarrhea, constipation.
Genitourinary: No frequency, no dysuria,

### Physical Exam

Vitals & Measurements
**T:** 36.1 °C (Temporal Artery) **HR:** 57 (Peripheral) **RR:** 16 **BP:** 135/77 **SpO2:** 99%
**WT:** 95.6 kg **WT:** 95.6 kg (Wt dosing)
Gen.: NAD, oriented , active, alert, well groomed, answering questions appropriately
CV: RRR, nl S1S2 no audible murmurs
Pulm.: CTA b/l no rales and no rhonchi
MS: good muscle tone, gait steady
Discoloration on right side of the knee skin with inflammation and redness starting
Right knee range of movements normal no calf tenderness and no signs of DVT at all no red streaks seen going up or down
Dorsalis pedis pulses intact checked with the help of medical assistant castillas
Neurologic: normal motor, speech, sensory observed
Ext: no pedal edema

### Assessment/Plan
1. Cellulitis of right leg
   Elevation of the leg
   Also advised patient if there is any increased swelling fever chills increased redness please go to TTA right away very important
Ordered:
cephalexin, 500 mg, Oral, Cap, QID, Administration Type NA, Order Duration: 14 day, First Dose: 01/04/22 12:00:00 PST, Stop Date: 01/18/22 11:59:00 PST, 01/04/22 12:00:00 PST
ibuprofen, 400 mg, Oral, Tab, TID-KOP, PRN pain, Administration Type KOP, Order Duration: 30 day, First Dose: 01/04/22 14:00:00 PST, Stop Date: 02/03/22 13:59:00 PST, 01/04/22 14:00:00 PST
sulfamethoxazole-trimethoprim, 1 tab, Oral, Tab, Daily, Administration Type NA, Automatic Refill, Order Duration: 14 day, First Dose: 01/04/22 12:00:00 PST, Stop Date: 01/18/22 6:59:00 PST, 01/04/22 12:00:00 PST
XR KNEE RIGHT- 3 VWS

Internal hemorrhoids
   Awaiting appointment for surgery continue same treatment

Orders:
CBC with Diff
Comprehensive Metabolic Panel
Medical Chronic Care (CCP) Follow Up 20
Medical Chronic Care (CCP) Follow Up 20
Sedimentation Rate Automated

cephalexin 500 mg Cap (Keflex) 500 mg 1 cap Oral QID NA
docusate 100 mg 1 cap Oral BID-KOP KOP PRN: constipation
hydrocortisone rectal 2.5% Cream 30 gm (Anusol-HC 2.5% rectal cream with applicator) 1 app Per rectum BID-KOP KOP PRN: hemorrhoids
1-ibuprofen 400 mg Tab (Motrin) 400 mg 1 tab Oral TID-KOP KOP PRN: pain
lisinopril 20 mg 1 tab Oral qAM-KOP KOP
1-polycarbophil 625 mg Tab (Fiber Lax) 1,250 mg 2 tab Oral BID-KOP KOP PRN: constipation
1-sulfamethoxazole-trimethoprim 800 mg-160 mg Tab (Bactrim DS 800 mg-160 mg) 1 tab Oral Daily NA

### Allergies
Soy Products
codeine (Rash)

### Social History
Alcohol
Current Occasional, Beer, Liquor, Started age 27 Years.
Substance Abuse
Former
Tobacco
Never

### Family History
Cancer of prostate: Father.

### Immunizations

| Event Name | Event Result | Date/Time |
|---|---|---|
| hepatitis A-hepatitis B vaccine | 1 mL | 10/13/21 10:18:00 |
| hepatitis A-hepatitis B vaccine | 1 mL | 05/19/21 09:02:00 |
| hepatitis A-hepatitis B vaccine | 1 mL | 04/16/21 10:13:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 50 mcg | 12/01/21 23:42:00 |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52904217                    18                    Print Date/Time:  3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

PVSP - Pleasant Valley State Prison

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender: 5/28/1958 / 63 years / Male     CDCR: BN2899

| | *Trauma* |
|---|---|

## Triage Information

Textual Results
T6:  12/1/2021 07:04 PST (Triage Treatments Additional)
     MD verbal orders for Rocephim 1g IM, administered to R buttock while under medical observation without adverse reaction.

## Mechanism of Injury

| Recorded Date | 12/2/2021 | 12/2/2021 | 12/1/2021 | 11/30/2021 |
|---|---|---|---|---|
| Recorded Time | 09:47 PST | 09:47 PST | 06:31 PST | 13:29 PST |
| Recorded By | Hightower,Candice RN | Hightower,Candice RN | Logan,Monica RN | Long,Sokha RN |
| Procedure | | | | |
| Mechanism of Injury | See Below T2 | Other: unknown, denies IVDU | See Below T3 | See Below T4 |

Textual Results
T2:  12/2/2021 09:47 PST (Mechanism of Injury)
     Other: infection of unknown source, denies IVDU
T3:  12/1/2021 06:31 PST (Mechanism of Injury)
     Other: IP STATED IT STARTED A COUPLE DAYS AGO, DENIES ANY IVDU. PAIN LAST NIGHT IS 8/10 AND TOOK IBU 600MG, WOKE UP THIS AM WITH 10/10 PAIN.
T4:  11/30/2021 13:29 PST (Mechanism of Injury)
     Other: Pt denied any IV drug used, pt report that abscess was noticed 5 days ago.

## Triage Treatments Additional

| Recorded Date | 12/1/2021 |
|---|---|
| Recorded Time | 07:04 PST |
| Recorded By | Hightower,Candice RN |
| Procedure | |
| Triage Treatments Additional | See Below T6 |

Textual Results
T6:  12/1/2021 07:04 PST (Triage Treatments Additional)
     MD verbal orders for Rocephim 1g IM, administered to R buttock while under medical observation without adverse reaction.

## Chief Complaint

| Recorded Date | 2/23/2022 | 2/18/2022 | 2/17/2022 | 1/20/2022 |
|---|---|---|---|---|
| Recorded Time | 08:30 PST | 11:19 PST | 11:17 PST | 13:22 PST |
| Recorded By | Sinclair,Joy RN | Sinclair,Joy RN | Sinclair,Joy RN | Gomez Pimentel,Karla P&S |
| Procedure | | | | |
| Chief Complaint | See Below T7,f3 | See Below T8 f4 | See Below T9 f5 | **See Below T10 c2** |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 52904217                   Print Date/Time: 3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:                **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  63 years   /  Male          CDCR: BN2899

| | | ***Trauma*** | |
|---|---|---|---|

**ED Trauma Activation**

| | | | |
|---|---|---|---|
| Recorded Date | 12/1/2021 | 12/1/2021 | 11/30/2021 |
| Recorded Time | 06:31 PST | 06:13 PST | 13:29 PST |
| Recorded By | Logan,Monica RN | Sandoval,Marlyna LVN | Long,Sokha RN |
| Procedure | | | |
| TTA-Arrival Time of Patient | 12/1/2021 06:31 PST | - | - |
| Other Provider #1 Called | Conanan, Marlyn CP&S | - | - |
| Other Provider #1 Called Time | 12/1/2021 07:00 PST | - | - |
| Other Provider #1 Arrive Time | 12/1/2021 07:00 PST | - | - |
| Provider #1 Departure Time | 12/1/2021 07:15 PST | - | - |
| Fr-Location of Incident | - | Alpha building 1, cell 119 | Alpha Yard's Clinic |
| Fr-Date and Time of Incident | - | 12/1/2021 06:13 PST | 11/30/2021 13:29 PST |

**Trauma Mechanism of Injury**

| | | | | |
|---|---|---|---|---|
| Recorded Date | 12/2/2021 | 12/2/2021 | 12/1/2021 | 11/30/2021 |
| Recorded Time | 09:47 PST | 09:47 PST | 06:31 PST | 13:29 PST |
| Recorded By | Hightower,Candice RN | Hightower,Candice RN | Logan,Monica RN | Long,Sokha RN |
| Procedure | | | | |
| Mechanism of Injury | See Below T2 | Other: unknown, denies IVDU | See Below T3 | See Below T4 |

Textual Results
T2:    12/2/2021 09:47 PST (Mechanism of Injury)
       Other: infection of unknown source, denies IVDU
T3:    12/1/2021 06:31 PST (Mechanism of Injury)
       Other: IP STATED IT STARTED A COUPLE DAYS AGO, DENIES ANY IVDU. PAIN LAST NIGHT IS 8/10 AND TOOK
       IBU 600MG, WOKE UP THIS AM WITH 10/10 PAIN.
T4:    11/30/2021 13:29 PST (Mechanism of Injury)
       Other: Pt denied any IV drug used, pt report that abscess was noticed 5 days ago.

**Triage Information**

| | | | |
|---|---|---|---|
| Recorded Date | 12/2/2021 | 12/1/2021 | 12/1/2021 |
| Recorded Time | 09:47 PST | 07:04 PST | 06:31 PST |
| Recorded By | Hightower,Candice RN | Hightower,Candice RN | Logan,Monica RN |
| Procedure | | | |
| Treatments Prior to Arrival | See Below T5 | - | Other: VITAL SIGN |
| Triage Treatments Additional | - | See Below T6 | - |

Textual Results
T5:    12/2/2021 09:47 PST (Treatments Prior to Arrival)
       Other: oral antibiotics x48 hrs, Rocephin injection x2
T6:    12/1/2021 07:04 PST (Triage Treatments Additional)

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52904217                                    Print Date/Time:  3/15/2022 10:59 PDT

20

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years    /   Male        CDCR: BN2899

## *Progress Notes*

| | |
|---|---|
| Document Type: | TTA Progress Note |
| Document Subject: | TTA encounter for bilateral knee cellulitis with abcess. |
| Service Date/Time: | 11/30/2021 16:24 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Uwaoma,Chituru NP (11/30/2021 17:06 PST) |
| Sign Information: | Uwaoma,Chituru NP (11/30/2021 17:09 PST) |
| Authentication Information: | Uwaoma,Chituru NP (11/30/2021 17:09 PST); Uwaoma, Chituru NP (11/30/2021 17:09 PST); Uwaoma,Chituru NP (11/30/2021 17:09 PST) |

**Chief Complaint**
My knee has a boils on it. I used to get them because of my bleeding issue. I think their a vein that is leading from my thigh to the right knee, causing the infection.

**History of Present Illness**
A  63 year-old male of Caucasian   origin, speaks English is being seen today for "my knee has a boils on it. I used to get them because of my bleeding issue. I think their a vein that is leading from my thigh to the right knee, causing the infection". Patient is alert and oriented x4, with complaint of above and rates pain 8-9/10. Patient said noticed the cellulitis last thursday and had progressively gotten worse.
Vaccinated for Covid-19: Yes.

**Review of Systems**
**GENERAL:** Denies sick contacts, fever, chills, weight change, malaise, weakness, appetite change, nausea, vomiting, fatigue.
**SKIN:** see HPI
**RESPIRATORY:** Denies wheezing, no SOB.
**CARDIOVASCULAR:** Denies  CP or discomfort.
**PSYCHIATRIC:** Denies anxiety, depression, memory change, sleep problems.

**Physical Exam**

  Vitals & Measurements

   T: 37.2 C ,  HR: 77, RR: 18, BP: 125/74, SPO2: 98, WT: 95.8 KG
**General:** Well-nourished, NAD
**Skin:** Right knee: Redness and induration just above knee measuring 7cm circumference. Left knee: Redness and induration just above knee measuring 2 cm in circumference. Both areas warm and painful to touch. No drainage noted.
**Lungs:** CTAB, no wheeze, no crackle
**Cardiac:** Regular rate and rhythm, no murmur, S1, S2.
**Psych:** Calm and cooperative, good eye contact

**Medical Decision Making**
Infection just above knee joint, Cellulitis with abscess. Needs IM

**Reexamination/Reevaluation**
Patient was given Ceftriaxone 1 gm stat and monitored for 20 minutes. No reaction noted.

**Problem List/Past Medical History**
Ongoing
Adjustment disorders, With mixed anxiety and depressed mood
Chronic foot pain
HTN (hypertension)
Internal hemorrhoids
Neuropathy
Historical
No qualifying data

**Procedure/Surgical History**
Right rotator cuff repair (2017), T-7 fusion (1993).

**Medications**
Inpatient
Anusol-HC 2.5% rectal cream with applicator, 1 app, PR, BID-KOP, PRN
Augmentin 875 mg-125 mg oral tablet, 1 tab, Oral, BID-KOP
Bactrim DS 800 mg-160 mg oral tablet, 1 tab, Oral, BID-KOP
calcium-vitamin D 500 mg-200 unit (5 mcg) oral tablet, 1 tab, Oral, BID-KOP
cefTRIAXone INJECTION, 1 gm, IM, Once
docusate, 100 mg, 1 cap, Oral, BID-KOP, PRN
Fiber Lax, 1250 mg, 2 tab, Oral, BID-KOP, PRN
lisinopril, 20 mg, 1 tab, Oral, qAM-KOP
Home
acetaminophen 325 mg oral tablet, 650 mg, 2 tab, Oral, qAM
lisinopril 20 mg oral tablet, 20 mg, 1 tab, Oral, qAM
mupirocin 2% nasal ointment, 1 app, Each nostril, TID

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:            **MUNDY, STANLEY**
DOB/Age/Birth Gender:   5/28/1958  /  63 years    /   Male        CDCR: BN2899

---

## *Assessment Forms*

---

Long, Sokha RN - 11/15/2021 14:03 PST

**Follow-up/Disposition**
Other Follow-up Comment :   Advised pt to put in 7362 if s/s get worse.  Pt was updated on POC and upcoming appt.
Long, Sokha RN - 11/15/2021 14:03 PST

Follow-up Required :  No
Disposition To: :  Return to housing
Mode of Disposition Via: :  Ambulatory
Release to Custody :  Yes
Released Time :  11/15/2021 10:31 PST
Long, Sokha RN - 11/15/2021 10:31 PST

---

### Nursing Face-to-Face / 7362 Entered On:  10/25/2021 9:31 PDT
### Performed On:  10/25/2021 9:23 PDT by Scheesley, Sara RN

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: STANLEY MUNDY,DOB: 05/28/1958,,FIN:
10000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter
Scheesley, Sara RN - 10/25/2021 9:23 PDT

**Subjective**
Arrival to Clinic :  10/25/2021 09:23 PDT
Mode of Arrival :  Ambulatory
Appointment Type :  Initial

Scheesley, Sara RN - 10/25/2021 9:23 PDT

7362 Symptom Grid

| Chief Complaint : | BLEEDING IN RECTUM SUFFERING LEG CRAMPS AND CAN'T SLEEP NEED DIET CHANGE |
|---|---|
| Situation of Onset : | chronic issue |
| Complaint Frequency : | Chronic |
| | Scheesley, Sara RN - 10/25/2021 9:23 PDT |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient:                    **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years    /    Male            CDCR: BN2899

| *Progress Notes* |
|---|

Visual Assessment: Stores replete
Edema: WNL
Blood pressure: 138/69
Thyroid: WNL

**Estimated Nutrition Needs**
Calories: 1,938 kcal (MSJ * 1.3)
Protein: 85-106 g (1.2 - 1.5  g/kg)
Fluids: ( 1 ml/kcal  )
Based on: (IBW  )

**Nutrition Diagnosis (PES)**
**Clinical**
Problem: Altered GI function related to
Etiology: Diverticulosis as evidenced by
Symptoms: states GI-bleeding.

**Clinical - Environmental**
Problem: Poor nutrition quality of life related to
Etiology: minimal Finance / Soy Allergy as evidenced by
Symptoms: States 66% Meal intake average.
**RD Recommendations/Intervention**
1. Regular Heart Healthy Diet.
2. Multi-Vitamin w/ Mineral provision.
3. Healthy Eating/Dietary Fiber Education.
4. Monthly Wt.
**Monitoring and Evaluation**

Goals:
1. CBW maintained.
2. Food intolerance avoidance.
3. Stated GI-Wound healing.

Coordination of Care:
Monitoring Anthropometrics, Diet tolerance, & Goal adherence.

**Weight Trend**
Weight Measured: 90.2 kg (08/19/21 08:54:00)
Weight Measured: 91 kg (07/22/21 11:53:00)
Weight Measured: 91.8 kg (06/23/21 10:16:00)
Weight Measured: 94.1 kg (05/19/21 08:27:00)
Weight Measured: 94.9 kg (04/16/21 09:11:00)
Weight Measured: 90.7 kg (03/30/21 13:46:00)

**Current Diet Order**
GP

**PO Intake**
States 66% Meal average

**Medications**
1-calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 unit (5 mcg))  1 tab Oral BID-KOP KOP
docusate  100 mg 1 cap Oral BID-KOP KOP PRN: constipation
lisinopril  20 mg 1 tab Oral qAM-KOP KOP
**1-polycarbophil** 625 mg Tab (Fiber Lax)  1,250 mg 2 tab Oral BID-KOP KOP PRN: constipation

**Allergies**
Soy

**Lab Results**
CMP Impression: WNL (8/10/21)

**Encounter Info:** Patient Name: STANLEY MUNDY,DOB: 05/28/1958,CDCR: BN2899,FIN: 10000003411491363BN2899,Facility: PVSP,Encounter Type: Institutional Encounter

Electronically Signed on 09/01/2021 10:46 AM PDT

_____
French, Mason RDN, RDN

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**PVSP - Pleasant Valley State Prison**

Patient: **MUNDY, STANLEY**
DOB/Age/Birth Gender:    5/28/1958  /  63 years    /   Male        CDCR: BN2899

| *Progress Notes* |
|:---:|

1. recurrent skin infections
last seen by PCP on 1/4/21
this is an acute on chronic condition, for which he was hospitalized for almost 1 week then
d/c once stable,  s/p many weeks of antibiotics last one given keflex 500 mg QID +bactrim
for 14 days last dose 1/18/21, he noticed some improvement but once stopped he notices
that redness and hyperpigmentation of skin restart. denies fevers, leg swelling

2. Diverticulosis + internal hemorrhoids
 worsening per patient, he is having rectal bleeding every day
colonoscopy done on 8/17/21 showing, diverticulosis of colon with internal hemorrhoids, 10
yrs.
general surgery visit on 10/16/21 internal bleeding hemorrhoids plan; internal hemorrhoids
surgery
IP was schedule to have hemorrhoidectomy done but this was canceled do to skin
infection, it has not been rescheduled as soon as possible
per patient rectal bleeding is worsening, the amount of blood loss is big per him which
makes him feel weak, states that he thinks it may be related to soy intolerance, he has
been referred to dietitian for advise on diet restriction with no resolution.

**Review of Systems**
**Other than what was mentioned in HPI and chief complaint:**
**General:** No recent weight change. No fever. No fatigue.
**CV:** Denies chest pain, palpitation, SOB
**Resp:** Denies chronic or frequent coughs, hemoptysis, SOB, or wheezing.
**GI:** Denies loss of appetite, changes to BM, abdominal pain, nausea or vomiting, diarrhea
or constipation, rectal bleeding, blood in stool
**GU:** Denies frequent urination, dysuria, and blood in urine.
**Musculoskeletal:** Denies any joint pains, joint swelling, and joint stiffness.
**Skin:** bilateral leg redness

**Physical Exam**

Vitals & Measurements
    **T:** 36.5  °C (Oral)  **HR:** 63 (Peripheral)  **RR:** 17  **BP:** 113/73  **SpO2:** 99%
    **WT:** 94.7 kg  **WT:** 94.7 kg (Wt dosing)
Done with assistance of MA Casillas
**General:** Well appearing, in no apparent distress.
**Skin:** Left leg approx. 2-3 cm + erythema and warm to touch, right leg 2nd lesion about
1-2 cm
**Heart:** Regular rate and rhythm, without murmurs.
**Lungs:** Clear to auscultation bilateral. No rhonchi, rales, or wheezes.
**Abdomen:** Soft/NT/ND.
**Back:** No CVA tenderness present bilaterally. FROM.
**Extremities:** No C/C/E. FROM. Strength grossly intact in all extremities.
**Neurologic:**  grossly intact. No focal deficits.
rectal exam: refused by IP

HTN (hypertension)
Internal hemorrhoids
Neuropathy
Historical
No qualifying data

**Procedure/Surgical History**
Right rotator cuff repair (2017), T-7 fusion
(1993).

**Medications**
**Active Medications:**
1-acetaminophen 325 mg Tab
(acetaminophen (DENTAL)) 325 mg 1 tab
Oral DENTAL TID-KOP KOP
1-calcium carbonate-D3 500 mg-200 unit
Tab (calcium-vitamin D 500 mg-200 unit (5
mcg))  1 tab Oral BID-KOP KOP
docusate  100 mg 1 cap Oral BID-KOP KOP
PRN: constipation
hydrocortisone rectal 2.5% Cream 30 gm
(Anusol-HC 2.5% rectal cream with
applicator)  1 app Per rectum BID-KOP KOP
PRN: hemorrhoids
1-ibuprofen 400 mg Tab (Motrin)  400 mg 1
tab Oral TID-KOP KOP PRN: pain
lisinopril  20 mg 1 tab Oral qAM-KOP KOP
1-polycarbophil 625 mg Tab (Fiber
Lax)  1,250 mg 2 tab Oral BID-KOP KOP
PRN: constipation

**Allergies**
Soy Products
codeine (Rash)

**Social History**
Alcohol
Current Occasional, Beer, Liquor, Started age
   27 Years.
Substance Abuse
Former
Tobacco
Never

**Family History**
Cancer of prostate: Father.

**Immunizations**

| Event Name | Event Result | Date/Time |
|---|---|---|

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

*ıı*

**Patient:** **MUNDY, STANLEY**

PVSP - Pleasant Valley State Prison
24863 West Jayne Avenue
P.O. Box 8500
Coalinga, CA 93210-

DOB/Age/Birth Gender: 5/28/1958   63 years    Male
Gender Identity: Male
Encounter Date: 6/1/2021
Attending: Gomez Pimentel,Karla P&S

CDCR #:  BN2899
PID #:  11491363
Referring:

---

## *Allergies*

| Substance | Reaction Status | Severity |
|---|---|---|
| codeine | Active | Unknown |
| Soy Products | Active | Unknown |

---

## *Allergy List*

**Substance: codeine**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 3/30/2021 13:48 PDT | Ligsay,Rochelle RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Symptom:** Rash (Active); **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/8/2022 11:42 PST; **Reviewed By:** Goff, Julia RN; |
| 3/30/2021 11:13 PDT | Dator,Rosemarie RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/30/2021 11:13 PDT; **Reviewed By:** Dator,Rosemarie RN; |

**Substance: Soy Products**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 3/30/2021 11:13 PDT | Dator,Rosemarie RN | **Allergy Type:** Allergy; **Category** Drug; **Reaction Severity:** Unknown; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 3/8/2022 11:42 PST; **Reviewed By:** Goff,Julia RN; |

---

## *Problems*

**Problem Name: Adjustment disorders,With mixed anxiety and depressed mood** (Qualifier: )

**Life Cycle Status:** Active

**Recorder:** Herrera,Janet Social Worker

**Responsible Provider:** Polder,Michael Social Worker

**Last Updated:** 6/14/2021 12:37 PDT; Polder,Michael Social Worker

**Last Reviewed:** 2/23/2022 08:30 PST; Sinclair,Joy RN

**Classification:** Mental Health; **Confirmation:** Provisional; **Code:** F43.23 (DSM5); **Course:** ; **Onset Date:** 5/10/2021; **Prognosis:** ; **Persistence:**

C: 6/14/2021 12:37 PDT; Polder, Michael Social Worker; 309.28 Adjustment disorders, With mixed anxiety and depressed mood

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  52904217

*25*

Print Date/Time:  3/15/2022 10:59 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2021 Cerner Multum, Inc. Version: 10.03. Revision Date: 01/04/2021.

**Patient education materials**

# Cellulitis

Cellulitis is an infection of the skin and the tissue under the skin. The infected area is usually red and tender. This happens most often in the arms and lower legs.



© SMP & ASSOCIATES, INC., 2004

## HOME CARE

- Take your antibiotic medicine as told. Finish the medicine even if you start to feel better.
- Keep the infected arm or leg raised (*elevated*).
- Put a warm cloth on the area up to 4 times per day.
- Only take medicines as told by your doctor.
- Keep all doctor visits as told.

## GET HELP IF:

- You see red streaks on the skin coming from the infected area.
- Your red area gets bigger or turns a dark color.
- Your bone or joint under the infected area is painful after the skin heals.
- Your infection comes back in the same area or different area.
- You have a puffy (*swollen*) bump in the infected area.
- You have new symptoms.
- You have a fever.

26

RECEIVED
HCCAR
JAN 2 4 2022

List of Institutions Providing Outpatient Therapeutic Diets

# EXHIBIT ___C___.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

## Appendix 3

### Institutions Providing Outpatient Therapeutic Diets

Central California Women's Facility
California Health Care Facility
California State Prison, Centinela
California Institution for Men
California Institution for Women
California Men's Colony (East)
California Medical Facility
California State Prison, Corcoran
California Substance Abuse Treatment Facility and State Prison, Corcoran
High Desert State Prison
Kern Valley State Prison
California State Prison, Los Angeles County
Mule Creek State Prison
North Kern State Prison
Pelican Bay State Prison
Pleasant Valley State Prison
Richard J. Donovan Correctional Facility
California State Prison, Sacramento
California State Prison, Solano
San Quentin State Prison
Salinas Valley State Prison
Wasco State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

## Appendix 2-E

## Bariatric Surgery

## Preoperative and Postoperative Diet

A series of diet steps that have been carefully planned for the bariatric patient before and after surgery for weight loss success.

**INDICATIONS**
Preoperative and postoperative bariatric diets are for the patients who have successfully completed the Medical Weight Monitoring Program (MWMP) and have been approved for bariatric surgery by the CCHCS Statewide Medical Authorization Review Team (SMART).

**SPECIFICATION**
Preoperative and postoperative dietary regimens are essential to a patient's success. The diets may vary slightly depending on the type of bariatric surgery or the surgeon. The registered dietitian will work with the surgeon to individualize the diet plan. Most individualized plans will include the following:

- Preoperative - typically one to two weeks before surgery
- Postoperative
  - **Stage One—Bariatric Clear Liquid**
    Estimated duration 1 day to 1 week after surgery
  - **Stage Two—Bariatric Full Liquid Pureed**
    Estimated duration 1 week to 4 weeks
  - **Stage Three—Bariatric Soft**
    Estimated duration 2 weeks to 6 weeks
  - **Stage Four—Regular Heart Healthy Diet**
    Estimated duration begins at 4 to 8 weeks
- Snack may be needed due to smaller meals being consumed

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

### 3.1.12 Outpatient Dietary Intervention

**(a) Policy**

California Department of Corrections and Rehabilitation (CDCR) provides patients with meals based on a CDCR Standardized Master Menu consistent with a CDCR Heart Healthy Diet. The CDCR Heart Healthy Diet eliminates the need for most therapeutic diets with appropriate patient diet instruction. California Correctional Health Care Services (CCHCS) shall provide diet instruction, outpatient therapeutic diets, texture modified diets, nourishments, and supplements as clinically indicated. It is the responsibility of each patient to monitor their diet in order to maintain optimum health.

**(b) Purpose**

(1) Ensure that patients with identified nutritional needs are provided diet instruction.

(2) Ensure that patients have clinically accurate information regarding appropriate nutritional choices.

(3) Ensure that patients receive medically necessary outpatient therapeutic diets, texture modified diets, nourishments, or supplements.

**(c) Responsibility**

(1) **Statewide**

The CCHCS Nutrition Subcommittee is responsible for:

(A) Annual review of this procedure.

(B) Recommending diet education handouts to the Clinical Operations Team and the Joint Clinical Executive Team for their approval.

(C) Overseeing the distribution of diet education handouts to all institutions.

(2) **Regional**

Regional Health Care Executives are responsible for the implementation of this procedure at the subset of institutions within their assigned region.

(3) **Institutional**

(A) The Chief Executive Officer (CEO), or designee, has overall responsibility for implementation and ongoing oversight of a system to provide outpatient therapeutic diets, texture modified diets, nourishments, or supplements to patients.

(B) The institution-based Registered Dietitian is responsible for:

1. Providing patients with dietary consultation or education as ordered by a Primary Care Provider (PCP) or dentist, including recommending therapeutic diets, texture modified diets, nourishments, and supplements.

2. Ensuring that standardized CDCR patient diet education handouts are available for use during diet instruction and patient care.

3. Ensuring that therapeutic diets and texture modified diets are prepared pursuant to this procedure.

4. Coordinating the distribution of therapeutic diets and texture modified diets to outpatients.

(C) An institution without a Registered Dietitian shall designate how and by whom the responsibilities of the Registered Dietitian shall be performed in a local operating procedure (LOP).

(D) The PCP or dentist is responsible for ordering medically necessary therapeutic diets, texture modified diets, nourishments, and supplements following CCHCS guidelines outlined in this procedure.

**(d) Procedure**

(1) **Dietary Consultation/Instruction**

(A) The PCP or dentist shall refer patients for dietary consultation by entering an order for "Consult to Registered Dietitian" in the health record. The order shall indicate the medical or dental condition requiring dietary consultation and any special medical and/or dietary considerations.

(B) Conditions for which dietary consultation may be considered include, but are not limited to:

1. Pregnancy

2. Disorders of mastication or dysphagia

3. Unintentional weight loss of greater than ten percent of body weight during the prior six months

4. Body Mass Index (BMI) less than 18

5. Diabetes

6. Hepatic disease

7. Kidney disease

8. Celiac disease

9. Patients receiving Liquid Nutritional Supplements (LNS)

10. Food allergies or intolerances

11. Obesity BMI ≥ 30

12. Patients with other medical or dental conditions that the treating clinician determines, based on evidence, will benefit from the consultation.

(C) The Registered Dietitian, or designee, shall document dietary consultation and recommendations in the health record.

(D) Standardized CDCR patient dietary education handouts shall be available to all institutions for use during dietary instruction.

(E) Patients receiving dietary instruction shall not be housed in a Correctional Treatment Center (CTC), Skilled Nursing Facility (SNF), Hospice, or any other licensed bed or Outpatient Housing Unit (OHU) solely to receive this service.

(2) **Food Allergies and Intolerances**

(A) The PCP, or designee, shall evaluate patients who request a special diet due to claimed food intolerance or allergy in order to verify the presence of a food allergy or intolerance via objective clinical means. If the PCP determines the patient has a severe food allergy based on objective and verifiable information, the PCP shall determine whether the allergy can be appropriately managed by educating the patient to avoid the identified food or if other intervention, such as a nutrition supplement, is warranted. In extreme cases where the patient does not tolerate the supplement, the patient may require meals to be provided as a medical diet. An example of an extreme case may include patients with all of the following:

1. Multiple food-allergy related hospitalizations.

2. Abnormal food allergy lab profile.

3. Verified food-specific allergen signs and symptoms including, but not limited to, anaphylaxis, eosinophilic esophagitis, hives, and enterocolitis.

(B) In addition to food allergy lab profile testing, subsequent testing, such as skin-testing, may be requested by the PCP to support abnormal laboratory values, unless an allergist states that substantiated, documented risk of anaphylaxis is so severe that skin-testing/additional testing would be life-threatening based on medically proven evidence of anaphylaxis with hospitalization.

(C) If a patient is allergic or intolerant to readily identified food (e.g., lactose intolerance, peanuts, or fish), they shall be educated to avoid the offending food, but no food substitution shall be given.

(3) **Nourishments and Supplements**

(A) Indications:

1. The patient shall meet one or more of the following criteria to qualify for nourishments or supplements, except in special situations that shall be approved by the institution Chief Medical Executive (CME) or Supervising Dentist (SD).

   a. Pregnancy and lactation.

   b. Patients with type one diabetes mellitus and recurrent documented hypoglycemia.

   c. Patients with impaired mastication and/or dysphagia, including that caused by:

      1) Dental or oropharyngeal conditions.

      2) Cerebrovascular or other significant neurological condition.

      3) Esophageal obstruction or dysfunction.

   d. Moderate to severe protein/calorie malnutrition due to metabolic deficiency or metabolic response to injury/illness evidenced by:

      1) Significant weight loss of ten percent or more over the prior six months.

      2) BMI less than 18.

   e. Decompensated end stage liver disease with:

      1) Ascites requiring paracentesis; or

      2) Encephalopathy requiring hospitalization.

   f. Bariatric Surgery.

3

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

(B) Orders and Renewals:
  1. Nourishments and supplements, including vitamin and mineral supplements that are recommended by a Registered Dietitian, are provided only if ordered by a PCP or dentist according to criteria outlined in Appendix 1.
  2. The order shall include the indication for the nourishment or supplement and the maximum duration of the order based on the criteria as noted in Appendix 1.

(C) Implementation:
  1. Orders for nourishments and supplements are limited to those listed in Appendix 1, and may not be modified for religious reasons or for other personal requests.
  2. Orders for nourishments including LNS shall be stored and distributed by institution food services and custody staff in accordance with established LOPs, and purchased by CCHCS, medical warehouse, or food services.
  3. A system for tracking the distribution of nourishments and LNS to patients, as well as monitoring LNS usage levels and policy compliance shall be developed and incorporated into the LOPs.

**(4) Outpatient Therapeutic Diets and Texture Modified Diets**
(A) The CCHCS authorized outpatient therapeutic diets, their characteristics, and the indications for orders are noted in Appendices 2-A, B, C, D, and E.
(B) If an institution only has an OHU and no Registered Dietitian, outpatient therapeutic diets or texture modified diets, shall not be prepared, assembled, or served in that OHU.
(C) Outpatient therapeutic diets cannot be modified for religious reasons or for other personal requests. If a therapeutic diet is ordered for a patient, it shall take precedence over a religious diet.
(D) Refusal of Therapeutic Diets
  1. Patients may refuse an ordered outpatient therapeutic diet and the refusal shall be documented in the health record. If, after educating the patient regarding the health care benefits of the ordered diet, the patient continues to refuse the ordered diet, a CDCR 7225, Refusal of Examination and/or Treatment, shall be completed and scanned into the health record. Patients who refuse an ordered diet shall be offered the CDCR Heart Healthy Diet.
  2. Patients shall not be issued a Rules Violation Report (RVR) for refusing an outpatient therapeutic diet. A patient may be issued an RVR for circumventing meal procedures such as picking up a therapeutic meal and a regular meal or other violations of meal procedures. A patient shall not be issued an RVR for eating items other than those on the outpatient therapeutic diet (e.g., canteen purchases).
(E) Housing for Patients Requiring an Outpatient Therapeutic Diet
  1. Patients requiring an outpatient therapeutic diet or texture modified diet shall be housed only at institutions listed in Appendix 3 that have the capability to prepare these diets under the direction and supervision of a Registered Dietitian and trained dietary staff.
  2. When a patient is not housed at one of the listed institutions and is identified by a PCP or dentist as requiring an outpatient therapeutic diet or texture modified diet, the PCP or dentist shall initiate a transfer per the LOP. While the transfer is pending, the patient shall be given dietary instruction for making appropriate food choices from the CDCR Standardized Master Menu, or an LNS if texture modification is needed, but shall not receive an outpatient therapeutic diet.
  3. Patients receiving an outpatient therapeutic diet or texture modified diet shall not be housed in a CTC, SNF, Hospice, or any other licensed bed or OHU due solely to receive the ordered diet.
  4. Patients requiring a therapeutic diet that is not an authorized outpatient diet may receive the diet if they are housed at California Health Care Facility, California Medical Facility, or Central California Women's Facility and if the diet has been evaluated and approved by the institution's CME in consultation with the Food Administrator I/II.
(F) Meals and Meal Service
  1. Outpatient Therapeutic Diets Using the CCHCS Standardized Health Care Menu
    a. For outpatient therapeutic diet meals, the CCHCS Standardized Health Care Menu shall be followed. The menu is based on using approved frozen dietary meals.
    b. CCHCS is responsible for purchasing the frozen dietary meals, plus all special foods (e.g., low sodium, low fat, gluten free) used in the outpatient therapeutic diet meals.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

    c.  The CCHCS Standardized Health Care Menu has been analyzed and is consistent with recognized standards established by the Food and Nutrition Board, Institute of Medicine of the National Academies of Sciences, and the Academy of Nutrition and Dietetics.

    d.  Frozen dietary meals are a component of outpatient therapeutic diets, but they do not meet all the nutritional needs of patients. Outpatient therapeutic diets that include frozen dietary meals shall be assembled and supplemented under the direction of a Registered Dietitian.

    e.  Staff shall not open the frozen dietary meals unless necessary to modify the texture or make food substitutions per diet order. The meals shall be provided to the patient in a sealed state except in settings where packaging may pose a security risk such as the segregated housing units.

    f.  The meals vary in their amounts of key nutrients from day to day. Therefore, the standardized menu includes varying amounts and types of accompanying food items. Dietary staff preparing the therapeutic meals shall ensure that the indicated amount of margarine, bread, and other food items specified on the daily menus are being served with the frozen meal.

2.  Kitchen Prepared Therapeutic Diet Meals

    a.  Institutions with a therapeutic diet kitchen are exempt from using the frozen dietary meals or CCHCS standardized health care menus.

    b.  The Registered Dietitian at these facilities shall develop and prepare therapeutic diet meals based on the diet parameters in Appendices 2-A, B, C, D, and E.

3.  Delivery

    a.  Outpatient therapeutic diet meal trays or texture modified diet meals shall be fully assembled and identified by diet type in the medical dietary preparation area or in a designated area of the main kitchen and be ready for delivery to patients.

    b.  Outpatient therapeutic diet meals or texture modified diet meals shall be delivered to the patients in accordance with established LOPs.

    c.  Food service and custody staff assigned to the dining rooms that serve outpatient therapeutic diet meals or texture modified diet meals shall maintain a list of patients who are ordered these diets.

4.  The health care Food Administrator I, Food Administrator II, or Registered Dietitian shall ensure culinary staff is trained to prepare and serve the outpatient therapeutic diet meals or texture modified diet meals.

(G) LOP

Each institution CEO is responsible for ensuring that the institution has an approved and current LOP that includes, at a minimum:

1.  Contact information for the Registered Dietitian or for the person designated to perform the responsibilities of the Registered Dietitian.

2.  Methods for distributing patient diet education handouts, expected reorder levels for handouts, or reproduction procedures.

3.  Procedures for referring patients for diet instruction and dietitian consultation.

4.  Procedures for obtaining CME or SD approval of nourishments or supplements for patients that do not have one of the listed indications.

5.  Procedures for how approved nourishments and supplements are billed to health care services, distributed, and tracked.

6.  Procedures for routine delivery of outpatient therapeutic diet meals and texture modified diet meals to patients and delivery during lockdown situations.

7.  A tracking method to ensure patients are receiving outpatient therapeutic diet meals and texture modified diet meals at the proper food temperatures.

8.  Development and implementation of a local training plan.

9.  A process for approval and local sign-off of the LOP.

**Appendices**

- Appendix 1, Approved Nourishments And Supplements With Indications
- Appendix 2-A, Gluten-Free Diet
- Appendix 2-B, Hepatic Diet (2 gram Sodium)
- Appendix 2-C, Renal Dialysis Diet

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

- Appendix 2-D, Renal Non-Dialysis Diet
- Appendix 2-E, Bariatric Surgery
- Appendix 3, Institutions Providing Outpatient Therapeutic Diets

**References**
- California Code of Regulations, Title 15, Division 3, Chapter 1, Article 4, Section 3054(d)
- California Department of Corrections and Rehabilitation, Department Operations Manual, Chapter 5, Article 51, 54080.3, 54080.5-6, 54080.14
- Nutrition Care Manual, 2021, Academy of Nutrition and Dietetics

**Revision History**
Effective: 12/2003
Revision: 01/2022

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

**Appendix 1**
**Approved Nourishments And Supplements With Indications**

| CONDITION | NOURISHMENT | SUPPLEMENT | FREQUENCY |
|---|---|---|---|
| Pregnancy and lactation | • Two extra 8 oz. cartons of milk a day AND<br>• Two extra fresh fruit servings a day AND<br>• Two extra fresh vegetable servings a day | **Prenatal vitamins<br>If lactose intolerant, provide 600 mg calcium supplement daily. | Order may be written to be valid up to the estimated date of confinement plus 90 days. |
| Type one diabetes mellitus or brittle diabetes | • Two, 1 oz. pkgs. of either peanut butter & crackers<br>• OR cheese & crackers AND one fresh fruit | None | Order may be written with no stop date. |
| Malnourishment evidenced by:<br>Significant weight loss (> 10% in prior 6 months) OR BMI <18 | None | ***Liquid Nutritional Supplement (LNS)<br>• Ensure Original<br>• Jevity 1 CAL<br>• Boost, or<br>• Nutren 1.0.<br>An equivalent liquid product may be substituted. | Order may be written for up to 90 days. |
| End-stage liver disease with ascites requiring paracentesis or encephalopathy requiring hospitalization | None | ***LNS High Calorie<br>• Ensure Plus<br>• Isosource 1.5<br>• Nutren 1.5<br>• Boost Plus, or<br>• Jevity 1.5.<br>An equivalent liquid product may be substituted. | Order may be written with no stop date. |
| Oropharyngeal or dental conditions impeding mastication and/or other conditions resulting in dysphagia* | None | ***LNS<br>• Ensure Original<br>• Boost, or<br>• Nutren 1.0.<br>An equivalent liquid product may be substituted. | Order may be written for up to 90 days. |
| Bariatric Surgery * | • 1 Tablespoon of peanut butter with 6 saltine crackers or 1 slice whole wheat bread OR<br>• 1 oz. sliced cheese with 6 saltine crackers or 1 slice whole wheat bread | | Order may be written up to 90 days |

\*　　Only if the patient is not meeting nutritional needs as determined by a Registered Dietitian.
\*\*　　Distributed by nursing.
\*\*\*　　The most cost effective LNS meeting patient needs shall be utilized.
　　　LNS Diabetic- Glytrol, Glucerna 1.0 CAL, Glucerna Shake, Glucerna 1.5 CAL or Boost Glucose Control.
　　　LNS Renal- Novasource Renal or Nepro with Carb Steady.
　　　These products may be used for patients who qualify for a supplement but have diabetes or renal disease.

Appendix 1: Approved Nourishments And Supplements With Indications

7

Formal Grievances Filed by Plaintiff

# EXHIBIT D 

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


### Institutional Level Assignment Notice

**Date:**    6/25/2021

**To:**    MUNDY, STANLEY (BN2899)
# A  001 1119001UP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking #:**   PVSP HC 21000262

**Due Date:**    8/27/2021

The Health Care Grievance Office has accepted your health care grievance for response.  If you need additional information regarding your health care grievance, contact the health care grievance coordinator at your institution.

California Code of Regulations, Title 15, Section 3999.226(c), states "The grievant has the right to submit one health care grievance every 14 calendar days, unless it is accepted as an expedited grievance.  The 14 calendar day period shall commence on the calendar day following the grievant's last accepted health care grievance."  Health care grievances submitted in excess of these limitations may be subject to rejection per California Code of Regulations, Title 15, Section 3999.234(a)(1).

If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care Services policy.

Health Care Grievance Office Representative
Pleasant Valley State Prison

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


### Institutional Level Response

**Closing Date:** DEC 0 7 2021

**To:**     MUNDY, STANLEY (BN2899)
A  001 1119001UP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking #:**  PVSP HC 21000357

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:  Disagreement with Treatment ( Primary Care Provider ) | Dissatisfied with PCP diagnosis |
| Issue:  Referral ( Gastroenterology ) | To be sent for cauterization procedure |

## INTERVIEW

On December 2, 2021, you were interviewed by G. Lucero, Registered Nurse regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.     [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored.

On October 8, 2021 you were seen by primary care provider (PCP) regarding fatigue. Progress note of same date indicates history of hemorrhoids and current daily bleeding. PCP place order for general surgery evaluation.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**            2

You were seen on October 26, 2021 for a surgical consultation. Progress note of same date indicates recommendation for hemorrhoidectomy.

On November 5, 2021 you were seen by PCP for follow-up to surgery consultation. Progress note of same date indicates internal bleeding hemorrhoids present and will place referral for offsite hemorrhoidectomy.

You were scheduled to have offsite surgery for hemorrhoidectomy on December 2, 2021, but were sent out the hospital (urgent) for higher level of care due to cellulitis of the right knee. You will be rescheduled to a later date for said procedure.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

O. ONYEJE
Chief Medical Executive
Pleasant Valley State Prison

vc - 6 - 21
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES                3

HCGB REVIEW 21000357
RESPONSE TO HC GRIEVANCE 21000357        1-4-2022
HEADQUARTERS REVIEW OF MEDICAL MISCONDUCT.        RE: STANLEY MUNDY
                                                  BN2899.

OVER 3-4 YEARS AGO I INFORMED BOTH THE SACRAMENTO COUNTY MEDICAL STAFF AND A YEAR AGO CDCR INTAKE AND MEDICAL STAFF I HAD SOY ALLERGIES WHICH WAS CAUSING DAIARIA, CONSTIPATION AND CAUSING BLEEDING IN MY COLON, VITAMIN LOSS, MUCLE CRAMPS. LOSS OF SLEEP AND CONFUSSYON.
    TWICE IN COUNTY I PASSED OUT, CAUSING A SEVERE HEAD INJURY, POSSIBLY DETATCHING MY RETINA IN MY EYE. BLOOD TEST CONFIMED MY BLEEDING, SEVERE VITAMIN A / AND D DEFIENCY AND BLOOD SUGAR TO DROP. MY BLEEDING PROGRESSED. SOAKING THROUGH TOILET TISSUE TO MY UNDERWEAR AND THROUGH MY PANTS. ANOTHER TIME MY BLOOD SUGAR DROPPED SO LOW MY BODY SHOOK SO VIOLENTLY, AND GAVE ME SEVERE CHILLS, I ALMOST PASSED OUT AGAIN. ALMOST GOING INTO SHOCK.
    BOTH SACRAMENTO COUNTY AND CDCR MEDICAL STAFFS AT OKLAND AND NOW AT COALINGA, HAVE KNOW OF MY SOY ALLERGIES, ITS EFFECTS, THE SEVERE RECTAL BLEEDING, AND HAVE DELAYED CATERIZATION PROCEDURES I NEED TO CORRECT THIS CONDITION OR CORRECT MY DIET TO STOP THE BLEEDING.
    THE COUNTY AND CDCR STAFF ALSO KNOW THAT I NEED SURGERY TO CORRECT CONSTANT SINUS BLEEDING THAT DRAINS INTO MY STOMACH AGRAVATED OR CAUSED BY MY PASSING OUT AND HEAD INJURY IN 2018. YET HAVE DONE NOTHING TO GIVE ME THE SURGERY TO CORRECT THIS BLEEDING. KNOWING I HAVE HAD 4 STOOHL TEST SHOWING BLOOD IN MY FEES. (A SPECIALIST IN THE COUNTY CONFIRED I NEED THAT SURGERY THEN, BUT NEVER DONE :) CDCR KNOWS OF THIS INJURY AND HAS NOT ADRESSED THIS INJURY OR THE CONSTANT BLEEDING AND IT EFFECTS TO ME.
    IN JUNE 2020 SACRAMENTO FINALLY GAVE ME A COLONOSTOMY IT CONFIRMED BLEEDING IN MY COLON YET THEY REFUSED TO GIVE ME SURGERY TO CORRECT THIS CONDITION EVEN THOUGH I WAS STARTING TO GET BOILS AND SKIN LESSIONS IN MY BODY
    IN FEBUARY/MARCH 2021 I WAS TRANSFERED TO OKLAND PRISON IN MY INITIAL EVALUATION AND OTHER MEDICAL FORMS I TOLD STAFF OF MY SOY ALLERGIES. AND HOW LONG AND SEVERE MY PROBLEMS WERE. AND MY SKIN, LESSIONS AND

1 OF 5 4

BOILS WERE. "I WAS TOLD REPEATEDLY" THESE CONDITIONS WOULD BE ADDRESSED AT YOUR FINAL DESTINATION, WE DON'T TAKE CARE OF THAT HERE." FOR 3 MONTH I SUFFERED, MY LEG CRAMPS GREW WORSE, BOILS MORE FREQUENT. FATIGUE SLEEPLESSNESS AND CONFUSSION WORSE. YET OVER 3 MONTHS PASSED AND NOTHING WAS DONE I WAS RECOMMENDED TO GO TO MULE CREEK WHICH HAD A PROPER DIET PROGRAM INSTEAD NO SURGERY WAS DONE.

IN EARLY JUNE 2021 I WAS TRANSFERED TO COALINGA, AND I WAS SCHEDULED FOR ANOTHER COLONOSTOMY. I THOUGHT I WAS GETTING PROGRESS. YET INFORMED NO MEDICAL DIETS AVAILABLE HERE. MY SYMTOMS. FATIGUE, WEAKNESS BOILS CONTINUED. AND IGNORED. THE COLONOSTOMY WAS DELAYED TILL JULY 20th ON SO 2021. AT ADVENTIST HOSPITAL IN BAKERSFIELD, I WAS INFORMED BY MEDICAL STAFF THERE. I HAD 3 POLOYPS REMOVED, BLOOD VESSELS IN MY COLON AND INTERNAL HEMERRIODS THAT WERE BLEEDING AND I NEEDED TO RETURN WITHIN TWO WEEKS TO HAVE THESE AREAS CATERIZED.

DOCTOR GOMEZ AT COCR SENT ME TO A SPECIAL DIETTIAN A WEEK OR SO AFTER THIS PROCEDURE, BECAUSE OF MY AGE AND THE POSSIBILITY OF THE POLOYPS BEING CANCEROUS. I TOLD HIM AS HE KNEW OF MY SOY ALLERGY AND SEVERE SYMPTOMS. HE TOLD ME THAT "NO MEDICAL DIET IS AVALIABLE HERE" I ASKED TO BE GIVEN VITAMINS WHICH HE AGREED MIGHT HELP BUT SAID MY BLEEDING NEEDED TO BE ADDRESSED.

WEEKS THEN EVEN A MONTH WENT BY I SENT MULT-MEDICAL REQUEST TO FIND OUT OF THE POLOYPS RESULTS AND FIND OUT WHY I WASN'T BEING TAKEN BACK TO GET THE BLEEDING STOPPED. WHEN I COMPLAINED WITH THE COUNTY NEVER TOLD ME OR MISSED THE POLOYPS. DOCTOR GOMEZ SAID I NEVER HAD POLOYPS EVEN THOUGH SHE AND THE HOSPITAL CONFIRMED THIS TWICE, AGAIN I TOLD HER ABOUT MY BOILS, SKIN LEASSION FATIGUE, PAIN, YET NO SURGERY WAS PROFFERRED.

I HAVE TAKEN STEPS MYSELF TO GET VITAMINS, EXERCISE. EAT RIGHT. TRADING FOOD. BOTH MY CELLMATES IN RECEPTON

MULTIPLE TIMES I SHOWED MEDICAL STAFF THE SKIN LESSIONS AND
BOILS THAT WERE RESULTING FROM THE CONSTANT BLEEDING I
HAVE SUFFERED, EACH TIME I WAS TOLD "OH THEY ARE HEALING
ON THEIR OWN. AT LEAST 10 DIFFERENT BOILS USUALLY TWO A
A TIME HAVE APPEARED ON MY BODY FOR THE PAST YEAR.
SINCE JULY 2021 I HAVE BEEN TOLD A SURGERY HAS BEEN
SCHEDUALED YET NEVER PREFORMED

CELLMATES SCOTT SHIRLEY AND ROB HOLLMAN CAN CONFIRM
HOW BAD MY BLEEDING, MY BOILS, AND OTHER RESULTS FROM
THE LACK OF TREATMENT HAS BEEN.

I FELT MEDICAL STAFF PRIMARILY DR GOMEZ AND HER
NURSE DID NOT BELIEVE HOW SEVERE MY BLEEDING WAS SO
IN OCTOBER I BROUGHT IN A PAIR OF MY UNDERWEAR WHICH
HAD AT LEAST A 6 INCH DIAMITER DARK AND BRIGHT RED BLOOD
STAINS IN IT AND TOLD THEM I WAS WORRIED ABOUT THE IN-
CREASING INFECTIONS. I THOUGHT THIS MIGHT HELP GET MY
COMPLAINTS AND PAIN TAKEN SERIOUSLY. I WAS TOLD THE
INFECTIONS WEREN'T CAUSED BY THE BLEEDING AND I WAS
SCHEDUALED FOR SURGERY.

IN LATE NOVEMBER 2021 I AGAIN GOT TWO BOILS ON MY
LEFT AND RIGHT KNEE, AGAIN I TOLD STAFF, WROTE OUT A MED,
REQUEST FOR (OR TWO) THE RIGHT KNEE QUICKLY INFLAMED
AGAIN I REQUESTED HELP. WITHIN 4 DAY MY RIGHT LEG SWELLED
GAIN 10 LBS OF FLUID, DARKENED BRIGHT RED, BLUE AND BLACK.
I STARTED GETTING VARYING FEVER CHILLS AND HAD A BRIGHT
LARGE RED SWOLLEN STREAK RUNNING FROM MY RIGHT KNEE UP MY
THIGH AND INTO MY ABDOMINE. I STARTED HAVING NAUSEA AND HEART
PAINS. I PUT IN ANOTHER MEDICAL REQUEST FORM AND ASKED TO BE
SEEN, TO NO AVAILE. BY THE NEXT DAY I COULD BARELY WALK AND HADN'T
SLEPT AGAIN, COULDN'T EAT. I WENT MAN DOWN HOPING TO GET HELP, AT
FIRST A NURSE FROM CTC SAID I DIDN'T NEED MEDICAL HELP, LUCKILY
A NURSE FROM THE YARD SAID I HAD TO GO TO THE DOCTOR.

CTC STAFF SAID NO DOCTOR WAS AVAILABLE TO LANCE THE WOUND PRE-
SCRIBED ANTI-BIOTICS - A SHOT WAS ADMINISTERED INTO MY RT
BUTT MUSCLE. I COMPLAINED THAT THEIR OWN DIRRECTIONS

THE INJECTION SHOULD HAVE BEEN GIVEN IN THE VEIN. I WAS IGNORED, RETURNED TO MY HOUSING UNIT WITH NO PAIN MEDICINE EVEN THOUGH I COULD HARDLY WALK.

THE NEXT MORNING MY CELLMATE ROBERT HOLLMAN WAS SO CONCERNED HE FLAGGED DOWN THE C/O MAKING ROUNDS BEFORE BREAKFAST. MY CHILLS, SHAKING FEVER WAS WORSE. AGAIN THE MEDICAL STAFF FROM CTC SAID I DIDN'T NEED HELP. AGAIN THE YARD NURSE AND SARGEANT CLARK OVERRODE HER. A WHEEL CHAIR WAS NEEDED TO TRANSPORT ME. AGAIN THE DOCTOR SAID THE INFECTION WAS VERY BAD. BUT DID NOT LANCE THE WOUND. GIVE THE INJECTION INTO MY WOUND AREA OR MY VEIN AS REQUIRED. AGAIN MORE ORAL ANTI-BIOTICS AND AN INJECTION WAS ADMINISTERED INTO MY RT BUTT BUT NOW AFTER 4 DAYS OR MORE OF ANTI BIOTICS MY CONDITION WAS RAPIDLY WORSENING, AND I WAS TOLD TO WAIT.

THE NEXT DAY AGAIN UNABLE TO SLEEP HAVING CHILLS I WENT TO THE DOCTORS MYSELF. ~~HECK~~ MEDICAL STAFF, DOCTOR GOMEZ, HER NURSE SAID I NEEDED TO LET THE ANTI-BIOTICS WORK. THE HEART PAIN WAS WORSE LUCKILY SARGEANT ESCONSITO/ESPONOSIA NOT SURE OF SPELLING WAS THEIR HE SAW MY CONDITION AND SAID I NEEDED TO BE TRANS-PORTED TO A HOSPITAL. MEDICAL DOCTOR AND HER NURSE ARGUEDED. BY CHANCE MY SURGERY WAS SUPPOSED TO BE THAT DAY BUT DR. GOMEZ SAID SHE WOULD CANCEL MY SURGERY AND TREAT ME HEAR. AGAIN LUCKILY SARGEANT CLARK SAW MY LEG AGAIN CONFIRMED THAT MEDICAL STAFFS TREATMENT WASN'T WORKING AND SAID THAT I WOULD BE SENT TO THE HOSPITAL THAT THEY WOULD DECIDE WHAT WAS BEST.

THE EMERGENCY ROOM DOCTOR, IMMEDIATELY PROVIDED/PRE-SCRIBED 5 DAYS OF CONTINUOUS I.V. AND STATED YOUR LEG IS VERY BAD, AND I SHOULD HAVE BEEN BROUGHT SOONER. HE ALSO CONFIRMED THE CONTINUOUS SKIN LEASSIONS, BOILS

WERE FROM BLOOD AND POOP MIXING IN MY COLON INFECTING MY WHOLE BODY, I COULD SEE HE WAS CONCERNED THAT THIS CONDITION WAS LEFT FOR SO LONG.

STILL TO THIS DAY MY INFECTION HAS NOT CLEARED MY RIGHT LEG IS PERMIDENTLY RED. I STILL HAVE AT LEAST 3 DARK, BLACK, BROWN BLUE SPOTS ON MY RT LEG OTHER HAVE TOLD ME WILL NEVER GO AWAY. MY PAIN STILL CONTINUES AND THE LIGAMENT IN MY RT KNEE, MY KNEE AND AROUND IT IS STILL SWOLLEN

THREE COARSES OF ANTI-BIOTICS HAVE NOT CURED ME. MY INFECTION CONTINUE, BEFORE THE LAST COARSE FINISHED I TOLD STAFF MY INFECTION WAS THERE STILL, NO TREATMENT WAS GIVEN. AFTER CHRISTMAS I PUT IN ANOTHER DOCTORS REQUEST I WAS SCENE BUT TOLD I WOULD NOT BE SCENE TILL TODAY 1/4/2022 TODAY I WAS SCENE DR PATEL A DIFFERENT DOCTOR CONFIRED THE INFECTION WAS STILL THERE, NOTED THE DISCOLORATION, TOLD ME THIS WAS VERY BAD AND I SHOULD NOT IGNOR IT. I STILL WALK WITH A LIMP NOW, HAVE HEART PAIN, ALL THE SAME SYMPTOMS AT WHAT POINT HAS MY PAIN, SUFFERING AND MEDICAL DELAY OF TREATMENT, DIET, OR INFECTIONS BECOME A CONCERN.

IF NOT FOR CORRECTIONAL STAFF THE OUTCOME WOULD HAVE BEEN MUCH WORSE. THE POLICY OF NOT TREATING SERIOUS CONDITIONS, FOR SO LONG MUST ADDRESSED, DR. GOMEZ HER BOSS, HER NURSE AND CTC STAFF SHOULD BE REPRI-MANDED, INFECTIONS MUST BE MADE SURE THEY ARE COMP-LETELY CURED, MONITERED. I ASK YOU TO INVESTIGATE THE CARE ON THIS A YARD AT PVSP. RESPECTFULLY

SIGNED UNDER PENALTY OF PERJURY.

Stan Mundy
BN2899

DATE 1/4/2021

5 OF 5

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: *PVSPHC 21600435*

*[handwritten top margin: it my first grievance in yes matter entirely on appeal in delays in diet, surgery on treatment.]*

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A); and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

*I completely disagree. Yes on Oct 26 2021 I was seen for a surgical consultation. But this delay does not explain why on July 22 2021 an Adventist Hospital confirmed I had bleeding in my colon and my side 10 internal hemorroids had bled and could be brought back to that facility in two weeks, explain why this did not happen and why a different facility was consulted 3 months later with such bad bleeding, explain why the facility here knows that this condition has gotten worse because it refuse to put me on a non soy diet which has resulted in this condition further on paragraph 3 you call the condition "cellulitis" I was sent out here from an extreme infection in my legs resulting from over 3 years of feces mixing with my blood in my colon, I have now multiple boils and skin leassions for over a year which this infection took off swelling my leg 10-12 lbs. with a bright red line running up my main artery towards my heart, you and Doctor Gomez call this "cellulitis" but it was a blood/lymphatic infection cause by your outrageous delay. cont.*

Grievant Signature: *[signature]* Date Submitted: *6-24-2022*

**SECTION D:** HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only    Is a CDCR 602 HC A attached? ☐ Yes ☒ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section E)   ☒ Accepted

☐ Amendment   Date: _____

Interview Conducted? ☐ Yes ☒ No   Date of Interview: _____   Interview Location: _____

Interviewer Name and Title (print): _____   Signature: _____   Date: _____

Disposition: See attached letter   ☐ Intervention   ☒ No Intervention

**This decision exhausts your administrative remedies.**

HQ Use Only: Date closed and mailed/delivered to grievant: **JUN 0 2 2022**

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

Grievant Signature: _____   Date Submitted: _____

Staff Name and Title (Print): _____   Signature: _____   Date: _____

*[stamp: COMPLETED HCCAB JUN 0 2 2022]*

**S T A F F   U S E   O N L Y**

Distribution: Original - Returned to grievant after completed; Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

9

B 1.2

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


### Institutional Level Response

**Closing Date:** FEB 1 4 2022

**To:** MUNDY, STANLEY (BN2899)
A 004 1128001LP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking #:** PVSP HC 21000435

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment ( Primary Care Provider ) | Lack of treatment |
| Issue: | Scheduling ( Wait Time ) | Surgery delay |

## INTERVIEW
Pursuant to California Code of Regulations, Title 15, Section 3999.228(f)(1), an interview was not conducted as you did not request one by initialing the appropriate box on the CDCR 602 HC, Health Care Grievance.

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.   [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

On October 8, 2021 you were seen by primary care provider (PCP) regarding fatigue. Progress note of same date indicates history of hemorrhoids and current daily bleeding. PCP place order for general surgery evaluation.

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED

*B 1,3*

S.MUNDY, BN2899
PVSP HC 21000435
Page 2 of 3

You were seen on October 26, 2021 for a surgical consultation. Progress note of same date indicates recommendation for hemorrhoidectomy.

On November 5, 2021 you were seen by PCP for follow-up to surgery consultation. Progress note of same date indicates internal bleeding hemorrhoids present and will place referral for offsite hemorrhoidectomy.

You were scheduled to have offsite surgery for hemorrhoidectomy on December 2, 2021, but were sent out the hospital (urgent) for higher level of care due to cellulitis of the right knee. You will be rescheduled to a later date for said procedure.

You were scheduled to have offsite surgery for hemorrhoidectomy on February 10, 2022, but were rescheduled due to a provider emergency. You have a pending appointment for said procedure.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

California Correctional Health Care Services makes every effort to ensure patients receive timely access to the full range of necessary health care services. In order to improve the overall quality and efficiency of health care services and outcomes, California Correctional Health Care Services includes the appropriate personnel and organizational functions to identify and address barriers to care, including staffing, lockdowns, restricted movement, fog lines, and backlogs.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.



S.MUNDY, BN2899
PVSP HC 21000435
Page 3 of 3

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

*Dr. Onyeje / from vis  2/11/2022*

O. ONYEJE
Chief Medical Executive
Pleasant Valley State Prison

_____
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

12

**REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE**

RAP Meeting Date: 3/23/2022       Date IAC Received 1824: 3/16/2022       1824 Log Number: 164745671957

Inmate's Name: Mundy       CDCR #: BN2899       

**RAP Staff Present:** R. Barker, AW(A) (ADAC), M. Conanan, M.D. (CME), C. Hernandez, AGPA (HCCA), S. Thomas, AGPA (HCGC), P. Longoria, (SVI) and J. Vierra (IGC).

**Summary of Inmate's 1824 Request:** Inmate is requesting help on a computer, proper diet and to see a specialist concerning surgeries and leg damage and infections. Inmate is requesting a lower tier, lower bunk Chrono.

**Interim Accommodation:**

☐ No interim accommodation required:

☒ Interim accommodation issued. Provided a temporary low bunk Chrono

**RAP RESPONSE:**

On March 16, 2022, you submitted a Reasonable Accommodation Request (CDCR 1824), requesting help on a computer to do your legal work, a proper non soy diet, heart healthy diet to keep you from having further heart and internal damage and stop further infections. You state you need to see someone regarding the surgeries you need and to see a specialist regarding the infections and leg damage. You are also requesting a lower tier lower bunk Chrono. Specifically, you state you have a problem thinking clearly, writing, communicating clearly due to suffering from dyslexia and sometimes write or say things backwards. You state you have heart problems which cause dizziness, nausea, tiredness and confusion. You state you have bad infections causing damage to your right knee, leg, in the bone and knee tendons which is severely painful causing muscle cramps that wake you at night. You state you have problems climbing stairs and getting into bed causing severe pain.

On March 16, 2022, Grievances Staff J. Vierra contacted C. Hernandez, Compliance Analyst recommending you be seen by medical. Vierra contacted R. Kuhn, Facility D Captain informing him you should stay on the lower bunk / lower tier in the interim of RAP.

On March 17, 2022, Correctional Sergeant C. Caldera interviewed you regarding your request, and asked if you feel you have safe access to programs, services and activities. You stated you have safe access to programs and services however it is strenuous walking across the facility due to knee and heart issues. Caldera asked you if you submitted a request to be seen by medical and you stated you are in the process of being treated by the doctor on Facility D. Caldera asked if you informed your building staff of your issues with climbing stairs. You stated you have spoken with staff regarding your issues and have been accommodated in Building 5 by being housed on the lower tier and in a lower bunk.

On March 17, 2022, Supervisor of Correctional Educational Programs (SCEP) C. Lopez submitted a Disability Verification Process Worksheet (DVP) indicating there is no verification of learning disability notated in your high school transcripts. A CDCR 128B Unverified LD Chrono was completed and placed in the Strategic Offender Management System (SOMS). SCEP Lopez indicated inmate clerks are assigned to the library and are available to assist and scribe if necessary.

On March 23, 2022, the RAP was convened and Doctor M. Conanan (Chief Medical Executive) submitted a DVP indicating you are requesting for a proper diet, to see someone regarding surgeries you need, to see a specialist for infections and leg damage, requesting for a lower bunk Chrono and you have dizziness and nausea due to ear problems. Dr. Conanan stated you were seen by the Primary Care Physician (PCP) on March 5, 2022, the PCP noted you have a Cardiology consult pending and had a coronary artery stent placement done in February 2022. The PCP noted consumption of fruits and vegetables was advised and you are clinically stable at this time. The PCP also noted active valley fever infection was discussed with you. Dr. Conanan stated the Chief Physician and Surgeon (CP&S) updated your 1845/7410 and issued you a temporary low bunk Chrono due to dizziness.

On March 23, 2022, the Health Care Grievances Coordinator (HCGC) provided a DVP indicating you have not submitted any HC 602 Grievances regarding special diet, lower bunk/tier Chrono, or specialist for leg infection, however, you did submit a HC 602 Grievance for help with legal work at North Kern State Prison (NKSP) on May 10, 2021. (NKSP HC 21000427 no intervention)

Based on all of the information collected as a result of this CDCR 1824 inquiry, the RAP determined an interim accommodation was required and you were provided a temporary low bunk Chrono by the CP&S due to your dizziness.

13

# REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

RAP Meeting Date: 3/23/2022          Date IAC Received 1824: 3/16/2022

Inmate's Name: Mundy          CDCR #: BN2899          Housing: D5-108L

Your active valley fever infection and heart issues were reviewed by medical and you were advised to consume fruits and vegetables as you are clinically stable. Your medical treatment plan appears appropriate. The Education department was unable to verify your learning disability, however inmate clerks are available to assist with scribing in the library if necessary. Also, ADA Workers are available in all of the housing units to assist you with reading and writing, if needed. Therefore, no further accommodation is required.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents to your **CDCR 602-HC.**

R. Barker, A.W. (A)
ADA Coordinator/Designee          Signature

Date sent to inmate: **APR 0 7 2022**

STATE OF CALIFORNIA  C.3      3 of 3
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY |
| Tracking #: |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI): MUNDY, STANLEY, W.
CDCR Number: BN2899
Unit/Cell Number: C 14-148 MCSP.

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

FIRST I TOTALLY DISAGREE WITH ALMOST EVERY STATEMENT OF RAP MEETING DATE 3/23/22. LOG #1647456.71957: I SEE THERE IS A AW(A) REPRESENTATIVE AND A NEW (CME) I DONT SUPPOSE YOU WOULD TELL ME WHAT HAPPENED TO THE LAST PEOPLE IN THOSE POSSITIONS OR WHY THEY WERE REPLACED OR WHY I WAS NOT ASKED TO BE PRESENT AT THIS MEETING. ① LETS TAKE THE ISSUE OF A NON SOY DIET WHICH STARTED THIS. YOU DON'T ADDRESS THIS ISSUE OR THE FACT THAT YOU KNEW I HAD A SOY ALLERGY AND THAT THIS CAUSED ME SEVERE DIETARY, AND THEN THE MEDICAL PROBLEMS I SUFFERED ② WHY DO YOU NOT LIST THE PROPER DUPLICATE CDCR 7362 MED. REQUEST FORMS WHY DON'T YOU RESPECTFULLY MAKE SURE THE PROPER FORMS ARE USED AND AVAILABLE TO INMATES. SO WHY DID YOU NOT ADDRESS WHY STAFF FAILED TO MAKE SURE I WAS GIVEN A NON ALLERGENIC DIET TO AVOID ALL THESE COMPLICATIONS ③ YOU DON'T ADDRESS OR TRY TO FIX THE PROBLEMS, (MEDICAL COMPLICATIONS) ④ THE INFECTIONS TO MY SYSTEM THIS DENIAL OF A PROPER DIET CAUSED. YOUR MEDICAL STAFF KNEW I HAD SEVERE INTERNAL BLEEDING IN MY COLON FOR AN EXTENDED PERIOD OF TIME. YOU DONT ADDRESS MY BLEEDING SURGERY OR WHY IT TOOK 4½ MONTHS TO GET IT SCHEDULED ⑤ YOU DONT ADDRESS HAVE THE DIVERTICULITIS AND INTERNAL HEMMEROIDS MIXED WITH MY FECES AND CAUSED MY BOILS, BLOOD INFECTIONS CELLULITIS FOR OVER A YEAR & THAT YOU KNEW ABOUT THIS FROM COUNTY RECORDS. THAT MY INFECTIONS WERE IGNORED THAT THEY CAUSED ME FATIGUE, PAIN, CONFUSION, THAT ONES OF THESE INFECTIONS ALSO IGNORED

Grievant Signature: _____   Date Submitted: 4/28/2022

**SECTION B:** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name and Title: _____ Signature: _____ Date: _____

**STAFF USE ONLY**

15

# REASONABLE ACCOMMODATION REQUEST

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDCR 1824 (Rev 09/17)

1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| PVSP | 104745071957 | PVSP Inmate Appeals Received JUN 10 2022 |

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*\*\***

DO NOT use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| PLEASANT VALLEY STATE PRISON | BN2899 | | D5-108 |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

THINK CLEARLY, WRITING, COMMUNICATING CLEARLY AND NOW I AM HAVING HEART PROBLEMS, CAUSING DIZZYNESS, NASEA. I ALSO HAVE HAD BAD INFECTION CAUSING DAMAGE TO MY RIGHT KNEE AND LEG AND I HAVE PROBLEMS CLIMBING STAIRS AND GETTING IN BED, SEVERE PAIN.

**WHY CAN'T YOU DO IT?**

FIRST, I HAVE DYSLEXIA, AND SOMETIMES WRITE OR SAY THINGS BACKWARDS. THE HEART PROBLEM CAUSES DIZZYNESS, TIREDNESS, CONFUSION, THE DAMAGE TO MY RIGHT LEG AND KNEE IS IN THE BONE AND MY KNEE TENDONS AND IS SEVERLY PAINFUL CAUSING MUSLE CRAMPS THAT WAKE ME AT NIGHT.

**WHAT DO YOU NEED?**

I NEED HELP OR A COMPUTER TO DO MY LEGAL WORK. I NEED THE PROPER DIETS (BON SOY DIET, HEART HEALTHY DIET) TO KEEP ME FROM HAVING FURTHER HEART AND INTERNAL DAMAGE AND STOP FURTHER INFECTIONS. I NEED TO SEE SOMEONE REGARDING THE SURGERIES I NEED, SEE A SPECIALIST RE: CARDIAC THE INFECTIONS AND LEG DAMAGE. I NEED A LOWER TIER, LOW BUNK CHRONO AGAIN.

(Use the back of this form if more space is needed)

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☒   No ☐   Not Sure ☐

List and attach documents, if available:
I HAVE ASKED FOR MY MEDICAL FILE. I HAVE HOSPITAL REPORTS SHOWING PAST BRAIN DAMAGE AND SERIOUS KNEE AND BACK INJURY BUT I WANT TO MAKE COPIES BEFORE I GIVE THEM AGAIN. THEY WERE LOST LAST TIME.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| _(signature)_ | 3/14/2022 |
|---|---|
| INMATE'S SIGNATURE | DATE SIGNED |

Assistance in completing this form was provided by:

| _(crossed out)_ | _(crossed out)_ | |
|---|---|---|
| Last Name | First Name | Signature |

16

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| PVSP | 1649262475 32 | APR 6 2022 |

**\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| STAN MUNDY | BN2899 | CHAPEL CLERK | A5-108 |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I HAVE SEVER PAIN I WALK WITH A LIMP, CAN'T CLIMB WITHOUT SEVERE PAIN. CAN'T PUT COMPLETE PRESSURE ON MY RIGHT LEG, GET SEVERE LEG CRAMPS, PAIN, CAN'T SLEEP AT NIGHT MAKING IT HARD FOR ME TO CONCENTRATE. PLUS I HAVE DYLEXIA AND A PAST BRAIN INJURY, IT TAKES ME A WHILE TO UNDERSTAND THINGS, WRITE THINGS OR MAKE MY POINT. I HAD SOMEONE ELSE PUT THIS IN WORDS FOR ME TO COPY IT.

**WHY CAN'T YOU DO IT?**
FROM THE INFECTION I HAD IN MY RIGHT KNEE AND LEG I HAVE SEVERE PAIN THAT KEEPS ME FROM WALKING WITHOUT A LIMP. I NOW HAVE PROBLEMS SLEEPING, PLUS MY DYSLEXIA AND NOW I HAVE CONFUSSION UNDERSTANDING WRITTEN WORDS OR DIRRECTIONS SO I NEED HELP WRITING.

**WHAT DO YOU NEED?**
I NEED MY KNEE AND LEG LOOKED AT. I DON'T WANT ANY DEVICES BUT I PROBABLY NEED THEM. I HAVE DIZZYNESS SOMETIMES. I ALSO NEED THE SURGERIES TO STOP MY BLEEDING AND FOR ME TO BE PUT ON A HEART HEALTHY DIET AND A NON SOY DIET TO STOP THE SEVERE ALERGIC REACTIONS OF VOMITING, DHIRREA CAUSED BY THE SOY ALLERGY AND INTERMITTANT CONSTIPATION WHICH HAS RESULTED IN THE BLEEDING IN MY COLON. I STILL WOULD LIKE TO KNOW HOW THE BIORSY OF MY COLON TISSUE WENT THE (Use the back of this form if more space is needed) RESULTS   CONTINUED → OTHER SIDE →   →   → CONTINUED OTHER SIDE →

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☒   No ☐   Not Sure ☐

List and attach documents, if available:
MRI BRAIN INJURY, NECK DAMAGE.
MEDICAL RECORDS OF SOY ALERGY. BLEEDING, INFECTIONS TO MY BODY, HEART AND NOW HEART PROBLEMS

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| _Stan Mundy_ | 3-28-2022 |
|---|---|
| **INMATE'S SIGNATURE** | **DATE SIGNED** |

Assistance in completing this form was provided by:

| | | |
|---|---|---|
| Last Name | First Name | Signature |

17

Case 1:22-cv-00401-KES-SAB    Document 22    Filed 10/11/22    Page 103 of 277    CDC #: BN2899    PID #: 11491363

CHSS035C **DPP Disability/Accommodation Summary** Wednesday April 06, 2022 09:20:

As of: 04/06/2022

---

### OFFENDER/PLACEMENT

CDC#: BN2899
Name: MUNDY, STANLEY
Facility: PVSP-Facility A
Housing Area/Bed: A 005 1/147001L
Placement Score: 44
Custody Designation: Medium (A)
Housing Program: Sensitive Needs Yard
Housing Restrictions: Lower/Bottom Bunk Only
Physical Limitations to Job/Other:

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive Support Needs: None
Current DDP Status Date: 04/05/2021
DPP Codes:
DPP Determination Date: 03/22/2022
Current MH LOC: CCCMS
Current MH LOC Date: 05/10/2021
SLI Required:
Interview Date: 03/22/2022
Primary Method:
Alternate Method:
Learning Disability: Unverified
Initial TABE Score: 08.0
Initial TABE Date: 04/15/2021
Durable Medical Equipment: Eyeglass Frames
Languages Spoken:

---

### IMPORTANT DATES

Date Received: 03/29/2021
Last Returned Date:
Release Date: 12/01/2096
Release Type: Earliest Possible Release Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start Date: 07/09/2021
Status: Full Time
Position #: CLK.012.001
Position Title: F/A CHAPEL CLERK
Regular Days On: Monday through Friday (08:00:00 - 15:30:00)


Name: MUNDY, STANLEY                                     CDC#: BN2899  PID #: 11491363

CHSS035C **DPP Disability/Accommodation Summary** Wednesday March 16, 2022 12:07:36 PM

As of: 03/16/2022

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| CDC#: BN2899 | Current DDP Status: NCF |
| Name: MUNDY, STANLEY | DDP Adaptive  None |
| Facility: PVSP-Facility D | Support Needs: |
| Housing Area/Bed: D 005 1/108001L | Current DDP Status Date: 04/05/2021 |
| Placement Score: 44 | DPP Codes: |
| Custody Designation: Medium (A) | DPP Determination Date: |
| Housing Program: Varied Use | Current MH LOC: CCCMS |
| Housing Restrictions: | Current MH LOC Date: 05/10/2021 |
| Physical Limitations to Job/Other: | SLI Required: |
| | Interview Date: |
| | Primary Method: |
| | Alternate Method: |
| | Learning Disability: |
| | Initial TABE Score: 08.0 |
| | Initial TABE Date: 04/15/2021 |
| | Durable Medical Equipment: Eyeglass Frames |
| | Languages Spoken: |

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| Date Received: 03/29/2021 | Privilege Group: A |
| Last Returned Date: | Work Group: A1 |
| Release Date: 12/01/2096 | AM Job Start Date: 07/09/2021 |
| Release Type: Earliest Possible Release Date | Status: Full Time |
| | Position #: CLK.012.001 |
| | Position Title: F/A CHAPEL CLERK |
| | Regular Days On: Monday through Friday (08:00:00 - 15:30:00) |



19

**REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE**

RAP Meeting Date: 4/13/2022      Date IAC Received 1824: 4/6/2022      1824 Log Number: 164926247532

Inmate's Name: Mundy      CDCR #: BN2899      Housing: A5-147L

RAP Staff Present: R. Barker, AW(A), (ADAC), M. Conanan, M.D. (CME), R. Fernandez, AGPA (HCGC), and J. Vierra (IGC).

Summary of Inmate's 1824 Request: Inmate is requesting a non-soy diet, to get his knee/leg looked at, and surgery to stop bleeding.

---

**Interim Accommodation:**

☒ No interim accommodation required:      C 14 148

☐ Interim accommodation issued:

---

**RAP RESPONSE:**

On April 4, 2022, you submitted a Reasonable Accommodation Request (CDCR 1824), requesting your knee and leg be looked at, as you do not want any devices but you probably need them, and you have dizziness sometimes. You state you also need the surgery to stop your bleeding and to be put on a heart healthy diet and a non-soy diet to stop the severe allergic reactions of vomiting and diarrhea caused by the soy allergy, and intermittent constipation which has resulted in the bleeding of your colon. You state you would like to know how the biopsy of your colon went and see the results. You state you have severe pain, walk with a limp and cannot climb without severe pain. You state you cannot put complete pressure on your right leg, get severe leg cramps, pain, and cannot sleep at night making it hard for you to concentrate. You state you also have Dyslexia and a past brain injury and it takes you a while to understand things, write things, or make your point. You state you had someone else put this in words for you to copy it. You state due to the infection you had in your right knee and leg, you have severe pain that keeps you from walking without a limp and now have problems sleeping. You also state due to your Dyslexia, you have confusion understanding written words, or directions so you need help writing. In your CDCR 1824, you noted CAL CIVIL CODE SECTION 51 RULE 1.100: When must a request for accommodation be granted to a person with disabilities: When physical or mental conditions limits one (1) or more major life activities. You state your knee and leg pain limit you from kneeling down altogether and this same pain limits your ability to walk without a limp without severe pain and not work more than one (1) hour. You state because of your right knee, you cannot walk up more than one (1) flight of stairs without danger of tripping or falling, or climb. You state your dizziness and fatigue due to the depletion of blood from your body also weakens you in the circumstances of walking, climbing, kneeling, etc. and adds to your dizziness and tripping hazards, and possibly passing out. You state your brain injury, weakness, and Dyslexia make it hard for you to write complicated problems or communicate, and understand at times. You state you never had problems learning or understanding before.

On April 6, 2022, Lieutenant M. Solis interviewed you regarding your request and you stated you feel you do have safe access to programs, activities, and services. You stated you do not need any assistance or medical devices at this time.

On April 6, 2022, Lieutenant Solis interviewed Correctional Officers I. Rodriguez and I. Gonzalez who both stated they observe you accessing programs, services, and activities safely, on a regular basis without any issues.

On April 12, 2022, the Health Care Grievances Coordinator (HCGC) provided a Disability Verification Process Worksheet (DVP) indicating you have not submitted a HC 602 Grievance regarding a special diet, knee/leg pain or results of biopsy.

On April 13, 2022, the RAP was convened and Doctor M. Conanan (Chief Medical Executive) submitted a DVP indicating you are requesting to have your knee and leg looked at, having dizziness, requesting for surgeries to stop the bleeding you are having and to be put on a heart healthy non-soy diet to stop severe allergic reactions. Dr. Conanan stated you were scheduled to see the Primary Care Physician (PCP) on April 14, 2022, for these issues. Dr. Conanan stated the Chief Physician and Surgeon (CP&S) put in a referral to the dietitian on April 7, 2022, however you were transferred to a different institution on April 11, 2022.

Based on all of the information collected as a result of this CDCR 1824 inquiry, the RAP determined an interim accommodation was not required. You were scheduled to see the PCP on April 14, 2022, for your issues and a referral to the dietitian was submitted on April 7, 2022, however you were transferred to a different institution on April 11, 2022. Therefore, no further accommodation is required. If you feel you are still in need of a reasonable accommodation at your new institution submit a CDCR 1824 request at your new institution.

**REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE**

| | | |
|---|---|---|
| RAP Meeting Date: 4/13/2022 | Date IAC Received 1824: 4/11/2022 | 1824 Log Number: 164970347767 |
| Inmate's Name: Mundy | CDCR #: BN2899 | Housing: |

**RAP Staff Present:** R. Barker, AW(A), (ADAC), M. Conanan, M.D. (CME), R. Fernandez, AGPA (HCGC), and J. Vierra (IGC).

**Summary of Inmate's 1824 Request:** Inmate is requesting a heart healthy, non-soy diet.

**Interim Accommodation:**

☒ No interim accommodation required:

☐ Interim accommodation issued:

**RAP RESPONSE:**

On April 11, 2022, you submitted a Reasonable Accommodation Request (CDCR 1824), requesting a non-soy, heart healthy diet which consists of whole grains, fresh fruit, vitamin shakes, nuts, fresh vegetables, fish/lean meat, chicken, beef with no soy fillers, fruit high in antioxidants, broccoli, beets, brown rice, spinach, peas, barley, or seeds. You state you need four (4)-five (5) servings of nuts/seeds, four (4)-five (5) servings of fresh/frozen/dried fruit, four (4)-five (5) servings of fresh vegetables, and three (3) servings of lean meat a day. You state you cannot have milk, beans, soy, no high fat, margarine, salt, donuts, hotdogs, or bologna. You state you need salmon/tuna at least two (2) times per week, as well as mineral water, tea, energy drinks, and low fat cheese. You further go on to include a very detailed list of foods you can and cannot eat, which has been thoroughly reviewed. You state all of this is per doctors' orders at Memorial Hospital: half (½)-one (1)+ hour exercise per day, static, weight, walking, running, stretching, specially designed rubber bands, weight machine to get heart rate up, 40 minutes aerobic three (3)-four (4) days a week, 150 minute minimum a week, weights two (2)-three (3) days a week, and 40 minutes stretching and strength exercises three (3) days a week.

On April 11, 2022, Grievances Staff J. Vierra submitted an Interim Accommodation Procedure (IAP) / Interview Worksheet stating you were transferred to another institution the same day your CDCR 1824 was received and it was determined the issues within the CDCR 1824 did not appear to be urgent. An interim accommodation is not required.

On April 12, 2022, the Health Care Grievances Coordinator (HCGC) provided a Disability Verification Process Worksheet (DVP) indicating you have not submitted a HC 602 Grievance regarding special diet.

On April 13, 2022, the RAP was convened and Doctor M. Conanan (Chief Medical Executive) submitted a DVP indicating you are requesting to be put on a heart healthy and non-soy diet due to soy allergy and recommendation by cardiologist. Dr. Conanan stated you were scheduled to see the Primary Care Physician (PCP) on April 14, 2022, for these issues. Dr. Conanan stated the Chief Physician and Surgeon (CP&S) put in a referral to the dietitian on April 7, 2022, however you were transferred to a different institution on April 11, 2022.

Based on all of the information collected as a result of this CDCR 1824 inquiry, the RAP determined an interim accommodation was not required. You were scheduled to see the PCP on April 14, 2022, for your issues and a referral to the dietitian was submitted on April 7, 2022, however you were transferred to a different institution on April 11, 2022. Therefore, no further accommodation is required. If you feel you are still in need of a reasonable accommodation at your new institution submit a CDCR 1824 request at your new institution.

**Direction if dissatisfied:** If you disagree with this decision and want to file a grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents to a CDCR 602 to grieve the RAP or a CDCR 602-HC to grieve Health Care.

| | | |
|---|---|---|
| R. Barker, A.W. (A) | Signature | Date sent to inmate: **MAY 0 2 2022** |
| ADA Coordinator/Designee | | |

21

# REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

RAP Meeting Date: 4/13/2022          Date IAC Received 1824: 4/6/2022          1824 Log Number: 164926247532

Inmate's Name: Mundy          CDCR #: BN2899          Housing: A5-147L

**Direction if dissatisfied:** If you disagree with this decision and want to file a grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents to a CDCR 602 to grieve the RAP or a CDCR 602-HC to grieve Health Care.

R. Barker, A.W. (A)
**ADA Coordinator/Designee**          **Signature**          Date sent to inmate:     APR  2 9 2022

22

RAP Response - rev 08-17-17.docx

STATE OF CALIFORNIA

**REASONABLE ACCOMMODATION REQUEST**

CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF |
|---|---|---|
| PVSP | 1649704 U 285 | MAR 1 1 2022 |

**\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| John Argel | AW5110 | SAP | C-3-108 |

INSTRUCTIONS:

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I can't get to the toilet at nights and sometime urinate on myself

**WHY CAN'T YOU DO IT?** I have avascular nuecrosis (hip problems) and a Bladder problem

**WHAT DO YOU NEED?** To have a single (ADA) cell and not be transfer

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☒   No ☐   Not Sure ☒

List and attach documents, if available: I sent them to you already and its All in my Medical File.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| INMATE'S SIGNATURE | 4/6/22 DATE SIGNED |
|---|---|

Assistance in completing this form was provided by:

| | | |
|---|---|---|
| Last Name | First Name | Signature |

23

CHSS035C - DPP Disability/Accommodation Summary                                     Page 1 o...

Name: ARGEL, JOHN W.                                      CDC #: AW5110  PID #: 120083(

CHSS035C **DPP Disability/Accommodation Summary** Monday April 11, 2022 12:02:5

As of: 04/11/2022

### OFFENDER/PLACEMENT
CDC#: AW5110
Name: ARGEL, JOHN W.
Facility: PVSP-Facility C
Housing Area/Bed: C 003 1/108001L
Placement Score: 34
Custody Designation: Medium (A)
Housing Program: General Population
Housing Restrictions: Ground Floor-No Stairs
Lower/Bottom Bunk Only
Physical Limitations to Lifting Restriction- Unable to Lift more than
Job/Other: 19 Pounds
Permanent - 12/31/9999

### DISABILITY ASSISTANCE
Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status 07/07/2005
Date:
DPP Codes: DPM
DPP Determination 04/15/2020
Date:
Current MH LOC: GP
Current MH LOC Date: 12/28/2017
SLI Required: Undetermined
Interview Date: 04/15/2020
Primary Method:
Alternate Method:
Learning Disability:
Initial TABE Score: 12.9
Initial TABE Date: 06/02/2015
Durable Medical Canes
Equipment: Mobility Impaired Disability
Vest
Languages Spoken:

### IMPORTANT DATES
Date Received: 04/23/2015
Last Returned Date:
Release Date: 07/03/2035
Release Type: Minimum Eligible Parole Date

### WORK/VOCATION/PIA
Privilege Group: A
Work Group: A1
AM Job Start Date:
Status:
Position #:
Position Title:
Regular Days On:





State of California

Department of Corrections and Rehabilitation
Office of Appeals

**Memorandum**



To:      Claimant

Subject:   **REJECTED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3487(a), the Office of Appeals rejected your appeal for the reasons listed on the attached "OOA Acknowledgment of Receipt and Closure of Appeal" letter. As a result, this will be the final answer provided by this office and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director

25

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

MCSP-HC

**#22000827#**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| | |
|---|---|
| OGT Log No: 252874 | Date Received: MAY 0 5 2022 |
| Decision Due Date: | |
| Categories: | OOG |

Claimant Name: _STAN MUNDY_                    CDCR #: _BN2899_

Institution/Parole Region: _MULE CREEK STATE PRISON_ Current Housing/Parole Unit: _C14-148_

_URGENT RELIEF NEEDED - MEDICAL CARE/MEDICAL RECORDS_

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

1 • What is the nature of your complaint?
2 • When and where did the complaint occur?
3 • Who was involved?
4 • Which specific people can support your complaint?
5 • Did you try to informally resolve the complaint?
6 • What rule or policy are you relying on to make your complaint?
7 • What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

1) DENIAL OF NON SOY AND TRUE HEART HEALTHY DIET AND PROPER MEDICAL CARE CAUSING EXTENSIVE PAIN AND NEEDLESS SURGERIES AND MEDICAL COMPLICATIONS

2) THIS COMPLAINT STARTED IN SACRAMENTO COUNTY JAIL CONTINUES TODAY.

3) MEDICAL AND ADMINISTRATIVE STAFFS REFUSAL TO GET MEDICAL RECORDS AND GIVE ME PROPER NUTRITION AND MEDICAL CARE

4) MANY INMATES, STAFF AND MY PAST, PRESENT MEDICAL RECORDS

5) YES MULTIPLE, MULTIPLE TIMES I HAVE REQUESTED MYSELF AND ASKED MEDIC-AL AND PRISON STAFF TO GET THESE RECORDS

6) CDCR 115, U.S. CONSTITUTION, REQUIRES CDCR TO GIVE SAFE NUTRITIONAL DIET WHICH EVEN PROCEEDS RELIGIOUS DIETS AND REQUIRES CDCR TO GIVE BASIC MEDICAL CARE

7) I WOULD LIKE STAFF CDCR TO GET MY MEDICAL RECORDS FROM SACRAMENTO COUNTY JAIL AND TO PUT ME ON A NON SOY, TRUE HEART HEALTHY DIET, THE DIETITIAN SAID A PADDOCK DIET WOULD ALMOST FULFILL THAT REQUIREMENT, THEN I WOULD LIKE TO HAVE MY KNEE, SHIN MRI'ED FOR PAIN CAUSED BY LACK OF TREATING SEVERE MRSA INFECTION, CONSULTATION WITH MY CARDIOLOGIST WHICH IS LONG OVER DUE

2c

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF |
|---|---|---|
| MULE CREEK STATE PRISON | 1651 596 1162 | MAY 0 3 2022 OOG |

**********TALK TO STAFF IF YOU HAVE AN EMERGENCY**********
DO NOT use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| STANLEY MUNDY | BN2899 | | C14-148 |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
① WRITE NEATLY FOR MORE THAN A PAGE AT A TIME
② UNDERSTAND COMPLEX LEGAL ISSUES TO FILE HABEAS CORPUS/LEGAL PAPERWORK/602.

**WHY CAN'T YOU DO IT?**
① I HAVE DOCUMENTED NERVE DAMAGE IN MY WRITING HAND, FROM SEVERE NECK INJURY AND SHOULDER SURGERY - MY HAND GOES NUMB.
② I HAVE A PREVIOUS BRAIN INJURY TO LEFT LENTIN CEREBRAL, FATIGUE WEAKNESS FROM SMOKE SOY ALLERGY AND HEART PROBLEM, AND COMPLICATIONS WITH MILD DYSLEXIA.

**WHAT DO YOU NEED?**
① I NEED CASE LAW PRINTED OUT FOR ME SO I CAN NOT HAVE TO COPY IT, OR HAVE SOMEONE COPY THE CASES AND ISSUES FOR ME, WHICH THERE ARE NO RESOURCES FOR THIS. BY PRINTING OUT LAW, I CAN READ & REREAD TO UNDERSTAND AND THEN TRANSPOSE IT. WE ONLY GET 4 HRS A WEEK IN LAW LIBRARY.
② I ALSO NEED USE OF COMPUTER TO CORRECT GRAMMAR ERRORS AND AID ME IN CONNECTING ISSUE TO MAKE IT COMPREHENDABLE FOR COURT. THERE ARE NO SCRIBE PEOPLE AVAILABLE TO DO THIS IN THE LAW LIBRARY (Use the back of this form if more space is needed)

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☒ | No ☐ | Not Sure ☐ |
|---|---|---|---|

List and attach documents, if available:
YES I HAVE MEDICAL MRI, YOU HAVE THEM IN MY MEDICAL RECORDS, DIETITIAN AND DOCTORS STATEMENTS, AND DYSLEXIA DETERMINED BY SUSANVILLE 1998, DOCTORS AND TEACHERS, I HAVE 2 ACTIVE CASE AND IVE HAD TO FILE EXTENSIONS OF TIME IN THESE DELAYS.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| INMATE'S SIGNATURE | DATE SIGNED |
|---|---|
| SM | 5-2-2022 |

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

27

## ADA/Effective Communication Patient Summary

**As of:** 05/05/2022 08:09

### Patient Information

**NAME:** MUNDY, STANLEY
**CDCR:** BN2899

### Disability Placement Program

**Current DPP Code(s):**
 * DLT

**DPP Verification/Accommodation Date:** 04/19/22 9:28:47 PDT

**Current Housing Restrictions/Accomodations:**
 * Bottom Bunk
 * Ground Floor- Limited Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 08.0

**TABE Date:** 04/15/2021 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**

**Dental Prosthetic Date:**

### MHSDS

**MHLOC:**   CCCMS

28

*EXHIBIT A.1* *of 3*

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 5/24/2022   **Date IAC Received 1824:** 5/10/2022   **1824 Log Number:** 165218859063

**Inmate Name:** MUNDY      **CDCR #:** BN2899      **Housing:** C14-148-1L

**RAP Staff Present:** T. Miranda, **ADA-AW;** M. Ullery, **P&S;** A. Cooper, **ADA-CCI;** H. Cribari, **HCCA;** C. Pap, **SP&S-MH;** M. Slusher, **CCII-IGO;** J. Andres, **DDP Sgt.;** S. Peterson, **SAI;** S. Strazdins, **HCGC**

**Summary of Inmate's 1824 Request:** Grievance Log # 251882, Claim # 001 (only), was redirected by the Centralized Screening Team as a CDCR 1824 to address making sure you have the supportive needs to access the library. You state in grievance (Claim #1) you have ongoing ADA issues, have and active court case and you need assistance in the library.

---

**Interim Accommodation:**

☒ No interim accommodation required: Your issues are not found to cause personal injury or other serious harm while processing of this 1824.

☐ Interim accommodation provided:

☐ RAP rescinding interim accommodation:

---

**RAP is unable to process the following request(s):**

☐ Paroled/discharged/transferred.    ☐ Refused to cooperate.    ☐ Other:

☐ Duplicate request. See CDCR 1824 log #: **165159691162**

**Final Response:** After an initial review of your CDCR 1824 was conducted on 5/17/22, the Reasonable Accommodation Panel (RAP) members determined additional information was needed prior to rendering a decision. Your request was revisited and reviewed on 5/24/22 by the RAP. This encompassed a review of your recent health care information, evaluations and SOMS file. The RAP has determined your issues are substantially duplicative of the issues raised in CDCR 1824 log # 165159691162.

The RAP has determined that no accommodation is required at this time for you to access programs, services, or activities.

**Direction If Dissatisfied:** If you disagree with the medical evaluations/final, you can file a CDCR 602 Healthcare Grievance (blue) form. Be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

If you disagree with the decision made by the RAP you may address your disagreement by attaching the CDCR 1824 package along with this RAP response to a newly completed CDCR 602 Inmate Grievance (green) form.

**Effective Communication:** You have been identified as requiring effective communication (EC), therefore special accommodations will be arranged with your correctional counselor to ensure effective communication and understanding of the decision.

| | | |
|---|---|---|
| T. Miranda | | 5/31/22 |
| **ADA Coordinator/Designee** | **Signature** | **Date sent to inmate** |

29

A. 2

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

MCSP
Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| MCSP | 1652.18859063 | MAY 1 0 2022 |

\*\*\*\*\*\*\*\*\*\*\***TALK TO STAFF IF YOU HAVE AN EMERGENCY**\*\*\*\*\*\*\*\*\*\*\*
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This
may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

OOG

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| Mundy | Bn 2899 | — | C14-148ᴸ |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity.  You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request.  Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process.  All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
_____
_____
_____
_____

**WHY CAN'T YOU DO IT?**                    See Attached
_____
_____
_____

**WHAT DO YOU NEED?**
_____
_____
_____
_____
_____
_____
_____
                                    *(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**     Yes ☐     No ☐     Not Sure ☐

List and attach documents, if available:
_____
_____

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____          _____
**INMATE'S SIGNATURE**                **DATE SIGNED**

Assistance in completing this form was provided by:

_____          _____          _____
Last Name                    First Name                    Signature

30

# ADA/Effective Communication Patient Summary

**As of:** 05/05/2022 08:09

## Patient Information

**NAME:** MUNDY, STANLEY
**CDCR:** BN2899

## Disability Placement Program

**Current DPP Code(s):**
 * DLT

**DPP Verification/Accommodation Date:** 04/19/22 9:28:47 PDT

**Current Housing Restrictions/Accomodations:**
 * Bottom Bunk
 * Ground Floor- Limited Stairs

## Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

## Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

## Testing of Adult Basic Education (TABE)

**TABE Score:** 08.0

**TABE Date:** 04/15/2021 00:00

## Learning Disabilities

**Learning Disabilities:**

## English Proficiency

**LEP:** No

**Primary Language:** English

## Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**

**Dental Prosthetic Date:**

## MHSDS

**MHLOC:** CCCMS

31

## ADA/Effective Communication Patient Summary

**As of:** 05/12/2022 07:43

### Patient Information

**NAME:** MUNDY, STANLEY
**CDCR:** BN2899

### Disability Placement Program

**Current DPP Code(s):**
* DLT

**DPP Verification/Accommodation Date:** 04/19/22 9:28:47 PDT

**Current Housing Restrictions/Accomodations:**
* Bottom Bunk
* Ground Floor- Limited Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 08.0

**TABE Date:** 04/15/2021 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**

**Dental Prosthetic Date:**

### MHSDS

**MHLOC:** CCCMS

32

## ADA/Effective Communication Patient Summary

**As of:** 05/20/2022 08:02

### Patient Information

**NAME:** MUNDY, STANLEY
**CDCR:** BN2899

### Disability Placement Program

**Current DPP Code(s):**
* DLT

**DPP Verification/Accommodation Date:** 04/19/22
9:28:47 PDT

**Current Housing Restrictions/Accomodations:**
* Bottom Bunk
* Ground Floor- Limited Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 08.0

**TABE Date:** 04/15/2021 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**

**Dental Prosthetic Date:**

### MHSDS

**MHLOC:** CCCMS

**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| *MULE CREEK STATE PRISON* | 1le5 15969 1162 | MAY 0 3 2022 |

**********TALK TO STAFF IF YOU HAVE AN EMERGENCY**********
DO NOT use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

OOG

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| *STANLEY MUNDY* | *BN2899* | | *C14-148* |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
① WRITE NEATLY FOR MORE THAN A PAGE AT A TIME
② UNDERSTAND COMPLEX LEGAL ISSUES TO FILE HABEAS CORPUS / LEGAL PAPERWORK / 602.

**WHY CAN'T YOU DO IT?**
① I HAVE DOCUMENTED NERVE DAMAGE IN MY WRITING HAND, FROM SEVERE NECK INJURY AND SHOULDER SURGERY - MY HAND GOES NUMB.
② I HAVE A PREVIOUS BRAIN INJURY TO LEFT CENTION OF BRAIN, FATIGUE WEAKNESS FROM SEVERE SOY ALLERGY AND HEART PROBLEM, AND COMPLICATIONS WITH MILD DYSLEXIA.

**WHAT DO YOU NEED?**
① I NEED CASE LAW PRINTED OUT FOR ME SO I CAN NOT HAVE TO COPY IT, OR HAVE SOMEONE COPY THE CASES AND ISSUES FOR ME, WHICH THERE ARE NO RESOURCES FOR THIS. BY PRINTING OUT LAW, I CAN READ & REREAD TO UNDERSTAND AND THEN TRANSPOSE IT, WE ONLY GET 4 HRS A WEEK IN LAW LIBRARY.
② I ALSO NEED USE OF COMPUTER TO CORRECT GRAMMAR ERRORS AND AID ME IN CORRECTING ISSUE TO MAKE IT COMPREHENDABLE FOR COURT. THERE ARE NO SCRIBE PEOPLE AVAILABLE TO DO THIS IN THE LAW LIBRARY (Use the back of this form if more space is needed)

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☒ | No ☐ | Not Sure ☐ |
|---|---|---|---|

List and attach documents, if available:
YES I HAVE MEDICAL MRI, YOU HAVE THEM IN MY MEDICAL RECORDS, DIETITIAN AND DOCTORS STATEMENTS, AND DYSLEXIA DETERMINED BY SUSANVILLE/1998, DOCTORS AND TEACHERS. I HAVE 2 ACTIVE CASE AND WE HAD TO FILE EXTENSIONS BEHIND THESE REASONS.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____STM_____     5-2-2022
INMATE'S SIGNATURE         DATE SIGNED

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|
| | | |

34

# ADA/Effective Communication Patient Summary

**As of:** 05/27/2022 07:24

## Patient Information

**NAME:** MUNDY, STANLEY
**CDCR:** BN2899

### Disability Placement Program

**Current DPP Code(s):**
* DLT

**DPP Verification/Accommodation Date:** 04/19/22 9:28:47 PDT

**Current Housing Restrictions/Accomodations:**
* Bottom Bunk
* Ground Floor- Limited Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

## Testing of Adult Basic Education (TABE)

**TABE Score:** 08.0

**TABE Date:** 04/15/2021 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**

**Dental Prosthetic Date:**

### MHSDS

**MHLOC:** CCCMS

36

# ADA/Effective Communication Patient Summary

**As of:** 06/08/2022 07:23

## Patient Information

**NAME:** MUNDY, STANLEY
**CDCR:** BN2899

## Disability Placement Program

**Current DPP Code(s):**
* DLT

**DPP Verification/Accommodation Date:** 04/19/22 9:28:47 PDT

**Current Housing Restrictions/Accomodations:**
* Bottom Bunk
* Ground Floor- Limited Stairs

## Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

## Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

## Testing of Adult Basic Education (TABE)

**TABE Score:** 08.0

**TABE Date:** 04/15/2021 00:00

## Learning Disabilities

**Learning Disabilities:**

## English Proficiency

**LEP:** No

**Primary Language:** English

## Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**

**Dental Prosthetic Date:**

## MHSDS

**MHLOC:** CCCMS

36

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

*URGENT - MEDICAL RECORDS NEEDED FOR MEDICAL CARE.*

| STAFF USE ONLY | |
|---|---|
| Tracking #:<br>**MCSP-HC** | **#22 000 7 80#** |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI):<br>MONDY, STANLEY W. | CDCR Number:<br>BN2899 | Unit/Cell Number:<br>C14-148 |
|---|---|---|

| SECTION A: | Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy): |
|---|---|

SINCE MARCH OF 2021 I HAVE TOLD NKSP, PBSP, MCSP MEDICAL AND ADMINISTRATIVE STAFF I HAVE A SOY ALLERGY AND IS CAUSING ME SERIOUS MEDICAL, PHYSICAL COMPLICATIONS. I HAVE ASKED THAT MY MEDICAL RECORDS FROM THE COUNTY OF SACRAMENTO CONTAINS THIS DOCUMENTATION AND ON 3 TIMES I HAVE REQUESTED THESE RECORDS AND MULTIPLE TIMES ASKED DOCTORS TO GET THESE RECORDS SO I CAN GET THE PROPER NUTRITION AND RELIEVE MY SUFFERING YET DOCTORS AND ADMINISTRATION HAVE REFUSED TO GET THESE RECORDS. NOW AFTER LONG TIME SUFFERING AND DETERIORATING MEDICAL CONDITIONS, AND A CARDIOLOGIST RECOMMENDING A NON SOY AND A TRUE HEART HEALTHY DIET (OBVIOUSLY HE READ THOSE RECORDS) I WAS TRANSFERRED TO MCSP (EMERGENCY MEDICAL TRANSFER) TO GET THE PROPER DIET AND HEALTH CARE ONCE AGAIN THIS STAFF REFUSES TO GET THE RECORDS WHICH SHOW SERIOUS VITAMIN DEFIENCY AND A CONFIRMED SOY ALLERGY, INSTEAD OF USING THESE RECORDS YOU CHOSE TO WASTE NEEDLESS MONEY TIME DELAY IN GETTING THESE RECORDS WHICH SHOW DAMAGE AND NEEDED SURGERIES EVER HAS DELAYED. NOW YOU WANT TO TEST MY BLOOD FOR VITAMIN DEFIENCY AND SOY ALLERGIES, KNOWING THIS HAS BEEN ALREADY CONFIRMED AND NOW AFTER FINALLY BEING GIVEN MULTI VITAMINS BY MYSELF, YOU AND ME TRYING TO AVOID SOY, THIS IS NOT JUST NEEDLESS BUT LOOKS LIKE YOU ARE TRYING TO SAY I'M FINE NOW OR YOU JUST FOUND OUT ABOUT MY SOY ALLERGY, GET MY RECORDS, I REFUSE THESE BLOOD TESTS.

| Grievant Signature: *SM* | Date Submitted: 5-4-2022 |
|---|---|

| SECTION B: | Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview. |
|---|---|

| Name and Title:<br>COMPLETED<br>MCSP<br>MAY 05 2022<br>HCGO<br>SEIU MCSP<br>JUL 11 2022<br>HCGO | Signature: | Date : |
|---|---|---|

**STAFF USE ONLY**

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | |
|---|---|
| Tracking #: **MCSP-HC** | **#220000858#** |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| MUNDY STANLEY, W. | BN2899 | C14-R48 |

**SECTION A**  Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

I AM GRIEVING THE CT SCAN DIAGNOSIS AND CDCR POLICY; CT SCAN RESULTS ON 5-3-2022 SAYS THE RESULTS ARE ESSENTUALLY WITH IN NORMAL LIMITS AN "NO FRACTURE NOTED" THIS INJURY IS FROM 2018 FROM A FALL SO THE FRACTURE HAS HEALED, ① OTHER DAMAGE HAS NOT REQUIRING DELAYED SURGERY A EAR NOSE THROAT SPECIALIST IN 2018/2019 NOTED THE NEED FOR THIS SURGERY STILL DENIED TO ME MULT. TIMES BY COUNTY AND CDCR DOCTORS, I HAVE 2 DEVIATED SEPTUMS, CONTINUED EVERYDAY BLEEDING IN MY SINUSES UNHEALED STILL WHICH REQUIRES SURGERY "THIS IS NOT NORMAL" THE BLEEDING IN MY NOSE AND ALSO IN MY COLON AND POSSIBLY ELSE WHERE IS CAUSING SIGNIFICANT BLOOD LOSS, VITAMIN, SUGAR NUTRITIONAL DEFICIENCY, CAUSING INFECTIONS TO MY BLOOD AND IMMUNE SYSTEM RESULTING IN DAMAGE TO MY HEART AND ORGANS, THE BLEEDING PROBLEMS HAVE LONG BEEN DOCUMENTED, AND THE CAUSES AS WELL WHICH COUNTY AND CDCR HAVE IGNORED. ① CDCR POLICY OF SIMPLY NOT GETTING MY PAST RECORDS AND THEN TRANSFERRING AN INMATE WITHOUT CONSULTING THESE RECORDS HAS DELAYED UNNESSASARILY A PROPER DIET, PROPER CORRECTIVE PROCEDURES; BASIC FOOD, MEDICAL NEEDS, SURGERIES WHICH HAVE AND STILL ENDANGER MY PHYSICAL AND MENTAL FUNCTIONS. YOU ARE REQUIRED BY LAW TO CONSULT AND DOCUMENT ALLERGIC OR MEDICAL PROBLEM SYMPTOMS. EVERY TIME AN INMATE TRANSFERS YOUR POLICE WHICH IS AGAINST THE LAW MAKES THE INMATE RESUBMIT TO TESTS, NEEDLESS TEST AND DELAY TREATMENT THIS POLICY MUST CHANGE

Grievant Signature: _____    Date Submitted: 5-17-2022

**SECTION B** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name and Title: _____    Signature: _____    Date: _____

RECEIVED
MCSP
MAY 2 0 2022
HCGO

COMPLETED
MCSP
JUL 2 1 2022
HCGO

**STAFF USE ONLY**

38

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

MCSP-HC #22 000 87 #
Tracking #:

**SECTION C:** | **Health Care Grievance Appeal.** If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

NOT A DUPLICATE GRIEVANCE # 2200078 WAS FOR PVSP, SOMEHOW YOU RECEIVED MY RESP RES-
PONSE TO GRIEVANCE 1824 LOG 1647567/957: THEY FAILED TO FOLLOW CDCR DIETARY AND MED-
ICAL NEEDS AND MEDICALLY TRANSFERRED ME TO YOU, PASSING THESE PROBLEM THEY FAILED TO
TAKE CARE OF FOR OVER A YEAR, I WAS RESPONDING TO THEM NOT YOU THIS IS A GRIEVANCE TO YOU.
I NEED IMMEDIATE RELIEF. I HAVE BEEN AT MULE CREEK 6 WEEKS, DOCTORS, PRISON STAFF HAVE
MY RECORDS, I AM HAVING SEVERE MEDICAL REACTIONS BECAUSE I AM STILL NOT RECIEVING A NON
SOY FUL A CARDIOLOGIST PRESCRIBED DIET (WHICH I KNOW FROM OTHER INMATES YOU CAN ACCOMIDATE.
I HAVE NOT SEEN A CARDIOLOGIST, BONE SPECIALIST IN OVER 90 DAY WHEN THOSE DOCTOR SAID I NEED
TO BE RE-SEEN BY THEM WITHIN 7-14 DAYS. (WHY DO YOU NOT CONSIDER THIS A HIGH PRIORITY)
I ALSO HAVE SEVERE RECTAL AND NOSE BLEEDING/ AN BLOOD INFECTIONS CAUSED BY THE 3+ YEARS
IN NOT GIVING ME THE PROPER NON SOY DIET AND THE COMPLICATIONS THAT RESULTED FROM THEIR
DENIAL OF BASIC NEEDS, I HAVE TO SUPPLEMENT MY DIET BY VIOLATING YOUR POLICY I SHOULD NOT HAVE
TO DO THIS.

Grievant Signature: _S M Day_     Date Submitted: 5-27-2022

**SECTION D:** | **HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL:** Staff Use Only     Is a CDCR 602 HC A attached? ☐ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):     Date: _____     Date: _____

☐ Withdrawn (see section E)  ☐ Accepted

☐ Amendment   Date: _____

Interview Conducted?  ☐ Yes ☐ No    Date of Interview: _____     Interview Location: _____

Interviewer Name and Title (print): _____     Signature: _____     Date: _____

**Disposition:** See attached letter   ☐ Intervention     ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: _____

**SECTION E:** | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

_____

Grievant Signature: _____     Date Submitted: _____

Staff Name and Title (Print): _____     Signature: _____     Date: _____

RECEIVED
MCSP
MAY 1 2 2022
HCGO

REJECTED
MCSP
MAY 2 5 2022
HCGO

COMPLETED
MCSP
AUG 0 1 2022
HCGO

STAFF USE ONLY

Distribution: Original - Returned to grievant after complete. Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

39

*Please Expidite*

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☐ No | Tracking #: |
|---|---|---|

Staff Name and Title (Print) _____ Signature _____ Date _____

**If you think you have a medical, mental health or dental emergency, notify staff immediately.** If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| MUNJOY STANLEY W. | BN 2899 | MCSP C14-148 |

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

ON MARCH 6, 2022 MY DOCTOR PROVIDED MEDICAL STAFF WITH DIRECTIONS, FOR MEDICINES, HEART HEALTHY DIET, AND NON ALLERGIC DIET, THE SOY ALLERGY HAS BEEN NOTATED IN MY MEDICAL/CUSTODY RECORDS SINCE 2017, SO HAS THE PERILTIONS I HAVE SUFFERED. WHY IF A DOCTOR PRESCRIBES A DIET IS IT NOT FOLLOWED? YOU SAY APRIL 11/2022, THIS NEED DID NOT SEEM TO BE URGENT YET TWICE I HAVE HAD TO BE TAKEN BACK TO THE HOSPITAL FOR SEVERE HEART PAINS, I HAVE LONG BEFORE ASKED FOR A SPECIAL DIET, FILED COUNTLESS MEDICAL REQUEST AND AT LEAST 2 GRIEVANCES. YES I WAS SUPPOSED TO BE SEEN BY A DIETITIAN AND MEDICAL STAFF BUT YOU TRANSFERRED ME TO MULE CREEK, WITHOUT NOTATING THEM TYPE OF DIET I'M OWED. IF I WAS TRANSFERRED BECAUSE OF MY DIETARY/MEDICAL NEEDS YET YOU DON'T EVEN CHECK TO SEE IF THIS INSTITUTION CAN ACCOMIDATE MY NEEDS WHICH THEY CAN'T, ATTACHED IS SOMEONE ELSE 1824 REQUESTS NOT MINE MAYBE THIS IS WAY YOU CAN FIND MY GRIEVENCES, AT SHOULD HRS INMATES AT THESE RAP MEETINGS, AND ALSO LET MY MEDICAL RECORDS AND READ THEM.

Supporting Documents Attached. Refer to CCR 3999.227 ☐ Yes ☐ No

Grievant Signature: _[signature]_    Date Submitted: 5-21-2022

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. _____

| **SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☐ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section E)

☐ Accepted    Assigned To: _____    Title: _____    Date Assigned: _____    Date Due: _____

Interview Conducted? ☐ Yes ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____ Signature: _____ Date: _____

Reviewing Authority Name and Title (print): _____ Signature: _____ Date: _____

**Disposition:** See attached letter    ☐ Intervention    ☐ No Intervention

**HCGO Use Only:** Date closed and mailed/delivered to grievant: _____

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions | |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information | **STAFF USE ONLY** |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | |
| 4. Comments: | | | |

40

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
**CDCR 602 HC A (10/18)**

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

---

**STAFF USE ONLY**

Tracking #:
MCSP-HC   #22000957#

---

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| MUNDY, STANLEY. W | BN2899 | C14-148 |

**SECTION A** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

ON MARCH 2-6 2022 I HAD STENTS IMPLANTED IN TWO ARTERIES RESULTED FROM SEVERE AND PROLONGED BLOOD INFECTIONS CAUSED BY COMPLICATIONS FROM MY DIET. ① I WAS SUPPOSED TO HAVE A FOLLOW UP CONSULTATION WITH THAT CARDIOLOGIST DR CALEB HAMILTER WITH IN 7-14 DAYS. BUT PVSP DID NOT PROVIDE ME THIS FOLLOW UP AT ALL; NOW I HAVE BEEN AT MULE CREEK STATE PRISON THEY TOO DID NOT GIVE ME THIS CONSULTATION WITHIN 7-14 DAYS AND DID NOT PROVIDE FOLLOW UP WITH DR TORRES MY CARDIOLOGIST. DR HAMITER HAD PRESCRIBED A NON SOY DIET, AND A TRUE HEART HEALTHY DIET. THIS DOCTOR WOULD NOT ADDRESS THESE ISSUES. THIS DOCTOR DID NOT HAVE THE MEDICAL RECORDS AND NOTES FROM MY DOCTOR SO HE DID NOT ALSO ADDRESS THE EXTENT OF DAMAGE TO MY ARTERIES AND MY HEART CAUSED BY THE SEVERE AND PROLONGED EXPOSURE TO THE BLOOD INFECTIONS I SUFFERED OR ADDRESSED HOW CDCR DOCTORS AND STAFF CONTINUING DENIAL OF PROPER DIETS CAN RELIEVE FURTHER CHANCE ON DAMAGE TO MY HEART OR OTHER BODY PARTS. SECTION 327) EVERY EMPLOYEE REGARDLESS OF ASSIGNMENT IS RESPONSIBLE FOR THE SAFE CUSTODY OF INMATES IN HIS INSTITUTION OR DEPT. No MATTER WHAT OTHER RULE IS; CDCR KNOWS THAT I AM NOT GETTING THE PROPER DIET IT IS CAUSING SEVERE MEDICAL/MENTAL PROBLEMS AND IS DOING NOTHING. IN FACT BY NOT FOLLOWING OTHER DOCTORS ORDERS AND NOT PROVIDING FOLLOW UP WITH THAT DOCTOR, MY MEDICAL NEEDS ARE NOT PROTECTED ONLY COMPLICATING MY TREATMENT AND PROTECTING THE FLAWED POLICY AND DECISION OF OTHERS. I DEMAND A TELEMED CONVERSATION FOLLOW UP AND THE PRESCRIPTIONS MY DOCTOR CALLED TORRES PRESCRIBED TO PROTECT MY HEALTH

Grievant Signature: _[signature]_     Date Submitted: 6-5-22

**SECTION B** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

---

| Name and Title: _____ | Signature: _____ | Date: _____ |
|---|---|---|

RECEIVED MCSP
JUN 0 8 2022
HCGO

COMPLETED MCSP
AUG 1 0 2022
HCGO

**S T A F F   U S E   O N L Y**

41

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
**CDCR 602 HC A (10/18)**

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | |
|---|---|
| Tracking #: | 266489 |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| MUNDY, STANLEY W. | BN2899 | C14-148 |

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

EXHIBIT A IS THE FIRST LOG NUMBER RAP RETURN ON 5-24-22 LOG # 1652/875 9063. IN WHICH YOU DOCUMENT THAT I HAVE BEEN IDENTIFIED AS REQUIRING NEED FOR EFFECTIVE COMMUNICATIONS BUT DENY MY ACCOMMODATION REQUEST. SO YOU DO KNOW I HAVE DISABILITIES AND NEED HELP. IN FACT YOU KNOW I AM DISABLED YET DENY ME HELP VIOLATING FEDERAL ADA LAWS. IF YOU LOOK AT YOUR MEDICAL RECORDS FROM SUTTER HOSPITAL OCT/NOV 2013. THE MRI SHOWS A BRAIN INJURY OF A ILLFORMED LEASSION (DAMAGE TO THE LEFT VENTRICUM OF MY BRAIN, OTHER REPORTS SHOW I HAVE CONCUSSION SYNDROME, OTHER MRIS FROM SAME REPORT SHOW SEVERE CERVICAL DISC DAMAGE, NERVE IMPINGEMENT INTO MY ARMS & SPINAL COLUMBS AND NERVE PAIN REQUIRING SURGERY ALSO NERVE DAMAGE FROM PT SHOULDER INJURY IN ANOTHER DOCTORS SENATE REPORT. IN 2014-2017 I WAS PERMINENTLY DISABLED DUE TO THESES IN-JURIES DOCUMENTED YET OTHER INST REFUSED TO RECOGNIZE. IN FACT IN 2016-2017 THE SAC/CAL DEPT OF REHABILITATION DEEMED ME DISABLE AND ACCOMIDATED THIS DISABILITY BY AIDING ME A COMPUTER AND DRAGON SOFTWEAR. SO YOU KNOW I AM DISABLED AND DENY ME ACCOMIDATIONS OR AT LEAST OTHER INST DID SO, DISREGARDING THESE FAILS

GROUND (2), MEDICAL AND CORRECTIONS STAFF KNOW I HAVE A SEVERE FOOD ALLERGY AND THIS CONDITION HAS CAUSED ME SEVERE MEDICAL COMPLICATION: EXHIBIT B, AND THAT ONE CAUSE IS MENTAL CONFUSSION, PHYSICAL FATILUE, WHICH OTHER INSTITUTIONS HAVE CAUSED AND NOW YOU REFUSE TO ACCOMIDATE. AS WELL IS THIS PAYERD THE POLICY OF CDCR. SECTION 3271 STATES THE RESPONSABILITY OF EVERY EMPLOYEE REGARDLESS OF HIS OR HER ASSIGNMENT IS RESPONSABLE FOR THE SAFE CUSTODY OF INMATES CONFINED TO HIS INSTITUTION OR DEPARTMENT (CONTINUED SEE OTHER SIDE)

Grievant Signature: _Stanley_      Date Submitted: 6-3-22

**SECTION B:** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name and Title: _____     Signature: _____     Date: _____

**S T A F F   U S E   O N L Y**

#42

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: |
|---|---|---|

MCSP-HC   **#22 000 858#**

M. Martinez, HCARN

Staff Name and Title (Print) — Signature — Date 5/26/22

If you think you have a **medical, mental health or dental emergency,** notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Mundy, Stanley W | CDCR #: BN2899 | Unit/Cell #: C14-148 |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

**SEE ATTACHED**
**CDC-1824/602**

Supporting Documents Attached. Refer to CCR 3999.227   ☐ Yes   ☐ No

Grievant Signature: _____   Date Submitted: _____

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. [✓]

| SECTION B: HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☒ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section E)

☒ Accepted   Assigned To: Tomboc   Title: HCARN   Date Assigned: 5/27/22   Date Due: 7/26/22

Interview Conducted?  ☐ Yes ☒ No   Date of Interview: _____   Interview Location: _____

Interviewer Name and Title (print): _____   Signature: _____   Date: _____

Reviewing Authority Name and Title (print): M. Ugy MD   Signature: _____   Date: 7/20/22

**Disposition:** See attached letter   ☐ Intervention   ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: **JUL 21 2022**

COMPLETED
RECEIVED MCSP JUL 21 2022 HCGO

RECEIVED MCSP MAY 20 2022 HCGO

**STAFF USE ONLY**

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments:

43

STATE OF CALIFORNIA      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

MCSP-HC

**#22000827#**

RECEIVED MCSP MAY 12 2022 HCGO

REJECTED MCSP MAY 25 2022 HCGO

**MCSP**
Page 1 of 2

| | |
|---|---|
| OGT Log No: | 252874 |
| Decision Due Date: | Date Received: MAY 0 5 2022 |
| Categories: | OOG |

Claimant Name: _STAN MUNDY_     CDCR #: _BN2899_

Institution/Parole Region: _MULE CREEK STATE PRISON_ Current Housing/Parole Unit: _C14-148_

_URGENT RELIEF NEEDED - MEDICAL CARE / MEDICAL RECORDS_

<u>Use this form to file a complaint with the Department.</u>

In order for the Department to understand your complaint, please answer all of the following questions:

1 • What is the nature of your complaint?
2 • When and where did the complaint occur?
3 • Who was involved?
4 • Which specific people can support your complaint?
5 • Did you try to informally resolve the complaint?
6 • What rule or policy are you relying on to make your complaint?
7 • What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

(1) DENIAL OF NON SOY AND TRUE HEART HEALTHY DIET AND PROPER MEDICAL CARE CAUSING EXTENSIVE PAIN AND NEEDLESS STRUGGLES AND MEDICAL COMPLICATIONS.

(2) THIS COMPLAINT STARTED IN SACRAMENTO COUNTY JAIL CONTINUES TODAY.

(3) MEDICAL AND ADMINISTRATIVE STAFFS REFUSAL TO GET MEDICAL RECORDS AND GIVE ME PROPER NUTRITION AND MEDICAL CARE

(4) MANY INMATES, STAFF AND MY PAST PRESENT MEDICAL RECORDS

(5) YES MULTIPLE, MULTIPLE TIMES I HAVE REQUESTED MYSELF AND ASKED MEDICAL AND PRISON STAFF TO GET THESE RECORDS

(6) CDCR 115, U.S. CONSTITUTION, REQUIRES CDCR TO GIVE SAFE NUTRITIONAL DIET WHICH EVEN PRECEEDS RELIGIOUS DIETS AND REQUIRES CDCR TO GIVE BASIC MEDICAL CARE

(7) I WOULD LIKE STAFF CDCR TO GET MY MEDICAL RECORDS FROM SACRAMENTO COUNTY JAIL AND TO PUT ME ON A NON SOY, TRUE HEART HEALTHY DIET, THE DIETITIAN SAID A PADDOCK DIET WOULD ALMOST FUFILL THAT REQUIREMENT, THEN I WOULD LIKE TO HAVE MY KNEE, SHIN MRI'ED FOR PAIN CAUSED BY LACK OF TREATMENT, SEVERE MRSA INFECTION, CONSULTATION WITH MY CARDIOLOGIST WHICH IS LONG OVER DUE

RECEIVED MCSP MAY 27 2022 HCGO

MCSP.m AUG 0 1 2022 ADA Accessible

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**GRIEVANCE**

CDCR 602-1 (Rev. 01/22)

MCSP

Page 1 of 2

| | |
|---|---|
| OGT Log No: **266489** | Date Received: JUN 13 2022 |
| Decision Due Date: | OOG |
| Categories: | |

Claimant Name: **STAN MUNDY**                CDCR #: **BN2899**

Institution/Parole Region: **MCSP**        Current Housing/Parole Unit: **C-14-148 L**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

1. • *What is the nature of your complaint?*
2. • *When and where did the complaint occur?*
3. • *Who was involved?*
4. • *Which specific people can support your complaint?*
5. • *Did you try to informally resolve the complaint?*
   • *What rule or policy are you relying on to make your complaint?*
   • *What specific action would resolve your complaint?*

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

(1) NOT GETTING PROPER DIET, HEALTH CARE AND HELP IN FILING MEDICAL PAPER-WORK

(2) PROBLEM IS ONGOING OVER 5 YRS NOW, S

(3) SAC. COUNTY, CDCR STAFF NKSP, PVSP, MULE CREEK

(4) MEDICAL RECORDS (5) YES MULT TIME

(6) ADA DISABILITY RIGHTS/TITLE 15 SECTION 3271/SMITH V DOE ADS 930 U.S. 817 99 S.d 1491 52 L.Ed 2d 72, 21 U.S.C.§ 2265(a)(1)(A)(ii)(XII)(ICE) AND 21 U.S.C.§ 2702 (C)(11) AND V(11) USCO CONT AMEND 15Y FOOD AND DIETARY MATERS BART-A V DOLNEY 875 F3d 716 2015 FAILURE TO ACT REASONABLY TO MITIGATE RISK OF SERIOUS MEDICAL NEEDS/FAILRE TO CORRECT MUNDY V OHIO DEPT OF REHABILITATION (CORRECIN

(7) YOU SAY I AM RATE DTL AND AM PARTICIPATION IN MENTAL HEALTH PROGRAM (MY MENTAL HEALTH PROBLEMS STEM FROM THE YEARS OF PHYSICAL MENTAL PROBLEMS DUE TO MY LACK OF DIET HEALTH CARE, DIMINISHING HEALTH THAT CAN EASILY BE FIXED BY GIVING ME PROPER DIETS) HEALTH CARE/HELP IN LEGAL WORK

(A) FIRST YOU DONT LOOK AT MY PAST MEDICAL RECORDS AND ALLERGY NEEDS IF YOU DID YOU WOULD SEE I WAS DISABLED NEED HELP OR ACCOMADATIONS

(C) IF YOU LOOK AT MY MEDICAL RECORDS YOU WOULD GIVE ME THE PROPER NON ALLERGIC DIET AND A TRUE HEART HEALTH DIET, BUT YOU ENDANGED MY HEALTH BY NOT PROVIDING EITHER SO GIVE ME A PROPER DIET YOU CAN DO THIS AT THIS INSTITUTION AS WELL AS OTHERS YOU GIVE RELIGIOUS

45

ADA Accessible

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# GRIEVANCE
CDCR 602-1 (Rev. 01/22)

*MCSP*

Page 1 of 2

| | |
|---|---|
| OGT Log No: _288936_ | Date Received: _AUG 8 5 2022_ |
| Decision Due Date: _____ | |
| Categories: _____ | *OOG* |

Claimant Name: _STANLEY MUNDY._    CDCR #: _BN2899_

Institution/Parole Region: _MCSP / NORTH. CALIFORNIA_    Current Housing/Parole Unit: _C14-148_

<u>Use this form to file a complaint with the Department.</u> _INSTEAD OF DENY CLAIMS, GET YOUR DOCTORS TO FOLLOW POLICY AND THE LAW TO PROTECT INMATE SERIOUS MEDICAL AND BASIC NEEDS_

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*EXHIBIT 1 GRIEVANCE DOCUMENTING SOY ALLERGY PROBLEM EXHIBIT 2 ① KNOW SEVERE REACTIONS TO SOY PRODUCTS - FAILURE TO GET RECORDS OF PAST CLINICAL PROOF. EXHIBIT 3 DEPUTY / STATE OF CALIFORNIA POLICY YOUR DOCTORS ADMINISTRATOR ARE NOT FOLLOWING PLACING ME AND CAUSING ME TO HAVE MULTIPLE SERIOUS FOOD ALLERGY AND PREVENT DAMAGE TO INMATES.*

NOTE: Attach documents that help support your complaint *(identify the documents if you do not have them)*.

_GRIEVANCE IS AGAINST STAFF S. GATES CHIEF OF HEALTH CARE CORRESPONDENCE AND APPEALS BRANCH "POLICY RISK MANAGEMENT SERVICES" CAL CORRECTIONAL HEALTH CARE SERVICES I AM GRIEVING YOU SPECIFICALLY FOR YOUR RESPONSE TO PVSP HC 31000435 DATED JUNE 2/2022. IN PARAGRAPH 5 FROM PG 2 OF YOUR DECISION YOU SAY IT IS NOT APPROPRIATE TO EXPAND BEYOND THE INITIAL ISSUE. BUT YOU NOTE YOU HAVE THE DISCRESSION TO DO SO. CDCR, ex. 11-3 CHIEF GATES I HAVE CONSISTANTLY ASKED YOUR DOCTORS PIMINTAL / HCA, NURSE HERNANDEZ, COGAN (CME ULTRY, DON BIE)(K MANN CHSA II) TOGETHER MY RECORDS OF THE SEVERE REACTIONS I HAVE HAD DUE TO REPEATED EXPOSURE TO SOY PRODUCTS I AM SUFFERING FROM. THOSE SEVERE REACTIONS INCLUDE, SKIN HIVES, LESSIONS THAT TURN INTO BOILS, VITAMIN A & D AND BLOOD SUGAR LEVELS DROPING TO 40 I HAVE PASSED OUT, ALMOST GOING INTO SHOCK OR COMA, I SUFFERED CONCUSSIONS, NASAL, EYE, RETINA DAMAGE & CONTINUED BLEEDING ENTEROCOLITIS. BLEEDING SWELLING SEVERE STOMACH PAIN, 4 YEARS OF INTERNAL BLEEDING SIMPLY BECAUSE YOUR STAFF AND YOU THAT SUPERVISE THEM REFUSE TO DOCUMENT, GET RECORDS OR FOLLOW YOUR MANDATED CDCR HEALTH CARE DEPT. OPERATIONAL MANUAL RULES, GOVERNMENT CODES AND FEDERAL LAWS. THESE RECORDS SHOW A WEIGHT LOSS OF 35 LBS IN LESS THAN 6 MONTHS FROM THE REACTIONS TO THESE_

46

ADA Accessible



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Institutional Level Response**

**Closing Date:**   DEC 0 7 2021

**To:**        MUNDY, STANLEY (BN2899)
              A 001 1119001UP
              Pleasant Valley State Prison
              P.O. Box 8500
              Coalinga, CA 93210

**Tracking #:**  PVSP HC 21000357

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment ( Primary Care Provider ) | Dissatisfied with PCP diagnosis |
| Issue: | Referral ( Gastroenterology ) | To be sent for cauterization procedure |

## INTERVIEW

On December 2, 2021, you were interviewed by G. Lucero, Registered Nurse regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored.

On October 8, 2021 you were seen by primary care provider (PCP) regarding fatigue. Progress note of same date indicates history of hemorrhoids and current daily bleeding. PCP place order for general surgery evaluation.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document. Do not remove from the health care grievance package.

You were seen on October 26, 2021 for a surgical consultation. Progress note of same date indicates recommendation for hemorrhoidectomy.

On November 5, 2021 you were seen by PCP for follow-up to surgery consultation. Progress note of same date indicates internal bleeding hemorrhoids present and will place referral for offsite hemorrhoidectomy.

You were scheduled to have offsite surgery for hemorrhoidectomy on December 2, 2021, but were sent out the hospital (urgent) for higher level of care due to cellulitis of the right knee. You will be rescheduled to a later date for said procedure.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

O. ONYEJE
Chief Medical Executive
Pleasant Valley State Prison

Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL     48



CALIFORNIA DEPARTMENT *of*
## Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:** MUNDY, STANLEY

**CDC#:** BN2899

**Current Location:** MCSP-Facility C

**Date:** 05/28/2022

**Current Area/Bed:** C 014 1 - 148001L

Log #: 000000230602

## Claim # 001

**Received at Institution/Parole Region:** Pleasant Valley State Prison

**Submitted to Facility/Parole District:** Pleasant Valley State Prison

**Housing Area/Parole Unit:**

**Category:** Offender Classification          **Sub-Category:** Other Classification Issue - NOS

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 03/28/2022 which you submitted on 03/18/2022.

The California Code of Regulations, title 15, provides the Department with 60 calendar days to complete a response, however, the Department was unable to complete a response in that time. As a result, this is the Department's final response regarding this claim and this response exhausts all administrative remedies available to you for this claim.

**Decision: Time Expired**

49

REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 5/24/2022     **Date IAC Received 1824:** 5/3/2022     **1824 Log Number:** 165159691162

**Inmate Name:** MUNDY     **CDCR #:** BN2899     **Housing:** C14-148-1L

**RAP Staff Present:** T. Miranda, **ADA-AW;** M. Ullery, **P&S;** A. Cooper, **ADA-CCI;** H. Cribari, **HCCA;** C. Pap, **SP&S-MH;** M. Slusher, **CCII-IGO;** J. Andres, **DDP Sgt.;** S. Peterson, **SAI(A);** S. Strazdins, **HCGO**

**Summary of Inmate's 1824 Request:** You state you can't write neatly for more than a page at a time due to documented nerve damage in your writing hand from severe neck injury and shoulder surgery. In addition, you state you can't understand complex legal issues to file a habeas corpus, legal paperwork or CDCR 602s due to previous brain injury and complications with mild dyslexia. You request case law printed out for you so you can read and reread the material to understand and then transpose it. In addition, you request use of a computer to correct grammar errors and aid you in correcting issues to make it more comprehendible for court as there are no people available to do this in the law library.

---

**Interim Accommodation:**

☒ No interim accommodation required: Your issues are not found to cause personal injury or other serious harm while processing of this 1824.

☐ Interim accommodation provided: _____

☐ RAP rescinding interim accommodation: _____

---

**RAP is unable to process the following request(s):**

☐ Paroled/discharged/transferred.          ☐ Duplicate request. See CDCR 1824 log #:

☐ Refused to cooperate.          ☐ Other:

---

**Final Response:** After an initial review of your CDCR 1824 was conducted on 5/10/22, the Reasonable Accommodation Panel (RAP) members determined additional information was needed prior to rendering a decision. Your request was revisited and reviewed on 5/24/22 by the RAP. This encompassed a review of your recent health care information, evaluations and SOMS file. A Disability Placement Program Accommodation Summary has identified your Disability Codes as DLT and you are a participant in the Mental Health Services Delivery System at the CCCMS level of care. A recent Disability Verification Process (DVP) Worksheet completed by Healthcare staff notes, you were seen by your PCP for evaluation on 5/24/22 and physical exam findings by PCP notes normal findings. In addition, the Healthcare DVP notes you do not have significant nerve damage that would prevent you from being able to write. A recent DVP Worksheet completed by Education staff notes, you are currently not a Priority Legal User (PLU) and as such receive two hours of library access per week. A review of C Facility library access logs indicate, library staff have frequently accommodated you with extra time and will continue to do so, when possible, so that you can read and reread the material. ADA workers are available to assist with reading and writing as needed. You are advised to speak with staff who can arrange the assistance of an ADA worker if one is not readily available to you.

Ultimately, the Education DVP notes, library computers have research functionality only and do not have word processing functionality. During the COVID outbreak phase, paging services will be available to access the Law Library.

50

**Direction If Dissatisfied:**  If you disagree with the medical evaluations/final, you can file a CDCR 602 Healthcare Grievance (blue) form. Be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

If you disagree with the decision made by the RAP you may address your disagreement by attaching the CDCR 1824 package along with this RAP response to a newly completed CDCR 602 Inmate Grievance (green) form.

**Effective Communication:**   You have been identified as requiring effective communication (EC), therefore special accommodations will be arranged with your correctional counselor to ensure effective communication and understanding of the decision.

| | | |
|---|---|---|
| T. Miranda | _Amda_ | 6-2-22 |
| **ADA Coordinator/Designee** | **Signature** | **Date sent to inmate** |

*EXHIBIT A.1*
*1 of 3*

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 5/24/2022     **Date IAC Received 1824:** 5/10/2022     **1824 Log Number:** 165218859063

**Inmate Name:** MUNDY          **CDCR #:** BN2899          **Housing:** C14-148-1L

**RAP Staff Present:** T. Miranda, **ADA-AW;** M. Ullery, **P&S;** A. Cooper, **ADA-CCI;** H. Cribari, **HCCA;** C. Pap, **SP&S-MH;** M. Slusher, **CCII-IGO;** J. Andres, **DDP Sgt.;** S. Peterson, **SAI;** S. Strazdins, **HCGC**

**Summary of Inmate's 1824 Request:** Grievance Log # 251882, Claim # 001 (only), was redirected by the Centralized Screening Team as a CDCR 1824 to address making sure you have the supportive needs to access the library. You state in grievance (Claim #1) you have ongoing ADA issues, have and active court case and you need assistance in the library.

---

## Interim Accommodation:

☒ No interim accommodation required: Your issues are not found to cause personal injury or other serious harm while processing of this 1824.

☐ Interim accommodation provided:

☐ RAP rescinding interim accommodation:

---

## RAP is unable to process the following request(s):

☐ Paroled/discharged/transferred.     ☐     Refused to cooperate.          ☐ Other:

☐ Duplicate request. **See CDCR 1824 log #: 165159691162**

**Final Response:** After an initial review of your CDCR 1824 was conducted on 5/17/22, the Reasonable Accommodation Panel (RAP) members determined additional information was needed prior to rendering a decision. Your request was revisited and reviewed on 5/24/22 by the RAP. This encompassed a review of your recent health care information, evaluations and SOMS file. The RAP has determined your issues are substantially duplicative of the issues raised in CDCR 1824 log # 165159691162.

The RAP has determined that no accommodation is required at this time for you to access programs, services, or activities.

**Direction If Dissatisfied:** If you disagree with the medical evaluations/final, you can file a CDCR 602 Healthcare Grievance (blue) form. Be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

If you disagree with the decision made by the RAP you may address your disagreement by attaching the CDCR 1824 package along with this RAP response to a newly completed CDCR 602 Inmate Grievance (green) form.

**Effective Communication:** You have been identified as requiring effective communication (EC), therefore special accommodations will be arranged with your correctional counselor to ensure effective communication and understanding of the decision.

---

| T. Miranda | | 5/31/22 |
|---|---|---|
| **ADA Coordinator/Designee** | **Signature** | **Date sent to inmate** |
| | 52 | |

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


### Institutional Level Rejection Notice

**Date:** MAY 2 5 2022

**To:**        MUNDY, STANLEY (BN2899)
             # C  014 1148001LP
             Mule Creek State Prison
             P.O. Box 409099
             Ione, CA 95640

**Tracking #:**    MCSP HC 22000827

Your health care grievance submitted for institutional level review does not comply with health care grievance procedures established in California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5, and is rejected for the following reason(s):

**Excessive Filings:** California Code of Regulations, Title 15, Section 3999.226(c), states "The grievant has the right to submit one health care grievance every 14 calendar days, unless it is accepted as an expedited grievance. The 14 calendar day period shall commence on the calendar day following the grievant's last accepted health care grievance."

Explain the reason you believe your submission does not fall within the parameters of the excessive filings criteria in regard to the last accepted health care grievance referenced below.

**Duplicate:** California Code of Regulations, Title 15, Section 3999.234(a)(6) states, "The health care grievance duplicates the grievant's previous health care grievance upon which a decision was rendered or is pending and the grievant has not provided any new information that would indicate additional review is warranted."

Provide any new information that would indicate additional review is warranted and/or why you believe this is not a duplicate to health care grievance referenced below.

MCSP HC 22000780 was accepted at the Institutional Level of Review on May 11, 2022, with a due date of July 11, 2022.

*K. Mann*

K. Mann, CHSA II
Health Care Grievance Office Representative
Mule Creek State Prison

RECEIVED
MCSP
MAY 2 7 2022
HCGO

COMPLETED
MCSP
AUG 0 1 2022
HCGO

Note: Permanent health care grievance document.  Do not remove from the health care grievance package.

Department of Corrections and Rehabilitation
Office of Appeals

State of California

# Memorandum



To:        Claimant

Subject:   **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director

 

# CALIFORNIA [ ] IONAL
# HEALTH C [ ] VICES

### Headquarters' Level Response

**Closing Date:**    JUN 0 2 2022

**To:**    MUNDY, STANLEY (BN2899)
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

**From:**    California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**    PVSP HC 21000435

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment (Primary Care Provider) | Disagreement with treatment of bleeding from colon. |
| Issue: | Scheduling (Wait Time) | Disagreement with delay of surgery. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
These records indicate you are enrolled in the Chronic Care Program where your medical conditions and medication needs are closely monitored. Your medical records support you having received evaluation and treatment as determined. The Institutional Level Response adequately addressed your grievance issue(s) and is sustained at the headquarters' level review.

Subsequent to the Institutional Level Response, on February 16, 2022, documentation indicates you were transferred to an offsite hospital for hemorrhoid banding surgery; however, your surgery was canceled due to complaints of chest pain during surgery preparation. Due to your complaints of chest pain while at the offsite hospital, you were underwent cardiac evaluation and subsequent cardiac catheterization.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA  95758

On May 27, 2022, you received a surgical consultation for complaints of gastrointestinal bleeding and possible hemorrhoidectomy; the provider noted your symptoms could be caused by either hemorrhoids or diverticulosis. Upon physical examination, the provider noted no masses, a tight anal sphincter, and some small external elements of hemorrhoidal column with no protrusion. Documentation shows you were on blood thinners due to previous cardiac stent placement and would continue on this regimen for at least six months. Therefore, the provider noted that surgery would not be advisable at that time. Recommendations included to continue a diet to avoid constipation and re-evaluation once blood thinners were safe to be discontinued per cardiology. If the bleeding continues after blood thinners have been discontinued, then you may be referred to the surgery clinic after cardiology evaluation for risk stratification.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

You submitted documentation with your health care grievance package that does not comply with California Code of Regulations, Title 15, Section 3999.227(a), "The grievant is limited to the use of one CDCR 602 HC to describe the specific complaint that relates to their health care which they believe has a material adverse effect on their health or welfare, and one CDCR 602 HC A, if additional space is needed." Future health care grievances that are not submitted per the regulations noted above may be subject to rejection per California Code of Regulations, Title 15, Section 3999.234(a)(1).

It is not appropriate to expand the health care grievance beyond the initial issue(s). The Health Care Correspondence and Appeals Branch has the discretion whether to address new issues; it has been determined the new issue(s), *non-soy or alternative diet*, not included in the originally submitted CDCR 602 HC, Health Care Grievance, will not be addressed at the headquarters' level per California Code of Regulations, Title 15, Section 3999.230(i).

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

P.O. Box 588500
Elk Grove, CA  95758

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

This decision exhausts your administrative remedies.

*Digitally signed
by HCCAB
Date: 2022.06.01
for 15:48:53 -07'00'*

June 1, 2022

Reviewed and Signed Date

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

P.O. Box 588500
Elk Grove, CA  95758

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

HCC AB REVIEW
RESPONSE TO HC GRIEVANCE 21000357
HEADQUARTERS REVIEW OF MEDICAL MISCONDUCT.

1-4-2022
RE: STANLEY MUNRO
RN2899.

OVER 3-4 YEARS AGO I INFORMED BOTH THE SACRAMENTO COUNTY MEDICAL STAFF AND A YEAR AGO CDCR INTAKE AND MEDICAL STAFF I HAD SOY ALLERGIES WHICH WAS CAUSING DAIARIA, CONSTIPATION AND CAUSING BLEEDING IN MY COLON, VITAMIN LOSS, MUCLE CRAMPS. LOSS OF SLEEP AND CONFUSSION.

TWICE IN COUNTY I PASSED OUT, CAUSING A SEVERE HEAD INJURY, POSSIBLY DETATCHING MY RETINA IN MY EYE. BLOOD TEST CONFIMED MY BLEEDING, SEVERE VITAMIN A/ AND D DEFIENCY AND BLOOD SUGAR TO DROP. MY BLEEDING PROGRESSED. SOAKING THROUGH TOILET TISSUE TO MY UNDERWEAR AND THROUGH MY PANTS. ANOTHER TIME MY BLOOD SUGAR DROPPED SO LOW MY BODY SHOOK SO VIOLENTLY, AND GAVE ME SEVERE CHILLS, I ALMOST PASSED OUT AGAIN. ALMOST GOING INTO SHOCK.

BOTH SACRAMENTO COUNTY AND CDCR MEDICAL STAFFS AT DELANO AND NOW AT COALINGA, HAVE KNOW OF MY SOY ALLERGIES, ITS EFFECTS, THE SEVERE RECTAL BLEEDING, AND HAVE DELAYED CATERIZATION PROCEDURES I NEED TO CORRECT THIS CONDITION OR CORRECT MY DIET TO STOP THE BLEEDING.

THE COUNTY AND CDCR STAFF ALSO KNOW THAT I NEED SURGERY TO CORRECT CONSTANT SINUS BLEEDING THAT DRAINS INTO MY STOMACH AGRAVATED OR CAUSED BY MY PASSING OUT AND HEAD INJURY IN 2018. YET HAVE DONE NOTHING TO GIVE ME THE SURGERY TO CORRECT THIS BLEEDING. KNOWING I HAVE HAD 4 STOOL TEST SHOWING BLOOD IN MY FEECE. (A SPECIALIST IN THE COUNTY CONFIRED I NEED THAT SURGERY THEN, BUT NEVER DONE:) CDCR KNOWS OF THIS INJURY AND HAS NOT ADRESSED THIS INJURY OR THE CONSTANT BLEEDING AND IT EFFECTS TO ME.

IN JUNE 2020 SACRAMENTO FINALLY GAVE ME A COLONOSTOMY IT CONFIRMED BLEEDING IN MY COLON YET THEY REFUSED TO GIVE ME SURGERY TO CORRECT THIS CONDITION EVEN THOUGH I WAS STARTING TO GET BOILS AND SKIN LESSIONS IN MY BODY

IN FEBRUARY/ MARCH 2021 I WAS TRANSFERED TO DELANO PRISON. IN MY INITIAL EVALUATION AND OTHER MEDICAL FORMS I TOLD STAFF OF MY SOY ALLERGIES, AND HOW LONG AND SEVERE MY PROBLEMS WERE AND MY SKIN, LESSIONS AND

STAN MUNDY A.S. 400859

BOILS WERE. "I WAS TOLD REPEATEDLY" THESE CONDITIONS WOULD
BE ADDRESSED AT YOUR FINAL DESTINATION, WE DON'T TAKE CARE
OF THAT HERE." FOR 3 MONTH I SUFFERED, MY LEG CRAMPS
GREW WORSE, BOILS MORE FREQUENT. FATIGUE SLEEPLESSNESS
AND CONFUSSION WORSE. YET OVER 3 MONTHS PASSED AND
NOTHING WAS DONE I WAS RECOMENDED TO GO TO MULE CREEK
WHICH HAD A PROPER DIET PROGRAM INSTEAD NO SURGERY WAS
DONE.

IN EARLY JUNE 2021 I WAS TRANSFERED TO COALINGA, AND I
WAS SCHEDUALED FOR ANOTHER COLONOSTOMY. I THOUGHT I WAS
GETTING PROGRESS. YET INFORMED NO MEDICAL DIETS AVAILABLE
HERE. MY SYMTOMS, FATIGUE, WEAKNESS BOILS CONTINUED
AND INCREP. THE COLONOSTOMY WAS DELAYED TILL JULY 20TH
ON SO 2021, AT ADVENTIST HOSPITAL IN BAKERSFIELD, I WAS
INFORMED BY MEDICAL STAFF THERE, I HAD 3 POLOYRS REMOVED,
BLOOD VESSELS IN MY COLON AND INTERNAL HEMERRIODS THAT WERE
BLEEDING AND I NEEDED TO RETURN WITHIN TWO WEEKS DO
HAVE THESE AREAS CATERIZED.

DOCTOR GOMEZ AT CDCR SENT ME TO A SPECIAL DIETITIAN A
WEEK OR SO AFTER THIS PROCEDURE, BECAUSE OF MY AGE AND THE
POSSIBILITY OF THE POLOYRS BEING CANCEROUS. I TOLD HIM AS
HE KNEW OF MY SOY ALLERGY AND SEVERE SYMPTOMS. HE TOLD
ME THAT "NO MEDICAL DIET IS AVAILABLE HERE" I ASKED TO
BE GIVEN VITAMINS WHICH HE AGREED MIGHT HELP BUT SAID
MY BLEEDING NEEDED TO BE ADDRESSED.

WEEKS THEN EVEN A MONTH WENT BY I SENT MULT-MEDICAL
REQUEST TO FIND OUT OF THE POLOYRS RESULTS AND FIND OUT
WHY I WASN'T BEING TAREN BACK TO GET THE BLEEDING STOPPED
WHEN I COMPLAINED WHY THE COUNTY NEVER TOLD ME OR
MISSED THE POLOYRS. DOCTOR GOMEZ SAID I NEVER HAD POLOYR
EVEN THOUGH SHE AND THE HOSPITL CONFIRMED THIS
TWICE, AGAIN I TOLD HER ABOUT MY BOILS, SKIN CLEUSSION
FATIGUE, PAIN, YET NO SURLURY WAS PROFFERNED.

I HAVE TAKEN STEPS MYSELF TO GET VITAMINS, EXERCISE.
EAT RIGHT. TRADING FOOD. BOTH MY CELLMATES IN RECEPTON

2 or 5    59

MULTIPLE TIMES I SHOWED MEDICAL STAFF THE SKIN LESSIONS AND
BOILS THAT WERE RESULTING FROM THE CONSTANT BLEEDING I
HAVE SUFFERED, EACH TIME I WAS TOLD "OH THEY ARE HEALING
ON THEIR OWN. AT LEAST 10 DIFFERENT BOILS USUALLY TWO A
A TIME HAVE APPEARED ON MY BODY FOR THE PAST YEAR.
SINCE JULY 2021 I HAVE BEEN TOLD A SURGERY HAS BEEN
SCHEDUALED YET NEVER PREFORMED

    CELLMATES SCOTT SHIRLEY AND ROB HOLLITER CAN CONFIRM
HOW BAD MY BLEEDING, MY BOILS, AND OTHER RESULTS FROM
THE LACK OF TREATMENT HAS BEEN.

    I FELT MEDICAL STAFF PRIMAIRILY DR GOMEZ AND HER
NURSE DID NOT BELIEVE HOW SEVERE MY BLEEDING WAS SO
IN OCTOBER I BROUGHT IN A PAIR OF MY UNDERWEAR WHICH
HAD AT LEAST A 6 INCH DIAMITER DARK AND BRIGHT RED BLOOD
STAINS IN IT AND TOLD THEM I WAS WORRIED ABOUT THE IN-
CREASING INFECTIONS. I THOUGHT THIS MIGHT HELP GET MY
COMPLAINTS AND PAIN TAKEN SERIOUSLY. I WAS TOLD THE
INFECTIONS WEREN'T CAUSED BY THE BLEEDING AND I WAS
SCHEDUALED FOR SURGERY.

    IN LATE NOVEMBER 2021 I AGAIN GOT TWO BOILS ON MY
LEFT AND RIGHT KNEE, AGAIN I TOLD STAFF, WROTE OUT A MED.
REQUEST FOR (OR TWO) THE RIGHT KNEE QUICKLY INFLAMED
AGAIN I REQUESTED HELP. WITHIN 4 DAY MY RIGHT LEG SWELLED
GAIN 10 LBS OF FLUID, DARKENED BRIGHT RED, BLUE AND BLACK.
I STARTED GETTING VARYING FEVER CHILLS AND I HAD A BRIGHT
LARGE RED SWOLLEN STREAK RUNNING FROM MY RIGHT KNEE UP MY
THIGH AND INTO MY ABDOMINE. I STARTED HAVING NIAUSEA AND HEART
PAIN/S. I PUT IN ANOTHER MEDICAL REQUEST FORM AND ASKED TO BE
SEEN, TO NO AVAILE. BY THE NEXT DAY I COULD BARELY WALK AND HADN'T
SLEPT AGAIN. COULDN'T EAT. I WENT MAN DOWN HOPING TO GET HELP, AT
FIRST A NURSE FROM CTC SAID I DIDN'T NEED MEDICAL HELP, LUCKILY
A NURSE FROM THE YARD SAID I HAD TO GO TO THE DOCTOR.

    CTC STAFF SAID NO DOCTOR WAS AVAILIABLE TO LANCE THE WOUND PRO-
SCRIBED ANTI-BIOTICS - A SHOT WAS ADMINISTERED INTO MY RT
BUTT MUSCLE, I COMPLAINED THAT THEIR OWN DIRRECTIONS

60

THE INJECTION SHOULD HAVE BEEN GIVEN IN THE VEIN. I WAS IGNORED, RETURNED TO MY HOUSING UNIT WITH NO PAIN MEDICINE EVEN THOUGH I COULD HARDLY WALK.

THE NEXT MORNING MY CELLMATE ROBERT HOWMAN WAS SO CONCERNED HE FLAGGED DOWN THE C/O MAKING ROUNDS BEFORE BREAKFAST. MY CHILLS, SHAKING FEVER WAS WORSE. AGAIN THE MEDICAL STAFF FROM CTC SAID I DIDN'T NEED HELP. AGAIN THE YARD NURSE AND SARGEANT CLARK OVERRODE HER. A WHEEL CHAIR WAS NEEDED TO TRANSPORT ME. AGAIN THE DOCTOR SAID THE INFECTION WAS VERY BAD. BUT DID NOT LANCE THE WOUND. GIVE THE INJECTION INTO MY WOUND AREA OR MY VEIN AS REQUIRED. AGAIN MORE ORAL ANTI-BIOTICS AND AN INJECTION WAS ADMINISTERED INTO MY RT BUTT BUT NOW AFTER 4 DAYS OR MORE OF ANTI BIOTICS MY CONDITION WAS RAPIDLY WORSENING, AND I WAS TOLD TO WAIT.

THE NEXT DAY AGAIN UNABLE TO SLEEP HAVING CHILLS I WENT TO THE DOCTORS MYSELF. ~~THERE~~ MEDICAL STAFF, DOCTOR GOMEZ, HER NURSE SAID I NEEDED TO LET THE ANTI-BIOTICS WORK. THE HEART PAIN WAS WORSE I WAS STARTING TO BE DELIERIOUS. NOTHING MORE WAS PERSCRIBED LUCKILY SARGEANT ESCONSITO/ESPONOSIA NOT SURE OF SPELLING WAS THEIR HE SAW MY CONDITION AND SAID I NEEDED TO BE TRANS-PORTED TO A HOSPITAL. MEDICAL DOCTOR AND HER NURSE ARGUEDED. BY CHANCE MY SURGERY WAS SUPPOSED TO BE THAT DAY BUT DR. GOMEZ SAID SHE WOULD CANCEL MY SURGERY AND TREAT ME HERE. AGAIN LUCKILY SARGEANT CLARK SAW MY LEG AGAIN CONFIRMED THAT MEDICAL STAFFS TREATMENT WASN'T WORKING AND SAID THAT I WOULD BE SENT TO THE HOSPITAL THAT THEY WOULD DECIDE WHAT WAS BEST.

THE EMERGENCY ROOM DOCTOR, IMMEDIATELY PROVIDED/PRO SCRIBED 5 DAYS OF CONTINUOUS I.V. AND STATED YOUR LEG IS VERY BAD, AND I SHOULD HAVE BEEN BROUGHT SOONER. HE ALSO CONFIRMED THE CONTINUOUS SKIN LEASSIONS, BOILS

61

WERE FROM BLOOD AND POOP MIXING IN MY COLON INFECTING MY WHOLE BODY, I COULD SEE HE WAS CONCERNED THAT THIS CONDITION WAS LEFT FOR SO LONG.

STILL TO THIS DAY MY INFECTION HAS NOT CLEARED MY RIGHT LEG IS PERMINENTLY RED. I STILL HAVE AT LEAST 3 DARK, BLACK, BROWN BLUE SPOTS ON MY RT LEG OTHER HAVE TOLD ME WILL NEVER GO AWAY. MY PAIN STILL CONTINUES AND THE LIGAMENT IN MY RT KNEE, MY KNEE AND AROUND IT IS STILL SWOLLEN

THREE COARSES OF ANTI-BIOTICS HAVE NOT CURED ME. MY INFECTION CONTINUE, BEFORE THE LAST COARSE FINISHED I TOLD STAFF MY INFECTION WAS THERE STILL, NO TREATMENT WAS GIVEN. AFTER CHRISTMAS I PUT IN ANOTHER DOCTORS REQUEST I WAS SEENE BUT TOLD I WOULD NOT BE SEENE TILL TODAY 1/4/2022 TODAY I WAS SEENE DR PATEL A DIFFERENT DOCTOR CONFIRED THE INFECTION WAS STILL THERE, NOTED THE DISCOLERATION, TOLD ME THIS WAS VERY BAD AND I SHOULD NOT IGNOR IT. I STILL WALK WITH A LIMP NOW, HAVE HEART PAIN, ALL THE SAME SYMPTOMS AT WHAT POINT HAS MY PAIN, SUFFERING AND MEDICAL DELAY OF TREATMENT, DIET, OR INFECTIONS BECOME A CONCERN.

IF NOT FOR CORRECTIONAL STAFF THE OUTCOME WOULD HAVE BEEN MUCH WORSE. THE POLICY OF NOT TREATING SERIOUS CONDITIONS, FOR SO LONG MUST ADDRESSED, DR. Gomez HER BOSS, HER NURSE AND ETC STAFF SHOULD BE REPRI-MANDED, INFECTIONS MUST BE MADE SURE THEY ARE COMP-LETELY CURED, MONITERED. I ASK YOU TO INVESTIGATE THIS CARE ON THIS A YARD AT PVSP. RESPECTFULLY

Sean Mundy

BN2899

SIGNED UNDER PENALTY OF PERJURY.

62     DATE 1/4/2022

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


### Institutional Level Response

**Closing Date:** FEB 1 4 2022

**To:**  MUNDY, STANLEY (BN2899)
A 004 1128001LP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking #:**  PVSP HC 21000435

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment ( Primary Care Provider ) | Lack of treatment |
| Issue: | Scheduling ( Wait Time ) | Surgery delay |

## INTERVIEW
Pursuant to California Code of Regulations, Title 15, Section 3999.228(f)(1), an interview was not conducted as you did not request one by initialing the appropriate box on the CDCR 602 HC, Health Care Grievance.

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.  These records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

On October 8, 2021 you were seen by primary care provider (PCP) regarding fatigue. Progress note of same date indicates history of hemorrhoids and current daily bleeding. PCP place order for general surgery evaluation.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

RECEIVED
UCCAP

63

*B 1,3*

You were seen on October 26, 2021 for a surgical consultation. Progress note of same date indicates recommendation for hemorrhoidectomy.

On November 5, 2021 you were seen by PCP for follow-up to surgery consultation. Progress note of same date indicates internal bleeding hemorrhoids present and will place referral for offsite hemorrhoidectomy.

You were scheduled to have offsite surgery for hemorrhoidectomy on December 2, 2021, but were sent out the hospital (urgent) for higher level of care due to cellulitis of the right knee. You will be rescheduled to a later date for said procedure.

You were scheduled to have offsite surgery for hemorrhoidectomy on February 10, 2022, but were rescheduled due to a provider emergency. You have a pending appointment for said procedure.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

California Correctional Health Care Services makes every effort to ensure patients receive timely access to the full range of necessary health care services. In order to improve the overall quality and efficiency of health care services and outcomes, California Correctional Health Care Services includes the appropriate personnel and organizational functions to identify and address barriers to care, including staffing, lockdowns, restricted movement, fog lines, and backlogs.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED

CALIFORNIA CORRECTIONAL

64

S.MUNDY, BN2899
PVSP HC 21000435
Page 3 of 3

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_Dr. Onyeje | from vs    2/11/2022_

O. ONYEJE                                                    _____
Chief Medical Executive                                     Reviewed and Signed Date
Pleasant Valley State Prison

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

RECEIVE

65

 

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

### Headquarters' Level Response

**Closing Date:** JUL 0 5 2022

**To:** MUNDY, STANLEY (BN2899)
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** PVSP HC 22000032

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

**Issue**

Issue: Health Records (Release of Health Information)

**Description**

Release of health records from county jail.

## HEADQUARTERS' LEVEL DISPOSITION

☒ No intervention.   ☐ Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.

The health and safety of our population is of critical importance to the California Department of Corrections and Rehabilitation and California Correctional Health Care Services. While our agency is working together to appropriately respond to the COVID-19 crisis, we will continue to provide urgent and emergent health care services. Due to the state of emergency requiring the postponement of nonessential administrative decisions and actions, and to reduce risks to both patients and staff exposure to COVID-19, institutions suspended the health record review and request for copies of health records processes. Such processes resumed as soon as deemed safely possible.

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

66

P.O. Box 588500
Elk Grove, CA 95758

MUNDY, STANLEY has been given the following list of follow-up instructions, prescriptions, and patient education materials:

## Follow-up Appointments

**7362 Medical Routine Follow Up 20** 04/15/22 0:01:00 PDT, *14 days, 04/29/22 23:59:00 PDT, 170.71.227.182.2022040205145609466319525584#1.00, Multiple health issues New arrival. Dietary issues, med issues bleeding and chrono iccues. Please review care TX plan

**7362 RN Initial Visit (Symptomatic)** 04/15/22 14:50:00 PDT, 1 business day, 137.252.9.7.2022040414161222647459449#12#1.00, 04/15/22 23:59:00 PDT, heart issues - lower bunk chrono

**7362 RN Initial Visit (Symptomatic)** 04/15/22 14:20:00 PDT, 1 business day, 137.252.9.7.2022040414160902308454944946#1.00, 04/15/22 23:59:00 PDT, c/o allergy, heart issues, requesting lower bunk and dietician

**Consult to Registered Dietitian** 04/29/22 7:00:00 PDT, Routine Priority (46-90 days), Allergy/Intolerance (Food), pls evel IP regarding Soy allergies, 05/13/22 23:59:00 PDT

**Follow Up RN 30** 04/13/22 0:01:00 PDT, Care Management, 30 days, 05/12/22 23:59:00 PDT, Interfacility Transfer Nursing Visit

**Interfacility Transfer Medical Eval 60 (High Risk/Complex Care) PCP (w/in 7 days)** 04/19/22 8:30:00 PDT, 04/19/22 23:59:00 PDT

**Medical Episodic Care Follow Up 20** 04/12/22 0:01:00 PDT, 7 days, 04/20/22 23:59:00 PDT, RAP: pt requesting to out on his knee and leg, requesting surgery to stop bleeding (?) , put of hearthy diet/ soy to stop allergic reaction. Referral to dietician done today

**Nursing Follow Up** 04/12/22 0:01:00 PDT, Other, DME/7410, 09/29/22 23:59:00 PDT, Fired by Discern Expert (BCC_DME_FOLLOW_UP) due to a "Temporary" 1845/7410 status.

**PCP Follow Up 20** 04/12/22 0:01:00 PDT, 30 days, 04/14/22 23:59:00 PDT, s/p stent placement , CAD

## Chronos

*MEETING WITH DIETICIAN*
*THURS. 4/29/22*



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Guidelines for Managing a Food Allergy or Intolerance

Your Primary Care Provider may have told you that your food allergy, or food intolerance is/are the following:

_____

Food intolerance is when your body has trouble digesting a food. It can make you feel bad, usually with an upset stomach or gassiness. The most common food sensitivity or intolerance is to lactose, which is a natural sugar found in milk.

A food allergy is when your body's immune system reacts to a food protein because it has mistaken that food protein as a threat. Your body responds by trying to get the harmful food out of your body. The food you are allergic to is called a "food allergen." The response your body has to that food is called an "allergic reaction." Symptoms can appear within minutes to several hours after eating the food to which you are allergic, but they can also begin later. Sometimes symptoms may take as long as 72 hours to appear. If you experience an allergic reaction, prompt and rapid treatment is important.

Symptoms can affect many different parts of the body. An allergic reaction to food can affect the skin, the gastrointestinal tract, the respiratory tract and, in the most serious cases, the cardiovascular system. The symptoms can be mild (itchy nose or a few hives), but they can also be severe (trouble breathing, repetitive vomiting, weak pulse, etc). Symptoms can worsen quickly and what caused a mild reaction one time can lead to severe reaction the next time. Allergic reactions are unpredictable. How severe the reaction is, and which symptoms you get, can change from one reaction to the next. Past reactions do not predict future reactions. It is important to be able to quickly recognize and treat an allergic reaction.

The most dangerous reaction is called anaphylaxis (pronounced an-uh-fil-LAX-is). Anaphylaxis is a severe allergic reaction that may happen quickly and may cause death. The first-line treatment for anaphylaxis is a medication called epinephrine. Epinephrine is a type of adrenaline. It helps reverse the symptoms of a severe reaction. It is considered a very safe medicine.

Mild to moderate symptoms may include one or more of the following:
- Hives (reddish, swollen, itchy areas on the skin)
- Eczema (a persistent dry, itchy rash)
- Redness of the skin, particularly around the mouth or eyes
- Itchy mouth or ear canal
- Nausea or vomiting
- Diarrhea
- Stomach pain
- Nose congestion or runny nose
- Sneezing
- Slight, dry cough
- Odd taste in mouth

Severe symptoms may include one or more of the following:
- Trouble swallowing
- Shortness of breath or wheezing
- Turning blue
- Drop in blood pressure (feeling faint, confused, weak, passing out)



Get help if you're experiencing these symptoms



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Egg Allergy**
Egg Protein is sometimes found in the following:

- Bakery Goods
- Breaded items
- Breakfast Pockets
- Cakes
- Carrot Salad
- Coffeecake
- Coleslaw (mayonnaise)

- Cookies
- Cornbread
- Egg Noodles
- Eggs in all forms
- Eggnog
- French Toast
- Macaroni Salad

- Mayonnaise
- Meatloaf
- Pancakes
- Potato Salad
- Ravioli
- Some Salad Dressings

**Peanut Allergy**
CDCR does not use peanut oil in its standard diet. Peanut butter and peanut butter cookies are readily identifiable and can be avoided.

**Wheat Allergy**
Please refer to the **Gluten-Free Diet handout.**

**Healthy Eating Tips**
Eat the right amount of calories for how active you are, so that you balance the energy you consume with the energy you use. Eat a wide range of foods to ensure that you're getting a balanced diet and that your body is receiving all the nutrients it needs. Eat lots of fruit and vegetables, cut down on saturated fat and sugar, eat less salt and drink plenty of water. Eat three main meals each day. Skipping meals can rob your body of the protein, vitamins, and minerals that you need to stay healthy.

If a certain food bothers you, do not eat it at all.    *THEN WHAT CAN I EAT SOY IS IN EVERYTHING.*

Remember -- Your health is your responsibility!

69

3

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS AND REHABILITAT

## INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LASTNAME) | CDCR NUMBER |
|------|----|----|----|
| 4/29/22 | DIETICIAN AND DR HLA | MUNDY | BN2899 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|-----------|----------------|-----------|--|
| C-14 | 148 | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|-----------------------------------------|-----------------|--|
| | FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Do you know how long it will be till I get my diet trays?
Can I get Pedialite to help my energy levels / Pedialite Childrens
also Boost or Ensure Childrens I believe does not have Soy. Can you pdrsc
to help my severe fatigue. Thank you, respectfully S. Mundy
Thank you again for helping me address my nutritional and health needs.

Do NOT write below this line. If more space is required, write on back

| INTERVIEWED BY | DATE |
|----------------|------|
| | |

Unfortunately, I cannot start a diet at this time

DISPOSITION

Your allergy is with soy-protein; the soy oil does not
contain the protein therefore you can eat food cooked in
soy-oil. If your weight loss is significant, please have

provider x7362 for dietitian

Our therapeutic meals have the same amount of soy-protein based meats as the general diet, so no diet improvements would be made.

Currently your weight is stable.        Gaynor — RDN.
and within a healthy range.

Avoid plant-based meats; remainder
of general diet can be consumed.

*B.1*
*EXHIBIT B*

*MEETING WITH DIETICIAN*
*THURS. 4/29/22*

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Guidelines for Managing a Food Allergy or Intolerance

Your Primary Care Provider may have told you that your food allergy, or food intolerance is/are the following:

Food intolerance is when your body has trouble digesting a food. It can make you feel bad, usually with an upset stomach or gassiness. The most common food sensitivity or intolerance is to lactose, which is a natural sugar found in milk.

A food allergy is when your body's immune system reacts to a food protein because it has mistaken that food protein as a threat. Your body responds by trying to get the harmful food out of your body. The food you are allergic to is called a "food allergen." The response your body has to that food is called an "allergic reaction." Symptoms can appear within minutes to several hours after eating the food to which you are allergic, but they can also begin later. Sometimes symptoms may take as long as 72 hours to appear. If you experience an allergic reaction, prompt and rapid treatment is important.

Symptoms can affect many different parts of the body. An allergic reaction to food can affect the skin, the gastrointestinal tract, the respiratory tract and, in the most serious cases, the cardiovascular system. The symptoms can be mild (itchy nose or a few hives), but they can also be severe (trouble breathing, repetitive vomiting, weak pulse, etc.). Symptoms can worsen quickly and what caused a mild reaction one time can lead to severe reaction the next time. Allergic reactions are unpredictable. How severe the reaction is, and which symptoms you get, can change from one reaction to the next. Past reactions do not predict future reactions. It is important to be able to quickly recognize and treat an allergic reaction.

The most dangerous reaction is called anaphylaxis (pronounced an-uh-fil-LAX-is). Anaphylaxis is a severe allergic reaction that may happen quickly and may cause death. The first-line treatment for anaphylaxis is a medication called epinephrine. Epinephrine is a type of adrenaline. It helps reverse the symptoms of a severe reaction. It is considered a very safe medicine.

Mild to moderate symptoms may include one or more of the following:
- Hives (reddish, swollen, itchy areas on the skin)
- Eczema (a persistent dry, itchy rash)
- Redness of the skin, particularly around the mouth or eyes
- Itchy mouth or ear canal
- Nausea or vomiting
- Diarrhea
- Stomach pain
- Nose congestion or runny nose
- Sneezing
- Slight, dry cough
- Odd taste in mouth

Severe symptoms may include one or more of the following:
- Trouble swallowing
- Shortness of breath or wheezing
- Turning blue
- Drop in blood pressure (feeling faint, confused, weak, passing out)

**STOP**

*Get help if you're experiencing these symptoms*

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

### Institutional Level Response

**Closing Date:**  JUL 1 1 2022

---

**To:**         MUNDY, STANLEY (BN2899)
              C 014 1148001LP
              Mule Creek State Prison
              P.O. Box 409099
              Ione, CA 95640

**Tracking #:**  MCSP HC 22000780

## RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:  Scheduling (PCP Encounter) | You state you suffer "damage" and need surgery. |
| Issue:  Grievances (Grievance Status) | You state you want this grievance processed urgently for medical care. |
| Issue:  Referral (Dietitian) | You state you want a "true heart healthy" diet that accommodates your soy allergy. |
| Issue:  Health Records (Release of Health Information) | You state you have requested your health records numerous times from your doctors and administration has refused to provide them. |
| Issue:  Disagreement with Treatment (Primary Care Provider) | You disagree with the primary care provider ordering blood tests to determine and or confirm vitamin deficiency and soy allergy. |
| Issue:  Diagnostic (Blood Test) | You state you refuse blood tests related to your soy allergy and vitamin deficiency. |

## INTERVIEW

It is the priority of California Correctional Health Care Services to protect the health and well-being of our staff and the patient population. In an effort to reduce staff and patient exposure to COVID-19 and to help conserve limited resources, Mule Creek State Prison has suspended health care grievance interviews. While you were not interviewed regarding your health care grievance issues, your health care grievance was assigned and reviewed per California Code of Regulations, Title 15, Section 3999.228. There is no indication that an interview would have changed the outcome of the health care grievance review.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document. Do not remove from the health care grievance package.

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

A review of your medical record indicates you arrived to Mule Creek State Prison from Kern Valley State Prison on April 12, 2022. You were seen by the primary care provider on April 18, 2022 with a chief complaint of requesting a higher level of care, follow-up internal hemorrhoids with bleeding, bilateral feet pain, pain in the right neck, and a request for orthotic shoes. Additionally, you reported that you are allergic to soy and requested a special diet. A review of your medical record indicates you were seen by the Registered Dietician on April 29, 2022, during which time you were educated on the allergy policy and provided with printed resources and information. Progress notes reflect you were educated that diet modifications are only done when the allergy is so severe that it results in a drop in blood pressure and leads to malnourishment. Per body mass index observation, your nutrient stores appear to be accommodating you with adequate energy. Based on your nutrition adequacy, even with an allergy to soy, no special diet can be provided per California Department of Corrections and Rehabilitation policy. You were encouraged to include oatmeal, fruits, vegetables, beans, bran cereals, and whole wheat bread for fiber given your diverticulitis diagnosis. Dietician notes reflect your reported avoidance of all plant based proteins or items containing soy and items cooked in reported soy-based oil. Liquid Nutrition Supplements are not indicated at this time. The Registered Dietician recommended you continue your general healthful diet, recommended labs, monthly weight checks, multi vitamin, continue vitamin D supplement, and bowel care with polycarbophil and a keep on person as needed laxative.

On April 29, 2022, a Vitamin C level lab draw was ordered as recommended by the Registered Dietician, however; records indicate you refused the lab testing on May 5, 2022.

California Correctional Health Care Services shall provide patients with meals based on a standardized master menu consistent with a California Department of Corrections and Rehabilitation Heart Healthy Diet (a diet plan restricted in sodium and fat while supplying adequate calories, fiber and all essential nutrients, supported by the California Department of Corrections and Rehabilitation and approved by a Registered Dietitian). The California Department of Corrections and Rehabilitation Heart Healthy Diet eliminates the need for most therapeutic diets with appropriate patient diet instruction. Diet instruction, outpatient therapeutic diets, nourishments, and supplements shall be provided as medically or clinically indicated. Information regarding outpatient dietary intervention can be found in the Health Care Department Operations Manual, Section 3.1.12, Outpatient Dietary Intervention.

While you have the right to refuse most health care, you are considered an active partner and participant in the health care delivery system. You are encouraged to cooperate with your health care providers in an effort to achieve optimal clinical outcome.

On May 27, 2022, you were seen by the physician at San Joaquin General Hospital for evaluation for possible hemorrhoidectomy. Medical records note the physician would recommend to evaluate for resolution of bleeding once blood thinners are safe to be discontinued per cardiology.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.

Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

Your medical record indicates you were seen via telemedicine by the Cardiologist on June 2, 2022. Progress notes reflect you were educated to continue taking aspirin and Plavix every day and to put in refill requests before medications runs out, to which you verbally expressed your understanding.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

Per California Code of Regulations, Title 15, Section 3370(c), "Inmates or parolees may review their own case records file and unit health records, subject to applicable federal and state laws. This review shall be conducted in the presence of staff, and may necessitate the use of a computer." There are no state or federal laws which require the use of a computer for a patient to review his/her health record, nor is it necessary for a patient to use a computer to review a health record; current health record documents can be printed for your review.

The guidelines for requesting review/copies of a patient's health record are outlined in the Health Care Department Operations Manual, Section 2.3.4, Release of Information.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

M. Ullery, MD
Chief Physician & Surgeon
Health Care Grievance Office
Mule Creek State Prison

2/5/22
Reviewed and Signed Date

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

75



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Institutional Level Response

**Closing Date:** JUL 2 1 2022

**To:**     MUNDY, STANLEY (BN2899)
C 014 1148001LP
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

**Tracking #:**  MCSP HC 22000858

### RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

### HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment (Primary Care Provider) | You disagree with your CAT scan results. |
| Issue: | Scheduling (PCP Encounter) | You state you suffer from nose bleeds and colon bleeding issues. |
| Issue: | Scheduling (Wait Time) | You disagree with wait time for nasal surgery. |
| Issue: | Non-Medical/Custody (Not Our Jurisdiction [NOJ]) | You disagree with being transferred. |
| Issue: | Disagreement with Treatment (Primary Care Provider) | You disagree with your provided diet. |

### INTERVIEW

It is the priority of California Correctional Health Care Services to protect the health and well-being of our staff and the patient population. In an effort to reduce staff and patient exposure to COVID-19 and to help conserve limited resources, Mule Creek State Prison has suspended health care grievance interviews. While you were not interviewed regarding your health care grievance issues, your health care grievance was assigned and reviewed per California Code of Regulations, Title 15, Section 3999.228. There is no indication that an interview would have changed the outcome of the health care grievance review.

### INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.     [ ] Intervention.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

76

S.MUNDY, BN2899
MCSP HC 22000858
Page 2 of 3

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

A review of your medical record indicates you were seen by the Registered Dietician on April 29, 2022, as referred by the primary care provider. Your issue regarding diet issues will not be addressed further as this is a duplicate issue to that in health care grievance tracking number MCSP HC 22000780, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

On April 21 2022, a Request for Service order for CT scan of facial bone was completed and subsequently approved. If the appointment does not take place within the timeframes outlined in the Health Care Department Operations Manual, Health Care Definitions, you may discuss your concerns with health care staff by utilizing the approved processes to access health care services in accordance with California Correctional Health Care Services policy.

May 13, 2022, you were mailed a patient letter stating the results of you CT scan. Over 650 images were obtained, none of which identified a fracture. Your plan of care regarding your nasal issues was reiterated to you on May 24, 2022, and it was recommended you continue you Cetirizine and Triamcinolone nasal spray. There is no recommendation for referral for nasal surgery or no noted medical indication for it on the primary care provider notes. You are currently not recommended to undergo any surgery at this time due to Plavix use. After cessation of Plavix use, a re-evaluation regarding bowel bleeding issues will take place if still occurring.

The Health Care Correspondence and Appeals Branch responds to specific patient health care and treatment concerns. As such, your concerns regarding transfers should be addressed through the appropriate channels at your institution.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

S.MUNDY, BN2899
MCSP HC 22000858
Page 3 of 3

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_____          7/24/22
M. Ullery, MD                                    _____
Chief Physician & Surgeon                        Reviewed and Signed Date
Health Care Grievance Office
Mule Creek State Prison

78

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.




# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

### Institutional Level Response

**Closing Date:** AUG 0 1 2022

**To:**     MUNDY, STANLEY (BN2899)
C 014 1148001LP
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

**Tracking #:**  MCSP HC 22000827

## RULES AND REGULATIONS

The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
| --- | --- | --- |
| Issue: | Grievances (Disagree with Rejection) | You state you disagree with your grievance being rejected. |
| Issue: | Scheduling (Follow-Up) | You state you need immediate relief because you are experiencing medical complications due to not being provided an appropriate diet. |
| Issue: | Referral (Dietitian) | You state you need to be provided a non-soy cardiologist prescribed diet. |
| Issue: | Referral (Orthotist) | You state you need to be seen by the bone specialist. |
| Issue: | Referral (Cardiology) | You state you need to be seen by the cardiologist. |
| Issue: | Scheduling (Wait Time) | You state you have not seen the cardiologist and bone specialist in over 90 days, and were told you would be re-seen in 7-14 days. |
| Issue: | Grievances (Grievance Status) | You state you want this grievance processed expeditiously. |
| Issue: | Scheduling (Registered Nurse [RN]Triage) | You state you need to be seen for severe rectal and nose bleeding. |
| Issue: | Staff Complaints (Deliberate Indifference) | You state staff are in violation and denying you your basic medical needs. |

## INTERVIEW

On July 18, 2022, you were interviewed by L. Tomboc, Registered Nurse, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.     [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

A review of your medical record indicates you were seen by the primary care provider on May 24, 2022, for issues related to rectal bleeding. Your issue regarding rectal bleeding will not be addressed further herein as this is a duplicate issue to that in health care grievance tracking number MCSP HC 22000858, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

You were seen by the primary care provider on May 24, 2022, regarding you issues with nasal sinusitis which will not be addressed further herein as this is a duplicate issue to that in health care grievance tracking number MCSP HC 22000858, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

A review of your medical record indicates you were seen by the Cardiologist on June 2, 2022, via telemedicine. Progress notes reflect you have a follow up appointment ordered. Your medication profile indicates you have active prescriptions for Plavix, Atorvastatin, Losartan, and Isosorbide which are on automatic refill. You have been scheduled for a follow up appointment with the Cardiologist and will be notified as your appointment nears.

Your medical record indicated you were seen by the primary care provider on July 13, 2022, who noted you refused the soy allergy test as per dietician recommendation. Your issue regarding non-soy diet request will not be addressed further herein as this is a duplicate issue to that in health care grievance tracking number MCSP HC 22000858 and MCSP HC 22000780, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

Your medical record reflects you have a history of cellulitis which was treated with antibiotics. There are currently no active blood infections or cellulitis noted at this time. A knee arthrocentesis was completed on July 2, 2022, and you were seen the following day by the primary care provider to discuss labs and imaging. A referral to Orthopedic Surgery was approved, pending scheduling and you will be notified as your appointment nears.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

S. MUNDY, BN2899
MCSP HC 22000827
Page 3 of 4

Health care staff, utilizing clinical expertise within the scope of their licensure, is responsible for determining if a health care grievance warrants expedited processing, not the grievant. Your health care grievance was identified by licensed clinical staff to not meet the criteria for expedited processing per California Code of Regulations, Title 15, Section 3999.228(b)(2) and/or 3999.230(b)(1)(B).

It is not in the purview of grievants to dictate administrative actions in regard to the health care grievance process. Your health care grievance was processed per California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

California Correctional Health Care Services shall provide patients with meals based on a standardized master menu consistent with a California Department of Corrections and Rehabilitation Heart Healthy Diet (a diet plan restricted in sodium and fat while supplying adequate calories, fiber and all essential nutrients, supported by the California Department of Corrections and Rehabilitation and approved by a Registered Dietitian). The California Department of Corrections and Rehabilitation Heart Healthy Diet eliminates the need for most therapeutic diets with appropriate patient diet instruction. Diet instruction, outpatient therapeutic diets, nourishments, and supplements shall be provided as medically or clinically indicated. Information regarding outpatient dietary intervention can be found in the Health Care Department Operations Manual, Section 3.1.12, Outpatient Dietary Intervention.

The health and safety of our population is of critical importance to the California Department of Corrections and Rehabilitation and California Correctional Health Care Services. While our agency is working together to appropriately respond to the COVID-19 crisis, we will continue to provide urgent and emergent health care services. To reduce risks to both patients and staff, inmate movement will be minimized. In addition, some specialty and routine care may be delayed as a result of both internal redirections and external closures. All cancelled appointments will be rescheduled as soon as safely possible. If you have health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

81

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

M. Ullery, MD
Chief Physician & Surgeon
Health Care Grievance Office
Mule Creek State Prison

7/28/22
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

82

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institutional Level Response

**Closing Date:** AUG 1 0 2022

**To:**  MUNDY, STANLEY (BN2899)
C 014 1148001LP
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

**Tracking #:**  MCSP HC 22000957

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| **Issue:**  Referral ( Cardiology ) | You state you never received a Cardiology follow-up to stent placement on March 26, 2022. |
| **Issue:**  Referral ( Dietitian ) | You state you are suffering medical and neurological problems due to not receiving the proper diet. |
| **Issue:**  Referral ( Telemedicine ) | To be seen by the telemedicine provider. |
| **Issue:**  Medication ( Med Specific Type / Dose ) | To be provided the medications prescribed by the doctor. |

## INTERVIEW

On July 18, 2022, you were interviewed by L. Tomboc, Registered Nurse, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X]  No intervention.    [ ]  Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider (PCP) has discussed the plan of care with you.

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

83

Your issues regarding Cardiology follow-up and request for Telemedicine consultation will not be addressed herein as these are duplicate issues to those in health care grievance tracking number MCSP HC 22000827, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

Your issues regarding non-soy, heart-healthy diet will not be addressed herein as these are duplicate issues to those in health care grievance tracking numbers MCSP HC 22000858, MCSP HC 22000827, and MCSP HC 22000780, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically necessary health care services. It is apparent from the review of your health records that your treatment here at Mule Creek State Prison has been appropriate and timely. This institution's health care service endeavors to provide appropriate medical care treatment commensurate with the community care standards.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

M. Ullery, MD
Chief Physician & Surgeon
Health Care Grievance Office
Mule Creek State Prison

8/5/22
Reviewed and Signed Date

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

State of California

Department of Corrections and Rehabilitation
Office of Appeals

# Memorandum



To: ——— Claimant

Subject: **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Institutional Level Rejection Notice**

**Date:**    MAY 2 5 2022

**To:**      MUNDY, STANLEY (BN2899)
             # C 014 1148001LP
             Mule Creek State Prison
             P.O. Box 409099
             Ione, CA 95640

**Tracking #:**    MCSP HC 22000827

Your health care grievance submitted for institutional level review does not comply with health care grievance procedures established in California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5, and is rejected for the following reason(s):

**Excessive Filings:** California Code of Regulations, Title 15, Section 3999.226(c), states "The grievant has the right to submit one health care grievance every 14 calendar days, unless it is accepted as an expedited grievance. The 14 calendar day period shall commence on the calendar day following the grievant's last accepted health care grievance."

Explain the reason you believe your submission does not fall within the parameters of the excessive filings criteria in regard to the last accepted health care grievance referenced below.

**Duplicate:** California Code of Regulations, Title 15, Section 3999.234(a)(6) states, "The health care grievance duplicates the grievant's previous health care grievance upon which a decision was rendered or is pending and the grievant has not provided any new information that would indicate additional review is warranted."

Provide any new information that would indicate additional review is warranted and/or why you believe this is not a duplicate to health care grievance referenced below.

MCSP HC 22000780 was accepted at the Institutional Level of Review on May 11, 2022, with a due date of July 11, 2022.

K. Mann, CHSA II
Health Care Grievance Office Representative
Mule Creek State Prison

RECEIVED
MCSP
MAY 2 7 2022
HCGO

COMPLETED
MCSP
AUG 0 1 2022
HCGO

86

**GRIEVANCE**

CDCR 602-1 (Rev. 01/22)

Page 1 of 2

| | |
|---|---|
| | OGT Log No: _____ Date Received: _____ |
| | Decision Due Date: _____ |
| | Categories: _____ |

Claimant Name: _STAN MUNDY_     CDCR #: _BN2899_

Institution/Parole Region: _MCSP_     Current Housing/Parole Unit: _C-11-127_

_I WOULD LIKE TO SPEAK TO THE CAPTAIN IN CHARGE OF THIS YARD 'c'_
_OR THE WARDEN THANK YOU_

<u>Use this form to file a complaint with the Department.</u>

**In order for the Department to understand your complaint, please answer all of the following questions:**

- What is the nature of your complaint? _FAILURE TO WARN, PROVIDE SAFE FOOD AND MEDICAL CARE_
- When and where did the complaint occur? _ONGOING 2-2021 THRU TODAY_
- Who was involved? _MEDICAL, CORRECTIONAL ADMINISTRATORS_
- Which specific people can support your complaint? _NUMEROUS_
- Did you try to informally resolve the complaint? _YES IN MANY WAYS_
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint? _TO RECIEVE A NON SOY DIET, MEDICAL TREATMENT A CARDIOLOGIST PENSCRIBED DIET, TO NOT BE TRANSFERRED, OR RETALIATED ON._
  NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

_I AM GRIEVING CDCR ADMINISTRATORS, WARDENS POLICY THAT DOES NOT LABEL OR WARN MY-SELF WHO HAS A CLINICALLY DIAGNOSED SEVERE SOY ALLERGY (SEE EXHIBITS) YOU TELL INMATES TO AVOID "SOY" OR ALLERGIC FOODS BUT YOU FAIL TO FOLLOW FEDERAL LAW AND WARN INMATES WHICH FOODS CONTAIN ALLERGIC PRODUCTS, YOU CHANGE INGREDIANTS OR PRODUCTS WITHOUT WARNING PLAINTIFF SO I CAN PROTECT MYSELF. WHICH ADMINISTRATORS AND DOCTOR KNOW THESE REACTIONS CAUSE ME MULTIPLE SERIOUS REACTION ONE IS INTERNAL BLEEDING WHICH DOCTORS ALSO YOU ADMINISTRATOR KNOW COULD KILL ME. I WAS SENT HERE TO GET A NON SOY AND A TRUE CARDIOLOGIST DIET WHICH IS DIFFERENT THAN CDCR "HEART HEALTH DIET" CARDIOLOGIST AND OTHER DOCTOR HAVE PENSCRIBED THIS DIET WHICH I WAS SENT TO THIS INSTITUTION TO PRODUCE CAN PRODUCE AND I HAVE PROOF CAN PROVIDE, I HAVE EVEN THREATENED IF I PERSIST IN ASKING FOR THIS DIET I WILL BE TRANSFERRED THIS IS RETALIATION LOOK AT CCHCS POLICY MANUEL THE DOCTOR, AND DIETICIAN CAN ORDER THE DIET WHICH THIS FACILITY IS DESIGNATED TO COOK AND PROVIDE ME, I HAVE AN ACTIVE CASE TO PROVE MY INNOCENCE ALL I WANT TO DO IS GET SAFE FOOD SO I CAN PURSUE MY LEGAL RIGHTS, PLEASE LABEL THE FOODS YOU FEED ME OR PROVIDE ME WITH A SAFE CARDIOLOGIST & NON SOY DIET WITHOUT THREATS, THANK YOU._

ADA Accessible

# CORRECTIONAL EMPLOYEES ALL-PURPOSE WORK SHEET
## FOR
## CDC - 115, CDC - 128-A, CDC - 128-B, CDC - 128-B1 AND INCIDENT REPORT PART C

| | | |
|---|---|---|
| ☐ CDC - 115 REPORT LOG | INMATES NAME | **MUNDY** |
| ☐ CDC - 128 - A COUNSELING CHRONO | INMATES NUMBER | BN-2899 |
| ☐ CDC - 128 - B INFORMATIVE CHRONO | INMATES HOUSING | C-14-148L |
| ☒ CDC - 128 - B1 CLASSIFICATION ORDER | INMATES RACE | W ☒  M☐  B☐  O☐  I☐ |
| ☐ SUPPLEMENTAL REPORT | WATCH : (SHIFT) | 1st☐  2nd☒  3rd☐ |

**THE ABOVE NAMED INMATE IS BEING CHARGED WITH THE FOLLOWING RULES VIOLATION (S)**

D. R. NUMBER. _____    SPECIFIC ACT _____

LOCATION _____

Inmate Mundy BN-2899 was assigned to Meat Cutting on 4/21/22, he reported to his job assignment and worked the full day. On 4/22/22 the next day, Inmate Mundy reported to work with his face swollen because of an allergic reaction. Inmate Mundy informed us that he is allergic to "Soy" products. The Meat plant produces and mixes soy into various products. Mundy said that his allergy to soy is documented in his file. Therefore, I am recommending that inmate Mundy be removed from the PIA work program due to allergy to soy that is produced on a regular basis at the Meat Plant.

Manuel Higuera
PERNR# 106775

M. HIGUERA    _~~ C H~ 5/24/22_
REPORTING EMPLOYEE. PRINT INITIAL & NAME          REVIEWING SERGEANT. PRINT INITIAL & NAME

| PIA | SUPERINTENDENT II | 2RD | S/S | |
|---|---|---|---|---|
| POST # | POSITION | BADGE # | WATCH | RDO'S |

REMINDER : IF YOU HAVE NOT ANSWERED THE FOLLOWING : WHO, WHAT, WHERE, HOW, AND WHY, YOUR REPORT IS NOT COMPLETE. IF YOUR REPORT IS NOT LEGIBLE OR DOSE NOT CONTAIN ALL INFORMATION REQUESTED ON THIS FORM, IT WILL BE RETURNED FOR RE-WRITE

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS AND REHABILI

## INMATE REQUEST FOR INTERVIEW

| DATE 4/29/22 | TO DIETICIAN AND DR HLA. | FROM (LASTNAME) MUNDY | | CDCR NUMBER BN2899 |
|---|---|---|---|---|
| HOUSING C.14 | BED NUMBER 148 | WORK ASSIGNMENT | JOB NUMBER FROM        TO | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS FROM        TO | |

### Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

DO YOU KNOW HOW LONG IT WILL BE TILL I GET MY DIET TRAYS?
CAN I GET PEDIALITE TO HELP MY ENERGY LEVELS / PEDIALITE CHILDRENS
ALSO BOOST OR ENSURE CHILDRENS I BELIEVE DOES NOT HAVE SOY, CAN YOU PLEASE
TO HELP MY SEVERE FATIGUE THANK YOU, RESPECTFULLY SMundy
THANK YOU AGAIN FOR HELPING ME ADDRESS MY NUTRITIONAL AND HEALTH NEEDS

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|

Unfortunately, I cannot start a diet at this time

DISPOSITION

Your allergy is to the soy-protein; The soy oil does not
contain the protein therefore you can eat food cooked in
soy-oil. If your weight loss is significant, please have

2 89

provider x7362 for dietitian

Our therapeutic meals have the same amount of soy-protein based meats as the general diet, so no diet improvements would be made.

Currently your weight is stable.     Gaynor — RDN.
and within a healthy range.

Avoid plant-based meats, remainder of general diet can be consumed.

3  90

C1.4

Case 1:22-cv-00401-KES-SAB   Document 22   Filed 10/11/22   Page 176 of 277

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

(B) Orders and Renewals:

1. Nourishments and supplements, including vitamin and mineral supplements that are recommended by a Registered Dietitian, are provided only if ordered by a PCP or dentist according to criteria outlined in Appendix 1.

2. The order shall include the indication for the nourishment or supplement and the maximum duration of the order based on the criteria as noted in Appendix 1.

(C) Implementation:

1. Orders for nourishments and supplements are limited to those listed in Appendix 1, and may not be modified for religious reasons or for other personal requests.

2. Orders for nourishments including LNS shall be stored and distributed by institution food services and custody staff in accordance with established LOPs, and purchased by CCHCS, medical warehouse, or food services.

3. A system for tracking the distribution of nourishments and LNS to patients, as well as monitoring LNS usage levels and policy compliance shall be developed and incorporated into the LOPs.

(4) **Outpatient Therapeutic Diets and Texture Modified Diets**

(A) The CCHCS authorized outpatient therapeutic diets, their characteristics, and the indications for orders are noted in Appendices 2-A, B, C, D, and E.

(B) If an institution only has an OHU and no Registered Dietitian, outpatient therapeutic diets or texture modified diets, shall not be prepared, assembled, or served in that OHU.

(C) Outpatient therapeutic diets cannot be modified for religious reasons or for other personal requests. If a therapeutic diet is ordered for a patient, it shall take precedence over a religious diet.

(D) Refusal of Therapeutic Diets

1. Patients may refuse an ordered outpatient therapeutic diet and the refusal shall be documented in the health record. If, after educating the patient regarding the health care benefits of the ordered diet, the patient continues to refuse the ordered diet, a CDCR 7225, Refusal of Examination and/or Treatment, shall be completed and scanned into the health record. Patients who refuse an ordered diet shall be offered the CDCR Heart Healthy Diet.

2. Patients shall not be issued a Rules Violation Report (RVR) for refusing an outpatient therapeutic diet. A patient may be issued an RVR for circumventing meal procedures such as picking up a therapeutic meal and a regular meal or other violations of meal procedures. A patient shall not be issued an RVR for eating items other than those on the outpatient therapeutic diet (e.g., canteen purchases).

(E) Housing for Patients Requiring an Outpatient Therapeutic Diet

1. Patients requiring an outpatient therapeutic diet or texture modified diet shall be housed only at institutions listed in Appendix 3 that have the capability to prepare these diets under the direction and supervision of a Registered Dietitian and trained dietary staff.

2. When a patient is not housed at one of the listed institutions and is identified by a PCP or dentist as requiring an outpatient therapeutic diet or texture modified diet, the PCP or dentist shall initiate a transfer per the LOP. While the transfer is pending, the patient shall be given dietary instruction for making appropriate food choices from the CDCR Standardized Master Menu, or an LNS if texture modification is needed, but shall not receive an outpatient therapeutic diet.

3. Patients receiving an outpatient therapeutic diet or texture modified diet shall not be housed in a CTC, SNF, Hospice, or any other licensed bed or OHU due solely to receive the ordered diet.

4. Patients requiring a therapeutic diet that is not an authorized outpatient diet may receive the diet if they are housed at California Health Care Facility, California Medical Facility, or Central California Women's Facility and if the diet has been evaluated and approved by the institution's CME in consultation with the Food Administrator I/II.

(F) Meals and Meal Service

1. Outpatient Therapeutic Diets Using the CCHCS Standardized Health Care Menu

a. For outpatient therapeutic diet meals, the CCHCS Standardized Health Care Menu shall be followed. The menu is based on using approved frozen dietary meals.

b. CCHCS is responsible for purchasing the frozen dietary meals, plus all special foods (e.g., low sodium, low fat, gluten free) used in the outpatient therapeutic diet meals.

4

91

Case 1:22-cv-00481-KES-SAB    Document 22    Filed 10/11/22    Page 177 of 277

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

C.1.5

c. The CCHCS Standardized Health Care Menu has been analyzed and is consistent with recognized standards established by the Food and Nutrition Board, Institute of Medicine of the National Academies of Sciences, and the Academy of Nutrition and Dietetics.
d. Frozen dietary meals are a component of outpatient therapeutic diets, but they do not meet all the nutritional needs of patients. Outpatient therapeutic diets that include frozen dietary meals shall be assembled and supplemented under the direction of a Registered Dietitian.
e. Staff shall not open the frozen dietary meals unless necessary to modify the texture or make food substitutions per diet order. The meals shall be provided to the patient in a sealed state except in settings where packaging may pose a security risk such as the segregated housing units.
f. The meals vary in their amounts of key nutrients from day to day. Therefore, the standardized menu includes varying amounts and types of accompanying food items. Dietary staff preparing the therapeutic meals shall ensure that the indicated amount of margarine, bread, and other food items specified on the daily menus are being served with the frozen meal.

2. Kitchen Prepared Therapeutic Diet Meals
a. Institutions with a therapeutic diet kitchen are exempt from using the frozen dietary meals or CCHCS standardized health care menus.
b. The Registered Dietitian at these facilities shall develop and prepare therapeutic diet meals based on the diet parameters in Appendices 2-A, B, C, D, and E.

3. Delivery
a. Outpatient therapeutic diet meal trays or texture modified diet meals shall be fully assembled and identified by diet type in the medical dietary preparation area or in a designated area of the main kitchen and be ready for delivery to patients.
b. Outpatient therapeutic diet meals or texture modified diet meals shall be delivered to the patients in accordance with established LOPs.
c. Food service and custody staff assigned to the dining rooms that serve outpatient therapeutic diet meals or texture modified diet meals shall maintain a list of patients who are ordered these diets.

4. The health care Food Administrator I, Food Administrator II, or Registered Dietitian shall ensure culinary staff is trained to prepare and serve the outpatient therapeutic diet meals or texture modified diet meals.

(G) LOP
Each institution CEO is responsible for ensuring that the institution has an approved and current LOP that includes, at a minimum:
1. Contact information for the Registered Dietitian or for the person designated to perform the responsibilities of the Registered Dietitian.
2. Methods for distributing patient diet education handouts, expected reorder levels for handouts, or reproduction procedures.
3. Procedures for referring patients for diet instruction and dietitian consultation.
4. Procedures for obtaining CME or SD approval of nourishments or supplements for patients that do not have one of the listed indications.
5. Procedures for how approved nourishments and supplements are billed to health care services, distributed, and tracked.
6. Procedures for routine delivery of outpatient therapeutic diet meals and texture modified diet meals to patients and delivery during lockdown situations.
7. A tracking method to ensure patients are receiving outpatient therapeutic diet meals and texture modified diet meals at the proper food temperatures.
8. Development and implementation of a local training plan.
9. A process for approval and local sign-off of the LOP.

**Appendices**
- Appendix 1, Approved Nourishments And Supplements With Indications
- Appendix 2-A, Gluten-Free Diet
- Appendix 2-B, Hepatic Diet (2 gram Sodium)
- Appendix 2-C, Renal Dialysis Diet

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

c. The CCHCS Standardized Health Care Menu has been analyzed and is consistent with recognized standards established by the Food and Nutrition Board, Institute of Medicine of the National Academies of Sciences, and the Academy of Nutrition and Dietetics.

d. Frozen dietary meals are a component of outpatient therapeutic diets, but they do not meet all the nutritional needs of patients. Outpatient therapeutic diets that include frozen dietary meals shall be assembled and supplemented under the direction of a Registered Dietitian.

e. Staff shall not open the frozen dietary meals unless necessary to modify the texture or make food substitutions per diet order. The meals shall be provided to the patient in a sealed state except in settings where packaging may pose a security risk such as the segregated housing units.

f. The meals vary in their amounts of key nutrients from day to day. Therefore, the standardized menu includes varying amounts and types of accompanying food items. Dietary staff preparing the therapeutic meals shall ensure that the indicated amount of margarine, bread, and other food items specified on the daily menus are being served with the frozen meal.

2. Kitchen Prepared Therapeutic Diet Meals
   a. Institutions with a therapeutic diet kitchen are exempt from using the frozen dietary meals or CCHCS standardized health care menus.
   b. The Registered Dietitian at these facilities shall develop and prepare therapeutic diet meals based on the diet parameters in Appendices 2-A, B, C, D, and E.

3. Delivery
   a. Outpatient therapeutic diet meal trays or texture modified diet meals shall be fully assembled and identified by diet type in the medical dietary preparation area or in a designated area of the main kitchen and be ready for delivery to patients.
   b. Outpatient therapeutic diet meals or texture modified diet meals shall be delivered to the patients in accordance with established LOPs.
   c. Food service and custody staff assigned to the dining rooms that serve outpatient therapeutic diet meals or texture modified diet meals shall maintain a list of patients who are ordered these diets.

4. The health care Food Administrator I, Food Administrator II, or Registered Dietitian shall ensure culinary staff is trained to prepare and serve the outpatient therapeutic diet meals or texture modified diet meals.

(G) LOP
Each institution CEO is responsible for ensuring that the institution has an approved and current LOP that includes, at a minimum:

1. Contact information for the Registered Dietitian or for the person designated to perform the responsibilities of the Registered Dietitian.
2. Methods for distributing patient diet education handouts, expected reorder levels for handouts, or reproduction procedures.
3. Procedures for referring patients for diet instruction and dietitian consultation.
4. Procedures for obtaining CME or SD approval of nourishments or supplements for patients that do not have one of the listed indications.
5. Procedures for how approved nourishments and supplements are billed to health care services, distributed, and tracked.
6. Procedures for routine delivery of outpatient therapeutic diet meals and texture modified diet meals to patients and delivery during lockdown situations.
7. A tracking method to ensure patients are receiving outpatient therapeutic diet meals and texture modified diet meals at the proper food temperatures.
8. Development and implementation of a local training plan.
9. A process for approval and local sign-off of the LOP.

**Appendices**
- Appendix 1, Approved Nourishments And Supplements With Indications
- Appendix 2-A, Gluten-Free Diet
- Appendix 2-B, Hepatic Diet (2 gram Sodium)
- Appendix 2-C, Renal Dialysis Diet

Case 1:22-cv-00401-JLS-SAB Document 22 Filed 06/13/22 Page 179 of 277

(B) Orders and Renewals:
1. Nourishments and supplements, including vitamin and mineral supplements that are recommended by a Registered Dietitian, are provided only if ordered by a PCP or dentist according to criteria outlined in Appendix 1.
2. The order shall include the indication for the nourishment or supplement and the maximum duration of the order based on the criteria as noted in Appendix 1.

(C) Implementation:
1. Orders for nourishments and supplements are limited to those listed in Appendix 1, and may not be modified for religious reasons or for other personal requests.
2. Orders for nourishments including LNS shall be stored and distributed by institution food services and custody staff in accordance with established LOPs, and purchased by CCHCS, medical warehouse, or food services.
3. A system for tracking the distribution of nourishments and LNS to patients, as well as monitoring LNS usage levels and policy compliance shall be developed and incorporated into the LOPs.

(4) **Outpatient Therapeutic Diets and Texture Modified Diets**
(A) The CCHCS authorized outpatient therapeutic diets, their characteristics, and the indications for orders are noted in Appendices 2-A, B, C, D, and E.
(B) If an institution only has an OHU and no Registered Dietitian, outpatient therapeutic diets or texture modified diets, shall not be prepared, assembled, or served in that OHU.
(C) Outpatient therapeutic diets cannot be modified for religious reasons or for other personal requests. If a therapeutic diet is ordered for a patient, it shall take precedence over a religious diet.
(D) Refusal of Therapeutic Diets
1. Patients may refuse an ordered outpatient therapeutic diet and the refusal shall be documented in the health record. If, after educating the patient regarding the health care benefits of the ordered diet, the patient continues to refuse the ordered diet, a CDCR 7225, Refusal of Examination and/or Treatment, shall be completed and scanned into the health record. Patients who refuse an ordered diet shall be offered the CDCR Heart Healthy Diet.
2. Patients shall not be issued a Rules Violation Report (RVR) for refusing an outpatient therapeutic diet. A patient may be issued an RVR for circumventing meal procedures such as picking up a therapeutic meal and a regular meal or other violations of meal procedures. A patient shall not be issued an RVR for eating items other than those on the outpatient therapeutic diet (e.g., canteen purchases).
(E) Housing for Patients Requiring an Outpatient Therapeutic Diet
1. Patients requiring an outpatient therapeutic diet or texture modified diet shall be housed only at institutions listed in Appendix 3 that have the capability to prepare these diets under the direction and supervision of a Registered Dietitian and trained dietary staff.
2. When a patient is not housed at one of the listed institutions and is identified by a PCP or dentist as requiring an outpatient therapeutic diet or texture modified diet, the PCP or dentist shall initiate a transfer per the LOP. While the transfer is pending, the patient shall be given dietary instruction for making appropriate food choices from the CDCR Standardized Master Menu, or an LNS if texture modification is needed, but shall not receive an outpatient therapeutic diet.
3. Patients receiving an outpatient therapeutic diet or texture modified diet shall not be housed in a CTC, SNF, Hospice, or any other licensed bed or OHU due solely to receive the ordered diet.
4. Patients requiring a therapeutic diet that is not an authorized outpatient diet may receive the diet if they are housed at California Health Care Facility, California Medical Facility, or Central California Women's Facility and if the diet has been evaluated and approved by the institution's CME in consultation with the Food Administrator I/II.
(F) Meals and Meal Service
1. Outpatient Therapeutic Diets Using the CCHCS Standardized Health Care Menu
   a. For outpatient therapeutic diet meals, the CCHCS Standardized Health Care Menu shall be followed. The menu is based on using approved frozen dietary meals.
   b. CCHCS is responsible for purchasing the frozen dietary meals, plus all special foods (e.g., low sodium, low fat, gluten free) used in the outpatient therapeutic diet meals.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME *STAN MUNDY* | CDCR NUMBER *BN7899* | HOUSING *C-14-118* |
|---|---|---|

| PATIENT SIGNATURE | DATE *6-17-2022* |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *DR HLA AND DIETITIAN, MY CARDIOLOGIST RECOMENDED A NON SOY DIET AND A TRUE HEART HEALTH DIET. I HAVE CONTINUED BUILDING RECENCY I TRY TO AVOID THE SOY DIET BUT NOT ALL FOODS ARE MARKED. YOU CAN GIVE ME A NON SOY DIET JUST LIKE DYALOSIS PATIENTS GET HERE YOU KNOW FROM SAC MAIN JAIL RECORDS I HAVE A SOY ALLERGY, FOOD ARE COOKED IN SOY OIL, MY RASHS AND SKIN LESIONS CONTINUE*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM *PLEASE HLA MD,*

6    93

*MEETING WITH DIETICIAN*
*Thurs. 4/29/22*



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Guidelines for Managing a Food Allergy or Intolerance

Your Primary Care Provider may have told you that your food allergy, or food intolerance is/are the following:

Food intolerance is when your body has trouble digesting a food. It can make you feel bad, usually with an upset stomach or gassiness. The most common food sensitivity or intolerance is to lactose, which is a natural sugar found in milk.

A food allergy is when your body's immune system reacts to a food protein because it has mistaken that food protein as a threat. Your body responds by trying to get the harmful food out of your body. The food you are allergic to is called a "food allergen." The response your body has to that food is called an "allergic reaction." Symptoms can appear within minutes to several hours after eating the food to which you are allergic, but they can also begin later. Sometimes symptoms may take as long as 72 hours to appear. If you experience an allergic reaction, prompt and rapid treatment is important.

Symptoms can affect many different parts of the body. An allergic reaction to food can affect the skin, the gastrointestinal tract, the respiratory tract and, in the most serious cases, the cardiovascular system. The symptoms can be mild (itchy nose or a few hives), but they can also be severe (trouble breathing, repetitive vomiting, weak pulse, etc.) Symptoms can worsen quickly and what caused a mild reaction one time can lead to severe reaction the next time. Allergic reactions are unpredictable. How severe the reaction is, and which symptoms you get, can change from one reaction to the next. Past reactions do not predict future reactions. It is important to be able to quickly recognize and treat an allergic reaction.

The most dangerous reaction is called anaphylaxis (pronounced an-uh-fil-LAX-is). Anaphylaxis is a severe allergic reaction that may happen quickly and may cause death. The first-line treatment for anaphylaxis is a medication called epinephrine. Epinephrine is a type of adrenaline. It helps reverse the symptoms of a severe reaction. It is considered a very safe medicine.

Mild to moderate symptoms may include one or more of the following:
- Hives (reddish, swollen, itchy areas on the skin)
- Eczema (a persistent dry, itchy rash)
- Redness of the skin, particularly around the mouth or eyes
- Itchy mouth or ear canal
- Nausea or vomiting
- Diarrhea
- Stomach pain
- Nose congestion or runny nose
- Sneezing
- Slight, dry cough
- Odd taste in mouth

Severe symptoms may include one or more of the following:
- Trouble swallowing
- Shortness of breath or wheezing
- Turning blue
- Drop in blood pressure (feeling faint, confused, weak, passing out)

**STOP**

Get help if you're experiencing these symptoms

7    94

1



**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

- Loss of consciousness
- Chest pain
- A weak pulse

Eight common food allergies or intolerance:



The only way to prevent an allergic reaction is to avoid the food to which you are allergic. The prison food service staff is not required to provide you with a special food substitution. Avoiding the problem food is your responsibility. The meals prepared in your prison are adequate to meet your dietary needs.

**Start with a Plan**

Educate yourself by reading all labels or asking about ingredients.
If you have been prescribed epinephrine or antihistamines take them as prescribed.
Be prepared by having your prescription for epinephrine or antihistamines filled and readily available.
Have a plan for when an allergic reaction occurs. Ensure your cell mates know what you are allergic to and how they can assist you when an allergic reaction occurs.

**Milk Allergy**
Milk Protein is sometimes found in the following:

- Bakery Goods
- Brownies
- Cakes
- Cheese in all forms ✓
- Cream Cheese
- Cookies
- Cornbread
- Cottage Cheese

- Cream Gravy
- Creamed Beef
- French Toast
- Hot Dog and Hamburger Buns
- Ice Cream and Sherbet
- Macaroni and Cheese
- Margarine

- Milk in all forms
- Chocolate in all forms
- Pizza
- Puddings
- Sandwich Bread
- Sweet Rolls
- Whipped Cream
- Yogurt

95



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Egg Allergy**
Egg Protein is sometimes found in the following:

- Bakery Goods
- Breaded items
- Breakfast Pockets
- Cakes
- Carrot Salad
- Coffeecake
- Coleslaw (mayonnaise)

- Cookies
- Cornbread
- Egg Noodles
- Eggs in all forms
- Eggnog
- French Toast
- Macaroni Salad

- Mayonnaise
- Meatloaf
- Pancakes
- Potato Salad
- Ravioli
- Some Salad Dressings

**Peanut Allergy**
CDCR does not use peanut oil in its standard diet. Peanut butter and peanut butter cookies are readily identifiable and can be avoided.

**Wheat Allergy**
Please refer to the **Gluten-Free Diet handout.**

**Healthy Eating Tips**
Eat the right amount of calories for how active you are, so that you balance the energy you consume with the energy you use. Eat a wide range of foods to ensure that you're getting a balanced diet and that your body is receiving all the nutrients it needs. Eat lots of fruit and vegetables, cut down on saturated fat and sugar, eat less salt and drink plenty of water. Eat three main meals each day. Skipping meals can rob your body of the protein, vitamins, and minerals that you need to stay healthy.

If a certain food bothers you, do not eat it at all.        *THEN WHAT CAN I EAT*
                                                            *SOY IS IN EVERYTHING.*

Remember -- Your health is your responsibility!

9        96

Discharge Instructions Document                                    ZZZMUNDY, STANLEY - 2520335854(BMH)

# Bakersfield Memorial Hospital
## 420 34th Street
## Bakersfield, CA 93301
## (661) 327-4647

# ZZZMUNDY, STANLEY

**DOB:** 05/28/1958
**MRN:** 2520335854(BMH)
**Visit Date:** 02/18/2022

# Inpatient Discharge Instructions

## Your Care Team

**Admitting Physician -** Thompson MD, Caleb

**Attending Physician -**
 Mangat, Geeteshwar S MD

**Lifetime Physician(PCP) -** PCP, No

## Discharge Vitals

Temperature 36.7 °C (Oral)  **TMIN** 36.4 °
C (Oral)  **TMAX** 36.8 °C (Oral)  **Heart
Rate** 55  **Respiratory Rate** 18  **Blood
Pressure** 129/80

## Your Diagnosis

HTN (hypertension)
Unstable angina

# What to do next

## You May Need to Schedule the Following Appointments

**Follow Up with** Follow up
with primary care provider
**When**   *9 to 14 days*

We encourage you to sign up for My Portal, where you can easily access your medical
records and test results from all Dignity Health care centers.

*10   97*

Discharge Instructions Document                                    ZZZMUNDY, STANLEY - 2520335854(BMH)

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| *Unchanged* | mupirocin topical (mupirocin topical 2% ointment) | 1 Application Apply to skin (affected area) | Three times daily | *Resume @home* | |
| *Unchanged* | nitroglycerin (nitroglycerin (NTG) 0.4 mg sublingual tab) | 1 tab(s) Under tongue | Every 5 minutes as needed for Chest Pain | *Resume if needed* | |
| *Unchanged* | pantoprazole (Protonix 40 mg oral delayed release tablet) | 1 tab(s) By mouth | Once daily | *Resume @home* | |
| *Unchanged* | polycarbophil (polycarbophil 625 mg oral tablet) | 2 tab(s) By mouth | Four times daily | *Resume @home* | |

| | What | How Much | When | Comments |
|---|---|---|---|---|
| *Stop Taking* | lisinopril (lisinopril 10 mg oral tablet) | 1 tab(s) By mouth | Once daily | |

## Discharge Orders

**Discharge Orders:**

**Discharge** Today, Correctional Facility
  **Order Comments:**  Follow up with PCP and DR. Thompson in one week. thank you!

**Discharge Activity**  As tolerated

**Discharge Diet**  Heart Healthy Diet (Cardiac) *Dart - Dash*

## Case Management Instructions

**Patient Discharge Goal:**
Other: back to valley state prison

*// 98*

Discharge Instructions Document                    ZZZMUNDY, STANLEY - 2520335854(BMH)

- Your personal target blood pressure may vary.

## Follow these instructions at home:

### Eating and drinking



- If told, follow the DASH eating plan. To follow this plan:
  ○ Fill one half of your plate at each meal with fruits and vegetables.
  ○ Fill one fourth of your plate at each meal with whole grains. Whole grains include whole-wheat pasta, brown rice, and whole-grain bread.
  ○ Eat or drink low-fat dairy products, such as skim milk or low-fat yogurt.
  ○ Fill one fourth of your plate at each meal with low-fat (lean) proteins. Low-fat proteins include fish, chicken without skin, eggs, beans, and tofu.
  ○ Avoid fatty meat, cured and processed meat, or chicken with skin.
  ○ Avoid pre-made or processed food.
- Eat less than 1,500 mg of salt each day.
- **Do not** drink alcohol if:
  ○ Your doctor tells you not to drink.
  ○ You are pregnant, may be pregnant, or are planning to become pregnant.
- If you drink alcohol:
  ○ Limit how much you use to:
    ▪ 0–1 drink a day for women.
    ▪ 0–2 drinks a day for men.
  ○ Be aware of how much alcohol is in your drink. In the U.S., one drink equals one 12 oz bottle of beer (355 mL), one 5 oz glass of wine (148 mL), or one 1½ oz glass of hard liquor (44 mL).

### Lifestyle



- Work with your doctor to stay at a healthy weight or to lose weight. Ask your doctor what the best weight is for you.

12    99

Your issues regarding Cardiology follow-up and request for Telemedicine consultation will not be addressed herein as these are duplicate issues to those in health care grievance tracking number MCSP HC 22000827, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

Your issues regarding non-soy, heart-healthy diet will not be addressed herein as these are duplicate issues to those in health care grievance tracking numbers MCSP HC 22000858, MCSP HC 22000827, and MCSP HC 22000780, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically necessary health care services. It is apparent from the review of your health records that your treatment here at Mule Creek State Prison has been appropriate and timely. This institution's health care service endeavors to provide appropriate medical care treatment commensurate with the community health care standards.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

M. Ullery, MD
Chief Physician & Surgeon
Health Care Grievance Office
Mule Creek State Prison

8/5/22
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 3/23/2022     **Date IAC Received 1824:** 3/16/2022     **1824 Log Number:** 164745671957

**Inmate's Name:** Mundy        **CDCR #:** BN2899

**RAP Staff Present:** R. Barker, AW(A) (ADAC), M. Conanan, M.D. (CME), C. Hernandez, AGPA (HCCA), S. Thomas, AGPA (HCGC), P. Longoria, (SVI) and J. Vierra (IGC).

**Summary of Inmate's 1824 Request:** Inmate is requesting help on a computer, proper diet and to see a specialist concerning surgeries and leg damage and infections. Inmate is requesting a lower tier, lower bunk Chrono.

### Interim Accommodation:

☐ No interim accommodation required:

☒ Interim accommodation issued. Provided a temporary low bunk Chrono

### RAP RESPONSE:

On March 16, 2022, you submitted a Reasonable Accommodation Request (CDCR 1824), requesting help on a computer to do your legal work, a proper non soy diet, heart healthy diet to keep you from having further heart and internal damage and stop further infections. You state you need to see someone regarding the surgeries you need and to see a specialist regarding the infections and leg damage. You are also requesting a lower tier lower bunk Chrono. Specifically, you state you have a problem thinking clearly, writing, communicating clearly due to suffering from dyslexia and sometimes write or say things backwards. You state you have heart problems which cause dizziness, nausea, tiredness and confusion. You state you have bad infections causing damage to your right knee, leg, in the bone and knee tendons which is severely painful causing muscle cramps that wake you at night. You state you have problems climbing stairs and getting into bed causing severe pain.

On March 16, 2022, Grievances Staff J. Vierra contacted C. Hernandez, Compliance Analyst recommending you be seen by medical. Vierra contacted R. Kuhn, Facility D Captain informing him you should stay on the lower bunk / lower tier in the interim of RAP.

On March 17, 2022, Correctional Sergeant C. Caldera interviewed you regarding your request, and asked if you feel you have safe access to programs, services and activities. You stated you have safe access to programs and services however it is strenuous walking across the facility due to knee and heart issues. Caldera asked you if you submitted a request to be seen by medical and you stated you are in the process of being treated by the doctor on Facility D. Caldera asked if you informed your building staff of your issues with climbing stairs. You stated you have spoken with staff regarding your issues and have been accommodated in Building 5 by being housed on the lower tier and in a lower bunk.

On March 17, 2022, Supervisor of Correctional Educational Programs (SCEP) C. Lopez submitted a Disability Verification Process Worksheet (DVP) indicating there is no verification of learning disability notated in your high school transcripts. A CDCR 128B Unverified LD Chrono was completed and placed in the Strategic Offender Management System (SOMS). SCEP Lopez indicated inmate clerks are assigned to the library and are available to assist and scribe if necessary.

On March 23, 2022, the RAP was convened and Doctor M. Conanan (Chief Medical Executive) submitted a DVP indicating you are requesting for a proper diet, to see someone regarding surgeries you need, to see a specialist for infections and leg damage, requesting for a lower bunk Chrono and you have dizziness and nausea due to ear problems. Dr. Conanan stated you were seen by the Primary Care Physician (PCP) on March 5, 2022, the PCP noted you have a Cardiology consult pending and had a coronary artery stent placement done in February 2022. The PCP noted consumption of fruits and vegetables was advised and you are clinically stable at this time. The PCP also noted active valley fever infection was discussed with you. Dr. Conanan stated the Chief Physician and Surgeon (CP&S) updated your 1845/7410 and issued you a temporary low bunk Chrono due to dizziness.

On March 23, 2022, the Health Care Grievances Coordinator (HCGC) provided a DVP indicating you have not submitted any HC 602 Grievances regarding special diet, lower bunk/tier Chrono, or specialist for leg infection, however, you did submit a HC 602 Grievance for help with legal work at North Kern State Prison (NKSP) on May 10, 2021. (NKSP HC 21000427 no intervention)

*14 101*

Based on all of the information collected as a result of this CDCR 1824 inquiry, the RAP determined an interim accommodation was required and you were provided a temporary low bunk Chrono by the CP&S due to your dizziness.

Your issues regarding Cardiology follow-up and request for Telemedicine consultation will not be addressed herein as these are duplicate issues to those in health care grievance tracking number MCSP HC 22000827, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

Your issues regarding non-soy, heart-healthy diet will not be addressed herein as these are duplicate issues to those in health care grievance tracking numbers MCSP HC 22000858, MCSP HC 22000827, and MCSP HC 22000780, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically necessary health care services. It is apparent from the review of your health records that your treatment here at Mule Creek State Prison has been appropriate and timely. This institution's health care service endeavors to provide appropriate medical care treatment commensurate with the community health care standards.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_8/5/22_
Reviewed and Signed Date

M. Ullery, MD
Chief Physician & Surgeon
Health Care Grievance Office
Mule Creek State Prison

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CDCR Statement Concerning Soy Products in Food

# EXHIBIT ___E___ 

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

**Appendix 3**

**Institutions Providing Outpatient Therapeutic Diets**

Central California Women's Facility
California Health Care Facility
California State Prison, Centinela
California Institution for Men
California Institution for Women
California Men's Colony (East)
California Medical Facility
California State Prison, Corcoran
California Substance Abuse Treatment Facility and State Prison, Corcoran
High Desert State Prison
Kern Valley State Prison
California State Prison, Los Angeles County
Mule Creek State Prison
North Kern State Prison
Pelican Bay State Prison
Pleasant Valley State Prison
Richard J. Donovan Correctional Facility
California State Prison, Sacramento
California State Prison, Solano
San Quentin State Prison
Salinas Valley State Prison
Wasco State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

**Appendix 2-E**

**Bariatric Surgery**

**Preoperative and Postoperative Diet**

A series of diet steps that have been carefully planned for the bariatric patient before and after surgery for weight loss success.

**INDICATIONS**
Preoperative and postoperative bariatric diets are for the patients who have successfully completed the Medical Weight Monitoring Program (MWMP) and have been approved for bariatric surgery by the CCHCS Statewide Medical Authorization Review Team (SMART).

**SPECIFICATION**
Preoperative and postoperative dietary regimens are essential to a patient's success. The diets may vary slightly depending on the type of bariatric surgery or the surgeon. The registered dietitian will work with the surgeon to individualize the diet plan. Most individualized plans will include the following:

- Preoperative - typically one to two weeks before surgery
- Postoperative
  - **Stage One—Bariatric Clear Liquid**
    Estimated duration 1 day to 1 week after surgery
  - **Stage Two—Bariatric Full Liquid Pureed**
    Estimated duration 1week to 4 weeks
  - **Stage Three—Bariatric Soft**
    Estimated duration 2 weeks to 6 weeks
  - **Stage Four—Regular Heart Healthy Diet**
    Estimated duration begins at 4 to 8 weeks
- Snack may be needed due to smaller meals being consumed

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

**3.1.12**     **Outpatient Dietary Intervention**

**(a) Policy**

California Department of Corrections and Rehabilitation (CDCR) provides patients with meals based on a CDCR Standardized Master Menu consistent with a CDCR Heart Healthy Diet. The CDCR Heart Healthy Diet eliminates the need for most therapeutic diets with appropriate patient diet instruction. California Correctional Health Care Services (CCHCS) shall provide diet instruction, outpatient therapeutic diets, texture modified diets, nourishments, and supplements as clinically indicated. It is the responsibility of each patient to monitor their diet in order to maintain optimum health.

**(b) Purpose**

(1) Ensure that patients with identified nutritional needs are provided diet instruction.

(2) Ensure that patients have clinically accurate information regarding appropriate nutritional choices.

(3) Ensure that patients receive medically necessary outpatient therapeutic diets, texture modified diets, nourishments, or supplements.

**(c) Responsibility**

**(1) Statewide**

The CCHCS Nutrition Subcommittee is responsible for:

(A) Annual review of this procedure.

(B) Recommending diet education handouts to the Clinical Operations Team and the Joint Clinical Executive Team for their approval.

(C) Overseeing the distribution of diet education handouts to all institutions.

**(2) Regional**

Regional Health Care Executives are responsible for the implementation of this procedure at the subset of institutions within their assigned region.

**(3) Institutional**

(A) The Chief Executive Officer (CEO), or designee, has overall responsibility for implementation and ongoing oversight of a system to provide outpatient therapeutic diets, texture modified diets, nourishments, or supplements to patients.

(B) The institution-based Registered Dietitian is responsible for:

1. Providing patients with dietary consultation or education as ordered by a Primary Care Provider (PCP) or dentist, including recommending therapeutic diets, texture modified diets, nourishments, and supplements.

2. Ensuring that standardized CDCR patient diet education handouts are available for use during diet instruction and patient care.

3. Ensuring that therapeutic diets and texture modified diets are prepared pursuant to this procedure.

4. Coordinating the distribution of therapeutic diets and texture modified diets to outpatients.

(C) An institution without a Registered Dietitian shall designate how and by whom the responsibilities of the Registered Dietitian shall be performed in a local operating procedure (LOP).

(D) The PCP or dentist is responsible for ordering medically necessary therapeutic diets, texture modified diets, nourishments, and supplements following CCHCS guidelines outlined in this procedure.

**(d) Procedure**

**(1) Dietary Consultation/Instruction**

(A) The PCP or dentist shall refer patients for dietary consultation by entering an order for "Consult to Registered Dietitian" in the health record. The order shall indicate the medical or dental condition requiring dietary consultation and any special medical and/or dietary considerations.

(B) Conditions for which dietary consultation may be considered include, but are not limited to:

1. Pregnancy
2. Disorders of mastication or dysphagia
3. Unintentional weight loss of greater than ten percent of body weight during the prior six months
4. Body Mass Index (BMI) less than 18
5. Diabetes
6. Hepatic disease
7. Kidney disease
8. Celiac disease

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

9.  Patients receiving Liquid Nutritional Supplements (LNS)
10. Food allergies or intolerances
11. Obesity BMI ≥ 30
12. Patients with other medical or dental conditions that the treating clinician determines, based on evidence, will benefit from the consultation.

(C) The Registered Dietitian, or designee, shall document dietary consultation and recommendations in the health record.

(D) Standardized CDCR patient dietary education handouts shall be available to all institutions for use during dietary instruction.

(E) Patients receiving dietary instruction shall not be housed in a Correctional Treatment Center (CTC), Skilled Nursing Facility (SNF), Hospice, or any other licensed bed or Outpatient Housing Unit (OHU) solely to receive this service.

(2) **Food Allergies and Intolerances**

(A) The PCP, or designee, shall evaluate patients who request a special diet due to claimed food intolerance or allergy in order to verify the presence of a food allergy or intolerance via objective clinical means. If the PCP determines the patient has a severe food allergy based on objective and verifiable information, the PCP shall determine whether the allergy can be appropriately managed by educating the patient to avoid the identified food or if other intervention, such as a nutrition supplement, is warranted. In extreme cases where the patient does not tolerate the supplement, the patient may require meals to be provided as a medical diet. An example of an extreme case may include patients with all of the following:

1.  Multiple food-allergy related hospitalizations.
2.  Abnormal food allergy lab profile.
3.  Verified food-specific allergen signs and symptoms including, but not limited to, anaphylaxis, eosinophilic esophagitis, hives, and enterocolitis.

(B) In addition to food allergy lab profile testing, subsequent testing, such as skin-testing, may be requested by the PCP to support abnormal laboratory values, unless an allergist states that substantiated, documented risk of anaphylaxis is so severe that skin-testing/additional testing would be life-threatening based on medically proven evidence of anaphylaxis with hospitalization.

(C) If a patient is allergic or intolerant to readily identified food (e.g., lactose intolerance, peanuts, or fish), they shall be educated to avoid the offending food, but no food substitution shall be given.

(3) **Nourishments and Supplements**

(A) Indications:

1.  The patient shall meet one or more of the following criteria to qualify for nourishments or supplements, except in special situations that shall be approved by the institution Chief Medical Executive (CME) or Supervising Dentist (SD):
    a.  Pregnancy and lactation.
    b.  Patients with type one diabetes mellitus and recurrent documented hypoglycemia.
    c.  Patients with impaired mastication and/or dysphagia, including that caused by:
        1)  Dental or oropharyngeal conditions.
        2)  Cerebrovascular or other significant neurological condition.
        3)  Esophageal obstruction or dysfunction.
    d.  Moderate to severe protein/calorie malnutrition due to metabolic deficiency or metabolic response to injury/illness evidenced by:
        1)  Significant weight loss of ten percent or more over the prior six months.
        2)  BMI less than 18.
    e.  Decompensated end stage liver disease with:
        1)  Ascites requiring paracentesis; or
        2)  Encephalopathy requiring hospitalization.
    f.  Bariatric Surgery.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

(B) Orders and Renewals:
1. Nourishments and supplements, including vitamin and mineral supplements that are recommended by a Registered Dietitian, are provided only if ordered by a PCP or dentist according to criteria outlined in Appendix 1.
2. The order shall include the indication for the nourishment or supplement and the maximum duration of the order based on the criteria as noted in Appendix 1.

(C) Implementation:
1. Orders for nourishments and supplements are limited to those listed in Appendix 1, and may not be modified for religious reasons or for other personal requests.
2. Orders for nourishments including LNS shall be stored and distributed by institution food services and custody staff in accordance with established LOPs, and purchased by CCHCS, medical warehouse, or food services.
3. A system for tracking the distribution of nourishments and LNS to patients, as well as monitoring LNS usage levels and policy compliance shall be developed and incorporated into the LOPs.

(4) **Outpatient Therapeutic Diets and Texture Modified Diets**
(A) The CCHCS authorized outpatient therapeutic diets, their characteristics, and the indications for orders are noted in Appendices 2-A, B, C, D, and E.
(B) If an institution only has an OHU and no Registered Dietitian, outpatient therapeutic diets or texture modified diets, shall not be prepared, assembled, or served in that OHU.
(C) Outpatient therapeutic diets cannot be modified for religious reasons or for other personal requests. If a therapeutic diet is ordered for a patient, it shall take precedence over a religious diet.
(D) Refusal of Therapeutic Diets
1. Patients may refuse an ordered outpatient therapeutic diet and the refusal shall be documented in the health record. If, after educating the patient regarding the health care benefits of the ordered diet, the patient continues to refuse the ordered diet, a CDCR 7225, Refusal of Examination and/or Treatment, shall be completed and scanned into the health record. Patients who refuse an ordered diet shall be offered the CDCR Heart Healthy Diet.
2. Patients shall not be issued a Rules Violation Report (RVR) for refusing an outpatient therapeutic diet. A patient may be issued an RVR for circumventing meal procedures such as picking up a therapeutic meal and a regular meal or other violations of meal procedures. A patient shall not be issued an RVR for eating items other than those on the outpatient therapeutic diet (e.g., canteen purchases).
(E) Housing for Patients Requiring an Outpatient Therapeutic Diet
1. Patients requiring an outpatient therapeutic diet or texture modified diet shall be housed only at institutions listed in Appendix 3 that have the capability to prepare these diets under the direction and supervision of a Registered Dietitian and trained dietary staff.
2. When a patient is not housed at one of the listed institutions and is identified by a PCP or dentist as requiring an outpatient therapeutic diet or texture modified diet, the PCP or dentist shall initiate a transfer per the LOP. While the transfer is pending, the patient shall be given dietary instruction for making appropriate food choices from the CDCR Standardized Master Menu, or an LNS if texture modification is needed, but shall not receive an outpatient therapeutic diet.
3. Patients receiving an outpatient therapeutic diet or texture modified diet shall not be housed in a CTC, SNF, Hospice, or any other licensed bed or OHU due solely to receive the ordered diet.
4. Patients requiring a therapeutic diet that is not an authorized outpatient diet may receive the diet if they are housed at California Health Care Facility, California Medical Facility, or Central California Women's Facility and if the diet has been evaluated and approved by the institution's CME in consultation with the Food Administrator I/II.
(F) Meals and Meal Service
1. Outpatient Therapeutic Diets Using the CCHCS Standardized Health Care Menu
   a. For outpatient therapeutic diet meals, the CCHCS Standardized Health Care Menu shall be followed. The menu is based on using approved frozen dietary meals.
   b. CCHCS is responsible for purchasing the frozen dietary meals, plus all special foods (e.g., low sodium, low fat, gluten free) used in the outpatient therapeutic diet meals.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

    c.  The CCHCS Standardized Health Care Menu has been analyzed and is consistent with recognized standards established by the Food and Nutrition Board, Institute of Medicine of the National Academies of Sciences, and the Academy of Nutrition and Dietetics.

    d.  Frozen dietary meals are a component of outpatient therapeutic diets, but they do not meet all the nutritional needs of patients. Outpatient therapeutic diets that include frozen dietary meals shall be assembled and supplemented under the direction of a Registered Dietitian.

    e.  Staff shall not open the frozen dietary meals unless necessary to modify the texture or make food substitutions per diet order. The meals shall be provided to the patient in a sealed state except in settings where packaging may pose a security risk such as the segregated housing units.

    f.  The meals vary in their amounts of key nutrients from day to day. Therefore, the standardized menu includes varying amounts and types of accompanying food items. Dietary staff preparing the therapeutic meals shall ensure that the indicated amount of margarine, bread, and other food items specified on the daily menus are being served with the frozen meal.

2.  Kitchen Prepared Therapeutic Diet Meals

    a.  Institutions with a therapeutic diet kitchen are exempt from using the frozen dietary meals or CCHCS standardized health care menus.

    b.  The Registered Dietitian at these facilities shall develop and prepare therapeutic diet meals based on the diet parameters in Appendices 2-A, B, C, D, and E.

3.  Delivery

    a.  Outpatient therapeutic diet meal trays or texture modified diet meals shall be fully assembled and identified by diet type in the medical dietary preparation area or in a designated area of the main kitchen and be ready for delivery to patients.

    b.  Outpatient therapeutic diet meals or texture modified diet meals shall be delivered to the patients in accordance with established LOPs.

    c.  Food service and custody staff assigned to the dining rooms that serve outpatient therapeutic diet meals or texture modified diet meals shall maintain a list of patients who are ordered these diets.

4.  The health care Food Administrator I, Food Administrator II, or Registered Dietitian shall ensure culinary staff is trained to prepare and serve the outpatient therapeutic diet meals or texture modified diet meals.

(G) LOP

Each institution CEO is responsible for ensuring that the institution has an approved and current LOP that includes, at a minimum:

1.  Contact information for the Registered Dietitian or for the person designated to perform the responsibilities of the Registered Dietitian.

2.  Methods for distributing patient diet education handouts, expected reorder levels for handouts, or reproduction procedures.

3.  Procedures for referring patients for diet instruction and dietitian consultation.

4.  Procedures for obtaining CME or SD approval of nourishments or supplements for patients that do not have one of the listed indications.

5.  Procedures for how approved nourishments and supplements are billed to health care services, distributed, and tracked.

6.  Procedures for routine delivery of outpatient therapeutic diet meals and texture modified diet meals to patients and delivery during lockdown situations.

7.  A tracking method to ensure patients are receiving outpatient therapeutic diet meals and texture modified diet meals at the proper food temperatures.

8.  Development and implementation of a local training plan.

9.  A process for approval and local sign-off of the LOP.

**Appendices**

- Appendix 1, Approved Nourishments And Supplements With Indications
- Appendix 2-A, Gluten-Free Diet
- Appendix 2-B, Hepatic Diet (2 gram Sodium)
- Appendix 2-C, Renal Dialysis Diet

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

- Appendix 2-D, Renal Non-Dialysis Diet
- Appendix 2-E, Bariatric Surgery
- Appendix 3, Institutions Providing Outpatient Therapeutic Diets

**References**
- California Code of Regulations, Title 15, Division 3, Chapter 1, Article 4, Section 3054(d)
- California Department of Corrections and Rehabilitation, Department Operations Manual, Chapter 5, Article 51, 54080.3, 54080.5-6, 54080.14
- Nutrition Care Manual, 2021, Academy of Nutrition and Dietetics

**Revision History**
Effective: 12/2003
Revision: 01/2022

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

**Appendix 1**
**Approved Nourishments And Supplements With Indications**

| CONDITION | NOURISHMENT | SUPPLEMENT | FREQUENCY |
|---|---|---|---|
| Pregnancy and lactation | • Two extra 8 oz. cartons of milk a day AND<br>• Two extra fresh fruit servings a day AND<br>• Two extra fresh vegetable servings a day | **Prenatal vitamins<br>If lactose intolerant, provide 600 mg calcium supplement daily. | Order may be written to be valid up to the estimated date of confinement plus 90 days. |
| Type one diabetes mellitus or brittle diabetes | • Two, 1 oz. pkgs. of either peanut butter & crackers<br>• OR cheese & crackers AND one fresh fruit | None | Order may be written with no stop date. |
| Malnourishment evidenced by: Significant weight loss (> 10% in prior 6 months) OR BMI <18 | None | ***Liquid Nutritional Supplement (LNS)<br>• Ensure Original<br>• Jevity 1 CAL<br>• Boost, or<br>• Nutren 1.0.<br>An equivalent liquid product may be substituted. | Order may be written for up to 90 days. |
| End-stage liver disease with ascites requiring paracentesis or encephalopathy requiring hospitalization | None | ***LNS High Calorie<br>• Ensure Plus<br>• Isosource 1.5<br>• Nutren 1.5<br>• Boost Plus, or<br>• Jevity 1.5.<br>An equivalent liquid product may be substituted. | Order may be written with no stop date. |
| Oropharyngeal or dental conditions impeding mastication and/or other conditions resulting in dysphagia* | None | ***LNS<br>• Ensure Original<br>• Boost, or<br>• Nutren 1.0.<br>An equivalent liquid product may be substituted. | Order may be written for up to 90 days. |
| Bariatric Surgery * | • 1 Tablespoon of peanut butter with 6 saltine crackers or 1 slice whole wheat bread OR<br>• 1 oz. sliced cheese with 6 saltine crackers or 1 slice whole wheat bread | | Order may be written up to 90 days |

| | |
|---|---|
| * | Only if the patient is not meeting nutritional needs as determined by a Registered Dietitian. |
| ** | Distributed by nursing. |
| *** | The most cost effective LNS meeting patient needs shall be utilized.<br>LNS Diabetic- Glytrol, Glucerna 1.0 CAL, Glucerna Shake, Glucerna 1.5 CAL or Boost Glucose Control.<br>LNS Renal- Novasource Renal or Nepro with Carb Steady.<br>These products may be used for patients who qualify for a supplement but have diabetes or renal disease. |

Appendix 1: Approved Nourishments And Supplements With Indications

CDCR Statement Concerning Soy Products in Food

# EXHIBIT ___E___ 

# CORRECTIONAL EMPLOYEES ALL-PURPOSE WORK SHEET
## FOR
## CDC - 115, CDC - 128-A, CDC - 128-B, CDC - 128-B1 AND INCIDENT REPORT PART C

| | |
|---|---|
| ☐ CDC - 115 REPORT LOG | INMATES NAME  **MUNDY** |
| ☐ CDC - 128 - A COUNSELING CHRONO | INMATES NUMBER  BN-2899 |
| ☐ CDC - 128 - B INFORMATIVE CHRONO | INMATES HOUSING  C-14-148L |
| ☒ CDC - 128 - B1 CLASSIFICATION ORDER | INMATES RACE  W☒  M☐  B☐  O☐  I☐ |
| ☐ SUPPLEMENTAL REPORT | WATCH : (SHIFT)  1st☐  2nd☒  3rd☐ |

**THE ABOVE NAMED INMATE IS BEING CHARGED WITH THE FOLLOWING RULES VIOLATION (S)**

D. R. NUMBER.

SPECIFIC ACT

LOCATION

Inmate Mundy BN-2899 was assigned to Meat Cutting on 4/21/22, he reported to his job assignment and worked the full day. On 4/22/22 the next day. Inmate Mundy reported to work with his face swollen because of an allergic reaction. Inmate Mundy informed us that he is allergic to "Soy" products. The Meat plant produces and mixes soy into various products. Mundy said that his allergy to soy is documented in his file. Therefore, I am recommending that inmate Mundy be removed from the PIA work program due to allergy to soy that is produced on a regular basis at the Meat Plant.

Manuel Higuera
PERNR# 106775

M. HIGUERA _____ 5/24/22

REPORTING EMPLOYEE. PRINT INITIAL & NAME        REVIEWING SERGEANT. PRINT INITIAL & NAME

| PIA | SUPERINTENDENT II | 2RD | S/S | |
|---|---|---|---|---|
| POST # | POSITION | BADGE # | WATCH | RDO'S |

REMINDER : IF YOU HAVE NOT ANSWERED THE FOLLOWING : WHO, WHAT, WHERE, HOW, AND WHY, YOUR REPORT IS NOT COMPLETE. IF YOUR REPORT IS NOT LEGIBLE OR DOSE NOT CONTAIN ALL INFORMATION REQUESTED ON THIS FORM, IT WILL BE RETURNED FOR RE-WRITE

| Disability Verification Process (DVP) Worksheet SIDE 1 DRAFT | INMATE'S NAME (Print) MUNDY | CDCR 1824 LOG NUMB NKSP-D-21-00192 |
|---|---|---|
| | CDCR NUMBER BN2899 | |

## INSTRUCTIONS

- A SME Shall COMPLETE SECTION 1 prior to or during the INITIAL RAP.

- When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).

---

**SECTION 1 – SME FINDINGS**

Person completing worksheet: Colette McPherson                    Title: Health Care Grievance Coordinator

Type of Review: ☐ Health care review    ☐ Mental Health review    ☐ Education / learning disability review
☑ Other review: Health Care Grievance Review

☐ File Review conducted. Documents obtained:

☐ CDCR 1845   dated: ___/___/___    ☐ CDCR 7410 dated: ___/___/___    ☐ CDCR 128-C2: dated: ___/___/___
☐ CDCR 7536   dated: ___/___/___    ☐ CDC 7221-DME dated: ___/___/___    ☐ CDCR 128-C3: dated: ___/___/___    ☐ CDCR 7386: dated: ___/___/___    ☐ CDCR 7388: dated: ___/___/___
☐ Other: _____ dated: ___/___/___    ☐ Other: _____ dated: ___/___/___

☐ Recently evaluated for this issue.    Date seen: ___/___/___

☐ Evaluation (exam/interview) scheduled.  Anticipated date to be seen: ___/___/___

*********************************************************************************

Disability indicated: ☐ Yes    ☐ No    ☐ Unable to Determine

I/P has no duplicate CDCR 602 HC Grievances filed at NKSP.

Summary of findings: _____

_____

Summary of limitations: _____

_____

Comments: _____

_____

_____

_____

| _(signature)_ HCGC | 5/27/21 |
|---|---|
| Signature of Subject Matter Expert | Date Signed |

DVP Worksheet – Assignment - rev 8-17-17

EXHIBITS OF SACRAMENTO COUNTY GRIEVANCES AND DAMAGE.

# EXHIBIT F .

## SACRAMENTO

Department of Health Services
Primary Health Division

Correctional Health Services – Adult

---

### Grievance Form

Grievance No. _____

| Grievance Type: (Please check one) |
|---|
| ☒ **MEDICAL**    ☐ **MENTAL HEALTH**    ☐ **DENTAL** |

Name _STANLEY MUNDY_____ XREF No. _2176901_ Today's Date _12-30-2020_

**IF YOU ARE HAVING A MEDICAL OR PSYCHIATRIC EMERGENCY NOTIFY AN OFFICER**

> Attach Tape
>
> DO NOT WRITE IN THIS AREA

---

#### Statement of Grievance

Date of Incident: _STARTING OVER SIX MONTH AGO_

Explain in detail your complaint below:

OVER SIX MONTHS AGO I HAVE HAD BLOOD IN MY STOOL AND LEAKAGE OF BRIGHT AND DARK BLOOD, 2 STOOL SAMPLE MONTH APART CONFIRM THIS FINAL ON DEC 7 2020 I WAS TAKE FOR A COLONOSTOMY PROCEDURE NO CANCER WAS FOUND (THANK YOU) BUT DIVILULITAS IN MY LOWER COLON WAS CONFIRMED, 1

FOR OVER 2 ALMOST 3 MONTH NOW I HAVE BEEN HAVING BOILS ON MY LEGS AND ARMPITS, I AM EXTREMELY FATIGUED, THESE BOILS GROW LARGE EXTREMELY PAINFUL AND MAKE IT HARD TO SLEEP I AM LYTHARGIC, I AM PRE-PER AND THIS HAS EFFECTED MY SLEEP, CONCENTRATION, THINKING AND PERFORMANCE, I HAVE SEEN A DOCTOR TWICE BUT NOTHING HAS BEEN DONE, I HAVE DSLEXIA AND OTHER DISABILITIES, I AM 62, I DON'T WANT THE BOILS LANCED BUT THERE HAS TO BE ANTI BIODICS, OINTMENT SOMETHING TO HELP THE BOILS GROW LARGE ARE IN SENSATIVE AREAS, WE ARE ON CONSTANT LOCKDOWN HYGENE IS A PROBLEM THIS MUST BE IN MY BLOOD AND NEITHER HAVE THE BOILS BEEN ADRESSED OR THERE CAUSE. CAN SOMETHING BE DONE, ANTI BOIODICS, SANATIZER, OINTMENTS, SOMETHING TO STOP THE BLEEDING THANK YOU.

RECEIVED
HCCAB
JAN 2 4 2022

Patient education materials

# Retinal Detachment

Retinal detachment occurs when the thin membrane that covers the back of the eye (*retina*) separates (*detaches*) from the eyeball. The retina is the part of your eye that sends visual signals to the brain along the optic nerve. This allows you to see.



Retinal detachment causes vision loss. This can range from blurriness and cloudiness to complete blindness. Sometimes vision improves or returns after treatment. Loss of central vision is more likely to be permanent than vision loss that affects side (*peripheral*) vision.

There are 3 types of retinal detachment:

- Rhegmatogenous.
  - This is the most common type.
  - It happens when a tear in the retina lets fluid into the area behind the retina.
  - This type of detachment separates the retina from the layer of cells beneath it (*retinal pigment epithelium [RPE]*).
- Tractional.
  - This type occurs when scar tissue on the surface of the retina contracts.
  - This causes the retina to detach from the RPE.
- Exudative.
  - This type is not caused by a tear in the retina.
  - This type of detachment happens when a disorder or an injury causes fluid to leak into the area behind the retina.

## CAUSES

Retinal detachment may be caused by:

- Holes or tears in the retina.

Person Full Name MUNDY, STANLEY          4 of 9                    05/11/2021 11:31:27
                                         CDCR (Encounter Alias) BN2899

RECEIVED
HCCAB
JAN 2 4 2022

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

7937654

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

**REQUEST FOR:**  MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME _____   CDC NUMBER _____   HOUSING _____

PATIENT SIGNATURE _____   DATE _____

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

**SACRAMENTO COUNTY**
Adult Correctional Health

## Grievance Form          Grievance No. _____

| Grievance Type: (Please check one) |
| --- |

☒ **MEDICAL**          ☐ **MENTAL HEALTH**          ☐ **DENTAL**          ☒ **DISABILITY**

Name _Stan Mundy_          XREF No. _2176901_ Today's Date _3-22-2021_

**IF YOU ARE HAVING A MEDICAL OR PSYCHIATRIC EMERGENCY NOTIFY AN OFFICER**

Attach Tape

DO NOT WRITE IN THIS AREA

### Statement of Grievance

Date of Incident: _3-21-2021 ONGOING._

Explain in detail your complaint below: I HAD A CRONO FOR HAVING A SOY AND WHITE CAKED HYDRATE DIET, OVER 6 WEEKS AGO I WAS MOVED INTO THE COVID POD 4E100 AND MY DIET WAS INTERUPTED THE I WAS TAKEN TO RIO CONSUMNES CORRECTION CENTER AND MY CRONO DID NOT FOLLOW I FILED GRIEVANCE AND KITE THEIR BUT NOTHING WAS DONE. ON MOVING BACK HERE TO 4W313 I HAVE FILE AT LEAST 2 KITES AND A GRIEVANCE BUT STILL HAVE NOT SEEN A DOCTOR AGAIN OR BEEN PUT BACK ON MY DIET. THIS IS CAUSING ME DIARRHEA AND CONSTIPATION, AND LEG CRAMPS AND AGAIN IS RESULTING IN ABDOMINAL PAIN AND RECTAL BLEEDING. THIS IS AFFECTING MY ABILITY TO SLEEP AND FUNCTION NORMALLY. I AM ALMOST 63 YEARS OLD HAVE A PAST BRAIN AND BACK INJURY AND AM DISABLED FROM THESE INJURIES AND DO NOT NEED ANY FURTHER LIMITATIONS BECAUSE MY DIET IS NOT REGULATED. I HAVE TYPE II DIABETES AND HAVE A HISTORY OF PASSING OUT WHEN MY DIET IS IRREGULAR PLEASE CAN YOU FIX THIS PROBLEM AND IMMEDIATELY REINSTATE MY CRONO THANK YOU.



13. A

# SACRAMENTO COUNTY
## SHERIFF'S OFFICE
### CORRECTIONAL SERVICES GRIEVANCE FORM

This Box for Officer Use Only

GRIEVANCE #: 21-1090

ASSIGNED TO: LAW LIBRARY

ADA RELATED:

| NAME (PRINT LAST, FIRST, MIDDLE) MUNDY STANLEY, WAYNE | DATE OF BIRTH 5-28-58 | XREF NUMBER 2176901 | DATE 3-6-2021 |
| INMATE SIGNATURE | INMATE LOCATION CBF 309 | DATE AND TIME OF INCIDENT 3-4-2021 | |

ONLY **ONE** GRIEVANCE ISSUE PER FORM for appropriate routing. Explain your grievance *in the provided box only* (include dates, times, and names of persons involved). You only have 5 days from the incident to submit a grievance. **PREA** incidents have no time limit and can be reported ANYTIME. **If this grievance is disability related check this box:** ☒

I AM DISABLE AND HAVE A PAST BRAIN INJURY SO I FEEL I AM BEING DENIED ACCESS TO LEGAL AID. I HAVE BEEN TRYING TO FILE A WRIT OF HABEAS CORPUS TO GET A FAIR HEARING, AND PRESERVE EVIDENCE IN MY CASE. DURING COVID I WAS DENIED ACCESS TO THE LAW LIBRARY PROPER FORMS AND COPIES BEING MADE. SO I WAS NOT ABLE TO GET THE PROPER FORMS TO FILE MY HABEAS OR THE EVEN GET ENOUGH PAPER TO FILL OUT AND FILE ALL THE GROUNDS IN THAT HABEAS CORPUS. MY PRO PER STATUS WAS SOMEHOW TAKEN AWAY EVEN THOUGH I HAVE AN ACTIVE HABEAS CORPUS IN DEPARTMENT 21 HABEAS 21HC00027. SO I ASK TO BE TAKEN BACK TO THE MAIN JAIL, RECLASIFIED AS PROPER, WHERE MY ZIP DRIVES, LEGAL WORK AND EXHIBITS ARE HOUSED, SO I CAN PROPERLY FINISH AND RESPOND TO MY COURT PROCEEDINGS THANK YOU.

### This Section for Staff Use Only

| RECEIVING INDIVIDUAL (PRINT NAME) LE | BADGE NO. 839 | DATE / TIME 03/07/21 - 1215 |

Check one:   ☐ RESOLVED at the Staff Level          ☒ FORWARD to Supervisor level

**Response:**

SEE ATTACHED

| RESPONDER (PRINT NAME) GANUEZ | BADGE NO. 1198 | DATE 3/10/21 | SUPERVISOR'S SIGNATURE | BADGE NO. | DATE |

Supervisor check one:   Corrective Action Taken ☐   Denied ☐   Not Grievable ☐   Resolved ☐

| WATCH COMMANDER N/A ☐ | BADGE NO. | DATE | ASSISTANT COMMANDER | BADGE NO. | DATE |

7400-012 (REV 9/2020)

EMERGENCY COURT INJUNCTION EXHIBITS

# EXHIBIT 6

## CORRECTIONAL EMPLOYEES ALL-PURPOSE WORK SHEET
### FOR
### CDC - 115, CDC - 128-A, CDC - 128-B, CDC - 128-B1 AND INCIDENT REPORT PART C

| | |
|---|---|
| ☐ CDC - 115 REPORT LOG _____ | INMATES NAME **MUNDY** |
| ☐ CDC - 128 - A COUNSELING CHRONO | INMATES NUMBER BN-2899 |
| ☐ CDC - 128 - B INFORMATIVE CHRONO | INMATES HOUSING C-14-148L |
| ☒ CDC - 128 - B1 CLASSIFICATION ORDER | INMATES RACE   W ☒   M ☐   B ☐   O ☐   I ☐ |
| ☐ SUPPLEMENTAL REPORT | WATCH : (SHIFT)   1st ☐   2nd ☒   3rd ☐ |

**THE ABOVE NAMED INMATE IS BEING CHARGED WITH THE FOLLOWING RULES VIOLATION (S)**

D. R. NUMBER. _____       SPECIFIC ACT _____

LOCATION _____

Inmate Mundy BN-2899 was assigned to Meat Cutting on 4/21/22, he reported to his job assignment and worked the full day. On 4/22/22 the next day, Inmate Mundy reported to work with his face swollen because of an allergic reaction. Inmate Mundy informed us that he is allergic to "Soy" products. The Meat plant produces and mixes soy into various products. Mundy said that his allergy to soy is documented in his file. Therefore, I am recommending that inmate Mundy be removed from the PIA work program due to allergy to soy that is produced on a regular basis at the Meat Plant.

Manuel Higuera
PERNR# 106775

M. HIGUERA   _~_~_~_ 5/24/22
REPORTING EMPLOYEE. PRINT INITIAL & NAME          REVIEWING SERGEANT. PRINT INITIAL & NAME

| PIA | SUPERINTENDENT II | 2RD | S/S | |
|---|---|---|---|---|
| POST # | POSITION | BADGE # | WATCH | RDO'S |

REMINDER : IF YOU HAVE NOT ANSWERED THE FOLLOWING : WHO, WHAT, WHERE, HOW, AND WHY, YOUR REPORT IS NOT COMPLETE. IF YOUR REPORT IS NOT LEGIBLE OR DOSE NOT CONTAIN ALL INFORMATION REQUESTED ON THIS FORM, IT WILL BE RETURNED FOR RE-WRITE -

B.4

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LASTNAME) | CDCR NUMBER |
|------|-----|-----------------|-------------|
| 7/29/22 | DIETICIAN AND DR HLA | MUNDY | BN2899 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|-----------|-----------------|------------|---|
| L.14 | 148 | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|------------------------------------------|------------------|---|
| | FROM | TO |

## Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

DO YOU KNOW HOW LONG IT WILL BE TILL I GET MY DIET TRAYS?
CAN I GET PEDIALITE TO HELP MY ENERGY LEVELS/ PEDIALITE CHILDRENS
ALSO BOOST OR ENSURE CHILDRENS I BELIEVE DOES NOT HAVE SOY, CAN YOU PRESCRIBE
TO HELP MY SEVERE FATIGUE. THANK YOU, RESPECTFULLY S.Mundy
THANK YOU AGAIN FOR HELPING ME ADDRESS MY NUTRITIONAL AND HEALTH NEEDS

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|----------------|------|
| Unfortunately, I cannot start a diet at this time | |

DISPOSITION

Your allergy is with soy-protein; the soy oil does not
contain the protein therefore you can eat food cooked in
soy-oil. If your weight loss is significant, please have

2

provider x7362 for dietitian

Our therapeutic meals have the same amount of soy-protein based meats as the general diet, so no diet improvements would be made.

Currently your weight is stable.     Gaynor — RDN.
and within a healthy range.

Avoid plant-based meats; remainder of general diet can be consumed.

3

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

(B) Orders and Renewals:

    1. Nourishments and supplements, including vitamin and mineral supplements that are recommended by a Registered Dietitian, are provided only if ordered by a PCP or dentist according to criteria outlined in Appendix 1.

    2. The order shall include the indication for the nourishment or supplement and the maximum duration of the order based on the criteria as noted in Appendix 1.

(C) Implementation:

    1. Orders for nourishments and supplements are limited to those listed in Appendix 1, and may not be modified for religious reasons or for other personal requests.

    2. Orders for nourishments including LNS shall be stored and distributed by institution food services and custody staff in accordance with established LOPs, and purchased by CCHCS, medical warehouse, or food services.

    3. A system for tracking the distribution of nourishments and LNS to patients, as well as monitoring LNS usage levels and policy compliance shall be developed and incorporated into the LOPs.

(4) **Outpatient Therapeutic Diets and Texture Modified Diets**

(A) The CCHCS authorized outpatient therapeutic diets, their characteristics, and the indications for orders are noted in Appendices 2-A, B, C, D, and E.

(B) If an institution only has an OHU and no Registered Dietitian, outpatient therapeutic diets or texture modified diets, shall not be prepared, assembled, or served in that OHU.

(C) Outpatient therapeutic diets cannot be modified for religious reasons or for other personal requests. If a therapeutic diet is ordered for a patient, it shall take precedence over a religious diet.

(D) Refusal of Therapeutic Diets

    1. Patients may refuse an ordered outpatient therapeutic diet and the refusal shall be documented in the health record. If, after educating the patient regarding the health care benefits of the ordered diet, the patient continues to refuse the ordered diet, a CDCR 7225, Refusal of Examination and/or Treatment, shall be completed and scanned into the health record. Patients who refuse an ordered diet shall be offered the CDCR Heart Healthy Diet.

    2. Patients shall not be issued a Rules Violation Report (RVR) for refusing an outpatient therapeutic diet. A patient may be issued an RVR for circumventing meal procedures such as picking up a therapeutic meal and a regular meal or other violations of meal procedures. A patient shall not be issued an RVR for eating items other than those on the outpatient therapeutic diet (e.g., canteen purchases).

(E) Housing for Patients Requiring an Outpatient Therapeutic Diet

    1. Patients requiring an outpatient therapeutic diet or texture modified diet shall be housed only at institutions listed in Appendix 3 that have the capability to prepare these diets under the direction and supervision of a Registered Dietitian and trained dietary staff.

    2. When a patient is not housed at one of the listed institutions and is identified by a PCP or dentist as requiring an outpatient therapeutic diet or texture modified diet, the PCP or dentist shall initiate a transfer per the LOP. While the transfer is pending, the patient shall be given dietary instruction for making appropriate food choices from the CDCR Standardized Master Menu, or an LNS if texture modification is needed, but shall not receive an outpatient therapeutic diet.

    3. Patients receiving an outpatient therapeutic diet or texture modified diet shall not be housed in a CTC, SNF, Hospice, or any other licensed bed or OHU due solely to receive the ordered diet.

    4. Patients requiring a therapeutic diet that is not an authorized outpatient diet may receive the diet if they are housed at California Health Care Facility, California Medical Facility, or Central California Women's Facility and if the diet has been evaluated and approved by the institution's CME in consultation with the Food Administrator I/II.

(F) Meals and Meal Service

    1. Outpatient Therapeutic Diets Using the CCHCS Standardized Health Care Menu

        a. For outpatient therapeutic diet meals, the CCHCS Standardized Health Care Menu shall be followed. The menu is based on using approved frozen dietary meals.

        b. CCHCS is responsible for purchasing the frozen dietary meals, plus all special foods (e.g., low sodium, low fat, gluten free) used in the outpatient therapeutic diet meals.

4

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

    c. The CCHCS Standardized Health Care Menu has been analyzed and is consistent with recognized standards established by the Food and Nutrition Board, Institute of Medicine of the National Academies of Sciences, and the Academy of Nutrition and Dietetics.

    d. Frozen dietary meals are a component of outpatient therapeutic diets, but they do not meet all the nutritional needs of patients. Outpatient therapeutic diets that include frozen dietary meals shall be assembled and supplemented under the direction of a Registered Dietitian.

    e. Staff shall not open the frozen dietary meals unless necessary to modify the texture or make food substitutions per diet order. The meals shall be provided to the patient in a sealed state except in settings where packaging may pose a security risk such as the segregated housing units.

    f. The meals vary in their amounts of key nutrients from day to day. Therefore, the standardized menu includes varying amounts and types of accompanying food items. Dietary staff preparing the therapeutic meals shall ensure that the indicated amount of margarine, bread, and other food items specified on the daily menus are being served with the frozen meal.

2. Kitchen Prepared Therapeutic Diet Meals

    a. Institutions with a therapeutic diet kitchen are exempt from using the frozen dietary meals or CCHCS standardized health care menus.

    b. The Registered Dietitian at these facilities shall develop and prepare therapeutic diet meals based on the diet parameters in Appendices 2-A, B, C, D, and E.

3. Delivery

    a. Outpatient therapeutic diet meal trays or texture modified diet meals shall be fully assembled and identified by diet type in the medical dietary preparation area or in a designated area of the main kitchen and be ready for delivery to patients.

    b. Outpatient therapeutic diet meals or texture modified diet meals shall be delivered to the patients in accordance with established LOPs.

    c. Food service and custody staff assigned to the dining rooms that serve outpatient therapeutic diet meals or texture modified diet meals shall maintain a list of patients who are ordered these diets.

4. The health care Food Administrator I, Food Administrator II, or Registered Dietitian shall ensure culinary staff is trained to prepare and serve the outpatient therapeutic diet meals or texture modified diet meals.

(G) LOP

Each institution CEO is responsible for ensuring that the institution has an approved and current LOP that includes, at a minimum:

1. Contact information for the Registered Dietitian or for the person designated to perform the responsibilities of the Registered Dietitian.
2. Methods for distributing patient diet education handouts, expected reorder levels for handouts, or reproduction procedures.
3. Procedures for referring patients for diet instruction and dietitian consultation.
4. Procedures for obtaining CME or SD approval of nourishments or supplements for patients that do not have one of the listed indications.
5. Procedures for how approved nourishments and supplements are billed to health care services, distributed, and tracked.
6. Procedures for routine delivery of outpatient therapeutic diet meals and texture modified diet meals to patients and delivery during lockdown situations.
7. A tracking method to ensure patients are receiving outpatient therapeutic diet meals and texture modified diet meals at the proper food temperatures.
8. Development and implementation of a local training plan.
9. A process for approval and local sign-off of the LOP.

**Appendices**

- Appendix 1, Approved Nourishments And Supplements With Indications
- Appendix 2-A, Gluten-Free Diet
- Appendix 2-B, Hepatic Diet (2 gram Sodium)
- Appendix 2-C, Renal Dialysis Diet

Chapter 3, Article 1      3.1.12, Outpatient Dietary Intervention      Page 4 of 5

5

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Health Care Department Operations Manual

(B) Orders and Renewals:
1. Nourishments and supplements, including vitamin and mineral supplements that are recommended by Registered Dietitian, are provided only if ordered by a PCP or dentist according to criteria outlined in Appendix 1.
2. The order shall include the indication for the nourishment or supplement and the maximum duration of the order based on the criteria as noted in Appendix 1.

(C) Implementation:
1. Orders for nourishments and supplements are limited to those listed in Appendix 1, and may not be modified for religious reasons or for other personal requests.
2. Orders for nourishments including LNS shall be stored and distributed by institution food services and custody staff in accordance with established LOPs, and purchased by CCHCS, medical warehouse, or food services.
3. A system for tracking the distribution of nourishments and LNS to patients, as well as monitoring LNS usage levels and policy compliance shall be developed and incorporated into the LOPs.

(4) **Outpatient Therapeutic Diets and Texture Modified Diets**
(A) The CCHCS authorized outpatient therapeutic diets, their characteristics, and the indications for orders are noted in Appendices 2-A, B, C, D, and E.
(B) If an institution only has an OHU and no Registered Dietitian, outpatient therapeutic diets or texture modified diets, shall not be prepared, assembled, or served in that OHU.
(C) Outpatient therapeutic diets cannot be modified for religious reasons or for other personal requests. If a therapeutic diet is ordered for a patient, it shall take precedence over a religious diet.
(D) Refusal of Therapeutic Diets
1. Patients may refuse an ordered outpatient therapeutic diet and the refusal shall be documented in the health record. If, after educating the patient regarding the health care benefits of the ordered diet, the patient continues to refuse the ordered diet, a CDCR 7225, Refusal of Examination and/or Treatment, shall be completed and scanned into the health record. Patients who refuse an ordered diet shall be offered the CDCR Heart Healthy Diet.
2. Patients shall not be issued a Rules Violation Report (RVR) for refusing an outpatient therapeutic diet. A patient may be issued an RVR for circumventing meal procedures such as picking up a therapeutic meal and a regular meal or other violations of meal procedures. A patient shall not be issued an RVR for eating items other than those on the outpatient therapeutic diet (e.g., canteen purchases).
(E) Housing for Patients Requiring an Outpatient Therapeutic Diet
1. Patients requiring an outpatient therapeutic diet or texture modified diet shall be housed only at institutions listed in Appendix 3 that have the capability to prepare these diets under the direction and supervision of a Registered Dietitian and trained dietary staff.
2. When a patient is not housed at one of the listed institutions and is identified by a PCP or dentist as requiring an outpatient therapeutic diet or texture modified diet, the PCP or dentist shall initiate a transfer per the LOP. While the transfer is pending, the patient shall be given dietary instruction for making appropriate food choices from the CDCR Standardized Master Menu, or an LNS if texture modification is needed, but shall not receive an outpatient therapeutic diet.
3. Patients receiving an outpatient therapeutic diet or texture modified diet shall not be housed in a CTC, SNF, Hospice, or any other licensed bed or OHU due solely to receive the ordered diet.
4. Patients requiring a therapeutic diet that is not an authorized outpatient diet may receive the diet if they are housed at California Health Care Facility, California Medical Facility, or Central California Women's Facility and if the diet has been evaluated and approved by the institution's CME in consultation with the Food Administrator I/II.
(F) Meals and Meal Service
1. Outpatient Therapeutic Diets Using the CCHCS Standardized Health Care Menu
   a. For outpatient therapeutic diet meals, the CCHCS Standardized Health Care Menu shall be followed. The menu is based on using approved frozen dietary meals.
   b. CCHCS is responsible for purchasing the frozen dietary meals, plus all special foods (e.g., low sodium, low fat, gluten free) used in the outpatient therapeutic diet meals.

*EXHIBIT O*

*(EXHIBIT 4) (6v2(TYA 1)*
*THURS. 4/29/22*

## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Guidelines for Managing a Food Allergy or Intolerance

Your Primary Care Provider may have told you that your food allergy, or food intolerance is/are the following:

---

Food intolerance is when your body has trouble digesting a food. It can make you feel bad, usually with an upset stomach or gassiness. The most common food sensitivity or intolerance is to lactose, which is a natural sugar found in milk.

A food allergy is when your body's immune system reacts to a food protein because it has mistaken that food protein as a threat. Your body responds by trying to get the harmful food out of your body. The food you are allergic to is called a "food allergen." The response your body has to that food is called an "allergic reaction." Symptoms can appear within minutes to several hours after eating the food to which you are allergic, but they can also begin later. Sometimes symptoms may take as long as 72 hours to appear. If you experience an allergic reaction, prompt and rapid treatment is important.

Symptoms can affect many different parts of the body. An allergic reaction to food can affect the skin, the gastrointestinal tract, the respiratory tract and, in the most serious cases, the cardiovascular system. The symptoms can be mild (itchy nose or a few hives), but they can also be severe (trouble breathing, repetitive vomiting, weak pulse, etc.). Symptoms can worsen quickly and what caused a mild reaction one time can lead to severe reaction the next time. Allergic reactions are unpredictable. How severe the reaction is, and which symptoms you get, can change from one reaction to the next. Past reactions do not predict future reactions. It is important to be able to quickly recognize and treat an allergic reaction.

The most dangerous reaction is called anaphylaxis (pronounced an-uh-fil-LAX-is). Anaphylaxis is a severe allergic reaction that may happen quickly and may cause death. The first-line treatment for anaphylaxis is a medication called epinephrine. Epinephrine is a type of adrenaline. It helps reverse the symptoms of a severe reaction. It is considered a very safe medicine.

Mild to moderate symptoms may include one or more of the following:
- Hives (reddish, swollen, itchy areas on the skin)
- Eczema (a persistent dry, itchy rash)
- Redness of the skin, particularly around the mouth or eyes
- Itchy mouth or ear canal
- Nausea or vomiting
- Diarrhea
- Stomach pain
- Nose congestion or runny nose
- Sneezing
- Slight, dry cough
- Odd taste in mouth

Severe symptoms may include one or more of the following:
- Trouble swallowing
- Shortness of breath or wheezing
- Turning blue
- Drop in blood pressure (feeling faint, confused, weak, passing out)



**Get help if you're experiencing these symptoms**

*6*



B·2

CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Egg Allergy**
Egg Protein is sometimes found in the following:

- Bakery Goods
- Breaded items
- Breakfast Pockets
- Cakes
- Carrot Salad
- Coffeecake
- Coleslaw (mayonnaise)

- Cookies
- Cornbread
- Egg Noodles
- Eggs in all forms
- Eggnog
- French Toast
- Macaroni Salad

- Mayonnaise
- Meatloaf
- Pancakes
- Potato Salad
- Ravioli
- Some Salad Dressings

**Peanut Allergy**
CDCR does not use peanut oil in its standard diet. Peanut butter and peanut butter cookies are readily identifiable and can be avoided.

**Wheat Allergy**
Please refer to the **Gluten-Free Diet handout.**

**Healthy Eating Tips**
Eat the right amount of calories for how active you are, so that you balance the energy you consume with the energy you use. Eat a wide range of foods to ensure that you're getting a balanced diet and that your body is receiving all the nutrients it needs. Eat lots of fruit and vegetables, cut down on saturated fat and sugar, eat less salt and drink plenty of water. Eat three main meals each day. Skipping meals can rob your body of the protein, vitamins, and minerals that you need to stay healthy.

If a certain food bothers you, do not eat it at all.    *THEN WHAT CAN I EAT*
*SOY IS IN EVERYTHING.*

Remember -- Your health is your responsibility!

7

3



### CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Read Food Labels

Reading food labels can help you increase the fiber in your diet.

When buying from the canteen or quarterly packages, carefully read labels every time you buy a product.

### Nutrition Facts Label

➢ Choose a higher % Daily Value for fiber.

➢ Choose 4 grams or more fiber per serving or over 5% Daily Value.

➢ Compare food labels of similar foods to find higher-fiber choices.

## Nutrition Facts

4 servings per container

**Serving size 1 1/2 cup (208g)**

Amount Per Serving

## Calories 240

| | % Daily Value* |
|---|---|
| **Total Fat** 4g | **5%** |
| Saturated Fat 1.5g | **8%** |
| Trans Fat 0g | |
| **Cholesterol** 5mg | **2%** |
| **Sodium** 430mg | **19%** |
| **Total Carbohydrate** 46g | **17%** |
| Dietary Fiber 7g | **25%** |
| Total Sugars 4g | |
| Includes 2g Added Sugars | **4%** |
| **Protein** 11g | |
| Vitamin D 2mcg | **10%** |
| Calcium 260mg | **20%** |
| Iron 6mg | **35%** |
| Potassium 240mg | **6%** |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

## Healthy Eating Tips

Use the tips in this handout to help you follow a high fiber diet.



➢ Eat more vegetables and fruit, especially with skins and seeds.

➢ Grain products such as breads, cereals, noodles, pasta, popcorn, and other grain products made with whole grains.

➢ All types of barley, bran, brown rice, buckwheat, cracked wheat, and oats.

➢ Beans, chickpeas, lentils, and split peas.

➢ Nuts and seeds such as almonds, peanuts, sunflower seeds, and walnuts.

➢ Your bowels need time to get used to higher fiber foods. Increase fiber in your diet slowly over the course of a few weeks.

➢ Spread fiber-rich foods throughout the day. This will help to prevent gas and bloating.

## Start With a Plan

The meals prepared in your prison are enough to meet your dietary needs. The CDCR Heart Healthy menu provides about 35 grams of fiber daily. Eat three meals each day; do not skip meals. Skipping meals can rob your body of the protein, vitamins and minerals you need to stay healthy. If a particular food bothers you, do not eat it at all.

Remember: <u>Your health is your responsibility</u>!

8

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)                                                                      Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME STAN MUNDY | CDCR NUMBER BN2899 | HOUSING C 4-118 |
|---|---|---|

| PATIENT SIGNATURE | DATE 1 2 1922 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _I WAS ASSIGNED TO MEAT CUTTING ON THE SECOND DAY I BECAME ILL THROWING UP BLOOD AFTER I WORKED IN THE SAUSAGE MIXING WHICH CONTAINS SOY, I AM ALLERGIC TO SOY I WAS INFORMED SOY IS MIXED IN ALL PRODUCTS AND IS AIR BORN, PLUS WORKING ON THE SLIPPER FLOOR IS WORSENING WHATEVER IS HURTING IN MY KNEE SO FOR 2 DAY I COULDN'T SLEEP I NEED TO IMMEDIATELY BE PUT ON A NON SOY DIET AND HAVE MY KNEE/SKIN TREATED._

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

9

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

*IMMEDIATE ATTENTION*

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME: *Mundy*

CDCR NUMBER: *BN 2899*

HOUSING: *C-14- 148*

PATIENT SIGNATURE: *(signature)*

DATE: *4/28/22*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*ON TUESDAY 4-26-22 I WORKED AROUND AIR BORN SOY IN THE MEAT CUTTING PLANT. THAT NIGHT I BECAME NAUSEAS, I COULD BARELY EAT. AROUND 10 P.M. I BECAME SWEATY, TROWING UP 3 TIME ON WITH BLOOD IN MY THROW UP. MY EYES SWELLED UP I REPORTED THIS TO MY BOSS ON WEDNSDAY THE 27TH AND TO THE NURSE RN. COCIL HAS KNOWN I HAVE A BAD SOY ALLERGY I NEED IMMEDIATE PSYCHIATRY ATTENTION THE NURSE TOLD ME I NEEDED EPI PENS BECAUSE OF MY ALLERGY*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

*Mundy*

*TCA ENEO*

10

B 3

MUNDY, STANLEY has been given the following list of follow-up instructions, prescriptions, and patient education materials:

## Follow-up Appointments

**7362 Medical Routine Follow Up 20** 04/15/22 0:01:00 PDT, *14 days, 04/29/22 23:59:00 PDT, 170.71.227.182.202204020514560946631952584#1.00, Multiple health issues New arrival. Dietary issues, med issues bleeding and chrono iccues. Please review care TX plan

**7362 RN Initial Visit (Symptomatic)** 04/15/22 14:50:00 PDT, 1 business day, 137.252.9.7.20220404141612264745944912#1.00, 04/15/22 23:59:00 PDT, heart issues - lower bunk chrono

**7362 RN Initial Visit (Symptomatic)** 04/15/22 14:20:00 PDT, 1 business day, 137.252.9.7.20220404141609230845944946#1.00, 04/15/22 23:59:00 PDT, c/o allergy, heart issues, requesting lower bunk and dietician

**Consult to Registered Dietitian** 04/29/22 7:00:00 PDT, Routine Priority (46-90 days), Allergy/Intolerance (Food), pls evel IP regarding Soy allergies, 05/13/22 23:59:00 PDT

**Follow Up RN 30** 04/13/22 0:01:00 PDT, Care Management, 30 days, 05/12/22 23:59:00 PDT, Interfacility Transfer Nursing Visit

**Interfacility Transfer Medical Eval 60 (High Risk/Complex Care) PCP (w/in 7 days)** 04/19/22 8:30:00 PDT, 04/19/22 23:59:00 PDT

**Medical Episodic Care Follow Up 20** 04/12/22 0:01:00 PDT, 7 days, 04/20/22 23:59:00 PDT, RAP: pt requesting to out on his knee and leg, requesting surgery to stop bleeding (?) , put of hearthy diet/ soy to stop allergic reaction. Referral to dietician done today

**Nursing Follow Up** 04/12/22 0:01:00 PDT, Other, DME/7410, 09/29/22 23:59:00 PDT, Fired by Discern Expert (BCC_DME_FOLLOW_UP) due to a "Temporary" 1845/7410 status.

**PCP Follow Up 20** 04/12/22 0:01:00 PDT, 30 days, 04/14/22 23:59:00 PDT, s/p stent placement , CAD

## Chronos

**California Correctional Health Care Services**

**Patient Discharge Instructions**

**Name:** MUNDY, STANLEY     **Current Date:** 07/27/22 10:06:49

**DOB:** 05/28/58     **CDCR:** BN2899

**Reason For Visit:** 1:Effusion of right knee joint; 2:Right knee meniscal tear; 3:Neuropathy; 4:S/P coronary artery stent placement; 5:Sinusitis nasal; 6:CAD (coronary atherosclerotic disease); 7:HTN (hypertension); 8:Internal hemorrhoids; 9:Adjustment disorders, With mixed anxiety and depressed mood; 10:Chronic foot pain; Back pain; Chest pain; Folliculitis; Heel spur; Neck pain on right side; Pain in right leg; Pain of right tibia; Right knee pain

**Recommendations and arrangements for future care**

**Medically Indicated Diets:** LNS 07/25/22 11:16:00 PDT, 1, 45, day, 09/08/22 11:15:00 PDT, Ensure Clears once/day, Constant Indicator

**Devices/Equipment:**

None**Canes Temporary** Standard, Issued During Visit, 12/13/22 23:59:00 PST, Constant Indicator

**Frames, Eyeglasses Permanent** Other/Unknown, Do Not Dispense, Patient Already Has

**Mobility Impaired Disability Vest Permanent** Same Day

**Therapeutic Shoes/Orthotics Permanent** 11 3E white lace shoes & orthos, Do Not Dispense, Patient Already Has

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

## Continue taking these Medications:

## Completed Medications:
**nitroglycerin 0.4 mg Tab-SL (25 ct) (nitroglycerin 0.4 mg sublingual tablet)**
   • *For S/P coronary artery stent placement:* Take 1 tab (Total Dose = 0.4 mg), under the tongue every 5 minutes as needed on your own as needed for chest pain
   • Start Date: April 17, 2022
   • Take for: 90 day(s)
*Comments: Take 1 tablet under the tongue every 5 minutes as needed for chest pain May repeat every 5 minutes, up to 3 doses. If symptoms do not resolve, seek medical attention. Request Refill*

MUNDY, STANLEY has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

   **7362 RN Initial Visit (Asymptomatic)** 07/27/22 9:50:00 PDT, 170.71.227.173.20220701251458422712736485O#1.00, MEDICAL CONCERNS, 08/08/22 23:59:00 PDT

   **7362 RN Initial Visit (Symptomatic)** 07/27/22 9:30:00 PDT, 1 business day, 137.252.9.110.20220702261707125033834060З#1.00, 07/27/22 23:59:00 PDT, C/O SWOLLEN KNEE

   **Consult to Physical Therapy (PT) Outpatient Eval and Treat** 07/08/22 0:01:00 PDT, Medium Priority (15-45 days), Diffuse C-spine, TL spine arthritis with pain for stretching exercises and PT education, 08/22/22 23:59:00 PDT

   **Follow Up MA 10** 08/22/22 8:50:00 PDT, Weight Check, 30 days, 05/29/22 23:59:00 PDT, Weight check monthly for 6 months. Please recur this order

   **Follow Up MA 10** 09/26/22 8:50:00 PDT, Weight Check, 30 days, 05/29/22 23:59:00 PDT, Weight check monthly for 6 months. Please recur this order

   **Follow Up MA 10** 10/24/22 8:50:00 PDT, Weight Check, 30 days, 05/29/22 23:59:00 PDT, Weight check monthly for 6 months. Please recur this order

   **Medical Chronic Care (CCP) Follow Up 40** 10/03/22 0:01:00 PDT, Other Reasons (No SUDT/MAT), *180 days (all other chronic conditions), 10/17/22 23:59:00 PDT, CCp

   Nursing Follow Up 04/12/22 0:01:00 PDT, Other, DME/7410, 09/29/22 23:59:00 PDT, Fired by Discern Expert (BCC_DME_FOLLOW_UP) due to a "Temporary" 1845/7410 status.

   **Nursing Follow Up** 07/13/22 0:01:00 PDT, Remove DME, DME/7410, 12/20/22 23:59:00 PST, Fired by Discern Expert (ORD_DME_FOLLOW_UP) secondary to an order of "Canes Temporary".

13

**Patient education materials**

# White Blood Cell Count Test

## Why am I having this test?

A white blood cell count is done to learn about your white blood cells (leukocytes), which are cells in the blood that help the body fight infection. They are part of the body's defense system (immune system). When the immune system needs more white blood cells, the tissue inside your bones (bone marrow) makes more and releases them into your blood. They travel through your bloodstream to areas of the body where they are needed.

This test may be done as part of a routine checkup that includes a complete blood count to measure all the cells in your blood. You may also have this test if you have any signs or symptoms of:

- Illness.
- Infection.
- An allergic reaction.
- Inflammation, which is swelling and irritation anywhere in your body. Your white blood cells play a major role in the process of inflammation.

## What is being tested?

This test measures how many white blood cells you have. Different types of white blood cells make up your total count. These include:

- Neutrophils.
- Lymphocytes.
- Monocytes.
- Eosinophils.
- Basophils.

Your white blood cell count includes a breakdown of how many of each of these cells you have.

## What kind of sample is taken?



A blood sample is required for this test. It is usually collected by inserting a needle into a blood vessel.

## Tell a health care provider about:

- All medicines you are taking, including vitamins, herbs, eye drops, creams, and over-the-counter medicines.
- Any medical conditions you have.
- Whether you are pregnant or may be pregnant.
- If you have had your spleen removed.
- Any recent physical or emotional stress.

## How are the results reported?

Your test results will be reported as numbers for each type of white blood cell and a total count of all the white blood cells in your sample. These will be given as a number of cells per cubic millimeter ($mm^3$) of blood. Your health care provider will compare your results to normal ranges that were established after testing a large group of people (reference ranges). Reference ranges may vary among labs and hospitals. For this test, common reference ranges are:

Total white blood cells:

- Adults and children over 2 years of age: 5,000–10,000/$mm^3$.
- Children age 2 years or younger: 6,200–17,000/$mm^3$.
- Newborn: 9,000–30,000/$mm^3$.

Total for each type of white blood cell:

- Neutrophils: 2,500–8,000/$mm^3$.
- Lymphocytes: 1,000–4,000/$mm^3$.
- Monocytes: 100–700/$mm^3$.
- Eosinophils: 50–500/$mm^3$.
- Basophils: 25–100/$mm^3$.

## What do the results mean?

Results lower than the reference ranges mean that you have a low white blood cell count (leukopenia). Common causes include:

- Severe bacterial infections.
- Some viral infections.
- Some immune system diseases.
- Some medicines.
- Some bone marrow diseases.
- Cancer or cancer treatments.

Results higher than the reference ranges mean that you have a high white blood cell count (leukocytosis).

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**                 Page 2 of 2
CDCR 7362 (Rev. 03/19)

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME Mundy | CDCR NUMBER BN2899 | HOUSING C-14-148 |
|---|---|---|

PATIENT SIGNATURE *[signature]*                       DATE 7/31/22

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)  LAST NIGHT WE MUST HAVE HAD SOMETHING WITH SOY IN IT MACARONI AND CHEESE OR SOMETHING ABOUT 30 MINUTES AFTER EATING I HAD SEVERE ABDOMINAL CRAMPING, I GOT HIVES, BUMPS ON MY ARMS FACE SHOULDER I TOOK ANTI-HISTAMINE TABLETS I LAID DOWN TO TRIED TO COME OUT, I FELT CONFUSED DISORIENTED. I HAD BLEEDING GET WORSE RECTALLY MY FACE SWELLED I REPORTED THIS TO

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM  THIS WAS NOT A BAD REACTION I EVE HAD *[illegible]* NURSE

16

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

*URGENT (COMPLETED AT WINDOW)*

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME
*Mundy*

CDCR NUMBER
*BN-899*

HOUSING
*C14 :48*

PATIENT SIGNATURE

DATE
*5-4-2022*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem).

*I Have Such Severe Pain in my RT Leg/shin/knee with swelling it is Black, Blue Red and not getting better This Has persisted since 11-15-21 over 6 month I need immediate Help*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

17

# INMATE REQUEST FOR INTERVIEW

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|-----|------------------|------------|
| 7/31/22 | FLOOD OFFICER / N. Wendy MUNDY | | BN2899 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM          TO |
|---------|------------|-----------------|------------------|
| C14 | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM          TO |
|------|------|

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I REPORTED TO YOU I HAD FACE SWELLING HIVES RECTAL BLEEDING ON 7/31/22
I SHOWED YOU TISSUE AND UNDERWEAR THAT HAD SIGNIFICANT
RED/DARK AND BRIGHT BLOOD

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|----------------|------|

DISPOSITION

18

STANLEY MUNDY
BN2899

**Unit:** MCSP C 014 1 - **Room:** 148 - **Bed:** 148001LntInfo

**YOUR LAB TEST RESULTS DONE ON 7/5/2022 HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat indicating your appointment time.

Hla, Nyo P&S

Sincerely,

California Correctional Health Care Services

STANLEY MUNDY
BN2899

**Unit:** MCSP C 014 1 - **Room:** 148 - **Bed:** 148001LntInfo

**YOUR LAB TEST RESULTS DONE ON 7/5/2022 HAVE BEEN EVALUATED AND THE
FOLLOWING HAS BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat
indicating your appointment time.

Hla, Nyo P&S

Sincerely,

California Correctional Health Care Services

Name: MUNDY, STANLEY          Page 1 of 1          DOB: 05/28/58

20

STANLEY MUNDY
BN2899

**Unit: MCSP C 014 1 - Room: 148 - Bed: 148001LentInfo**

**YOUR LAB TEST RESULTS  DONE ON 7/6/2022 HAVE BEEN EVALUATED AND
THE FOLLOWING HAS BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat
indicating your appointment time.

Hla, Nyo P&S

Sincerely,

California Correctional Health Care Services

21

STANLEY MUNDY
BN2899


**Unit:** MCSP C 014 1 - **Room:** 148 - **Bed:** 148001LtInfo

**YOUR IMAGING TEST RESULTS DONE ON 7/6/2022 HAVE BEEN EVALUATED AND
THE FOLLOWING HAS BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat
indicating your appointment time.



Hla, Nyo P&S

Sincerely,

California Correctional Health Care Services

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME *Mundy*

CDCR NUMBER *BN2899*

HOUSING *C-14-148*

PATIENT SIGNATURE

DATE *6-27-2022*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I REQUEST TO SEE DR HLA. SAN JAQUINDINE HOSPITAL DOCTORS TOLD ME WHEN SYMPTOMS LIKE BLEEDING OF MY COLON OR SWELLING OF MY LEG WORSEN'D I WAS TO REPORT WORSENING CONDITIONS IMMEDIATELY 3 TIMES I REPORTED ADVERSE SWELLING AND PAIN IN MY KNEE AND SHIN TO NURSE RODRIGUEZ OVER THE PAST 3 WEEKS WHO REFUSE TO MEASURE, DOCUMENT SWELLING, GIVE ME PAIN RELIEVERS, VIOLATING DOCTORS ORDER*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

*Mundy*

*THE 602 PROCESS IS GOOD FOR THIS... ...MEDICAL ...HOSPITAL ICO IN YOU - TALK TO THE CAP TN*

*C-14-148*

23

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)                                                                      Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

| NAME _Mundy_ | CDCR NUMBER _BN2899_ | HOUSING _C·14·148_ |
|---|---|---|

| PATIENT SIGNATURE | DATE _6/29/22_ |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _MY RT LEG CONTINUES TO SWELL I CANT SLEEP ON THINY RIGHT I NEED I CE PACK SOME STRONGER MEDICATION TEMPORARILY PLEASE I AM IN PAIN ALOT  (ALSO I AM OUT OF THE THERAGRAN MULTI VITAMIN) CAN YOU REFILL PLEASE )_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)                                                                              Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Mundy | BN2899 | C-14-14B |

| PATIENT SIGNATURE | DATE |
|---|---|
| *[signature]* | 7-11-22 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) ON 7-8-22 YOU SENT ME TO SAN JAQUENE EMERGENCY ROOM, DOCTOR TOLD ME THE INFECTION HAS COMPARTMENTALIZED IN MY KNEE, THAT A ADLERGIC PROLONGED REACTION CAN CAUSE IMMUNE PROBLEMS, DETERIORATION OF TISSUES IN THE LOCATIONS OF REACTIONS, THAT MY PRIMARY DOCTOR SHOULD SENT ME TO AN IMMUNE OR OTHER SPECIALIST, ORTHOPEDIC SURGEON AND SERIOUSLY CONSIDER A DIET CHANGE, I WOULD LIKE TO TALK TO YOU AS SOON AS POSSIBLE ABOUT THAT NOW.

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

25

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
*Mundy*

CDCR NUMBER
*BNR899*

HOUSING
*C-14-148*

PATIENT SIGNATURE

DATE
*7-25-22*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *MY LEG STARTED RE-SWELLING OVER 2 MONTHS AGO DOCTOR SAID DRAIN FLUID FROM MY KNEE AND DR HLA TOLD ME THE FLUID SHOWED INFECTION THIS WAS OVER 2 WEEKS AGO. I WAS SENT TO SAN JOAQUIN HOSPITAL NO INFECTION WAS IN MY BLOOD BUT THEY ASKED WHY I WAS NOT ON ANTIBIODICS. MY KNEE IS HOT EVERY DAY. I NEED TO BE SEEN THIS IS VERY PAINFUL I CAN'T SLEEP.*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

26

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME Stan Mundy | CDCR NUMBER BN7899 | HOUSING C14-148 |
|---|---|---|

| PATIENT SIGNATURE | DATE 8-9-2022 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I HAVE ANOTHER INFECTION IN MY MOUTH AND SINCE THE INFECTION IN MY KNEE AND RIGHT LEG KEEPS COMING BACK CAN YOU PRESCRIBE SOME ANTIBODICS. SINCE THE ANTIBODICS FOR MY MOUTH HAS BEEN PRESCRIBED 5 1/2 DAYS AGO THE SWELLING AND PAIN IN MY RT KNEE HAS IMPROVED. DO YOU KNOW WHEN THE MRI WITH CONTRAST FOR THAT INFECTION WILL HAPPEN OR THE SURGICAL CONSULT THANK YOU

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    BY THE WAY I AM GETTING MY MEDICAL RECORDS

STATE OF CALIFORNIA                                                   DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**                                                  Page 2 of 2
CDCR 7362 (Rev. 03/19)

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME _Muddy_ | CDCR NUMBER _BN2899_ | HOUSING _C 11-127_ |
|---|---|---|
| PATIENT SIGNATURE | | DATE _9/14/22_ |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) - _I NEED TO FIND OUT APPROXIMATELY HOW SOON I WILL BE TAKEN BACK TO THE SEE THE SURGEON ABOUT MY RIGHT LEG AND KNEE AND IF YOU HAVE PROVIDE HIM WITH BOTH MRI'S OF MY LEG AND KNEE THANK YOU_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

Discharge Instructions Document                                    ZZZMUNDY, STANLEY - 2520335854(BMH)

# Bakersfield Memorial Hospital
# 420 34th Street
# Bakersfield, CA 93301
# (661) 327-4647

## ZZZMUNDY, STANLEY

**DOB:** 05/28/1958
**MRN:** 2520335854(BMH)
**Visit Date:** 02/18/2022

# Inpatient Discharge Instructions

## Your Care Team

**Admitting Physician -** Thompson MD, Caleb

**Attending Physician -**
Mangat, Geeteshwar S MD

**Lifetime Physician(PCP) -** PCP, No

## Discharge Vitals

**Temperature** 36.7 °C (Oral)  **TMIN** 36.4 °
C (Oral)  **TMAX** 36.8 °C (Oral)  **Heart
Rate** 55  **Respiratory Rate** 18  **Blood
Pressure** 129/80

## Your Diagnosis

HTN (hypertension)
Unstable angina

# What to do next

## You May Need to Schedule the Following Appointments

**Follow Up with** Follow up
with primary care provider
**When**  *7 to 14 days*

**We encourage you to sign up for My Portal, where you can easily access your medical
records and test results from all Dignity Health care centers.**

Discharge Instructions Document                    ZZZMUNDY, STANLEY - 2520335854(BMH)

**Please sign up in one of the following ways:**

**1. Email invitation. You may have a message in your inbox. Please click the link provided to create an account. OR**

**2. Request an invitation at your next clinic or hospital visit. Please ask a staff member and they will be happy to assist you.**

# Medications

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| *New* | clopidogrel (Plavix 75 mg oral tablet) | 1 tab(s) By mouth | Once daily | | 2/23/22 9 Am |
| *New* | losartan (losartan 25 mg oral tablet) | 1 tab(s) By mouth | Once daily | | 2/23/22 9Am |
| *Changed* | atorvastatin (Lipitor 80 mg oral tablet) | 1 tab(s) By mouth | Every bedtime | | 2/22/22 9 pm |
| *Unchanged* | acetaminophen (Tylenol 325 mg oral tablet) | 2 tab(s) By mouth | Every 4 hours as needed for Temperature | Resume @ home | |
| *Unchanged* | acetaminophen-diphenhydrAMINE (Aceta-Gesic 325 mg-12.5 mg oral tablet) | | | Resume @ home | |
| *Unchanged* | aspirin (aspirin 81 mg oral tablet, chewable) | 1 tab(s) By mouth | Once daily | | 2/23/22 9 Am |
| *Unchanged* | calcium-vitamin D (calcium-vitamin D 500 mg-5 mcg (200 unit) oral tablet) | | | Resume @ home | |
| *Unchanged* | docusate (docusate sodium 100 mg oral capsule) | 1 cap By mouth | Once daily as needed for Constipation | Resume @ home | |
| *Unchanged* | furosemide (Lasix 20 mg oral tablet) | 1 tab(s) By mouth | Once daily | Duration: 30 Days | Resume @ home |
| *Unchanged* | hydrocortisone topical (Anusol-HC 2.5% rectal cream with applicator) | 1 Application Insert rectally | Twice daily | Resume @ home | |
| *Unchanged* | ibuprofen (Motrin 400 mg oral tablet) | | | Resume @ home | |





30

Discharge Instructions Document                                    ZZZMUNDY, STANLEY - 2520335854(BMH)

|  | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| *Unchanged* | mupirocin topical (mupirocin topical 2% ointment) | 1 Application Apply to skin (affected area) | Three times daily | *Resume @home* | |
| *Unchanged* | nitroglycerin (nitroglycerin (NTG) 0.4 mg sublingual tab) | 1 tab(s) Under tongue | Every 5 minutes as needed for Chest Pain | *Resume if needed* | |
| *Unchanged* | pantoprazole (Protonix 40 mg oral delayed release tablet) | 1 tab(s) By mouth | Once daily | *Resume @home* | |
| *Unchanged* | polycarbophil (polycarbophil 625 mg oral tablet) | 2 tab(s) By mouth | Four times daily | *Resume @home* | |

|  | What | How Much | When | Comments |
|---|---|---|---|---|
| *Stop Taking* | lisinopril (lisinopril 10 mg oral tablet) | 1 tab(s) By mouth | Once daily | |

# Discharge Orders

## Discharge Orders:

**Discharge** Today, Correctional Facility
   **Order Comments:**   Follow up with PCP and DR. Thompson in one week. thank you!

**Discharge Activity** As tolerated

**Discharge Diet** Heart Healthy Diet (Cardiac) *Dart - Dash*

# Case Management Instructions

**Patient Discharge Goal:**
Other: back to valley state prison

*31*

Discharge Instructions Document                    ZZZMUNDY, STANLEY - 2520335854(BMH)

- Your personal target blood pressure may vary.

## Follow these instructions at home:

### Eating and drinking



- If told, follow the DASH eating plan. To follow this plan:
  - Fill one half of your plate at each meal with fruits and vegetables.
  - Fill one fourth of your plate at each meal with whole grains. Whole grains include whole-wheat pasta, brown rice, and whole-grain bread.
  - Eat or drink low-fat dairy products, such as skim milk or low-fat yogurt.
  - Fill one fourth of your plate at each meal with low-fat (lean) proteins. Low-fat proteins include fish, chicken without skin, eggs, beans, and tofu.
  - Avoid fatty meat, cured and processed meat, or chicken with skin.
  - Avoid pre-made or processed food.
- Eat less than 1,500 mg of salt each day.
- **Do not** drink alcohol if:
  - Your doctor tells you not to drink.
  - You are pregnant, may be pregnant, or are planning to become pregnant.
- If you drink alcohol:
  - Limit how much you use to:
    - 0–1 drink a day for women.
    - 0–2 drinks a day for men.
  - Be aware of how much alcohol is in your drink. In the U.S., one drink equals one 12 oz bottle of beer (355 mL), one 5 oz glass of wine (148 mL), or one 1½ oz glass of hard liquor (44 mL).

### Lifestyle



- Work with your doctor to stay at a healthy weight or to lose weight. Ask your doctor what the best weight is for you.

Patient education materials

# Coronary Angiogram With Stent, Care After

Refer to this sheet in the next few weeks. These instructions provide you with information about caring for yourself after your procedure. Your health care provider may also give you more specific instructions. Your treatment has been planned according to current medical practices, but problems sometimes occur. Call your health care provider if you have any problems or questions after your procedure.

## WHAT TO EXPECT AFTER THE PROCEDURE

After your procedure, it is typical to have the following:

- Bruising at the catheter insertion site that usually fades within 1–2 weeks.
- Blood collecting in the tissue (*hematoma*) that may be painful to the touch. It should usually decrease in size and tenderness within 1–2 weeks.

## HOME CARE INSTRUCTIONS

- Take medicines only as directed by your health care provider. Blood thinners may be prescribed after your procedure to improve blood flow through the stent.
- You may shower 24–48 hours after the procedure or as directed by your health care provider. Remove the bandage (*dressing*) and gently wash the catheter insertion site with plain soap and water. Pat the area dry with a clean towel. **Do not** rub the site, because this may cause bleeding.
- **Do not** take baths, swim, or use a hot tub until your health care provider approves.
- Check your catheter insertion site every day for redness, swelling, or drainage.
- **Do not** apply powder or lotion to the site.
- **Do not** lift over 10 lb (4.5 kg) for 5 days after your procedure or as directed by your health care provider.
- Ask your health care provider when it is okay to:
  - Return to work or school.
  - Resume usual physical activities or sports.
  - Resume sexual activity.
- Eat a heart-healthy diet. This should include plenty of fresh fruits and vegetables. Meat should be lean cuts. Avoid the following types of food:
  - Food that is high in salt.
  - Canned or highly processed food.
  - Food that is high in saturated fat or sugar.
  - Fried food.
- Make any other lifestyle changes as recommended by your health care provider. These may include:
  - Not using any tobacco products, including cigarettes, chewing tobacco, or electronic cigarettes. If you need help quitting, ask your health care provider.
  - Managing your weight.

### California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** MUNDY, STANLEY    **Current Date:** 04/15/22 12:52:11

**DOB:** 05/28/58    **CDCR:** BN2899

**Reason For Visit:**

Recommendations and arrangements for future care

**Devices/Equipment:**

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

## Continue taking these Medications:
**acetaminophen 325 mg Tab (Tylenol)**
- *For Pain:* Take 2 tab (Total Dose = 650 mg), by mouth twice a day on your own as needed for pain
- Start Date: April 12, 2022
- Stop taking on: May 07, 2022

*Comments: Take 2 tablets by mouth 2 times a day as needed for pain for 30 days Request Refills*

**aspirin**
- *For CAD (coronary atherosclerotic disease):* Take 1 tab (Total Dose = 81 mg), by mouth once a day on your own
- Start Date: April 26, 2022
- Stop taking on: June 25, 2022

*Comments: Take 1 tablet by mouth daily for 90 days. TRANSFER*

**aspirin**
- *For CAD (coronary atherosclerotic disease):* Take 1 tab (Total Dose = 81 mg), by mouth once a day on your own
- Start Date: April 12, 2022
- Stop taking on: April 26, 2022

*Comments: Take 1 tablet by mouth daily for 90 days. TRANSFER*

**atorvastatin**
- *For Chest pain:* Take 1 tab (Total Dose = 80 mg), by mouth every evening on your own
- Start Date: April 12, 2022
- Stop taking on: April 23, 2022

*Comments: Take 1 tablet by mouth every evening for 30 days. TRANSFER*

**calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 unit (5 mcg))**
- *For Fatigue:* Take 1 tab, by mouth twice a day on your own
- Start Date: April 27, 2022
- Stop taking on: June 26, 2022

*Comments: Take 1 tablet by mouth 2 times a day for 90 days TRANSFER*

**calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 unit (5 mcg))**
- *For Fatigue:* Take 1 tab, by mouth twice a day on your own
- Start Date: April 12, 2022
- Stop taking on: April 27, 2022

*Comments: Take 1 tablet by mouth 2 times a day for 90 days TRANSFER*

**clopidogrel 75 mg Tab (Plavix)**
- *For Chest pain:* Take 1 tab (Total Dose = 75 mg), by mouth once a day from a nurse
- Start Date: April 13, 2022
- Stop taking on: April 23, 2022

*Comments: Take 1 tablet by mouth daily for 30 days Autofill*

**furosemide 20 mg Tab (Lasix)**
- *For Chest pain:* Take 1 tab (Total Dose = 20 mg), by mouth once a day on your own
- Start Date: April 12, 2022
- Stop taking on: April 26, 2022

*Comments: Take 1 tablet by mouth daily for 30 days. TRANSFER*

**losartan**
- *For Chest pain:* Take 1 tab (Total Dose = 25 mg), by mouth once a day from a nurse
- Start Date: April 13, 2022
- Stop taking on: April 23, 2022

*Comments: Take 1 tablet by mouth daily for 30 days. Autofill*

**nitroglycerin 0.4 mg Tab-SL (25 ct) (nitroglycerin 0.4 mg sublingual tablet)**
- *For S/P coronary artery stent placement:* Take 1 tab (Total Dose = 0.4 mg), under the tongue every 5 minutes as needed on your own as needed for chest pain
- Start Date: April 12, 2022
- Stop taking on: April 17, 2022

*Comments: Take 1 tablet under the tongue every 5 minutes as needed for chest pain May repeat every 5 minutes, up to 3 doses. If symptoms do not resolve, seek medical attention. Request Refill*

**nitroglycerin 0.4 mg Tab-SL (25 ct) (nitroglycerin 0.4 mg sublingual tablet)**
- *For S/P coronary artery stent placement:* Take 1 tab (Total Dose = 0.4 mg), under the tongue every 5 minutes as needed on your own as needed for chest pain
- Start Date: April 17, 2022
- Take for: 90 day(s)

*Comments: Take 1 tablet under the tongue every 5 minutes as needed for chest pain May repeat every 5 minutes, up to 3 doses. If symptoms do not resolve, seek medical attention. Request Refill*



### CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

- Loss of consciousness
- Chest pain
- A weak pulse

Eight common food allergies or intolerance:

 Eggs     Fish     Milk or Dairy     Nuts from trees (such as almonds or walnuts)

 Peanuts     Shellfish (such as lobster, shrimp, or crab)     Soybean    Wheat

The only way to prevent an allergic reaction is to avoid the food to which you are allergic. The prison food service staff is not required to provide you with a special food substitution. Avoiding the problem food is your responsibility. The meals prepared in your prison are adequate to meet your dietary needs.

**Start with a Plan**

Educate yourself by reading all labels or asking about ingredients
If you have been prescribed epinephrine or antihistamines take them as prescribed.
Be prepared by having your prescription for epinephrine or antihistamines filled and readily available. Have a plan for when an allergic reaction occurs. Ensure your cell mates know what you are allergic to and how they can assist you when an allergic reaction occurs.

**Milk Allergy**
Milk Protein is sometimes found in the following:

- Bakery Goods
- Brownies
- Cakes
- Cheese in all forms
- Cream Cheese
- Cookies
- Cornbread
- Cottage Cheese

- Cream Gravy
- Creamed Beef
- French Toast
- ✓ Hot Dog and Hamburger Buns
- Ice Cream and Sherbet
- Macaroni and Cheese
- Margarine

- Milk in all forms
- Chocolate in all forms
- Pizza
- Puddings
- Sandwich Bread
- Sweet Rolls
- Whipped Cream
- Yogurt

36

2/11/20

2



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Guidelines for Managing a Food Allergy or Intolerance

Your Primary Care Provider may have told you that your food allergy, or food intolerance is/are the following:

Food intolerance is when your body has trouble digesting a food. It can make you feel bad, usually with an upset stomach or gassiness. The most common food sensitivity or intolerance is to lactose, which is a natural sugar found in milk.

A food allergy is when your body's immune system reacts to a food protein because it has mistaken that food protein as a threat. Your body responds by trying to get the harmful food out of your body. The food you are allergic to is called a "food allergen." The response your body has to that food is called an "allergic reaction." Symptoms can appear within minutes to several hours after eating the food to which you are allergic, but they can also begin later. Sometimes symptoms may take as long as 72 hours to appear. If you experience an allergic reaction, prompt and rapid treatment is important.

Symptoms can affect many different parts of the body. An allergic reaction to food can affect the skin, the gastrointestinal tract, the respiratory tract and, in the most serious cases, the cardiovascular system. The symptoms can be mild (itchy nose or a few hives), but they can also be severe (trouble breathing, repetitive vomiting, weak pulse, etc.). Symptoms can worsen quickly and what caused a mild reaction one time can lead to severe reaction the next time. Allergic reactions are unpredictable. How severe the reaction is, and which symptoms you get, can change from one reaction to the next. Past reactions do not predict future reactions. It is important to be able to quickly recognize and treat an allergic reaction.

The most dangerous reaction is called anaphylaxis (pronounced an-uh-fil-LAX-is). Anaphylaxis is a severe allergic reaction that may happen quickly and may cause death. The first-line treatment for anaphylaxis is a medication called epinephrine. Epinephrine is a type of adrenaline. It helps reverse the symptoms of a severe reaction. It is considered a very safe medicine.

Mild to moderate symptoms may include one or more of the following:
- Hives (reddish, swollen, itchy areas on the skin)
- Eczema (a persistent dry, itchy rash)
- Redness of the skin, particularly around the mouth or eyes
- Itchy mouth or ear canal
- Nausea or vomiting
- Diarrhea
- Stomach pain
- Nose congestion or runny nose
- Sneezing
- Slight, dry cough
- Odd taste in mouth

Severe symptoms may include one or more of the following:
- Trouble swallowing
- Shortness of breath or wheezing
- Turning blue
- Drop in blood pressure (feeling faint, confused, weak, passing out)



Get help if you're experiencing these symptoms

http://www.ledger.news/news/local_news/mule-creek-signs-of-the-times-part-four-of-the/article_272ad5fc-0a1e-11e9-960e-131036ca94c0.html

# Mule Creek Signs of the Times—Part four of the ongoing investigation of alleged contamination of the Federal Waterways by Mule Creek State Prison (MCSP), the California Department of Corrections and Rehabilitation (CDCR) and the California Prison System

Jack Mitchell   Dec 29, 2018



*Stacy Rhoades and Jim Scully with one of the signs that was put up in June 2018.*

Jack Mitchell

Placed along Mule Creek since June 2018, the signs read:

BIOHAZARD

Mule Creek Prison has illegally discharged sewage and contaminated waste water into Mule Creek for over 20 years! Do not allow your children or pets to contact the water due to health issues experienced by those who did. (File CW-241842) Regional Water 916-464-4676. Signed by Citizens for Clean Groundwater.

In September of 2006, Senator Dave Cox spoke out about the lack of mitigation measures for the proposed prison expansions, including MCSP. Five bills had been passed by the Senate on August 30, 2006 aimed at addressing statewide overcrowding issues in the prison system. Cox opposed three of the five bills and amendments. He attempted to add to four of the bills which were not passed by the Senate. Cox called the package of bills "a watered down, half cooked proposal."

"Our concern with respect to the addition of beds at Ione was looking at the material that has been presented. I couldn't find anything that had to do with external mitigation. When you think about the requirements that we make of industry, businesses, or developments when they come into a community — none of that has been made relative to the expansion of MCSP," said Cox.

Cox's amendments were an attempt to ensure that external mitigation funding was to be provided to local communities impacted by proposed prison expansion. One of the failed amendments in 2006 stated: "The state and CDCR shall mitigate local impacts of any project provided for in this act. Impacts for which mitigation shall be provided include, but are not limited to impacts in the area of water services, wastewater treatment, storage and disposal, transportation, health care services, education, fire protection and law enforcement."

"Ione has taken the position and Amador County has taken the position 'we don't want any expansion because you didn't keep your word to us to begin with,'" said Cox. "What I am looking for is the external mitigation that takes care of that which is over 1,700 beds if we can't get the 400-bed increase stopped.

In the original contract in September of 1985, the CDCR, Amador County, the City of Ione, and the Amador County Unified School District agreed to build a 1,200 bed prison (augmented to a 1,700-bed prison) with certain terms and conditions. In that

contract: "The Department (CDCR) shall timely carry out and implement completely all of the conditions and mitigation measures in the Amended Statement of Findings attached hereto and by this reference included in full herein. The Department's (CDCR's) location of a sewage treatment plant on the five acres of land north or east of the prison as set forth in subparagraph 4.a of the Amended Statement of Findings. The prison will have the following sewage treatment and disposal systems: The CDCR will construct a new sewage treatment plant capable of treating effluent to secondary and tertiary levels of treatment. It will be constructed on-site on 5 acres of land near Collings Road and will be capable of treating 0.76 millions of gallons per day. Effluent treated to a level suitable for creek discharge will be piped underground across State-owned land to Sutter Creek during the rainy season when the creek has a sufficient level of flow and the soil is relatively saturated."

The sewage treatment plant was never built. Mitigation measures and conditions were never met, and still have not been met to date. That is before looking into the alleged catastrophic failure of MCSP's sewer system and cross connections of the storm water drain system, as has been covered in this investigative series by the Ledger Dispatch.

Which brings us to the signs: BIOHAZARD — Mule Creek Prison has illegally discharged sewage and contaminated waste water into Mule Creek for over 20 years! Do not allow your children or pets to come into contact with the water due to health issues experienced by those who did. (File CW-241842) Regional Water 916-464-4676. Signed by Citizens for Clean Groundwater.

"Every property owner adjacent to MCSP has seen the contamination and the result of dumping industrial and domestic sewage into Mule Creek," said Jim Scully, a retired Sacramento City Police Officer who owns property along Mule Creek. "I tested the water in Mule Creek. The results tested positive for coliforms and organics known to be hazardous to human and environmental health. It also tested positive for caffeine."

These test results were thrown out, as they were not conducted by a disinterested third party.

"I asked the Regional Water Quality Control Board to conduct their own tests, and at the time they said it was up to the CDCR. They basically dismissed it, buried it and failed to complete a full investigation," said Scully. "This has been going on for twenty years and no one is doing anything about the contamination of soil as well as the contamination of Federal Waterways."

That alleged contamination, as well as a new subdivision being built at Castle Oaks Golf Course that backs up to Mule Creek worries Scully. In fact, it terrifies him.

"If kids or pets come in contact with that water in Mule Creek," said Scully. "There is no telling how sick they might get. If new home owners think the smell at certain times of the year is bad, wait until one of their pets, or God forbid, one of their children, get into that river. It prompted the Citizens for Clean Groundwater to post signs in an effort to make sure they know the danger."

Incoming Ione City Council Member, Stacy Rhoades shares that concern.

"I have a history with wastewater issues in Ione, have toured and seen the inner-workings of MCSP," said Rhoades. "Taking away alleged contamination for just a second. The day they flipped the switch for MCSP, it was known there were major capacity issues and the system was flawed — broken may be a better word. Ione's Wastewater Treatment Plant is hopelessly overloaded. With new subdivisions, as well as Cal Fire's training facility expansion — it's going to be a big problem. As for alleged contamination at MCSP, what is perhaps the most shocking is that not a single agency in the state is willing to investigate or do anything. I am of the opinion, the only way the contamination issues will get resolved is by having the Federal government intervene. 20 years has gone by, and nothing is being done. We have on record, slide gates being opened when they aren't supposed to, a history of sewage spills into Mule Creek, and now four workers digging a culvert with mysterious illnesses and documentation of water or sewage intrusion from an unknown source that flows consistently. When does the state investigate? Where are the answers?"

As for the signs along Mule Creek.

"I hope it warns people," said Scully. "We've done all we can, but we need a full investigation."

"It's a cyclical problem over years," said Rhoades. "There's some newspaper articles, some discussion, and then right back to creating a larger problem. We need to break the cycle, get the sewage treatment plant we were promised, and investigate and address the alleged contamination and fix it. It's time to quit passing this problem on to the next group of leaders and actually do something to make sure we have a safe and beautiful place for all of us to share."

As part of our ongoing investigation into the allegations Anderson has made regarding MCSP, the Ledger Dispatch, has hired a firm to test the water around MCSP in the interest in getting tests that use EPA (Environmental Protection Agency) methodology, that are performed by an ELAP (Environmental Laboratory Accreditation Program) within the state of California. The tests include a chain of custody, including how samples were preserved. Those test results will include not only a look at human biomarkers, but pharmaceuticals, as well as a full breakdown of Volatile Organic Compound's and Semivolatile Organic Compound's. It will be part of our ongoing published investigation looking into the alleged contamination of Mule Creek by CDCR, MCSP, and the California State Corrections Prison System.

For the first three parts of our ongoing series visit:

Part 1: http://www.ledger.news/news/local_news/what-s-in-your-water-contaminated-water-allegedly-from-mule/article_a80d2316-f99b-11e8-8a84-63071e05b2e3.html

Part 2: http://www.ledger.news/news/local_news/sewer-and-water-quality-issues-a-widespread-issue-across-california/article_8e721282-ff1c-11e8-ad8a-93e1f0c7276a.html

Part 3: http://www.ledger.news/news/local_news/rainfall-may-worsen-alleged-mule-creek-prison-water-contamination/article_3b63befc-04a2-11e9-9a17-57a0cad08577.html

Mule Creek Signs of the Times—Part four of the ongoing investigation of allegations of...

Case 1:22-cv-00482-JLS-JJM Document 22 Filed 10/11/23 Page 253 of 277

http://www.ledger.news/news/local_news/rainfall-may-worsen-alleged-mule-creek-prison-water-contamination/article_3b63befc-04a2-11e9-9a17-57a0cad08577.html

# Rainfall May Worsen Alleged Mule Creek Prison Water Contamination

Jack Mitchell    Dec 22, 2018



*The view on January 8, 2018, from Tower 4, looking toward Tower 5, shows puddling water after storms.*

COURTESY/David Anderson

David Anderson, and his work crew began feeling the effects of contamination exposure at the Mule Creek State Prison (MCSP) site, where they were installing a culvert, in October 2017. Despite the assurances the water intrusion was from irrigation tail water or some other non-threatening source, symptoms gradually grew worse. By January of 2018 the effects were substantial including muscle aches, joint pain, fatigue, dizziness, disorientation, cough, wheezing, mental irritation, nose bleeds, and visual impairment.

"We noticed after rain events that there would be a number of medical style gloves that would be flushed out of the storm drain," said Anderson. "Having no idea where they originated from and considering the wide variety of applications where the gloves could be used, we considered that the presence of the gloves had the potential for pathogen exposure. So, we requested the Central Valley Regional Water Quality Control Board (RWQCB) test for pathogens."

The answer came from Kenny Kroyle, Water Resources Control Engineer of the RWQCB in an email on February 15, 2018 — "We agree that pathogen testing is an important tool to determine if the site is safe. However, it's not our specialty, so our attorney is working on who would be best to involve for that."

Meanwhile Terry Bettencourt, Regional Manager, Facilities Asset Manager Branch and Facility Planning, Construction and Management for the California Department of Corrections and Rehabilitation (CDCR) responded to Anderson on February 22, 2018 addressing issues concerning the storm drain culvert system installation at MCSP. While addressing 21 separate issues, one of the most interesting items — Number 10 — where Bettencourt says — "After reviewing the project specifications and known site conditions the water intrusion is not from ground or rain water." The response, directly opposite of what Anderson and his crew were told when they first encountered major water intrusion.

"We were told it was irrigation tail waters," said Anderson. "And continued working, as CDCR said it was nothing to worry about."



Case 1:32-cv-00401-KES-SAB    Document 22    Filed 10/11/22    Page 255 of 277

In late February, Anderson stumbled upon what he feels is the source of contamination making him and his crew sick.

"The soil is contaminated," said Anderson. "The new MCSP Infill Project was built where their spray field was located. That particular spray field had sludge from the sewer plant spread via a truck up until a few years ago. That "soil" was removed and hauled to the location of our "borrow pit". We used contaminated soil to extensively support and backfill the culvert as it was dry. Every pound of that soil was contaminated. I believe our exposure on the site was affected mostly by something that was airborne which was inhaled. While the water issues of metals contamination, soap, and hot water do not appear related to the "bird" waste issue as claimed by CDCR and no credible explanation is offered, the "soil" they had us use as part of construction of the culvert, is contaminated."

Laboratory testing of the soil from the borrow pit occurred in June 2018. The tests of the soil, or sludge, moved to Tower #4 at MCSP indicated heavy metals, residual fecal coliform, and Escherichia coli (E. coli) bacteria at high levels as well as undetectable levels of VOC's (Volatile Organic Compounds). Anderson was not satisfied with the results.

Case 1:22-cv-00401-KES-SAB    Document 22    Filed 10/11/22    Page 256 of 277



*Water puddles at the base of Tower 3 at Mule Creek State Prison on January 8, 2018.*

COURTESY/David Anderson

"They need to re-test the sludge pile near Tower #4," said Anderson. "Using the protocol as outlined by the EPA document — Behavior and Determination of Volatile and Organic Compounds in Soil. The EPA indicates that any soil with VOC contamination is a threat to groundwater. Studies have shown that the contamination can migrate downward with gravity over the years. Notwithstanding the hazard to groundwater, it is reasonable to assume it is a hazard to the general public, especially considering the health issues my crew and I have had from the job site. The sludge pile near Tower #4 will not have detectable amount of VOC's at the surface which is where it was sampled. Inside the sludge pile, where we dug nearly ten-feet deep, is where VOC's will still be bonded in the dirt in an aqueous phase. This is why the EPA suggests sampling be done at a much deeper depth."

Case 1:22-cv-00401-RES-SAB    Document 41    Filed 10/11/23    Page 257 of 277

Keep in mind, CDCR has been required by the RWQCB to dispose of bio-solids at an approved landfill offsite since 2015. Before then, since 2007, CDCR was required by the RWQCB to track and record any disposal of wastes including those moved to Tower #4.

"The waste material was moved to Tower #4 as part of earthwork operations of construction of the new construction of the MCSP Infill in 2014," said Anderson. "There were no permits, there are still no warning signs as required by Best Management Practices or any notification to any regulating authority warning the general public or restricting access."

RWQCB responded to Anderson in August 2018 — "RWQCB feels that, in our best professional judgment, that the potential VOC's in the borrow pile would not be a threat to water quality at this time, and therefore have not approved additional sampling."

As for the mysterious water intrusion, on January 29, 2018, both the Amador County Public Health and Environmental Health Departments were notified that the RWQCB personnel determined via sampling and laboratory analysis, that water discharging from a storm water drainage system at MCSP was not solely storm water or irrigation water, but was gray water, sewage, or a mixture. MCSP was ordered by the RWQCB to cease discharge of this wastewater immediately. All water from the drainpipe must be contained and properly disposed of at the prison's wastewater treatment facility or by hauling to another approved treatment facility and that no water from this pipeline may be discharged to land or surface water without a permit.

Under no circumstances was CDCR to discharge flows into Mule Creek. CDCR was to investigate the location and nature of sewage cross connections and report those findings to the RWQCB. That order also directed CDCR to install flow meters on the storm drain system, conduct dye testing, smoke testing, CCTV testing, among other requirements. CDCR failed to achieve any milestone in compliance with RWQCB's orders.

MCSP covers an area of 65 acres and the RWQCB calculated the volume of storm water flows that could be anticipated would require 80 "baker tanks." A baker tank is a trade name which describes trailerable tanks that are used for temporary water storage. The baker tanks would accommodate the accumulated flow from MCSP and hold it temporarily until it could be sent into the sewer system. CDCR acquired 12 baker tanks to manage the storm water discharge, not the suggested 80.

"We didn't realize when we started the culvert, that the 24" diameter pipe was meant to drain all 65 acres of MCSP," said Anderson. "That's crazy."

March 22, 2018, rainfall overwhelmed the discharge system and topped the perimeter security road and washed over the "borrow pile" near Tower #4 and into neighboring properties. During the height of the event, MCSP opened the slide gates and discharged into Mule Creek in violation of the RWQCB. 14 days later, another storm hit and CDCR staff opened the slide gates yet again, flowing into Mule Creek. The RWQCB did nothing. And it should be noted, at an early stage in their investigation, MCSP notified RWQCB that they had disabled the flow meters installed in the drain system as they were becoming plugged and CDCR was unable to maintain them.

"This fact will have more relevance when MCSP announces the source of the mysterious water intrusion we've been discussing," said Anderson. "I believe the catastrophic failure of MCSP's sewer system and cross connections between the sewer and storm drain systems is contaminating the Federal waterways. What is the tipping point when a third party takes responsibility for an investigation? Where is the oversight? This is contamination. The water, the soil — and no one is doing anything about it."

http://www.ledger.news/news/board-of-supervisors-join-investigation-of-mcsp-part-in-the/article_d5c26124-1532-11e9-b192-1bb961920c15.html

# Board of Supervisors Join Investigation of MCSP—Part 6 in the Ongoing Investigation of Contamination into Mule Creek by CDCR

Jack Mitchell   Jan 13, 2019 Updated 2 hrs ago



*Dark, opaque water seen outside of MCSP in 2017 has raised questions among many locals.*

③

http://www.ledger.news/news/board-of-supervisors-join-investigation-of-mcsp-part-in-the/...

COURTESY/David Anderson

Michael Israel, Amador County Director of Environmental Health stood before the Board of Supervisors on Tuesday, January 8, and reviewed issues going back as far as 2006 and investigations into Mule Creek State Prison (MCSP) with regard to public health. Early in 2018 MCSP opened their slide gates, releasing stormwater and sanitary and industrial waste into Mule Creek. The Regional Water Quality Control Board (RWQCB) sent a cease and desist order, and told MCSP to contain the stormwater and put it through their treatment plant and investigate the source of the storm water contamination.

"With every significant storm event, we are seeing from the state warning center there are sometimes several million gallons of flow that MCSP have to release because they do not have adequate storage to contain that stormwater," said Israel. "It does appear that very clearly there are contaminants in the stormwater. The water well samples are not at levels of contamination that our office can make a health base standard. We are seeing benzoic acid, a food additive at low levels, but unusual, and acetone pretty universally. They are below levels that would concern public health. The RWQCB ordered an investigation on potential sources, and also to conduct a domestic well monitoring program. CDCR has not followed through on their sampling program and they have stalled on their exploration of sources of contamination."

"Isn't the RWQCB asking MCSP to investigate kind of like asking the fox how many chickens are in the coop?" said District 2 Supervisor, Richard Forster. "If you're going to build confidence you have to have an independent that is doing the testing."

"Unlike the issues at the dump that has no documented off-site impacts historically and recently, in my opinion, from the potential threat to public health, I would expect the RWQCB to pursue MCSP more rigorously," said Israel. "We have not seen a good investigation. We have not seen adequate information from CDCR or the RWQCB."

In 2006, private citizens tested Mule Creek and caffeine was found. To date pharmaceuticals have never been tested. 2006 findings concluded Mule Creek is heavily influenced by MCSP.

"If there is a problem, there is a problem," said District 5 Supervisor, Brian Oneto. "If not, there is not. But, there should be a robust work plan if there is a problem. Be transparent."

Israel noted that based on findings public health concerns with incidental contact are much more remote.

"The main concern is consumption," said Israel. "It is key to follow up, if there is something we need to track. Our first and foremost concern is consumption."

No clustering of illnesses have been related to discharges based on the list of state mandated communicable diseases. Data supports that contaminants do not seem to be making it into the drinking water system at this time. Four workers building a culvert at MCSP claim to have gotten sick by exposure to either contaminated water they witnessed or a borrow pile that was not soil, but sludge scraped off of the MCSP spray fields. The RWQCB has gone on record that they found contaminants in the stormwater system.

"We were made aware of the issue of storm water contamination a year ago," said Andrew Altevogt, Assistant Executive Officer of the RWQCB. "We've issued orders, there have been responses. We're still in the middle of the process. Everyone agrees it is a complicated problem. We have asked CDCR to sample, and they have done that. With regards to investigating the pipes at MCSP preliminary work has been done including camera tests and smoke tests. The initial tests were inconclusive."

"We have spent over $2 million to date in conducting a comprehensive site wide investigation of the storm water collection system at MCSP," said Gregor Larabee, Chief Regulatory Compliance for CDCR. "We have done camera work, we did do smoke testing and we've done dye tracing. Nothing has shown a cross connection between sanitary sewer and storm water at the institution. Non-stormwater events are likely a result of groundwater infiltrating the center corridor stormwater collection system. It was identified during our camera work. You see the presence of water in the soil. We do not identify that as sewage. We did camera work through the center corridor up to each building. We are in the process now of negotiating an assignment

with our consultant to do additional camera work that will include all the way under the buildings all the way out to the mains. We have found no evidence of cross connection of sewer and storm drain. CDCR takes this issue very seriously and we are working cooperatively with RWQCB. We are focused on identifying any issues that are present and taking care of them."

"The problem with the RWQCB is that they don't seem to be able to get CDCR to do anything," said Sally Barron, a noted chemist and retired investigator with the California Air Resources Board. "CDCR had a contract with the City of Ione. When the population reaches a certain mark, they would build a tertiary treatment plant. It is a contract. It is valid. As far as CDCR's investigation into cross connection under the prison, the iron pipe has an estimated lifespan of 30-40 years using cold water," said Barron. "There are three sewer systems. You have the sanitary sewer system. You have the stormwater system and you have the industrial sewage system which handles the waste from the prison industries that run three large operations inside the prison. They run hot water, and especially the meat processing facility uses extremely caustic chemicals to clean their processing area because they are USDA investigated, and therefore, they have to meet USDA standards so they can sell the products that they make there. Yes, caffeine was found in Mule Creek. The MCSP industries also has a big coffee roasting operation inside the prison and it decaffeinates coffee. If the coffee was coming from the sanitary sewage system, it would be in the form of by-products after digestion, not raw caffeine coming down the creek."

"When MCSP gets over a tenth of an inch of rain, they will open their slide gates," said Barron. "They will let the stormwater and sewage go down Mule Creek. Well, Mule Creek goes to Sutter Creek, which has rights to the water, and keeps going south into the Mokelumne River and there is a big fish hatchery down there and so, it seems to me, that the State of California is deliberately pouring contaminated sewage water into Federal waters which are the homes for the listed species such as salmon and steelhead in that area."

Oneto asked if Larabee would comment on these allegations. Initially he said he had no comment, and then came back to address the board.

"We have not done anything specific to caffeine," said Larabee. "Levels that we are aware of are relatively low. We are focused on the much more serious issues identified by the RWQCB. Samples from the stormwater collection system have been taken daily from January 2018 through October 2018. We sent notice to the RWQCB that we open our slide gates when there is a tenth of an inch of rain in an hour or three tenths of an inch in twenty four hours."

The board then questioned CDCR on the subject of volume — clean water in, wastewater out — thresholds on the system at MCSP and the contract that CDCR would build a tertiary treatment plant.

"I don't have any of that information readily available," said Larabee. "I am honestly not familiar with the specifics of that contract. I can't offer any information on that. The RWQCB has complete access to MCSP. All the folks working in the enforcement group on this issue at the prison can gain access to MCSP, notification for clearance is the only restriction."

Ione resident Jim Scully who owns property along Mule Creek then came to the podium.

"There is more than a little liability in this issue," said Scully. "This has been brought here before. I brought the contract to this board five or six years ago. The contract is still valid. Two decades of yelling and screaming and seeing absolutely nothing done from anyone. Five state agencies that have jurisdiction had professional paralysis. Go to your boss, scratch out an injunction commanding every employee to immediately comply with your instructions. We've been at this for over two decades. Finally something is being done. What is really upsetting, is how many people had to get ill before the people that claim to be highly paid professionals, did what they need to do."

The Ledger Dispatch did receive an official response from CDCR out of Sacramento.

"CDCR has conducted an extensive investigation of its storm and sewer systems in full cooperation with the Central Valley Regional Water Quality Control Board, the State Water Board and officials at the Environmental Protection Agency. To date, that investigation has not discovered a link between the sewer system and the storm drains. Nonetheless, CDCR has committed to conduct additional tests to satisfy the concerns of these agencies and to ensure the safety of Amador County residents."

"As District 2 Supervisor, I want to ensure the residents of Ione and property owners nearby MCSP are not impacted negatively from operations at MCSP," said Forster. "If people are getting sick, the responsible entity needs to be held accountable. The county has personnel looking at this issue to determine if the information from the State is accurate. I hope CDCR and other State departments with oversight authority are honest and transparent with their analysis and information conveyed to the public. The county has always taken the stance with MCSP of trust but verify."

When CDCR was asked when the additional tests would occur, if it would include investigating all three sewer systems and under the prison, who would conduct those tests and when those tests would be made, public CDCR responded.

"For now, we have nothing new to announce."

For the first five parts of our ongoing series visit:

Part 1: http://www.ledger.news/news/local_news/what-s-in-your-water-contaminated-water-allegedly-from-mule/article_a80d2316-f99b-11e8-8a84-63071e05b2e3.html

Part 2: http://www.ledger.news/news/local_news/sewer-and-water-quality-issues-a-widespread-issue-across-california/article_8e721282-ff1c-11e8-ad8a-93e1f0c7276a.html

Part 3: http://www.ledger.news/news/local_news/rainfall-may-worsen-alleged-mule-creek-prison-water-contamination/article_3b63befc-04a2-11e9-9a17-57a0cad08577.html

Part 4: http://www.ledger.news/news/local_news/mule-creek-signs-of-the-times-part-four-of-the/article_272ad5fc-0a1e-11e9-960e-131036ca94c0.html

Part 5: http://www.ledger.news/news/local_news/rwqcb-confirms-contamination-at-mule-creek-state-prison-part-five/article_24ec3930-0f9f-11e9-aaca-dbb18e9e49dc.html

Case 2:21-cv-00101-SAB   Document 22   Filed 10/11/23   Page 267 of 277

http://www.ledger.news/news/local_news/sewer-and-water-quality-issues-a-widespread-issue-across-california/article_8e721282-ff1c-11e8-ad8a-93e1f0c7276a.html

# Sewer and Water-Quality Issues — a Widespread Issue Across California Prisons

Jack Mitchell · Dec 15, 2018



*Big rainstorms could make the alleged problem worse and more widespread in Ione.*

COURTESY PHOTO

When Mule Creek State Prison (MCSP) advertised for bids to install a culvert along the perimeter security road between Tower #1 and Tower #6 in December of 2016, Sierra Communication and Construction, Incorporated (SCCI) reviewed the plan, attended the mandatory meeting, performed pre-inspections, and was awarded the contract. David Anderson, SCCI Supervisor, and a his crew Chris Stoy, SCCI Foreman, Jim Hampton, SCCI laborer, and Matthew Anderson, SCCI Equipment Operator went to work.

Assessments of the existing elevations, as well as removing the existing culverts, began in July 2017, which is when SCCI began to notice the storm drain pipes, exiting under the security fence, discharging water. The first few days in August of 2017, SCCI began installing the culvert along with the corresponding drain inlets. Every day, Anderson would ask MCSP staff where the water was coming from and what could be done to stop it.

"As we began to install the culvert, conditions degraded quickly," said David Anderson. "Water intrusion from an unknown source was evident at every single drain outlet and never stopped. We all observed contamination, such as soap and discolored water. Also, the temperature of the water measured at varying temperatures indicating discharges from within MCSP. So, we asked Terry Bettencourt, as well as all the other available CDCR staff, if there were any hazards or any other concerns we should have. They answered emphatically, 'no,' stating that the water was most likely irrigation tail water or possibly minimal amount of incidental wash water from an unidentified source."

Case 1:22-cv-00461-KES-SAB   Document 22   Filed 10/07/22   Page 269 of 277





*Recent storms could lead to runoff of the potentially contaminated water in Dry Creek.*

COURTESY PHOTO

Anderson and the rest of the SCCI crew were convinced that the conditions were being misrepresented and began to take pictures, documenting what they were witnessing.

"The water intrusion became so significant that we planned on capping the worst offenders and leap frog forward to keep the project moving," said Anderson. "Keep in mind, it was August and we were in drought conditions. The explanations for the amount of water we were dealing with didn't add up. I became convinced that the Central Valley Regional Water Quality Control Board (RWQCB) needed to get involved," said Anderson.

Anderson also asked CDCR repeatedly for MCSP's Stormwater Pollution Prevention Plan (SWPPP). When he received it in November 2017, that plan only addressed aspects within MCSP. To Anderson it was an epiphany.

"It's like accepting your girlfriend spending a lot of time with her very attractive male cousin. One day, your buddies tell you — You know, she doesn't have a cousin," said Anderson. "The SWPPP was presented in the manner as to prevent the RWQCB inspector from observing the water discharges. We weren't building a culvert to protect wildlife, or to deal with standing water. I think we were building an

resulting in a fine of $600,000. The Deuel Vocational Institution outside of Tracy has had 15 different incidents that resulted in fines tracked by the Regional Water Quality Board from 2004 to the present, and recently Deuel settled with the board for fines in the millions of dollars. The Sierra Conservation Center outside of Jamestown in Tuolumne County, paid a $33,000 fine for a water violation in 2012. San Quentin State Prison spilled sewage into San Francisco Bay in 2008 and the Correctional Training facility in Soledad had a series of spills in 2012 and 2013. MCSP was fined $50,000 by the Regional Water Quality Control Board from an incident in 2007 that resulted in a sewage spill and contaminated wells.

"If I am right, and I believe I am," said Anderson. "The problem isn't unique to the site in Ione at MSCP, it's statewide. The state of California has a problem with numerous prison sites throughout the state and no plan, or way, to deal with it. Fixing it will be a monumental task. I think they will attempt to cover it up and hope the inquiries, investigations and incidents can be hidden or diminished so the public will believe they are isolated or one-time problems. They'll mask or hide the larger issue. At MCSP, in Ione, with the famous geological impervious clay and the proximity of the institution to federal water ways, you are seeing the catastrophic failure of their system. It isn't a failure of MCSP, or a single prison, but prisons throughout the state. The United States Federal Government needs to intervene and investigate the prisons in the State of California, as clearly the state agencies aren't addressing what is really going on."

As part of our ongoing investigation into the allegations Anderson has made regarding MCSP, the Ledger Dispatch has hired a firm to test the water around MCSP in the interest of getting tests that use EPA (Environmental Protection Agency) methodology, that are performed by an ELAP (Environmental Laboratory Accreditation Program) within the state of California. The tests include a chain of custody, including how samples were preserved. Those test results will include not only a look at human biomarkers, but pharmaceuticals, as well as a full breakdown of Volatile Organic Compound's and Semivolatile Organic Compound's. It will be part of our ongoing published investigation looking into the alleged contamination of Mule Creek by CDCR, MCSP, and the California State Corrections Prison System.

underground system to dump industrial and domestic sewage into the federal waterways, hiding the catastrophic failure of MCSP's sewage and storm drain systems."

Anderson's theory is that MCSP dumped corrosive agents used in various prison applications like dish washing, clothes washing, and cleansers used in the meat processing facility. Those corrosives went to work on MCSP's cast iron pipes under their building and caused catastrophic failure.

"Think about it," said Anderson. "Cast iron pipes have a lifespan of 30 to 50 years provided they are not subject to factors that would shorten that lifespan. MCSP just celebrated 30 years, but my guess is the pipes under the buildings, that have never been investigated by the way, were literally eaten by the materials that they were exposed to over the years."

If Anderson's allegations are true, why wouldn't it be fixed and wouldn't we see similar problems at other prison sites, built with the same methods?

"That's why it needs to be covered up," said Anderson. "At MCSP, the catastrophic failure is sending industrial and domestic sewage through pipes that are broken, corroded or eaten away. That sewage hits the famous Ione clay and shoots out in all directions. The waste flow is entering the storm drain outlets from multiple cross connections between the sewer and storm drain systems. Other prisons have different geology. They don't have Ione clay, so it would react differently. Perhaps, filter downward, instead of out. Different types of soil will filter or absorb contaminants in different ways. However, you would eventually see similar issues at prisons around the state of California."

MCSP is not the only California State Corrections facility with a history of waste water issues. A review of records by the Ledger Dispatch found incidents at prisons up and down the State. The famous Folsom State Prison was fined $700,000 dollars for spilling sewage into the American River in 2000. The California Men's Colony in San Luis has been cited for numerous sewer spills as recently as 2016, including a 2004 incident when more than 220,000 gallons of raw sewage went into a nearby creek,

http://www.ledger.news/news/local_news/rwqcb-confirms-contamination-at-mule-creek-state-
prison-part-five/article_24ec3930-0f9f-11e9-aaca-dbb18e9e49dc.html

# RWQCB Confirms Contamination at Mule Creek State Prison—Part five of the Ledger Dispatch's investigation of contamination of Mule Creek by Mule Creek State Prison

Jack Mitchell   Jan 5, 2019



*Turbid discharge can be seen at the Tower 3 outfall on November 11, 2017.*

http://www.ledger.news/news/local_news/rwqcb-confirms-contamination-at-mule-creek-state... 12/11

David Anderson

"We've been following the series of articles in the Ledger Dispatch, and we are very concerned with the discharge and flow of contaminated water that is occurring at Mule Creek State Prison (MCSP) coming from an undetermined source," said Andrew Altevogt, Assistant Executive Officer of the Central Valley Regional Water Quality Control Board (RWQCB). "Based on the California Department of Corrections and Rehabilitation (CDCR) tests over the past year and the range of constituents, including VOC's (Volatile Organic Compounds), E. coli (Escherichia coli bacteria), coliform and metals — we can tell you somewhere things are getting into the storm drain system at MCSP. There is contamination occurring, but we don't know where it is coming from."

The severity of contamination is also undetermined.

According to David Anderson, a worker that was hired to install a culvert along MCSP, there is massive failure of the sewer system underneath the prison facility.

"With the perpetual flow of contaminated water I have witnessed and documented," said Anderson, "MCSP has a catastrophic failure of their sewer and storm drain system and is dumping industrial and domestic sewage into Mule Creek. The problem is the State of California can't fix it, or won't, because a prison sits on top of it and if it is happening here, it's likely a problem throughout the entire prison system in California. It's too expensive to fix, no plan, and they (CDCR) continue to get away with the contamination."

"We've been waiting for David to take on Goliath," said Stacy Rhoades, of the Ione City Council. "And make no mistake CDCR thinks they are Goliath and untouchable. Neighboring property owners and history shows that contamination is an issue. It's been a problem for decades and nothing has been done to address it."



*Central Valley Regional Water Quality Control Board has confirmed that contaminated water from an undetermined source is flowing from Mule Creek State Prison.*

David Anderson

"We've really only been made aware that contaminants have been entering the storm drain system this past year," said Harold Hold, RWQCB Compliance and Enforcement Section. "Previous issues were related to MCSP's spray fields collection and spills, not failure of the sewer system or looking beneath the prison."

CDCR has done some camera work as well as smoke tests, but the results were inconclusive.

"Somewhere, contaminants are getting into the system," said Altevogt. "Most likely, it is under MCSP itself. While CDCR conducted tests, they haven't done enough of it or taken a look under the prison itself. Until that is done, we won't know if that is the source of contamination. But the source, whatever it may be, is likely to be found under the prison."

In April of 2018 CDCR hired source molecular out of Miami, Florida to test for human DNA in the water stream coming from the drain system. The tests claimed to not have detected human DNA and the CDCR concluded the waste was bird waste.

"DNA source tracking is in its infancy," said Altevogt. "It's experimental."

The RWQCB reviewed the California Department of Corrections and Rehabilitations Mule Creek State Prison's Storm Water Collection System Investigation Findings Report, and found it to be materially deficient. Additionally, the data clearly shows wastewater is being discharged to the storm water system, and historically had been discharged into Mule Creek.

The Ledger Dispatch has hired a firm to conduct tests as part of our ongoing investigation. Those tests will include a look at human biomarkers, pharmaceuticals, as well as a full breakdown of VOC's and SVOC's. To date, no studies other than minimal smoke tests and camera work have been conducted. A look beneath MCSP has yet to be started or completed, yet a constant flow of contaminated water is in MCSP's storm drain system.

For the first four parts of our ongoing series visit:

Part 1: http://www.ledger.news/news/local_news/what-s-in-your-water-contaminated-water-allegedly-from-mule/article_a80d2316-f99b-11e8-8a84-63071e05b2e3.html

Part 2: http://www.ledger.news/news/local_news/sewer-and-water-quality-issues-a-widespread-issue-across-california/article_8e721282-ff1c-11e8-ad8a-93e1f0c7276a.html

Part 3: http://www.ledger.news/news/local_news/rainfall-may-worsen-alleged-mule-creek-prison-water-contamination/article_3b63befc-04a2-11e9-9a17-57a0cad08577.html

Part 4: http://www.ledger.news/news/local_news/mule-creek-signs-of-the-times-part-four-of-the/article_272ad5fc-0a1e-11e9-960e-131036ca94c0.html