UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,<br><br>    Defendants. | No. 1:22-cv-00401-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 3, 13, 25, 26, 35, 36, 37) |

Plaintiff Stanley W. Mundy is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2022, the assigned Magistrate Judge issued findings and recommendations (ECF No. 13) recommending that Plaintiff's motion for a preliminary injunction (ECF No. 3) be denied for lack of jurisdiction and for failure to name a proper defendant. The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (ECF No. 13 at 3.) Plaintiff filed objections on May 23, 2022, and the objections largely restate Plaintiff's claims. (ECF No. 14.)

On December 5, 2022, the assigned Magistrate Judge issued a second set of findings and recommendations (ECF No. 26) recommending that Plaintiff's second motion for a preliminary injunction (ECF No. 25) be denied for failure to state a claim in Plaintiff's first amended

1

complaint and for failure "to show that irreparable harm is likely to occur in the absence of preliminary injunctive relief" (*id*. at 2).  The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (ECF No. 26.)  Plaintiff filed objections to the findings and recommendations on December 23, 2022, restating his claims.  (ECF No. 27.)

On March 31, 2023, the assigned Magistrate Judge issued a third set of findings and recommendations (ECF No. 37) recommending that Plaintiff's third and fourth motions for a preliminary injunction (ECF Nos. 35, 36) be denied for failure to serve or properly name Defendants, failure to state a claim in Plaintiff's second amended complaint, and for failure to establish the requisite standards for a preliminary injunction (ECF No 37).  The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service.  (*Id*.)  Plaintiff filed objections to the findings and recommendations on April 26, 2023, largely restating his claims.  (ECF No. 38.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS SO ORDERED:

1. The findings and recommendations issued on May 5, 2022; December 5, 2022; and March 31, 2023 (ECF Nos. 13, 26, 37), are adopted in full; and
2. Plaintiff's motions for preliminary injunction (ECF Nos. 3, 25, 35, 36) are denied.

IT IS SO ORDERED.

Dated:  June 1, 2023

UNITED STATES DISTRICT JUDGE

2