UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,<br><br>Defendants. | Case No. 1:22-cv-00401-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION FOR RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION<br><br>(Docs. 42, 43, 44, 45) |

Plaintiff Stanley A. Mundy is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 20, 2023, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for retraining order preventing transfer be denied. Doc. 44. On June 20, 2023, the assigned magistrate judge also issued findings and recommendations, recommending that plaintiff's motion for a preliminary injunction to enforce medical diet be denied. Doc. 45. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. Doc. 44 at 3; Doc. 45 at 3. No objections have been filed and the deadline to do so

1

has passed. The court has previously denied a motion by plaintiff for a preliminary injunction in this case. *See* Doc. 40.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on June 20, 2023 (Docs. 44, 45) are ADOPTED IN FULL;
2. Plaintiff's motion for a temporary restraining order and/or preliminary injunction (Doc. 42) is DENIED; and
3. Plaintiff's motion for a preliminary injunction (Doc. 43), is DENIED.

IT IS SO ORDERED.

Dated:   October 10, 2024

_____
UNITED STATES DISTRICT JUDGE

2