UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY, | No. 1:22-cv-00401-KES-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS |
| v. | |
| SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al., | (ECF No. 60) |
| Defendants. | |

Plaintiff Stanley A. Mundy is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a ninety day stay of the proceedings, filed December 9, 2024. (ECF No. 60.)

The district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." Clinton v. Jones, 520 U.S. 681, 706 (1997) (citing Landis v. North American Co., 299 U.S. 248, 254 (1936)). A stay is discretionary and the "party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion." Nken v. Holder, 556 U.S. 418, 433–34 (2009). "Generally, stays should not be indefinite in nature." Dependable Highway Exp., Inc. v. Navigators Ins. Co., 498 F.3d 1059, 1066–67 (9th Cir. 2007). If a stay is especially long or its term is indefinite, a greater showing is required to justify it. Yong v. I.N.S., 208 F.3d 1116, 1119 (9th Cir. 2000). The Court should "balance the length of any stay

1

against the strength of the justification given for it." Id.

Plaintiff seeks to stay the case for ninety days because he is scheduled for heart surgery on December 11, 2024. (ECF No. 60.) Plaintiff submits that he unaware if the surgery will proceed as scheduled or when he will return to Mule Creek State Prison following the surgery, when it occurs. (Id.) As there are currently no pending deadlines for which Plaintiff was comply, the Court finds a stay of the proceedings unnecessary. Indeed, a review of the docket reflects that Defendants J. Macomber, M. Logan, O. Onyeje, S. Long, and M. Conanan response the operative complaint is due on or before December 27, 2024, and service of process as to Defendant Pimentel is pending. Should Plaintiff need an extension of time to comply with any future deadlines, he may file a request at that time. Accordingly, Plaintiff's motion for a stay of the proceedings is DENIED.

IT IS SO ORDERED.

Dated:   **December 11, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2