UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,<br><br>　　　　　　Defendants. | No. 1:22-cv-00401-KES-SAB (PC)<br><br>ORDER REGARDING ENTRY OF DEFAULT AS TO DEFENDANT PIMENTEL<br><br>(ECF No. 59) |

　　　　Plaintiff Stanley A. Mundy is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　This action proceeds on Plaintiff's Eighth Amendment official capacity claim regarding plaintiff's non-soy diet at CDCR against defendant Jeff Macomber, and on Plaintiff's Eighth Amendment deliberate indifference claim against defendants Long, Pimentel, Onyeje, Logan, and Conanan.

　　　　On November 26, 2024, Defendants Macomber, Logan, Onyeje, Conanan, and Long filed waivers of service of process and a responsive pleading is due on or before December 27, 2204. (ECF No. 57.)

　　　　On November 27, 2024, the Court received the USM-285 form from the United States Marshal indicating that personal service was effected upon Defendant Pimentel on November 21, 2024. (ECF No. 59.)

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that failure is shown by affidavit or otherwise. See Fed. R. Civ. P. 55(a). Rule 12 of the Federal Rules of Civil Procedure provides, "[a] defendant must serve an answer within 21 days after being served with the summons and complaint; or if it has timely waived service under Rule 4(d), within 60 days after the request for a waiver was sent." Fed. R. Civ. P. 12(a)(1)(A). Under Rule 4(d), a defendant may waive service of a summons by signing and returning a waiver of service. Fed. R. Civ. P. 4(d). If a defendant fails to plead or otherwise defend an action after being properly served with a summons and complaint, a default may be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 55(a).

Here, Defendant Pimentel's response was due twenty-one days after November 21, 2024, i.e. on or before **December 12, 2024**. Fed. R. Civ. P. 12(a)(1)(A)(i). However, to date, Defendant Pimentel has not filed a response or otherwise communicated with the Court. On this record it appears that entry of default is appropriate as to Defendant Pimentel. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall indicate whether he is requesting entry of default as to Defendant Pimentel.

IT IS SO ORDERED.

Dated:   **December 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge