UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>         Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,<br><br>         Defendants. | No. 1:22-cv-00401-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 63) |

   Plaintiff Stanley A. Mundy is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On December 18, 2024, Defendants Macomber, Logan, Onyeje, Long, and Conanan filed a motion for an extension of time to file a responsive pleading. (ECF No. 63.)

   Good cause having been presented, it is HEREBY ORDERED that the deadline for the above-mentioned Defendants to file a responsive pleading is extended to **February 10, 2025**.

IT IS SO ORDERED.

Dated:   **December 19, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1