STAN MUNDY BN2899
MULE CREEK STATE PRISON
P.O. BOX 409089
IONE CA 95640
IN PRO PER.

ORIGINAL

FILED

JUL 28 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| STANLEY MUNDY<br>PLAINTIFF<br><br>VS.<br><br>SACRAMENTO COUNTY JAIL<br>MEDICAL STAFF, ET. AL<br>DEFENDANTS | NO. 1:22-CV-00401-KES-SAB(PC)<br><br>MOTION TO AMEND PLEADINGS<br><br>HON: STANLEY A. BOONE<br>U.S. MAGISTRATE JUDGE |

## CLAIM 1

SECRETARY OF CDCR, JEFF MACOMBER, ASST. CDCR DIRECTOR BOB MOSELEY AND POLICY MAKERS OF CAL-PIA, DIRECTOR BILL DAVIDSON, AND CCHCS CHIEF GATES CREATED OBVIOUS UNCONSTITUTIONAL AND UNLAWFUL CUSTOMS AND POLICIES.

1) DENIED PLAINTIFF PREVIOUSLY PRESCRIBED AND PROVIDED "NON SOY" ALLERGIC DIET FROM 4/1/21 TO TODAY, KNOWINGLY CAUSING SIGNIFICANT INJURY

2) DENIED PLAINTIFF PREVIOUSLY PRESCRIBED AND NEEDED "CARDIAC PRUDENT" DIET FROM 2/6/22 TO TODAY, PRESCRIBED RETURN CARE

3) DENIED PRESCRIBED DIAGNOSTIC TESTING, MEDICAL AND SURGICAL CARE FOR POSSIBLE LIFE THREATENING INJURIES 4/1/21 TO TODAY.

4) DENIED ADA STATUS, HELP, GRIEVANCE FORMS, MEDICAL RECORDS TO DENY DUE PROCESS TO ADVERSE DIETARY, MEDICAL, ADA DECISIONS.

THE ABOVE AND BELLOW NAME DEFENDANTS KNEW

1) 4/5/21 PLAINTIFF NEED FOR A "NON SOY DIET" WAS CONFIRMED BY

"MEDICAL RECORDS" BEARY OMITTED ADMITTING (1,3,21) NURSES AND CCHCS EMPLOYEES RN TERESA ESTRELLA AND DR ALPHONSO. (WITNESSES).

2) PLAINTIFF SEVERE "d/t SOY ALLERGY WAS CONFIRMED" BY RDN MASON FRENCH (9/1/21) FROM DOCUMENTED ALLERGIC REACTION SYMPTOMS:

   A) GASTROINTESTINAL BLEEDING
   B) HIVES, RASHES, SKIN WOUNDS.
   C) DIARRIA, TROUBLE SWALLOWING, ECT.

   DRIVING FORCE OF CUSTOM AND POLICIES TO INJURIES.

DEFENDANT POLICY MAKERS AND MANAGERS, JEFF MACOMBER, BOB MOSELEY BILL DAVIDSON, CHIEF GATES, O. ONYETE AND M. COWANAN. AND PCP RN S. LONG, M. LOGAN AND PCP DR. K. PIMENTAL KNEW BY IN PERSON, VERBAL WRITTEN OR OTHER DOCUMENTED.

1) PLAINTIFF AND LIKE INMATES "HAD A CONSTITUTIONAL AND MEDICAL NEED FOR PREVIOUSLY PROVIDED, PRESCRIBED AND RECOMENDED NON SOY DIET "4/1/21 TO TODAY, CARDIAC PRUDENT DIET "2/6/22 TO TODAY" BUT REFUSED TO PROVIDE AND ACCOMIDATE THESE DIETS. CREATED "POLICY" WE WILL NOT PROVIDE ABOVE DIETS OR ACCOMIDATED THOSE DIETS.

2) REPEATEDLY SAYING," IF FOOD SERVED BOTHERS YOU DON'T EAT THEM

3) "AVOIDING PROBLEM FOODS IS YOUR RESPONSIBILITY"

4) "YOU MUST READ FOOD LABELS TO AVOID PROBLEM FOODS" DEFENDANT CREATED A FIFTH POLICY THEY KNEW WAS "UNCONSTITUTIONAL AND IMPOSSIBLE FOR PLAINTIFF TO CARRY OUT. THEIR POLICY, DEFENDANTS "DID NOT PROVIDED" FOOD WARNING AND INGREDIENT LABLING. ON COOKED, UNCOOKED AND PACKAGE FOODS SERVED TO PLAINTIFF. FORCING CONSUMPTION OF TOXIC FOOD AND DENYING FOOD THAT PREVENT HEART AND BRAIN INJURY AND CAUSED 100'S SERIOUS FOOD RELATED INJURIES.

1. All name defendants knew food warning & use of common allergens
2. including soy were required to protect Plaintiff. Refuse to provide
3. label, change or accomidated. Making compliance by Plaintiff
4. impossible and violating Constitutional Protection, State, Federal
5. Safety, Packaging, Consumption, Labeling laws. Not limited to but
6. including: THE ROSE FOOD ALLERGEN ACT: FEDERAL FOOD, DRUG AND
7. COSMETIC ACT. Violating Plaintiff 4th, 5th and 14th Amendment
8. Safety and Due Process Rights. Violating the 8th Amendment
9. Cruel and Unusual Punishment Standard.
10. Each Defendant namely Jeff Macomber, is sued in his official
11. capacity for injunctive relief.
12. 1) To give plaintiff Non Soy - Cardiac Prudent Mediterranean
13. Diet.
14. 2) Provide food warning and food ingrediant labels.
15. 3) Give plaintiff ADA status, help, preparing legal work,
16. Grievances, typing printing for his Brain Injury, Learning
17. Understanding, Communicating, Typing Disability.
18. 4) Provide a Meaningful ADA, Accomidation. Diet and Surgical
19. Adverse Desicion process with adequate representation to
20. protect inmates safety.
21.     A) Policies and Failure to Correct Driving Force
22.         to Constitutional Violation, Injury.
23. Above defendants namely Jeff Macomber, CME Bob Moseley,
24. CCHCS Chief Gates, CME Conanan and CME Onyeje in the
25. Policy Making, Managerial and Accomidative Duties. Are
26. Sued in their individual capacities for monitary relief. For
27. making, overseeing and not accomidating or correcting.
28. 1) Not Providing Non Soy and Cardiac Prudent Medically

NEEDED, PRESCRIBED AND PROVIDED MAIN 2 NAMED DIETS (4/1/21-TODAY)

2) MAKING, IMPLEMENTING, NOT CHANGING OBVIOUSLY DANGEROUS AND IMPOSSIBLE UNFULFILLABLE POLICIES. (4/1/21 TO TODAY)

3) NOT PROVIDING GRIEVANCE FORMS, ADA HELP AND A SAFETY ACCOMMODATION PROGRAM TO ADVERSE ADA, DIETARY, SURGICAL NEEDS.

EACH DEFENDANT KNEW THEY HAD A REASONABLE RESPONSIBILITY, MEDICAL AND SAFETY DUTY. VIOLATED PLAINTIFF 4th, 5th AND 14th AMENDMENT RIGHTS TO REDRESS, DUE PROCESS TO ADVERSE MEDICAL DIETARY, CUSTODY DECISIONS PROTECTIONS.

FURTHER KNEW THEY VIOLATED PLAINTIFFS 8th AMENDMENT RIGHT UNDER THE CRUEL AND UNUSUAL PUNISHMENT STANDARD, PROTECTIONS EACH DEFENDANT WITNESSED OR KNEW THEIR INDIVIDUAL ACTIONS, INACTIONS AND POLICIES WOULD INFLICT AND FAILED TO PREVENT.

A) SEVERE GASTROINTESTINAL, COLON BLEEDING, UNSANITARY CONDITIONS FATIGUE, PAIN, IMMUNE SYSTEM COMPLICATIONS. (4/1/21 TO TODAY)

B) HIVES, RASHES, SKIN WOUNDS, DANGEROUS INFECTIONS, REPEATED PROLONGED BLOOD INFECTIONS 4/1/21 - 8/31/2023.

C) FAILURE TO RETURN PLAINTIFF FOR PRESCRIBED BLOOD, TISSUE INFECTION CARE (12/2/21 TO 8/31/23 CAUSING HEART, BRAIN, IMMUNE SYSTEM DAMAGE.

D) PERMANENT DAMAGE TO RT SHIN, KNEE, LEG TISSUE, MENISCUS AND HAVING FOREIGN BODY LODGED IN KNEE FROM (12/2/21 TO 8/31/23) FOR REFUSAL TO RETURN FOR PRESCRIBED FOLLOW INFECTION CARE.

E) PERMANENT HEART, BRAIN, IMMUNE SYSTEM DAMAGE FOR REFUSING TO RETURN FOR PRESCRIBED CARDIAC, DIET, DIAGNOSIS OF HEART INJURY FROM PROLONGED INFECTION, ALLERGIC DAMAGE FROM (2/2/22 TO TODAY)

F) FAILURE TO PROVIDE G.I. SCOPE, PREVENT SIGNIFICANT COLON BLEEDING

1. As prescribed, 4/25/21 to today, in unsanitary conditions weakness fatigue, suffering inability to access courts.

G) Untreated Fatigue, Dizzyness, Refusal to Provide Return Bleeding Infection and Heart care caused Plaintiff to pass out 3 times on 2 occassions caused

    a) Lt Shoulder and Lt. Bicep tear requiring surgery. Injury suffered around 8/22 and 11/23. Untreated, undiagnosed till 12/24 still no surgery pain management today.

    b) Re-injury of Neck and Face Damage 8/22/ and 11/23, Treatment denied and surgeries prescribed and not provided today.

H) Perminent Heart injury. Open Heart surgery finally preformed 12/12/24 cause by refusal to return to Cardiologist Hamilton after Blood Infections cause Heart Stent Placement and Hamilton prescribed Cardiac Diet and Return Diagnosis to Prevent Heart damage and diagnose Heart injury.

I) Perminent Brain Damage Atrophy. Denial of ADA status and Brain Confusion issue, Failure to Treat Heart Damage from 4/1/21 to today confirmed by MRI 12/2024.

K) All Injuries and ADA status Denial caused Plaintiff significant Confusion, Understanding, Comunication, Typing, and refusal for ADA help, repeated Theft, Loss Destruction of Grievance, Legal Mail denied access to Courts and Process 4/1/21 to today. Defendants Macomber, Gates, Onyete, Conanan knew their policies failure to train and Culture not to report misconduct violation of Safe Nutricious Diets and Medical care would allow and encourage. Long, Pimental, Logan to Deny Safe Food, Medical, Surgical Prescribed care, Not Document injuries, Not provide medical records

REFUSALS BY CDCR AUTHORITIES, NOT PROVIDE GRIEVANCE FORMS, DESTROY LEGAL MAIL, UNLAWFULLY TRANSFER PLAINTIFF TO DENY PROPER GRIEVANCE PROCEDURES AND FURTHER DENY PRESCRIBED DIETARY, MEDICAL SURGICAL CARE. 4/1/21 TO TODAY.

## IV

PLAINTIFF SUES DR AND CME M CONANAN, O. ONYETE, RN LONG AND PCP DR G. PIMENTAL IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, FOR MONITORY DAMAGES

1) 4/5/21 CDCR, CCHCS STAFF RN T. ESTRELLA AND PCP DR ALPHONSO REPORTED "PETITIONER HAD PREVIOUSLY BEEN DIAGNOSED, PRESCRIBED AND PROVIDE A NEW SOY DIET BASED ON SIGNIFICANT INJURIES "MEDICAL RECORDS ON FILE"

2) 9/1/21 RDN MASON FRENCH CONFIRMED "D/T SOY ALLERGY CONFIRMED BY SOY REACTIONS INJURIES
   A) GASTROINTESTINAL BLEEDING, FATIGUE, PASSING OUT.
   B) HIVES, RASHES, SKIN INFECTIONS
   C) DIARREA, PAIN, TROUBLE SWALLOWING, ECT.

CRIMINAL INDIFERACE OF SPACIFIC DEFENDANTS 4/1/21 TO TODAY. FOR THEIR INTENTIONAL VIOLATION OF 8th AMEND. CRUEL AND UNUSUAL PUNISHMENT.

1) DEFENDANTS CONANAN, ONYETE, PIMENTAL KNEW DR ALPHONSO PRESCRIBED 4/20/21 PETITIONER SOY ALLERGIC REATIONS WERE CAUSING SIGNIFICANT BLEEDING. PRESCRIBED GI SCOPE OF STOMACH, COLONESTOMY. DEFENDANT REFUSED TO SCHEDUAL PRIVATE GI SCOPE, THEIR DELAY HAS DENIED THAT CARE TODAY. DEFENDANT DELAYED COLEN OSTOMY CARE FIRST SCHEDULED 5/2021 TILL 8/17/21, TWO WEEK RETURN CARE PRESCRIBED COLON DIVERCUTILOSIS, INTERNAL HEMEROIDS, SEVERE BLEEDING. CONANAN, PIMENTAL DENIED SURGICAL CARE TILL 12/2/21 WELL OVER 102 DAYS. BECAUSE THEIR INTENTIONAL DELAY COLON CATHERIZATION, GI SCOPE, BLEEDING, SYMTOMS STILL CONTINUE TODAY.

2) FROM AT LEAST 6/24/21 TO 17/30/21 RN S. LONG PCP PIMENTAL REFUSED TO DOCUMENT, PROVIDE ANTIBIOTIC OINTMENT, PRESCRIPTION ANTIBIOTIC, WOUND CARE, PAIN MEDICINE FOR, SKIN RASHES, HIVES, THAT BECAME INFECTED.

6 of 15

1. BY 8/30/12 BLOOD TESTS SHOWED PLAINTIFFS WBC WAS ELEVATED. PIMENTAL
2. REFUSED ANY TREATMENT. STATING "YOUR SHIN AND KNEE INFECTION WILL HEAL ON
3. THEIR OWN.

4. DURING THIS TIME LONG, PIMENTAL, CONANAN, ONYETE REFUSE ANY HELP TO STOP
5. SEVERE GI AND COLON BLEEDING, PROVIDE NON-SOY DIET OR ALTERNATIVE, GIVE
6. PAIN OR MEDICATION RELIEF TO RT SHIN AND KNEE WOUND THAT KEPT RE-INFECTING
7. KNOWING PLAINTIFF COULD NOT SLEEP, REPORT DIZZYNESS PASSING OUT, HAD COLON
8. LESIONS THAT WERE POSSIBLE CANCEROUS ALL CAUSE FROM DENIAL ON NON-SOY
9. DIET DENIAL OF MEDICAL CARE.

10. 11/15/21 LONG, GOMEZ PIMENTAL, CONANAN, ONYETE SAW PETITIONER HAD
11. 3 LEG INFECTIONS, NOTATED RISK OF SEPSIS. EVIDENCED BY SPREAD OF INFECTION.
12. AND BLOOD TEST SHOW HGB HIGH. STILL PROVIDED NO ANTI-BIODIC OINTMENT
13. ANTI BOIDICS, PAIN CARE, CARE FOR INTERNAL BLEEDING

14. 11/27/21 LONG GOMEZ-PIMENTAL, CONANON, ONYETE SAW DISCOLORATION (DARK
15. PURPLE RED RT KNEE, SKIN INFLAMATION. REFUSED TO CHECK WBC, HGB LEVELS
16. REFUSED ANTI-BIODICS, HOSPITAL CARE FOR COLON, GI BLEEDING OR THE 3
17. SERIOUS LEG INFECTIONS.

18. 3 DAY PREVIOUS AND 11/27/21 PETITIONER REPORTED ROD LINE IN ARTERIAL
19. VEIN FROM KNEE TO HEART WAS INFLAMED SWOLLEN. EACH DAY THE TURNED
20. ME AWAY FROM CLINIC.

21. 11/29/21 I REPORTED TO LONG, PIMENTAL, ONYETE, CONANON COLON BLEEDING
22. WAS SEVERE, I SUFFER SOY ATTACK. MY RT LEG GAINED 8LB FLUID. PAIN 10/10
23. I COULD NOT SLEEP, I COULD BARELY WALK, I WAS REFUSE CARE. AND I WAS
24. TOLD TO LEAVE CLINIC "I HAD TO WAIT MY TURN"

25. 11/29/21 MY BOSS CHAPLAIN LONG AND SARGENT CLARK, SAW MY LEG.
26. TOLD ME I HAD TO GO TO MEDICAL AND GET HOSPITAL CARE I TOLD THEM FOR
27. THE LAST TWO WEEK I WAS DENIED TREATMENT, THEY INFORMED MY I
28. HAD TO GO MAN DOWN.

1  When I went mandown RN Logan responded, said she was familiar with
2  my case, said Pimental, Conanon, Onyete would refuse hospital care
3  Sargent Clark told her I needed to go to TTA and they should take me
4  to hospital.

5  At TTA Logan, Long called Pimental, Conanan who refused to send
6  me to hospital, provide wound care gave 1 course of oral anti-biodics
7  refused previously prescribed Vitamin B, D, Calcium, for fatigue
8  GI, stomach repair told plaintiff "By Calcium on your own" even
9  they documented plaintiff had hive reactions all over body, swollen
10 rt leg gained over 10 lbs. WBC over 11,000, notated further risk of
11 sepsis evident by spread of infection. Red swollen line in arterial
12 vein of leg 103° temp. Showed further criminal indifference trying
13 to blame infection." Accussing petitioner knowingly falsely of using
14 IV drug," which would deter later treatment.

15 12/1/21 Plaintiff could not get out of bed, cell mate Robert Hollman
16 got help. Mandown called 6:00 am. Again Logan refused treatment
17 again Sargent Clark said I need hospitalization, 6.31 I arrived
18 TTA, Conanan, Hightower refuse hospital care because IVDU note,
19 by Long, gave me another 2 oral anti-biodics, Rocephin, then sent me
20 back to cell with no monitoring.
21 12/2/21 I was told to go to clinic to go out to colon catherization, after
22 602 21 000357 was processed. Long Pimental informed me they
23 would not send me to hospital for colon procedure or leg that had
24 now gain 14 lb I was delerious, sweating from. They would continue
25 anti-biodics that were not working, which they noted.
26 I saw Sargent Esposito? Talking to clinic c/o I showed him my leg
27 he stated I need to go immediately to hospital. He called Sargent Clark
28 they spoke to Pimental that Esposito-Clark were going to send me to

HOSPITAL BECAUSE OF NEED. AT BAKERSFIELD MEMORIAL IMMEDIATE GAVE ME ER TREATMENT. "SIGNIFICANT EDEMA, INFECTION OF RT LEG. NEED ULTRASOUND TO RULE OUT DVT, WBC OF OVER 17,000" ER DOCTOR TOLD ME ANOTHER DAY OR 2 AND YOU MIGHT LOST YOU LEG OR WORSE. WHAT WERE THOSE DOCTOR THINKING"

AFTER 4 DAYS OF IV 12/6/21 CONANAN TOLD HOSPITAL TO RETURN ME TO PRISON EVEN THOUGH INFECTION NOT HEALED, WBC STILL 7.4.

ER PRESCRIBED. LASIX, SILVER ALGINATED WOUND DRESSING, 2 WEEK OF ANTI-BIOTIC. RETURN TO HOSPITAL TO MAKE SURE NO SYSTEMIC INFECTION, TISSUE KNEE DAMAGE. DAMAGE OF HEART OR ORGANS.

BY 12/16/21 CONANAN, PIMENTAL REFUSE. LASIX, SILVER ALGINATED WOUND DRESSING OR RETURN DIAGNOSIS TREATMENT EVEN THOUGH I WAS SHOWING SIGNIFICANT HEART PAIN, SHORTNESS OF BREATH, RT LEG, KNEE, THIGH RESWELLING SIGNIFICANT PAIN NOW MY COLON BLEEDING CONTINUED. LONG AND PIMENTAL SAID I WAS FAKING MY HEART PAIN.

12/17/21, SWELLING, DISCOLORATION, WOUND DRAINAGE STILL PRESENT ALL TREATMENT DISCONTINUED.

12/24/21 LONG, PIMENTAL NOTATED RT LEG NOT IMPROVING, HOT RESWELLING SAW HEART PAIN, SHORTNESS OF BREATH. ORDER COMPRESSION SOCK FOR RE-SWELLING, NO OTHER TREATMENT. EVEN THOUGH I REPORTED ANOTHER ALLERGIC REACTION, THEY SAW HIVES. (12/23/21) REFUSED TO DOCUMENT REACTIONS 12/24/21. SHOWED DELIBERATE INDIFFERENCE. STILL REFUSED NO SOY DIET ACCOMMODATION, RETURN TO HOSPITAL FOR SEVERE COLON BLEEDING, LEG RE-INFECTION OR HEART CARE. KNOWING I WAS SO FATIGUED I COULD NOT THINK RIGHT OR EVEN HELP MYSELF.

IT SHOULD ALSO BE NOTED WHEN I CAME BACK FROM ER 12/6/21 TO 12/16/21 I WAS PLACED IN COVID QUARANTINE WITHOUT PROPERLY OR GRIEVANCE FORMS. I BELIEVE AS RETALIATION I WAS ALSO MOVED FROM BLDG 1 TO BUILDING 5 SO I COULD NOT GET HELP WRITING ER

1. RESPONDING TO GRIEVANCE (600357)
2. 12/25/21 RN HOGAD NOTATED INFECTIONS, ALLERGIC SYMPTOMS GOING
3. ON FOR OVER A YEAR, LEG NOT GETTING BETTER, REFUSED TO TALK ABOUT
4. GASTROINTESTINAL BLEEDING HEART PAIN.
5. 1/4/22 - 1/16/22 Dr SIERRA NOTATED RE-SWELLING, REDNESS, RETURN OF
6. INFECTION WITH INCREASED PAIN. PIMENTAL, CONANAN, ONYETE STILL REFUSED
7. PRESCRIBED RETURN COLON CARE, ORDER GI SCOPE. RETURN PRESCRIBED
8. ER CARE, OR HEART CARE WITH SIGNIFICANT HEART PAIN, FATIGUE
9. REPORTED. BUT DID PROVIDE ANOTHER ROUND OF ORAL ANTI-BIODICS.
10. 1/17/22 MY INFECTION HAD NOT HEALED, ANTI BIODICS STOPPED, MY KNEE
11. WAS RE-SWELLING, PAIN WORSENING, I HAD RED, BLACK SPOTS NOW ON RT
12. SHIN KNEE. REQUEST RETURN TO SPECIALIST AS PRESCRIBED.
13. 1/19/22 GI BLEEDING CONTINUE, WITH SOY ATTACKS, KNEE INFECTION
14. RETURNING, HEART PAIN ALL LISTED AS CRONIC "NO SPECIALIST OR RETURN
15. PRESCRIBED CARE PROVIDED.
16. 2/4/24 RN CASTRO NOTED NANDA NURSING DIAGNOSIS- "DEFICIENT KNOWLEDGE"
17. AFTER CONSULTING WITH PIMENTAL, CONANAN. AND AGAIN PRESCRIBED MOTRIN
18. WHICH WAS KNOWN NOT TO WORK, PROVIDERS OR PCP CONANAN, PIMENTAL
19. GAVE NO ORDERS". SHOWING CRIMINAL DELIBERATE INDIFFERENCE IN
20. NOT PROVIDING RETURN CARE.
21. ESPECIALLY WHEN I REPORTED "THE INFECTION IN MY RT LEG HAS NOT GONE
22. AWAY, THE BLEEDING IN MY COLON AND DIGESTIVE PROBLEMS CAUSED BY FEEDING
23. A NON-SOY DIET, AND ALLERGIC REACTIONS STILL PERSIST, AND I ASKED
24. TO BE ACCOMIDATE 2 WEEK PREVIOUS TO BE PUT ON KOSHER DIET SO I
25. COULD HAVE INGREDIANT LABEL TO AVOID SOY WAS DONIED.
26. 2/8/22 WBC, HGB COUNT HIGH, VERY HIGH. I REPORTED FURTHER
27. SIGNIFICANT HEART PAIN, NO PRESCRIBED TREATMENT OR PAIN CARE
28. PROVIDER.

1. AS LUCK WOULD HAVE IT 2/16/22 I WAS SCHEDULED FOR COLON
2. CATHERIZATION. FOR OVER 3 MONTH I WAS COMPLAINING OF SIGNIFICANT
3. HEART, PAIN, SHORTNESS, BREATH, FAGUE, CONFUSION, HAD LOW 38-40 HEART
4. RATES AND WAS TOLD I WAS FAKING HEART ISSUES.
5. 12/16/22 CATHERIZATION SURGEON IMMEDIATELY NOTED MY HEART PAIN
6. PHYSICAL DETERIORATION LOW 40 BPM. HAD CT SCAN PREFORMED (WHICH
7. WOULD HAVE BEEN DONE IF ER PRESCRIBED RETURN CARE WAS PROVIDED 12/16/21)
8. OF HEART ARTERY AFFECT BY INFECTION WAS COLAPSED OR BLOCKED IN
9. 2 PLACES EMERGENCY STENT IN 2 SPOT PROVIDED.
10. 2/22/22 CONANAN AND PIMENTAL TOLD HOSPITAL ORIGINALLY I WOULD
11. HAVE INFIRMARY CARE. CONANAN AND PIMENTAL PUT ME BACK TO G.P.
12. ACTUALLY PUT ME IN COVID LOCKDOWN AGAIN 14 DAYS WITHOUT GRIEVANCE
13. FORMS MY PROPERT WAS STOLEN INCLUDING LEGAL WORK. PROMISED
14. TO RETURN ME IN 1 WEEK FOR FOLLOW UP DIAGNOSITIC AND DIET CARE
15. TO MAKE SURE NO OTHER INFECTION DAMAGE TO MY HEART.
16. 2/27/22 CONANAN, PIMENTAL, OYNETE ALL REFUSED NON-SOY DIET
17. AND CARDIAC PRUDENT MEDITERRANIAN DIET CARE AS PRESCRIBED
18. 3/7/22 I WAS STILL HAVING SIGNIFICANT HEART PAIN SHORTNESS OF
19. BREATH WHEN AFTER 3 WEEK OF STENT REPLACEMENT I WAS TOLD I WOULD
20. HAVE SIGNIFICANT IMPROVEMENT
21. 3/14/22 I REPORTED SIGNIFICANT INFECTIONS PAIN IN KNEE SHIN, TROUBLE
22. WALKING AND SIGNIFICANT DIZZYNESS. HEART PAIN.
23. 4/4/22 I REPORTED LOW LEVEL HEART PAIN KEPT ME AWAKE AT NIGHT
24. INCREASED TO 8-9 AT TIMES REQUIRING NITRO. ALSO LEG PAIN PRE-
25. VENTED SLEEP AND PREVENTED MY ABILITY TO CONCENTRATE UNDERSTAND
26. DO DAILY ACTIVITIES.
27. 4/5/22 PIMENTAL, LONG FINALLY SEE ME. NOTATE REQUEST FOR DIET,
28. CHRONIC KNEE PAIN, SKIN LESSIONS, GI NAUSIA, BLOATING, STOMACH.

1. PAIN AND BLEEDING. PIMENTAL DENIED TYLENOL #3 FOR SEVERE PAIN TO FUNCTION
2. ACCESS GRIEVANCE, COURT. RETURN COLON, GI CARE. RETURN SKIN, KNEE INFECTION
3. CARE, RETURN CARDIAC, DIET CARE. (ALL PRESCRIBED CARE) TO TELL ME FUNCTION TO BE
4. ABLE TO WRITE GRIEVANCES AGAINST DEFENDANTS. CONARAN, PIMENTAL, OYNETE
5. EVEN REFUSE ACCOMMODATION FOR GLUTEN FREE DIET TO AVOID TOXIC FOOD.
6. 1) CONARAN SHOWED DILIBERATE INDIFFERENCE DENYING ACCOMMODATIONS FOR
7. ADA HELP TO GET HOLD TO FILE GRIEVANCES, GET COLON GI BLEEDING STOPPED
8. GET NON SOY AND CARDIAC PAUPER DIET. HIVE, WOUND INFECTION CARE.
9. HEART RETURN CARE, COLON RETURN CARE. ALL CARE REGARDING PLAINTIFF
10. SAFETY HEALTH AND INJURY AND WAS PROBABLY PART OF PLAINTIFF UNLAWFUL
11. TRANSFER TO SECURE THESE RIGHT.
12. 2) LONG SHOWED DILIBERATE INDIFFERENCE REPEATEDLY REFUSING TO DOC-
13. UMENT HIVES, WOUND INJURIES, KNOWING MY INFECTIONS WERE CAUSE
14. BY "SOY ALLERGIC ATTACKS" MADE FALSE INFAMITORY STATEMENTS "MY
15. WOUNDS WERE CAUSED BY IV DRUG USE" PREVENTED MEDICAL CARE
16. ON 1ST AND 2ND TTA CARE AND ER HOSPITAL CARE, FROM DOCTOR NOTE
17. AND QUESTIONS TO ME AND TREATMENT. SENDING ME BACK BEFORE
18. INFECTIONS CLEANED.
19. 3) LOGAN SHOWED, DILIBERATE INDIFFERENCE AT 11/30/12 AND 12/1/13 MANDOWN
20. ALARMS AND TTA VISITS WAS THE DRIVING FORCE CALLING CONARAN
21. PIMENTAL, LONG TO KEEP TTA NURSE, DOCTOR FROM SENDING ME
22. TO HOSPITAL.
23. 4) ONYETE SHOWED, DELIBERATE INDIFFERENCE IN MANAGERIAL AND DR DUTY
24. HE REFUSED PROVIDING NON-SOY-CARDIAC-ACCOMMODATION DIETS
25. WITNESS INJURIES REACTIONS. REFUSED RETURN PRESCRIBED COLON
26. GI BLEEDING, ER LEG INFECTION, CARDIAC DIAGNOSIS AND PAIN CARE
27. 5) PIMENTAL SHOWED DELIBERATE INDIFFERENCE TREATING ME A SUB
28. HUMAN, DENYING NON-SOY DIET- CARDIAC- DIET OR ANY ACCOMMODATION

EVEN TAKING AWAY VITAMINS. DENIED PAIN MANAGEMENT KNOWING I COULD NOT THINK, SLEEP WHICH PREVENTED GRIEVANCES, SHE KNEW I COULD NOT WRITE BECAUSE BRAIN INJURY. SHOWED CRIMINAL INDIFFERENCE WITH LONG NOT DOCUMENTING ROTATING HIVES, RASHES, BECAME INFECTED, CAUSED BY "SOY" THEN FALSELY ACCUSED ME OF IV DRUG USE AS CAUSE. EFFECTIVE EMERGENCY CARE. RESULTING IN SEVERE INFECTION PAIN 260 TO MY HEART WITNESSED SEVERE G.I. COLON BLEEDING, PREVENTED CARE, PREVENTED RETURN CARE TO CARDIOLOGIST SAID, LIKE LONG DID "FAKING CARDIAC PAIN" KNOW HEART RATE HIGH 30's TO LOW 40's THEN WAS RESPONSIBLE FOR MY TRANSFER SO I COULD NOT BE PROVIDED CARE OR FILE GRIEVANCES.

## III.
### DENIAL OF DUE PROCESS.
TO FILE AND EXHAUST GRIEVANCE AND PROVIDE
ADA STATUS AND RIGHTS

PLAINTIFF WAS DENIED RIGHT TO FILE, EXHAUST GRIEVANCE AT NKSP AND PVSP 4/1/21 - TODAY BY THESE POLICIES, CUSTOMS.
1) NKSP AND PVSP PLAINTIFF WAS DENIED TITLE 15, ADA STATUS, HELP.
2) NKSP, PVSP, MCSP PLAINTIFFS LEGAL MAIL AND GRIEVANCES WERE REPEATEDLY LOST, DESTROY OR SIGNIFICANTLY DELAY. IN 2024 CDCR ADMITTED TO THESE VIOLATION.
3) PVSP HAD POLICY - NOT TO STOCK MEDICAL AND CDCR GRIEVANCE FORMS IN HOUSING UNITS. SOMETIMES DID NOT STOCK AT MEDICAL. DURING STAFF/COVID LOCKDOWNS DELAYED DENIED FILING/EXHAUSTING.
4) PVSP DID NOT PROVIDE 602 GRIEVANCE FORMS TO EXHAUST GRIEVANCES.
5) PVSP DID NOT PROVIDE "DUPLICATE 7362 FORMS" DENIED PROOF SPECIAL DIET REQUEST, INFECTION, COLON, HEART INJURIES, REQUESTS

1  WERE OFTEN LOST, COPIED BACKWARD DENY PROOF INJURY, REQUESTS.
2  EXHAUSTION.
3  6) 12/7/21 PLAINTIFF FILED PVSP HC 21000357 REGARDING
4  PIMENTAL, CONANAN, ONYETE DENIAL ON NON SOY DIET, GI SCOPE
5  COLON BLEEDING DIAGNOSIS, RETURN CARE DELAY, DELAY IN TREATING
6  ALLERGIC REACTIONS, BECAME INFECTED, DELAY IN TREATING INFECTION
7  AND DELAY, DENIAL OF RETURN INFECTION CARE, CONTINUING INFECTION
8  4/14/22 HCCAB HEADQUARTERS DENIED CARE INVESTIGATION
9  COMPLETED EXHAUSTION.
10
11  7) 2/14/22 PLAINTIFF FILED PVSP HC 21000435 REGARDING
12  PVSP STAFF LONG, LOGAN, PIMENTAL, CONANAN, ONYETE DENIAL
13  NON SOY DIET, COLON BLEEDING CARE, ER DOCTOR RETURN CARE, ONGOING
14  INFECTION, HEART INJURY FROM INFECTION, DENIAL HEART DIET AND
15  RETURN CARE. REVIEWED BY ONYETE WHO STATED POLICY CCHCS
16  CDCR DO NOT FOLLOW SPECIALTY DOCTORS PRESCRIPTIONS, DIETS
17  DIAGNOSIS, TREATMENT SURGICAL RECOMENDATIONS
18  REVIEWED, DENIED HCCAB HEADQUARTER 6/7/22 PROVING EXH-
19  AUSTION.
20
21  8) 4/5/22 PLAINTIFF FILED PVSP HC 2200032 REGARDING PIMENTAL
22  CONANAN, ONYETE, CDCR, CCHCS REP/STAFF DENIAL OF PVSP AND
23  SACRAMENTO MEDICAL RECORDS. TO PROPERLY FILE GRIEVANCES TO GET
24  NON SOY, CARDIAC DIETS. COLON (SEVERE) BLEEDING STOPPED, ALLERGIC
25  INFECTIONS STOPPED, KNEE AND HEART CARE.
26  DOCUMENT STAMPS SHOW HCCAB HEADQUARTERS REVIEW,
27  7/5/22 PROVING EXHAUSTION COMPLETE, DENIAL RIGHT TO
28  MEDICAL RECORDS TO PROPERLY FILE, EXHAUST GRIEVANCES.

8) FROM THE BEGINNING OF PLAINTIFF CARE AND CUSTODY WITH CDCR AT NKSP AND PVSP PLAINTIFF FILED ACCOMIDATION REQUEST FOR ADA PROGRAM HELP FOR BRAIN INJURY AND INJURY FROM REPEATED ALLERGIC REACTIONS. IN AT LEAST 4 TIMES. EACH TIME CDCR, CCHCS MEDICAL STAFF, ASSOCIATE WARDENS, ADA COORDINATOR, DEFENDANT M. CONANAN REFUSED TO LOOK AT PROOF OF TRAUMATIC BRAIN INJURY AND KNEW OF REACTIONS TO SOY AND DISABLING EFFECTS AND DENIED ADA STATUS HELP. THIS CONFLICT OF INTREST SHOULD NOT BE PERMITTED. 2ND DURING REFUSALS PETITIONER WAS TOLD HE COULD NOT APPEAL ACCOMIDATIONS NEVER PROVIDE 602 FORMS WHICH WERE ALSO NOT STOCKED. NOT HAVING STAFF ASSISTANCE TO FILE OR EXAUST, KNOWING I DID NOT UNDERSTAND, NEW TO GRIEVANCE PROCESS DENIED DUE PROCESS. OFTEN IN RESPONSES UNTRUE STATEMENT WERE MADE MAKING IT SOUND LIKE I WAS NOT DISABLED THE COURT SHOULD ALSO KNOW THAT PVSP HAD A POLICY IF A PERSON ON BLDG FILED 2 MANY GRIEVANCE, STAFF WOULD LOCK DOWN BLDG, CAUSING OTHER INMATES TO SEEK OUT THAT PERSON HAD A CHILLING INTIMIDATING EFFECT ON NAMING STAFF FILING GRIEVANCES FOR WRONG DOING. THE CUMULATIVE EFFECT AND M. CONANAN KNOWING MY BRAIN INJURY AND SOY ALLERGY AND OTHER DISABILITIES HER INVOLVEMENT SHOWS INTENTION DENIAL OF ADA STATUS AND HELP AND HER OWN INVOLVEMENT. REGARDING REPEATED DENIAL OF DUE PROCESS ACCESS TO THE COURTS FOR THESE NEEDS

I STANLEY MUNDY SWEAR THE FOREGOING STATEMENTS ARE TRUE UNDER THE PENALTY OF PERJURY

7/23/25

15 OF 15   STAN MUNDY IN PRO SE