UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>          Plaintiff,<br><br>      v.<br><br>SACRAMENTO COUNTY JAIL<br>MEDICAL STAFF, et al.,<br><br>          Defendants. | No.  1:22-cv-00401-KES-SAB (PC)<br><br>**AMENDED SCHEDULING ORDER**<br><br>Discovery Deadline: **July 27, 2026**<br><br>Dispositive Motion Deadline: **September 27, 2026** |

Plaintiff Stanley A. Mundy is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 17, 2025, Defendants filed an exhaustion motion for summary judgment.  (ECF No. 79.)  On this same date, Defendants filed a motion to stay the merits-based discovery and dispositive motion deadlines pending resolution of the exhaustion motion for summary judgment. (ECF No. 80.)

On July 18, 2025, the Court granted Defendants' request to stay merits-based discovery and the dispositive motion deadlines.  (ECF No. 81.)

On October 7, 2025, Findings and Recommendations were issued to deny the motion as to Plaintiff's deliberate indifference claim against Gomez Pimentel regarding the failure to provide follow-up cauterization for his rectal bleeding following the colonoscopy in July/August 2021, and granted as to Plaintiff's claims against Long, Logan, Onyeje, and Conanan.  (ECF No. 90.)

1

The Findings and Recommendations were adopted in full on March 25, 2026, and Defendants Long, Logan, Onyeje, and Conanan were dismissed from the action.  (ECF No. 92.)

Accordingly, it is HEREBY ORDERED that:

1.      The deadline for completion of all discovery, including filing all motions to compel discovery, is **July 27, 2026**;

2.      The deadline for filing all dispositive motions is **September 27, 2026**; and

3.      All other substantive provisions of the Court's March 17, 2025, discovery scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2