UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY, | No.  1:22-cv-00401-KES-SAB (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S PENDING MOTIONS |
| v. | |
| SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,, | (ECF Nos. 96, 97, 98) |
| Defendants. | |

Plaintiff Stanley A. Mundy is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 20, 2026, Plaintiff filed three separate motions to amend the complaint. (ECF Nos. 96, 97, 98.)

Local Rule 230(l) concerns motions in prisoner actions. It provides that an "[o]pposition, if any, to the granting of [a] motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect ...." Local Rule 230(l).

Thus, Local Rule 230(l) requires Defendants to file either an opposition or statement of non-opposition to Plaintiff's motions within 21 days of the date of service of the motion.  More than twenty-one days have passed, yet Defendants have failed to file either an opposition or

1

statement of non-opposition to Plaintiff's motions.  Accordingly, within fourteen days of the date of service of this order, Defendants shall file an opposition, or statement of non-opposition, to Plaintiff's motions filed on April 20, 2026.  (ECF Nos. 96, 97, 98.)

IT IS SO ORDERED.

Dated:   **May 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge