UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,<br>Defendants. | 1:22-cv-00401-KES-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **INMATE STANLEY W. MUNDY**, CDCR No. BN-2899, FOR SETTLEMENT CONFERENCE<br><br>DATE: October 15, 2026<br>TIME: 9:00 a.m. |

**Inmate Stanley W. Mundy, CDCR No. BN-2899**, a necessary and material witness on his behalf in a settlement conference on **October 15, 2026**, is confined at Mule Creek State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **in person at California State Prison, Sacramento (SAC), 100 Prison Road, Represa, CA 95671 on October 15, 2026, at 9:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to along with any necessary legal property, to appear in person before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the Court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Mule Creek State Prison**

**WE COMMAND** you to produce the inmate named above **to appear, along with any necessary legal property**, before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge