# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANELY W. MUNDY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,<br><br>Defendants. | Case No. 1:22-cv-00401-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 111) |

Pending before the Court is an administrative motion filed by Defendants seeking to extend certain discovery deadlines and the dispositive motion deadline. Specifically, Defendants seek the extension of discovery to November 25, 2026, for the limited purpose of completing Plaintiff's deposition as well as allowing more time for certain responses by Plaintiff and Defendants. In support, Defendants note that Mule Creek State Prison will not have availability to host a deposition of Plaintiff until November 2, 2026. Due to this extension, Defendants request that the dispositive motion deadline likewise be extended.

For good cause shown, the Court GRANTS the administrative motion and ORDERS:

1. The discovery deadline is extended to **November 25, 2026**, solely for the purpose of completing the pending discovery requests and deposition referenced in Defendants' motion; and

/ / /

2. The dispositive motion deadline is extended to **January 27, 2027**.

IT IS SO ORDERED.

Dated: **October 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge