**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

STANLEY MUNDY,

Plaintiff,

v.

SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,

Defendants.

No. 1:22-cv-00401-KES-SAB (PC)

ORDER RESETTING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS

Plaintiff Stanley Mundy is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 8, 2026, Plaintiff filed a motion for injunction and a motion for sanctions. (ECF Nos. 105, 106.) On October 15, 2026, the Court held a settlement conference, and the case did not settle. (ECF No. 113.) Both motions remain pending, and Defendants have not filed oppositions. In an abundance of caution, the Court will reset the deadline for Defendants to oppose the motions. Accordingly, Defendants' oppositions, if any, shall be due within **twenty-one (21) days** from the date of this order.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge