# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STANLEY W. MUNDY,

Plaintiff,

v.

SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,

Defendants.

Case No. 1:22-cv-00401-KES-SAB (PC)

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION

(ECF No. 115)

Pending before the Court is a request filed by Plaintiff seeking a 19-day continuance of the discovery deadline.[1] In support, Plaintiff outlines the cases he is currently working on, as well as certain health issues that are ongoing. Upon review, the Court GRANTS the request and ORDERS:

1. The discovery deadline is continued to **December 14, 2026,** solely for the purpose of completing the pending discovery requests and Plaintiff's deposition (if still necessary). (See ECF No. 112.) Given the posture of this case, the Court will likely deny any further requests for a continuance absent extraordinary circumstances; and

---

[1] Though not completely clear, the Court construes Plaintiff's motion as seeking a continuance of the discovery deadline. That said, Plaintiff offers no basis to extend *all* discovery, and therefore, the Court limits this extension to the request the Court previously granted (*i.e.*, for the limited purpose of completing Plaintiff's deposition as well as allowing more time for certain responses by Plaintiff and Defendants). (ECF No. 112.)

2. In light of the foregoing, the Court continues the dispositive motion deadline to **February 16, 2027**.

IT IS SO ORDERED.

Dated: **November 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge